[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Constance Cooper )
_____ )
_____ )
 )
Plaintiff(s), )
 )
v. )
General Growth Properties, )
Inc. )
Brookfield Properties Retail )
Group )
Defendant(s). )

19CV4702
Judge Wood
Case Mag. Judge Rowland

RECEIVED
7-12-19
JUL 12 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _Constance Cooper_ of the

county of _Cook_ in the state of _Illinois_.

3. The defendant is _General Growth Properties Inc. /Brookfield Properties_, whose

street address is _350 N. Orleans St. Suite 300_,

(city) _Chicago_ (county) _Cook_ (state) _Illinois_ (ZIP) _60654_

(Defendant's telephone number) _(312)_ – _960-5000_

4. The plaintiff sought employment or was employed by the defendant at (street address)

_110 N. Wacker Drive_ (city) _Chicago_

(county) _Cook_ (state) _Illinois_ (ZIP code) _60606_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) _February_ (day) _15_ , (year) _2016_ .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff
[*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant

    asserting the acts of discrimination indicated in this complaint with any of the

    following government agencies:

        (i) ☑ the United States Equal Employment Opportunity Commission, on or about

        (month) _April_ (day) _16_ (year) _2019_ .

        (ii) ☐ the Illinois Department of Human Rights, on or about

        (month)_____ (day)_____ (year)_____ .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is

    attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) *April* (day) *23* (year) *2019* a copy of which

*Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c)  ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d)  ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e)  ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f)  ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g)  ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☑ terminated the plaintiff's employment.

    (c) ☑ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ failed to stop harassment;

    (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

my employer forced me to bring in doctors statements as proof for my Absences which is Not company policy or peocedure. my employer began giving me bad reviews and failed to peomote me.

_____

14.    **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☑ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)    ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages,
       liquidated/double damages, front pay, compensatory damages, punitive
       damages, prejudgment interest, post-judgment interest, and costs, including
       reasonable attorney fees and expert witness fees.

(h)    ☑ Grant such other relief as the Court may find appropriate.


_Constance Cooper_
(Plaintiff's signature)

_CONSTANCE   Cooper_
(Plaintiff's name)

_9519 S. Clyde Ave._
(Plaintiff's street address)


(City)_Chicago_    (State)_IL_    (ZIP) _60619_


(Plaintiff's telephone number) (_708_) – _291- 0089_

                              Date:    _7/12/19_


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Constance Cooper**
**9519 S. Clyde Ave**
**Chicago, IL 60617**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2019-03472** | **Brandi Kraft,**<br>**Investigator** | **(312) 869-8153** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*                     4/23/19

**Julianne Bowman,**
**District Director**                  (Date Mailed)

Enclosures(s)

cc:     **Stacie Herron**
**General Counsel**
**BROOKFIELD PROPERTIES**
**350 N. Orleans St., Ste. 300**
**Chicago, IL 60654**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2019-03472 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Constance Cooper** | **708-291-0089** | 1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| **9519 S. Clyde Ave, Chicago, IL 60617** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **BROOKFIELD PROPERTIES LLC D/B/A GENERAL GROWTH PROPERTIES** D/B/A; | **500 or More** | **(312) 960-5949** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 110 N. Wacker Dr., Chicago, IL 60606 60654-1607<br>350 N. Orleans ST., Suite 300 | RECEIVED EEOC | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | CHICAGO DISTRICT OFFICE | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE: Latest **07-10-2018**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I was hired by Respondent on or about September 28, 2015. My most recent position was Associate Accountant-A/P. During my employment, I was subjected to harassment and different terms and conditions of employment, including, but not limited to, receiving lower raises and increased scrutiny. I complained to Respondent to no avail. Subsequently, I was discharged.**

**I believe I have been discriminated against because of my race, Black, and in retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 4/8/19   x _Constance Cooper_<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

### PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf; your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR <u>EEOC CHARGE NUMBER</u> ARE "21B" <u>AND</u> YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE <u>MUST</u> BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

### ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

### DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| **Counties** | | **Counties** | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
|---|---|---|---|
| **Counties** | | **Counties** | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |

| U.S. DISTRICT COURT<br>**Southern District of Illinois**<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br><br>*and*<br><br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | **Rock Island Division**<br>211 19<sup>th</sup> Street<br>Rock Island, IL 61201<br>309-793-5778 | |
|---|---|---|---|
| **Counties** | | **Counties** | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division** | |
| Clinton | Monroe | 600 East Monroe Street | |
| Crawford | Perry | Springfield, IL 62701 | |
| Cumberland | Pope | 217-492-4020 | |
| Edwards | Pulaski | | |
| Effingham | Randolph | **Counties** | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
FILE REVIEWS FAX: (312) 869-8220      ENFORCEMENT FAX: (312) 869-8220
MEDIATION: (312) 869-8060      STATE & LOCAL FAX: (312) 869-8077
HEARINGS FAX: (312) 869-8125      LEGAL FAX: (312) 869-8124

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *__Be sure to include your name, address, phone number and EEOC charge number with your request__*.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

\*     **Before filing a lawsuit, but within 90 days of your receipt of the Right to Sue, or**

\*     **After your lawsuit has been filed. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.**

If you are the *__Respondent__* you may be granted access to the file *__only after__* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

Employee

File

# 1

FM LH
PAPERS
(some not
All)

Part A: **Medical Facts**

1. Approximate date condition commenced : June 1, 2016
2. Probable duration: 6 months to one year

Overnight stay: _X_ No ___Yes

Dates you treated the patient for condition: September 6, 13, 20 & 27; October 4 , 11, & 25; November 1 & 8; 2017

Treatment visits at least twice per year: __NO ___XX_Yes

Medication prescribed? ___No __x_Yes

Other Health Care Provider referral? ___NO __x_Yes

Psychiatric consultation with medication prescribed

3. Pregnancy _x___NO ___Yes
4. Pt is both depressed and anxious with symptoms of sadness, crying spells, racing thoughts , vegetative symptoms, hopelessness and helplessness, agitation, and low self confidence.

5. Incapacitation for a single continuous period of time? _____No _____xx_Yes

   Dates: November 6-December 3, 2017

6. Follow-up treatment appointments? ___No __x___Yes

   Patient will be scheduled for follow up visits before or after the start of work

7. Episodic flare ups? _x___No _____Yes

## Request for Leave of Absence

Name _Constance Cooper_ Date of Hire _9/28/15_

Address _9519 S Clyde Ave, Chicago, IL 60617_

Location _Chicago_ Position _Associate Accountant_

Type of Leave Requested (check each that applies):

☐ Medical  ☐ Family  ☒ Discretionary  ☐ Military  ☐ Other

Reason for Requested Leave: _medical_

First Day of Leave: _11/6_  Date of Return to Work _12/4_

NOTE: Some leaves require employees to use Basic Sick/Supplemental Sick, Personal and Vacation.

Absence is to be:

___ Paid

___ Sick pay
___ Vacation
___ Personal Holiday
___ Worker's Compensation
☒ Short-Term Disability
___ Long-Term Disability

A medical certification is required for family/medical/discretionary leaves. The health care provider's certification must include the following or use US DOL Form WH-380:

- The date the health condition began; The expected duration of the condition;
- Appropriate medical facts necessary to verify leave requests;
- An estimate of the amount of time required to be off work; and
- If for a family member's serious health condition, a statement that the employee is needed to care of that family member

Refer to the Leave of Absence Policy for further certification and reporting requirements.

Employee's Signature _Constance Cooper_ Date _11/8/17_

Supervisor's Signature_____ Date_____

Human Capital Signature_____ Date_____

John H. Sengstacke Ambulatory Care Center
Primary Care
450 East 51st Street
Chicago, Illinois 60615
312 572-2900 – Phone
312 572-2462 – Fax
312 572-1763 --Fax

# Fax

TO: AHN; Christel          FROM: DR Timtang

FAX: 312-960-5481          PAGES: 07

PHONE: 312-960 5739        DATE: 11/8/17

RE: Constanq Caper         CC:

☐ Urgent          ☐ For review          ☐ Please comment          ☐ Please reply          ☐ Please recycle

Comments: [Start text here.]

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**

Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2018

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _____

Employee's job title: _____ Regular work schedule: _____

Employee's essential job functions: _____

_____

Check if job description is attached: _____

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _____CONSTANCE_____ _____Cooper_____
First                                    Middle                              Last

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: _CONSTANCE FULLILOVE, PhD., 6337 S. WOODLAWN CHICAGO, IL. 6063_

Type of practice / Medical specialty: _CLINICAL PSYCHOLOGY_

Telephone: (773) (312) 753 -5543     Fax: (773) 753 5990

Form WH-380-E Revised May 2015

PLEASE    SEE    INSERT

## PART A: MEDICAL FACTS

1. Approximate date condition commenced: _____

   Probable duration of condition: _____

   **Mark below as applicable:**
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   ___No ___Yes. If so, dates of admission:

   _____

   Date(s) you treated the patient for condition:

   _____

   Will the patient need to have treatment visits at least twice per year due to the condition? ___No ___Yes.

   Was medication, other than over-the-counter medication, prescribed? ___No ___Yes.

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   ___No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

   _____

2. Is the medical condition pregnancy? ___No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: ____ No ____ Yes.

   If so, identify the job functions the employee is unable to perform:

   _____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ___Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ___Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ___Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ____No ____Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ____ No ____Yes. If so, explain:

   _____

   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency            : _____ times per _____ week(s) _____ month(s)

               Duration: _____ hours or ___ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| | |
|---|---|
| _Constance Fillmore, PhD,_ | 11/8/2017 |
| **Signature of Health Care Provider** | **Date** |

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Form WH-380-E Revised May 2015



TRUSTED
**200**
YEARS
**THE HARTFORD**

# The Hartford
## FAX COVER PAGE

M R

| | |
|---|---|
| To: | Release of Information |
| Fax Number: | 3125721763 |
| From: | The Hartford |
| Date: | 11/07/17 02:40:50 AM |
| Re: | Dr. Tinsang /Request for medical records of Constance Cooper for the period from 10/01/2017 to present |
| Total Pages: | # 5  including cover page |

The Hartford
www.thehartford.com
*With The Hartford behind you, achieve what is ahead of you.*

URGENT !!

PRIVILEGED AND CONFIDENTIAL: This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

11/07/17   02:41:43   1-855-893-4357   →   1 312 572 1763 Naga Sunitha   Page 004

Please fax the completed form to:
Fax Number: 877-756-2740
**The Hartford**
P.O.Box 14734
Lexington, KY 40512-4734



**ATTENDING PHYSICIAN'S STATEMENT - PROGRESS REPORT**
**(For Mental Health Claims)**



**THE HARTFORD**

### To Be Completed By The Employee

| Patient Name: Constance Cooper | Date of Birth: 4/2/62 | Insured ID Number: |

Patient Address: (Street, City, State & Zip Code)

**To be completed by the Provider - Use current information from your patient's most recent office visit or examination to complete this form.** *(The patient is responsible for the completion of this form without expense to the company.)*

Is the condition related to environmental and/or interpersonal issues in his/her workplace?  ☑Yes  ☐No
If "Yes," explain: Stress at work. Heading to worsening depression/anxiety
If yes, can he / she perform the same job at a different location / employer?  ☐Yes  ☑No

Are these issues causing a disincentive to return to work with current Employer? ☑Yes  ☐No

### DIAGNOSIS:

Primary Condition: Major depression with Anxiety    DSM or ICD Code: F33.9
Secondary Condition: Anxiety / stress at work    DSM or ICD Code: 456.0
Patient Assessment Measures
WHODAS Score:

Domain I _____ Domain II _____ Domain III _____ Domain IV _____ Domain V _____ Domain VI _____
*(Provide completed assessment questionnaire)*

Other Assessment Measures - please list the measure scale and provide score (attach test results):
Evaluation by
See psych

Current Self Reported Symptoms:

Current Observed Symptoms *(Clinical presentation, frequency, severity, examples)*:
depressed mood with anxiety

### CURRENT MENTAL STATUS EXAMINATION
*(Please circle or check current status or explain in "Comments")*     **Examination Date:**

| Category | Description | Comments |
|---|---|---|
| Appearance | ☑Well groomed  ☐Disheveled | |
| Attitude | ☑Cooperative  ☐Guarded  ☐Suspicious  ☐Uncooperative  ☐Belligerent | |
| Speech | ☑Normal  ☐Halted  ☐Pressured  ☐Slurred  ☐Incoherent | |
| Thought Process | ☑Logical/Coherent  ☐Tangential  ☐Flight of ideas  ☐Circumstantial | |
| Mood | ☐WNL  ☑Depressed  ☑Anxious  ☑Irritable  ☐Euphoric | |
| Affect | ☐Congruent  ☐Incongruent  ☐Blunted  ☑Flat  ☐Labile | |
| Insight into illness | ☐Absent  ☑Fair  ☐Good | |
| Psychomotor Activity | ☐WNL  ☑Agitation  ☐Retardation | |

| | | | | | Please check the statement that indicates how this was assessed? | | |
|---|---|---|---|---|---|---|---|
| Attention | ☐Intact  ☑Impaired: | ☐mild  ☑moderate  ☐severe | | | ☐Observed | ☑Tested | ☐Self-Reported |
| Concentration | ☐Intact  ☐Impaired: | ☐mild  ☐moderate  ☑severe | | | ☐Observed | ☑Tested | ☐Self-Reported |
| Memory | ☐Intact  ☐Impaired: | ☐mild  ☑moderate  ☐severe | | | ☐Observed | ☑Tested | ☐Self-Reported |

STATUS *(Please check one)*: ☐In remission  ☐Improved  ☐Unchanged  ☑Retrogressed

Please provide a description of the most significant recent improvement and/or decompensation:
depressed mood with anxiety / insomnia fatigue

Patient Name: _____ Date of Birth: _____ Insured ID Number: _____

**FUNCTIONALITY**

Did you recommend your patient stop working? ☒Yes ☐No  If Yes, on what date? _____

Are the symptoms of such severity to preclude the patient from social/occupational functioning? ☒Yes ☐No

If Yes, specify what activities are impaired and how: Energy level, focus

What is the expected duration of any work activity impairments? Unknown, pending recovery

Have you discussed a return to work goal with your patient? ☒Yes ☐No  If No, please explain:

What are your patient's current abilities? What type of work can your patient perform?
Not able to return to work due to low energy, decreased concentration

What is your target date for return to work for your patient? pending recovery ☒Full time ☐Part time

If part time, on what date will your patient be able to increase to full time?

If appropriate, provide examples of accommodations that would allow your patient to return to work:

Additional comments:

In your opinion is the patient competent to endorse checks and direct the use of the proceeds thereof? ☐Yes ☐No

**TREATMENT**

Current Treatment Plan: psychotherapy, antidepressant, sleep aid.

Date you first treated this patient for any condition: May 25, 2015
Date you first treated this patient for this condition: 2016

Frequency of treatment: Q 3-4 month
List relevant treatment dates: see medical record

Date of last office visit: 10/20/2017
Date of next scheduled office visit: 11/17/2017

Medications (indicate any changes/adjustments including dosage since last report): see chart

Response to medication: incomplete.

Has patient been referred to other mental health providers/physicians since last report? ☒Yes ☐No

If "yes", are you coordinating care with this provider(s)? ☒Yes ☐No  Date of Referral(s):

Referral Provider Name: Dr Kullilove. Dr. Clark
Phone Number: 312 572 2900
Specialty: psych

Was patient hospitalized or treated at a higher level of care for this condition since the last report? ☐Yes ☒No

If "yes", please provide information about any higher level of care since last report:

Inpatient: Hospital/facility name _____ Phone Number: ( )

Admission date: _____ Discharge date: _____

Partial Hospital/Day Treatment/IOP: Hospital/facility name _____ Phone Number: ( )

Admission date: _____ Discharge date: _____ Number of days per week: _____ Number of hours per day: _____

Residential: Facility name: _____ Phone Number: ( )

Admission date: _____ Discharge date: _____

**PROVIDER'S INFORMATION**

Provider's Name: Chantal Sylvie Tmifuy
Telephone number: 312 572 2900

Address: (Street, City, State & Zip Code) 500 E 51st Chicago IL 60615
Fax Number: 312 572 1763

Degree: MD  Specialty: Family medicine  Social Security Number or EIN Number: _____
License Number: 036 712 962

Office Contact: _____ Office Contact Phone: ( )

Provider's Signature: _____ Date Signed: 11/8/2017

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

**Cooper, Constance**

| | |
|---|---|
| **From:** | McCallister, Matthew S |
| **Sent:** | Wednesday, February 3, 2016 7:45 AM |
| **To:** | Aponte, Noel; Callahan, Timothy A; Cooper, Constance; Crum, Laura L.; Dorey, Carol; Dzeba, Stephen J; Egan, Patricia T.; Faxel, John P.; Gilreath, Michael; Gonzalez, Amy; Gullette, Eve M.; Hendrick, William D.; Hendricks, Eric C.; Higa, Katherine; Higgs, Penny; Kingston, Andrew T; Lawler, Patricia; Lederman, Cynthia; Maldonado, Irma; Nunez, Luis; Snedden, Orpha M; Oshman, Andrew M.; Parker, Andrew; Peterson, Kortney M.; Randle, Debra A; Stasiak, Roger A; Sengstock, Nancy; Strohmenger, Michael; Traeder, Joy J; Usher, Jennifer L.; VanRoosendaal, David A; Vergara, Helen S; Wilson, Kyra D.; Zdarsky, Michelle R. |
| **Subject:** | Meet our new team mates! |

# Meet our new Accounts Payable team mates!

With several folks coming in at the same time, I thought it would be a good idea to put the faces with the names of the new folks coming into our department. *Welcome to the group!*

**Constance Cooper**
Preferred Name: Constance

Employee Number: 000026613

GGP Chicago
(312) 960-5000

110 N Wacker Drive
Chicago, IL 606061511

| Business Phone: | (312) 960-2908 x2908 |
|---|---|

*ASSOCIATE*
*ACCOUNTANT - AP*
*TEAM*

1

# Meet our new Treasury Accounting team mates!

**Carol A Dorey**
Preferred Name: Carol

Employee Number: 000026356

GGP Chicago
(312) 960-5000

110 N Wacker Drive
Chicago, IL 606061511

Business Phone: (312) 960-2580 x02580

**Cynthia A Lederman**
Preferred Name: Cindy

Employee Number: 000025737

GGP Chicago
(312) 960-5000

110 N Wacker Drive
Chicago, IL 606061511

Business Phone: (312) 960-5863 x5863

**Nancy L Sengstock**
Preferred Name: Nancy

Employee Number: 000026729

GGP Chicago
(312) 960-5000

110 N Wacker Drive
Chicago, IL 606061511

Business Phone: (312) 960-6384 x6384

2

Thank you,



*Matt*

Matthew McCallister, BSBA, MS, CPCP
**Senior Director**, A/P, Credit Card Services,
Travel Reimbursements, Property Tax Payments,
& Fleet Payments
General Growth Properties
110 North Wacker Dr, 1-08, Chicago, IL 60606
**Direct Line: 312-960-2739**
Fax: 312-994-6614

---

**Eric C Hendricks**
Preferred Name: Eric

Employee Number: 000026639

GGP Chicago
(312) 960-5000

110 N Wacker Drive
Chicago, IL 606061511

**Business Phone:** | (312) 960-2569 x2569

---

**Michelle R Zdarsky**
Preferred Name: Mickey

Employee Number: 000026552

GGP Chicago
(312) 960-5000

110 N Wacker Drive
Chicago, IL 606061511

**Business Phone:** | (312) 960-2738 x2738

3



SEPARATION
AGLEEMENT

## SEPARATION AGREEMENT AND GENERAL RELEASE OF CLAIMS

THIS SEPARATION AGREEMENT AND GENERAL RELEASE OF CLAIMS ("Agreement") is made between GGPLP REIT Services, LLC ("Employer") and Constance Cooper ("Employee"). Employer, its parents, subsidiaries and affiliates are referred to collectively as "the Company."

1.    Provided Employee timely signs and does not revoke this Agreement, Employer agrees that Employee's last day of employment with Employer shall be July 10, 2018 (the "Separation Date").

2.    Regardless of whether Employee signs this Agreement:

(a)    Employee shall be paid for any accrued but unused vacation time as of the Separation Date by no later than the first regular payroll period following the Separation Date;

(b)    Employee shall receive regular pay and benefits through July 24, 2018; and

(c)    If Employee was enrolled in any of the Company sponsored medical, dental or vision plans as of the Separation Date, Employee shall receive information regarding COBRA coverage within thirty (30) days of the Separation Date.

3.    By no later than the date on which Employee signs the Agreement, Employee shall reconcile with Employer all expense accounts, including providing receipts and other documentation sufficient to establish the validity of business expenses for which reimbursement is sought, and deliver to Employer all materials, supplies and work in progress acquired by Employee in connection with Employee's employment with Employer, and all records, documents, papers and other property of any kind belonging to Employer that are in Employee's possession, custody or control. This includes, but is not limited to, all identification and credit cards, keys, smart phones, computers, and any other items owned by Employer.

4.    Employee certifies that Employee has not experienced any job related illness or injury for which Employee has not yet already filed a claim.

5.    Provided that Employee signs and does not revoke this Agreement and in exchange for the covenants and mutual promises exchanged herein, Employer agrees:

(a)    To pay to Employee the sum of $4,877.40, less all applicable withholdings and previously authorized deductions, in the form of salary continuation to begin on the first regularly scheduled pay date following expiration of the revocation period set forth in paragraph 18. Attached as **Exhibit A** is the salary continuation schedule; and

-1-

        (b)     To make three (3) months of online outplacement counseling with Challenger, Gray & Christmas available to Employee following expiration of the revocation period set forth in paragraph 18.

        6.     Employee acknowledges the duty to keep confidential all trade secrets, processes and confidential information (collectively, "Confidential Information") about Employer or the Company that Employee has learned of during the course of employment. This duty extends to Confidential Information of the Company, its officers and directors, employees and clients. Employee agrees not to disclose Confidential Information to any person, firm, corporation, association or other entity for any purpose whatsoever, except as required by law, and agrees not to use Confidential Information for Employee's own purposes or for the benefit of any other employer, person, firm, corporation or other entity under any circumstances for a period of one (1) year following expiration of the revocation period set forth paragraph 18. The promises contained in this paragraph are material terms of this Agreement and, if breached by Employee, shall entitle Employer to a return of any consideration furnished under this Agreement to Employee, including the amounts set forth in paragraph 5, and to any other remedies available to Employer at law or equity. Nothing in this Agreement or any other agreement that Employee has with the Company shall prohibit or restrict Employee from making any voluntary disclosure of information or documents concerning possible violations of law to any government agency or legislative body, or any self-regulatory organization, or making other disclosures that are protected under the whistleblower provisions of federal or state law or regulation, and Employee may do so without notifying the Company. Moreover, Employee understands and acknowledges that, pursuant to Section 7 of the Defend Trade Secrets Act of 2016 (which added 18 U.S.C. § 1833(b)), Employee shall not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made (A) (i) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney and (ii) solely for the purpose of reporting or investigating a suspected violation of law; or (B) in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. Nothing in this Agreement is intended to conflict with 18 U.S.C. § 1833(b) or create liability for disclosures of trade secrets that are expressly allowed by such Section.

        7.     Employee acknowledges that the Employer promises payments and benefits in this Agreement that Employee would not be entitled to in the absence of this Agreement. In consideration of Employer's promises, including, but not limited to, the promises set forth in paragraph 5, Employee does hereby forever release, discharge, and hold Employer, its assigns, heirs, legatees, current and former affiliates, parents, subsidiaries, predecessors, successors, directors, officers, shareholders, employees, attorneys and representatives harmless from any and all claims, actions, and causes of action, judgments, expenses, fees, attorneys' fees, costs, damages, losses, liabilities, payment of any and all wages and

benefits (except as provided in paragraph 2), back pay, any right or entitlement to a bonus payment pursuant to the Company's Incentive Compensation Plan or any other bonus or incentive plan, severance or separation pay (except as provided in paragraph 5), any portion of an equity award that is not vested as of the Separation Date, any right to receive an equity award, and demands of every kind or character which Employee may have had, may now have, or which may become known to Employee in the future, anticipated or not anticipated, whether or not heretofore brought before any local, state or federal court or before any local, state or federal agency or other governmental entity, including without limitation any possible claims which arise or in any way flow from Employee's employment by Employer or Employee's separation of employment. Subject to the exclusions noted above, Employee acknowledges that Employee is releasing any and all known or unknown, suspected or unsuspected claims which may exist under any local, state and federal laws pertaining to unlawful discrimination in all of its forms, including but not limited to age, gender, race, national origin, religious and disability discrimination or retaliation, wage and hour violations, claims under the federal Age Discrimination in Employment Act ("ADEA"), the federal Older Workers Benefit Protection Act, Title VII of the federal Civil Rights Act of 1964, Sections 1981 through 1988 of Title 42 of the United States Code, The Immigration Reform and Control Act, the federal Fair Labor Standards Act, the Employee Retirement Income Security Act, the Family Medical Leave Act, the federal Americans with Disabilities Act, the federal Equal Pay Act, the Labor Management Relations Act, the Worker Adjustment and Retraining Notification Act, The Fair Credit Reporting Act, the Illinois Wage Payment and Collection Act, the Illinois Human Rights Act, Illinois statutory provision regarding retaliation/discrimination for filing a worker's compensation claim, Illinois Equal Pay Act, Illinois School Visitation Rights Act, Illinois AIDS Confidentiality Act, Illinois Right to Privacy in the Workplace Act, Illinois Genetic Information Privacy Act, Illinois Minimum Wage Law, Illinois One Day Rest in Seven Act, Illinois Health and Safety Act, Illinois Victims' Economic Safety and Security Act, Illinois Worker Adjustment and Retraining Notification Act, Illinois Criminal Identification Act, the City of Chicago and the Cook County Human Rights Ordinances, or any other federal, state, or local law, regulation, ordinance or constitution, as each of them has been amended from time to time, personal injury of every kind and nature (including but not limited to defamation, libel and slander), wrongful termination in all of its forms, whether statutory or arising from the common law, and every possible type of claim of any kind or nature which may exist on the date this document is signed by Employee or which may become known to Employee in the future which occurred during the term of Employee's employment and through the date of signing. This waiver and release does not apply to any claims arising after the date of signing. Also excluded from this release and Agreement, including, but not limited to, any paragraphs pertaining to confidentiality and non-disclosure, is Employee's right to file a charge or complaint with or to testify, assist or participate in any manner in any investigation, hearing or proceeding, respond to any inquiry or otherwise communicate with the Securities and Exchange Commission, the Financial Industry Regulatory Authority, the Equal Employment Opportunity Commission, the National Labor Relations Board, the

-3-

Occupational Safety and Health Administration or any other federal, state or local administrative or regulatory (including any self-regulatory) agency or authority. However, Employee waives the right to recover money as a result of an investigation, hearing, proceeding, inquiry or other legal action involving federal, state or local labor agencies, and related organizations. This Agreement does not limit Employee's right to receive an award for information provided to any other federal, state or local agencies or regulators, including the Securities and Exchange Commission. **This release also does not include any claims based on obligations created by or reaffirmed in this Agreement; the promises and obligations set forth in paragraph 2; claims to vested retirement funds; claims under any policy of insurance; claims that cannot be waived by law, such as claims for workers' compensation; and any claim or right to indemnification or advancement pursuant to Company by-laws and/or Delaware corporate law.**

8.      Employee covenants not to sue on any claim released in this Agreement, except as provided in this paragraph. A "covenant not to sue" is a promise not to file a lawsuit in court. It differs from the release of claims contained in paragraph 7. Employee agrees, by this covenant not to sue, that Employee will never sue on any claim covered by the release language in paragraph 7, except that Employee may bring any claim in court that is not released in this Agreement, and may bring an action to challenge the validity of this Agreement under the ADEA. If Employee sues the Employer in violation of this Agreement, Employee shall be liable to the Employer for its reasonable attorneys' fees and other litigation costs incurred in defending against such a suit. Alternatively, if Employee sues the Employer in violation of this Agreement, the Employer can require Employee to return all but $1,000 of the money (and other benefits) paid to Employee pursuant to this Agreement. In that event, the Employer shall be excused from making any further payments (or continuing any other benefits) otherwise owed to Employee under this Agreement.

9.      In the event Employee seeks re-employment with Employer, Employee shall have no recourse if Employer declines to employ Employee, as this Agreement shall constitute sufficient cause for the denial of employment.

10.      The parties acknowledge and agree that any remedy at law for any breach or threatened breach of any of the covenants contained in this Agreement will be inadequate. Accordingly, both parties hereby acknowledge and consent that in addition to such remedies as may be available to either party, at law or in equity, any court of competent jurisdiction may issue an injunction enjoining and restricting the breach or threatened breach of any such covenants.

11.     All notices under this Agreement shall be sent by overnight or second-day delivery to the following addresses:

| | |
|---|---|
| If to Employer: | GGPLP REIT Services, LLC |
| | 350 N. Orleans St. |
| | Suite 300 |
| | Chicago, IL 60654-1607 |
| | Attn: Stephanie Whitney, VP, Human Resources |
| | |
| If to Employee: | Constance Cooper |
| | 9519 S. Clyde Avenue |
| | Chicago, IL 60617 |

or to such addresses as may be designated by notices so sent. Each such notice shall be deemed served on its postmark date.

12.     The invalidity of any provisions of this Agreement shall not affect or impair the validity or enforceability of any other provisions. Any provision of this Agreement that might otherwise be invalid or unenforceable because of contravention of any applicable law, statute or governmental regulation shall be deemed to be amended to the extent necessary to remove the cause of such invalidation or unenforceability and such provision as so amended shall remain in full force and effect as a part hereof. Employee specifically acknowledges that the scope of the restrictions contained herein are reasonably required to protect the Employer and Employer's legitimate business interest for which Employee is being compensated under this Agreement, and if any restrictions set forth herein are determined to be too broad for enforcement in accordance with their terms, Employee agrees that such restrictions shall be enforced to the fullest extent permitted by law.

13.     This Agreement contains the entire agreement of the parties with regard to Employee's employment with Employer or the cessation of such employment and supersedes any and all prior written or oral agreements between the parties. It may not be amended, modified or supplemented, except pursuant to a writing executed by the parties hereto. No promises or representations have been made or relied upon apart from those expressly stated in this Agreement.

14.     This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois without regard to principles of choice-of-law.

15.     Both parties hereby acknowledge and represent that they (a) have fully and carefully read this Agreement prior to execution, (b) have been advised to consult with an attorney of their choice, (c)

have had the opportunity to be fully apprised by their respective attorneys of the legal effect and meaning of this document and all terms and conditions hereof, (d) have had the opportunity to make whatever investigation or inquiry they deemed necessary or appropriate in connection with the subject matter of this Agreement, (e) have been afforded the opportunity to negotiate as to any and all terms hereof, and/or (f) are executing this Agreement as a free and voluntary act, without duress or undue influence of any kind or nature.

16.     The parties agree to hold confidential and not to make public or to communicate orally or in writing to any person or entity, directly or indirectly, the existence of this Agreement, the amount of the payment to Employee under this Agreement or any matters set forth herein except only (a) as may be compelled by Court order; (b) as may be necessary to accomplish the filing of income tax returns; (c) as may be necessary to enforce the terms of this Agreement or as otherwise provided for in this Agreement, including as set forth in paragraphs 6 and 7; or (d) as mutually agreed upon by both parties in writing. Employee agrees to instruct any person who obtains knowledge of this Agreement as set forth above not to make public or to communicate orally or in writing to any person or entity, directly or indirectly, the existence of this Agreement, the amount of the payment or any matters set forth herein. Employee expressly agrees to hold the above-referenced matters confidential from any current or former employee of Employer. This promise of confidentiality is a material term of this Agreement and, if breached by Employee, shall entitle Employer to a return of the consideration furnished under this Agreement, including the payment to Employee set forth in paragraph 5. Nothing herein, however, shall prevent either party from stating that no disputes presently exist between Employee and Employer or shall prevent Employee from filing a charge or complaint with or testifying, assisting or participating in any manner in any investigation, hearing or proceeding, responding to any inquiry or otherwise communicating with the Securities and Exchange Commission, the Financial Industry Regulatory Authority, the Equal Employment Opportunity Commission, the National Labor Relations Board, the Occupational Safety and Health Administration or any other federal, state or local administrative or regulatory (including any self-regulatory) agency or authority.

17.     Employee, having been advised in writing to consult with an attorney, has twenty-one (21) days to consider whether to sign this Agreement.

18.     Employee may revoke this Agreement within seven (7) days of signing it. To revoke the signed Agreement, Employee must timely deliver a written revocation to the Employer address and "attention" set forth in paragraph 11. This Agreement shall not become effective or enforceable, and no payments or benefits provided for in paragraph 5 above shall be due, until this revocation period has expired.

19.    Both Employer and Employee acknowledge and agree that, by entering into and carrying out the terms of this Agreement, neither admit that any wrongful action has occurred or liability exists vis-à-vis the other.  Both acknowledge that this Agreement is motivated by the desire to create an amicable parting between them.

THE UNDERSIGNED FURTHER STATES THAT SHE HAS HAD TWENTY-ONE (21) DAYS WITHIN WHICH TO CONSIDER THIS AGREEMENT BEFORE EXECUTING IT, THAT SHE HAS CAREFULLY READ THE AGREEMENT, THAT SHE HAS HAD A FULL OPPORTUNITY TO DISCUSS THIS AGREEMENT WITH HER OWN LEGAL COUNSEL, THAT SHE KNOWS AND UNDERSTANDS THE CONTENT, INCLUDING, BUT NOT LIMITED TO, ITS BINDING EFFECT, AND THAT SHE SIGNS THIS AGREEMENT AS HER OWN FREE ACT.

**Employee:** _____    Date: _____
                         Constance Cooper

**Employer:**

**GGPLP REIT Services, LLC**

By:    _____    Date: _____
             Stephanie Whitney

Its:    VP, Human Resources



## Call ComPsych® GuidanceResources®
## anytime for confidential assistance.

Call: **877.809.3057**
Go online: **guidanceresources.com**

TDD: **800.697.0353**
Your company Web ID: **GGP207**

Personal issues, planning for life events or simply managing daily life can affect your work, health and family. ComPsych® GuidanceResources® provides support, resources and information for personal and work-life issues. GuidanceResources is company-sponsored, confidential and provided at no charge to you and your dependents. This flyer explains how GuidanceResources can help you and your family deal with everyday challenges.

### Confidential Counseling
*Someone to talk to.*

This no-cost counseling service helps you address stress, relationship and other personal issues you and your family may face. It is staffed by GuidanceConsultants℠—highly trained master's and doctoral level clinicians who will listen to your concerns and quickly refer you to in-person counseling and other resources for:

> Stress, anxiety and depression
> Relationship/marital conflicts
> Problems with children
> Job pressures
> Grief and loss
> Substance abuse

### Financial Information and Resources
*Discover your best options.*

Speak by phone with our Certified Public Accountants and Certified Financial Planners on a wide range of financial issues, including:

> Getting out of debt
> Credit card or loan problems
> Tax questions
> Retirement planning
> Estate planning
> Saving for college

### Legal Support and Resources
*Expert info when you need it.*

Talk to our attorneys by phone. If you require representation, we'll refer you to a qualified attorney in your area for a free 30-minute consultation with a 25% reduction in customary legal fees thereafter. Call about:

> Divorce and family law
> Debt and bankruptcy
> Landlord/tenant issues
> Real estate transactions
> Civil and criminal actions
> Contracts

### Work-Life Solutions
*Delegate your "to-do" list.*

Our Work-Life specialists will do the research for you, providing qualified referrals and customized resources for:

> Child and elder care
> Moving and relocation
> Making major purchases
> College planning
> Pet care
> Home repair

### Identity Theft Services
*Professional support at a critical time.*

If you are the victim of identity theft, you may face overwhelming legal, financial, emotional and work-life challenges as you work to repair your credit and restore your good name. Our team of experts will assist you with all relevant issues related to your situation, including:

> Support from legal and financial professionals
> Counseling to address emotional issues
> Work-life assistance
> Referrals to a nationwide network of attorneys
> Referrals to self-help resources

### GuidanceResources® Online
*Knowledge at your fingertips.*

GuidanceResources Online is your one stop for expert information on the issues that matter most to you...relationships, work, school, children, wellness, legal, financial, free time and more.

> Timely articles, HelpSheets℠, tutorials, streaming videos and self-assessments
> "Ask the Expert" personal responses to your questions
> Child care, elder care, attorney and financial planner searches

*Just call or click to access your services.*



### Your ComPsych® GuidanceResources® Program

**CALL ANYTIME**
Call: **877.809.3057**
TDD: 800.697.0353
Online: **guidanceresources.com**
Your company Web ID: **GGP207**

Copyright © 2013 ComPsych Corporation. All rights reserved. This document is the confidential and proprietary information of ComPsych Corporation. To view the ComPsych HIPAA privacy notice, please go to www.guidanceresources.com/privacy.

Copyright © 2013 ComPsych Corporation. All rights reserved.



# GGP

## ComPsych® GuidanceResources® Program

" Whenever I have questions or need help, I call GuidanceResources for confidential information and assistance."

**ComPsych® GuidanceResources®**
Call: 877.809.3057
TDD: 800.697.0353
Go online: guidanceresources.com
Your company Web ID: GGP207



**Your ComPsych® GuidanceResources® Program**

The single source for confidential support, expert information and valuable resources for all of life's challenges.

# Benefits Resources

| Benefit Resource Directory | Group Number | Insurer/ Administrator | Website | Telephone |
|---|---|---|---|---|
| GGP Benefits Corner | | GGP | ggp.sharepoint.com | 1-312-960-5900 Option 1 |
| Medical | 653246 | aetna | www.aetna.com | 1-888-655-5327 |
| Aetna Concierge | 653246 | aetna | www.aetna.com | 1-888-655-5327 |
| Aetna Informed Health Line (Nurse Line) | 653246 | aetna | www.aetna.com | 1-800-556-1555 |
| Teladoc | 653246 | TELADOC. | www.teladoc.com/Aetna | 1-855-TELADOC (1-855-835-2362) |
| Wellness Plan | GGP | Pulse | join.virginpulse.com/GGP | 1-888-671-9395 |
| Flexible Spending Account (FSA) and Health Savings Account (HSA) | 653246 | aetna PayFlex. | www.aetna.com | 1-888-678-8242 |
| Dental Plan | 653246 | aetna | www.aetna.com | 1-877-238-6200 |
| Prescription Plan | RxBIN: 004336 | CVS/caremark | www.caremark.com | 1-888-202-1654 |
| Vision Plan | 9923889 | eye med | www.eyemedvisioncare.com | 1-866-939-3633 |
| Employee Assistance Program (EAP) | GGP207 | COMPSYCH | www.guidanceresources.com (Password GGP207) | 1-877-809-3057 |
| Basic Life/AD&D, Supplemental Life, Dependent Life, Voluntary AD&D | 675338 | THE HARTFORD | www.thehartford.com | 1-888-563-1124 |
| Business Travel Accident (BTA) | ETB135038 | THE HARTFORD | www.thehartford.com | 1-888-563-1124 |
| Short Term and Voluntary Long Term Disability and FMLA | 675338 | THE HARTFORD | www.thehartford.com | 1-800-863-5166 |
| 401(k) Savings Plan | 093283 | Vanguard | www.vanguard.com | 1-800-523-1188 |
| Employee Stock Purchase Plan | GGP | AST | www.astfinancial.com | 1-866-665-2258 |
| Credit Union | GGP | BCU | www.bcu.org | 1-800-388-7000 |
| Transit and Parking Benefit Program | 25624 | WageWorks | www.wageworks.com | 1-877-924-3967 |

 **Challenger, Gray & Christmas, Inc.**
Guiding Change ... Getting Results



## Job Search Experts Ready to Work with You!

## Three Month Program

It is never easy being told your job is being eliminated. Your top priority has just changed and you need to find your next job! The question you must be asking yourself is: ***How do I begin a successful job search that gets me a great new job?*** The good news is you have a partner that will help you find that all-important next opportunity. Challenger, Gray & Christmas, the premier outplacement company, has been retained to provide you with help on your job search; so instead of going at it alone, you have a partner, mentor and coach helping you!

*You will receive:*

*One-on-One job search training session*
*Professionally written resume*
*3 Months access to our online program, Challenger Essentials, providing 24/7 job search guidance*
*3 Months of unlimited coaching access*

## Challenger Essentials – Three Month Program

| | | |
|---|---|---|
| Interviewing Skills | Job Search Tools | Negotiation |
| Opportunity Tracker | Industries | Retirement |
| On-Demand Webinars | Salary and Relocation | Managing Emotions |
| Resume Creator | Occupational Research | Social Networking |
| Contact Manager | Starting a New Business | Challenger Articles and Blogs |
| E-Calendar | Executive Searches | Customized Job Search Leads |
| Task Manager | Job Search Methods | Research through Hoovers |
| Self-Assessments | Networking Tips | LinkedIn Integration |
| Career Success Tools | Correspondence | |

## To Find out More Information, or to Start Your Program:

*Raheela Anwar*
*Challenger, Gray & Christmas, Inc.*
**312-890-3191**
**raheelaanwar@challengergray.com**

 **Challenger, Gray & Christmas, Inc.**
Guiding Change ... Getting Results

## Frequently Asked Questions (FAQ)
## About Employee Separations

### General Information

**Will I be informed of a specific date on which my employment will end?**
Yes. A "Separation Date" and or a "Paid Through Date" will be communicated to you. Please take note of these dates, as it has implications for certain benefits (as discussed in the **Employee Benefits** section below).

**What if I am interested in moving to another area or position?**
You are encouraged to log onto ESS and click on Recruitment Info to access the internal employee application portal. Here you will be able to review all of the job postings within the company. You can log onto ESS directly through: https://ggp.ultipro.com. If you are interested in any positions, kindly submit your resume and application this way so that you are considered an internal applicant. If you do not see any positions that are of interest to you or match your current qualifications, you may submit your resume and select "email new jobs matching my resume" to receive alerts when new jobs are posted in your areas of interest. Upon separation, we encourage you to monitor the positions posted to www.ggp.com and apply for opportunities for which you are qualified.

**What is "at will" employment?**
"At will" employment means that your employment with the Company can be terminated at any time and for any reason (with or without cause) by the Company or by you.

**Will I be eligible for unemployment?**
If you do not apply for and accept another position with General Growth (including any of its affiliates or subsidiaries), you will be eligible to apply for unemployment. Please contact your local unemployment agency or apply online at the state unemployment website.

**How long before my ESS account is closed?**
You will have limited viewing access to your ESS account for thirty (30) days after your last pay date (which includes your last severance payment). During this time, you can review personal information, print off pay stubs, and complete the exit interview survey. You can log on to ESS directly via: https://ggp.ultipro.com (This web address is unique to employees who have separated from the company). If you have difficulty logging in, please try resetting your password by clicking on "reset password" on the login page or call the Employee Service Info Line at 312-960-5900.

**Where can I complete an exit interview?**
The link to complete an exit interview survey can be found via:
https://www.surveymonkey.com/r/H97XH8S. Your open and honest feedback will help us enhance our work environment.

**Who can verify my employment with GGP?**
All calls for references and to verify employment should be directed to GGP Human Resources at 312-960-5900. GGP will only provide name, title and dates of employment unless you authorize more information.

**How will I get my W-2 Form?**
Payroll sends out W-2 forms at the end of January each year. Your W-2 will be sent to the address you have on file with the Company. To that end, it is important that you inform the Company of any name or address changes by sending updated information to the Human Resources Department at 110 N. Wacker Drive, Chicago, IL 60606, BSC 5-17 or GGPHumanResources@ggp.com. This also assures that our vendors have the correct address and will provide you with information about your benefit options.

**Will my direct deposit be cancelled?**
Your direct deposit arrangement will be cancelled thirty (30) days after your last paycheck. Therefore, your final paycheck and any payment for accrued and unused vacation time will be direct deposited. Any payments that take place beyond the thirty (30) day window will be paid by live check unless a new direct deposit arrangement is set up with Payroll.

**What will happen to the money on my transit card?**
If you have the Transit Card, you have 90 days after your Separation Date to spend the remaining funds. At the end of the 90-day period, the card will be closed and any unused balances will be removed. Per the IRS, this cannot be refunded back to you. If you have any questions about your transit card, please contact WageWorks at 877-924-3967.

**What will happen to the money on my parking card?**
If you have the Parking Card, the card will be closed immediately after your Separation Date and any unused balances will be forfeited. Per the IRS, this cannot be refunded back to you. You can check your card balance on the WageWorks website. If you have any questions about your parking card, please contact WageWorks at 877-924-3967.

**What will happen to my outstanding T-card expenses and reimbursements?**
Please ensure any outstanding expenses have been entered into Concur for reimbursement prior to your last day. For any T-Card transactions that have not imported into Concur prior to your last day, please upload the corresponding receipt to Concur and email GGPConcur@ggp.com to set up a delegate to complete your expense report on your behalf. All approved US Bank T-Card transactions will be paid directly to US Bank, and out of pocket expenses may be diverted to US Bank up to the balance due. Any residual balance on the T-Card is your responsibility and must be paid promptly. Late fees are not reimbursable by GGP, and the T-Card is an individual liability account.

**Will I be able to port my cell phone number to a personal plan?**
If you would like to port your number out to a personal plan, open a ticket with the GGP Service Desk as soon as possible. You have two options - you can port your number to a personal plan with AT&T or Verizon OR you can move it to another carrier. You will have three (3) days to claim your mobile number once it has been moved to the secondary account. After three days, GGP will disconnect the phone number. GGP will no longer be liable for payment for the phone usage after the disconnection date. Note: Regardless of whether or not you migrate your cell phone number, you will be required to disable the Find My iPhone feature before returning your iphone to GGP.

**How will I receive my last paycheck for my regular pay?**
Depending on when your employment with General Growth ends during the pay period, you will typically receive all regular pay by your next regularly scheduled paycheck, unless your state laws dictate otherwise. Exempt employees are paid up to the current pay period and their time card adjustments are processed one week in arrears. Non-exempt employees are paid one week in arrears of the current pay date. You should work with your manager to ensure your time has been submitted and approved in Ceridian. In addition to your regular compensation for hours worked in the last pay period, you will also receive any vacation credit remaining. California residents, based on state legislation, will also receive any remaining personal hours.

### Severance Pay & Separation Pay

**Who is eligible for severance?**
A full-time employee who is being separated under severance eligible circumstances (as defined by the Company's existing severance policy) is eligible to receive severance pay (calculated according to the Company's existing severance policy) **on the condition that the employee signs (and does not revoke) a General Release in favor of the Company.**

A part-time employee who is separating from the Company under circumstances that would be severance eligible if s/he was a full-time employee (as defined by the Company's existing severance policy) is not eligible for severance, but is eligible for a separation payment (described below).

**How is severance calculated for full-time employees?**

- Employees at a Vice President level or higher, or the equivalent, at the time of termination will receive: twelve (12) weeks of pay at the employee's then current salary; plus four (4) weeks of pay at the employee's then current salary for each full year of service subject to a maximum of fifty-two (52) weeks of severance payments.

- Employees at a Director, Group Vice President, or Regional Vice President level or higher, or the equivalent, at the time of termination will receive: eight (8) weeks of pay at the employee's then current salary; plus two (2) weeks of pay at the employee's then current salary for each full year of service subject to a maximum of fifty-two (52) weeks of severance payments.

- Employees in exempt management level roles at the time of termination will receive: four (4) weeks of pay at the employee's then current salary; plus one (1) week of pay at the employee's then current salary for each full year of service subject to a maximum of fifty-two (52) of severance payments.

- All other exempt (including assistant and associate management level) and non-exempt employees will receive: two (2) weeks of pay at the employee's then current salary or hourly pay; plus one (1) week of pay at the employee's then current salary or hourly pay for each full year of service subject to a maximum of fifty-two (52) weeks of severance payments.

"Salary" is base salary only – subject to applicable withholdings and taxes – and does not include bonuses; and "years of service" is calculated by adding up the employee's contiguous years of service with the Company as of the Separation Date, and where required by applicable agreements, prior years of service at a company or property acquired by or merged with or into the Company or one of its affiliates.

**How is separation pay calculated for part-time employees?**
Eligible separating part-time employees receive a lump-sum separation payment equal to two weeks of pay calculated according to the employee's regularly scheduled hours **on the condition that the employee sign (and not revoke) a General Release in favor of the Company**.

**How and when are severance or separation payments made?**
Severance. Employees will receive their severance as pay continuation. Pay continuation involves payments made over time in the form of regular payroll deposits that follow the Company's regular payroll schedule.

Severance payments will begin within two to three weeks after Human Resources receives the employee's signed General Release (and following the expiration of any applicable revocation periods). All severance payments are made in the same way that you presently receive your regular paychecks—as direct deposit or as a live check. However, if your direct deposit is inactive for thirty (30) days, your severance payment will be made by live check unless a new direct deposit arrangement is set up.

Separation Payments (for part-time employees). A separation payment is a single lump sum payment made by payroll deposit. The separation payment is deposited two to three weeks after Human Resources receives the employee's signed General Release (and following the expiration of any applicable revocation periods).

**Employee Benefits**

**How does separation affect medical/prescription, vision and/or dental benefits?**
Following separation, **full-time** and **part-time employees** enrolled in the Company's medical/prescription, vision, and/or dental benefit plans will continue his or her existing coverage through midnight of the last day of your "paid through date" **(please refer to your Exhibit A or Separation Agreement for your Paid Through Date)**

You will then have the opportunity to continue your medical/prescription, vision and/or dental insurance through COBRA continuation coverage at your own expense (rates listed below).

If you were not enrolled in the medical/prescription, vision, and/or dental benefit plans as of your Separation Date, then you do not have any coverage to continue and you are not eligible for COBRA coverage.

Notice of your COBRA rights and instructions about electing COBRA coverage will be mailed to your home by Allied Benefit Systems, our COBRA Administrator. The paperwork should arrive to your home within 10-15 business days after your paid through date. If you elect the COBRA coverage, that coverage will be made retroactive to the day in which you lost coverage (provided that premiums are paid). If you were enrolled in any of the above insurance plans and do not receive your COBRA notice, please contact an Allied representative at 312-906-8080 for calls within IL or 800-288-2078.

If you elect COBRA coverage and subsequently acquire a new dependent through marriage, birth, adoption or placement for adoption, please contact Allied within 30 days of that event to obtain coverage. They will send you a new enrollment form. Please call Allied if your dependent is no longer eligible.

Health Insurance Portability and Accountability Act (HIPAA) certificates stating the length of time you and your covered family members had medical coverage under General Growth's Medical Plan will be automatically included with the COBRA information. Keep a copy of this document for your records. You should also provide a copy to your new medical plan provider so that you and your covered family members may receive credit of coverage for any pre-existing conditions.

**2018 Monthly COBRA Rates**

| **Aetna Medical PPO Plan** | | **Aetna Dental** | |
|---|---|---|---|
| Employee | $ 639.89 | Employee | $ 32.84 |
| Employee + 1 | $1,311.76 | Employee +1 | $ 65.82 |
| Family | $2,220.40 | Family | $114.98 |

| **Aetna Medical HDHP Plan** | | **Aetna Dental (DMO)** | |
|---|---|---|---|
| Employee | $ 550.69 | Employee | $ 24.52 |
| Employee +1 | $1,128.93 | Employee +1 | $ 47.82 |
| Family | $1,910.90 | Family | $ 78.49 |

| **Vision (Eye Med)** | |
|---|---|
| Employee | $ 7.78 |
| Employee +1 | $ 15.52 |
| Family | $ 25.01 |

**What about my other benefits—i.e., 401(k) contributions, Flexible Spending Accounts, Life Insurance, etc.?**
These benefits end on your paid through date. Below is detailed information regarding each plan.

**401(k) Plan:** If you are a current participant, your deductions will continue through your separation date. Distributions become available approximately two (2) weeks after your paid through date. If your balance is under $1000, the account will automatically be cashed out 90 days after your paid through date and a

check will be sent to your address of record. If your plan balance is over $1000-$5000, the funds are automatically rolled over to a Vanguard IRA 90 days after your paid through date and invested in the prime money market fund. If your balance is over $5000, you may stay in the plan but no longer able to contribute or roll monies into the plan. You may call Vanguard at 800-523-1188 to discuss options and/or request a distribution.

**What will happen if I have an outstanding 401(k) Loan?**
If you are repaying a loan at the time of separation, it must be repaid in full within 90 days of the Paid Through date. If it is not repaid within 90 days the loan will be deemed by the Vanguard as a distribution. Once deemed the outstanding balance becomes a fully taxable event. Full & partial payments may be made online through Vanguard's web site. You may call Vanguard at 800-523-1188 to discuss pay off options.

**Flexible Spending Accounts (Healthcare & Dependent Care Reimbursements):** If you have a medical FLEX spending debit card, it will be inactive as of your separation date; however, you will be able to submit any expenses incurred through your paid through date manually to Aetna (please refer to your Exhibit A or Separation Agreement for your Paid Through Date). Please note that your paid through date is the last day in which you are receiving regular pay. This does not include severance payments. Forms can be found directly on Aetna's website under the forms section (www.aetna.com). If you have any questions about your Flexible Spending Accounts, please contact Aetna at 1-888-655-5327.

**Health Savings Account:** If you have a Health Savings Account you will retain this account and the funds already in it are yours to use for qualified expenses in the future. Your deductions will continue through your paid through date. If you have questions about this account you may contact Aetna directly at 1-888-655-5327.

**Basic, Supplemental & Dependent Life Insurance:** If you participate in the General Growth Life Insurance Plan(s), your coverage will end at midnight on the Separation Date. You have thirty-one (31) days from your Separation Date to convert your Group Insurance plan(s) to an individual life insurance plan without providing evidence of good health. These forms will be sent to the home address on file directly from Hartford.

**Accidental Death and Dismemberment:** Accidental Death and Dismemberment coverage ends at midnight on the Separation Date. There is no conversion or portability policy option for this plan.

**Short Term Disability Insurance:** Short Term Disability coverage ends at midnight on the Separation Date. There is no conversion or portability option for this plan.

**Long Term Disability Insurance:** If you participate in the General Growth Long Term Disability Insurance, your coverage ends at midnight on the Separation Date. You have thirty-one (31) days from your Separation Date to convert your Group Long-Term Disability plan to an individual policy. These forms will be sent to the home address on file directly from Hartford. Once they receive your application back, Hartford will send you additional information about the coverage and cost of the conversion. Please call Hartford at 877-320-0484 for any additional policy questions after you receive their conversion materials.

**Will I be responsible to pay back tuition reimbursement?**
No. The nature of your separation excuses you from having to reimburse the Company for these amounts.

**What happens to my unused contributions to the ESPP?**
If you are a current participant, your deductions will continue through your separation date. Upon separation any unused contributions will be refunded by payroll.

**Do I still have the one year hold on my shares when I separate?**
Yes. Any shares purchased and applied to your account prior to your paid through date are still subject to the one year hold plan rule.

**What will happen to my vacation time/CTO time that I did not use?**
You will continue to accrue vacation time up to and through your Separation Date and you will be paid for any vacation time that has accrued but was not used by the Separation Date. You will be paid on **the earlier** of (x) the first regular payroll following your Separation Date or (y) the date required by your state's final payment laws.

**What are some important numbers to know?**

| | |
|---|---|
| Human Resources | 312-960-5900 |
| Accounting – Concur Support Line | 312-960-2601 |
| Accounting – Credit Card Services | 312-960-2701 |
| GGP Service Desk | 855-447-4457 |
| Allied – COBRA | 312-906-8080 or 800-288-2078 |

# Salary Continuation Worksheet

**Exhibit A**

| | |
|---|---|
| Employee Name: | **Cooper, Constance** |
| Job Title: | Assoc Accountant - A/P |
| Location: | GGP Chicago - 350 |

| | | | |
|---|---|---|---|
| Hire Date: | **9/28/2015** | | |
| Last Day at GGP: | **7/10/2018** | **Severance Amount** | |
| Paid through date with GGP: | **7/24/2018** | **$4,877.40** | |
| Employee Number: | **000026813** | | |
| Annual Salary: | **$50,725.00** | **5** | weeks |
| Hourly Rate: | **$24.39** | **200** | hours |
| Component Company: | **GGPRS** | | |

## PAYMENT SUMMARY

| PAY DATE * | Severance Hours | TOTAL EARNINGS |
|---|---|---|
| 08/03/18 | 64.00 | $1,560.77 |
| 08/17/18 | 80.00 | $1,950.96 |
| 08/31/18 | 56.00 | $1,365.67 |
| TOTALS | **200.00** | **$4,877.40** |

\* There may be an interval of time between the Separation Date and the effective date of the Separation Agreement (i.e., the date on which the Separation Agreement is signed and any applicable revocation period has expired). During that interval, the Company will accumulate bi-weekly severance payments and, once the Separation Agreement becomes effective, will pay out the severance that has accumulated since the Separation Date (in the first regular pay period following the effective date). The remaining payments, if any, will resume on a bi-weekly basis according to the schedule provided above.



*Employee File* (handwritten)

**GGP**

# 2015 Enrollment Election Form

All new hires must complete a Benefits Enrollment Election Form to decline or elect coverage. Please sign this form and return to Human Resources – Mail Stop BSC 4-06. All active employees working **20 or more hours per week** are eligible for benefits the 1st day of the month following one (1) full month of employment.

Should you elect to cover one or more dependents (spouse, child, or same sex domestic partner) one of the following documents for each dependent covered is required: **Spouse** - copy of the marriage certificate; **Child** - copy of the birth certificate or adoption papers; **Dependent that is not a child but you are the legal guardian** - documentation showing proof of guardianship; **Same sex domestic partner** - completed GGP domestic partner affidavit form and supporting documents.

## Employee Information

| | | | |
|---|---|---|---|
| SSN | 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 | Job Title | Associate Accountant |
| Name | Constance Cooper | Date of Birth | 04.12.1962 |
| Address | 4722 S. Langley #2 | Gender (M/F) | F |
| City, State Zip | Chicago, IL 60615 | GGP Hire Date | 09.28.2015 |
| Location | GGP Chicago | Effective Date of Coverage | 11.01.2015 |

## Election Options

*(All costs represent pre-tax bi-weekly deductions. Deductions for same-sex domestic partners not legally married in states that recognize same-sex marriage, and their children, will be post tax and subject to imputed income. Dependent children can be covered to age 26.)*

### Aetna Medical – Preferred Provider Organization (PPO) Plan – Flexible Spending Account (FSA) Eligible

| | | | | | | |
|---|---|---|---|---|---|---|
| Decline PPO | ☑ | | | | | |
| Elect PPO | ☐ | Employee Only $90.00 | ☐ | Employee + 1 $185.00 | ☐ | Family $310.00 |
| Decline FSA | ☑ | | | | | |
| Elect FSA | ☐ | Annual Election $ | | Amount to be deducted from each paycheck $_____ | | |
| | | *(maximum $2,500)* | | | | |

### Aetna Medical – High Deductible Health Plan (HDHP) – Health Savings Arrangement (HSA) and Limited Purpose FSA (LP FSA) Eligible

| | | | | | | |
|---|---|---|---|---|---|---|
| Decline HDHP | ☐ | | | | | |
| Elect HDHP | ☑ | Employee Only $30.00 | ☐ | Employee + 1 $80.00 | ☐ | Family $140.00 |
| Decline HSA | ☐ | | | | | |
| Elect HSA | ☑ | Annual Election $ 2,340 *(max of $3,350 individual or $6,650 family)* | | Amount to be deducted from each paycheck $ 90.00 | | |
| Decline LP FSA | ☑ | | | | | |
| Elect LP FSA | ☐ | Annual Election $ _____ *(maximum $2,500)* | | Amount to be deducted from each paycheck $_____ | | |

### Aetna Dental – PPO Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| Decline Dental PPO | ☐ | | | | | |
| Elect Dental PPO | ☑ | Employee Only $6.80 | ☐ | Employee + 1 $14.08 | ☐ | Family $21.27 |

### EyeMed Voluntary Vision Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| Decline Vision | ☐ | | | | | |
| Elect Vision | ☑ | Employee Only $3.52 | ☐ | Employee + 1 $7.02 | ☐ | Family $11.32 |

## Dependent Care Flexible Spending Account (FSA) *(Daycare expenses for children under the age of 13)*

Decline FSA ☑

Elect FSA ☐ Annual Election $ _____ Amount to be deducted from each paycheck $ _____
(maximum $5,000)

## Short Term Disability (STD)

Benefit is equal to 70% up to $1,500 per week; employees are automatically enrolled; cost: paid by GGP

## Long Term Disability (LTD)

Decline LTD ☑

Elect LTD ☐ Coverage: varies (please refer to the HR Policy Manual)
Cost: $0.37 per $100 of monthly covered earnings

## Basic Life & Accidental Death and Dismemberment (AD&D)

Coverage is equal to 1 x base salary to a maximum of $150,000; employees are automatically enrolled; cost: paid by GGP

## Supplemental Employee Life Insurance and AD&D (Maximum $750,000; $200,000 Guaranteed Issue)

Decline ☑

Elect ☐ $ _____ Elect a benefit amount in increments of $10,000 to a maximum of $750,000.

Amounts elected above $200,000 will require you to complete and submit a Hartford Evidence of Insurability (EOI) form. EOI can be submitted by logging onto https://enroll.thehartfordatwork.com.

*Please refer to the last page of the Benefits-at-a-Glance document for table of rates by age and benefit amount.*

## Spouse Life Insurance and AD&D (Maximum $375,000; $100,000 Guaranteed Issue)
*(To elect Spouse Life Insurance and AD&D, you must elect Supplemental Employee Life and AD&D)*

Decline ☑

Elect ☐ $ _____ Elect a benefit amount in increments of $5,000 up to 50% of the Supplement Employee Life or $375,000 maximum.

Amounts elected above $100,000 will require your spouse to complete and submit a Hartford Evidence of Insurability (EOI) form. EOI can be submitted by logging onto https://enroll.thehartfordatwork.com.

*Please refer to the last page of the Benefits-at-a-Glance document for table of rates by age and benefit amount.*

## Child Life Insurance and AD&D ($1,000 from live birth to 6 months and $10,000 from 6 months to age 26)
*(To elect Child Life Insurance and AD&D, you must elect Supplemental Employee Life and AD&D)*

Decline ☑

Elect ☐ $0.66

**Do You Have Other Insurance?** ☐ Yes ☑ No

**Medicare:** Are you covered by Medicare? ☐ Yes ☑ No
Is your spouse or depended child covered under Medicare? ☐ Yes ☑ No

2

## Dependent Information
*(Please list all dependent information/changes and indicate which plan they should be enrolled)*

| Name | Relation | Gender | Date of Birth | SSN | Benefit Plan |
|------|----------|--------|---------------|-----|--------------|
| Susie Sample | Spouse | F | 5/5/60 | 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 | Med/Den/Life |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Important Notice

If you refuse coverage for yourself, you automatically refuse that coverage for any dependents. If you are declining enrollment for medical and/or dental coverage, you may in the future be able to enroll yourself and your dependents in the plan, during annual enrollment or within 30 days after a life event.

The medical plan contains a pre-existing conditions limitation. An explanation of this limitation can be found in the summary plan description. You may obtain this certificate from your prior plan administrator. If you have a pre-existing condition and elect to enroll in General Growth's medical plan, you must provide a certificate of creditable coverage (HIPAA Certificate).

## Authorization

I authorize my employer to make payroll deductions pursuant to this Form. I certify the above information to be correct and true to the best of my knowledge and that the dependents listed above, if any, are eligible dependents under the applicable plans. I understand that any amounts which are not used for eligible expenses incurred during the plan year will be forfeited in accordance with current plan provisions and tax laws. I understand that the salary reduction(s) will be in effect for the plan year and cannot be revoked or modified except as authorized by current plan provisions and laws. I acknowledge that the information provided in this Election Form is a general overview of my benefit options and that in the event of a conflict between this Election form and the applicable plan documents, the latter will control. I have received and read the applicable plan description and any amendments regarding the impact of HIPAA (The Health Portability and Accountability Act of 1996).

Signature: _Constance Cooper_   Date: _11.30.15_

*(If you are filling out this form via your computer, please print entire enrollment form in order to sign)*

3

# Constance Cooper

4722 South Langley
Chicago, IL 60615
(708) 291-0089
cooper.constance4@gmail.com

## PROFESSIONAL EXPERIENCE

### *Various Consulting Assignments – Chicago, IL*                    *2011 - Current*
**Accountant**
- Analyzed and prepared monthly financials
- Review and process payroll
- Reconciled multiple operating accounts on a monthly basis
- Reviewed and processed accounts payable and accounts receivable
- Prepared and maintained the general ledger
- Prepared, assisted and reviewed the annual operating budget
- Deposited checks daily

**Property Accountant**
- Reconciled multiple operating accounts
- Analyzed and prepared monthly financials
- Reviewed and processed accounts payable
- Prepared and maintained the cash log for multiple residential properties
- Deposited checks, process and review true-ups and variances

### *Near North National Title LLC – Chicago, IL*                    *2010 - 2011*
**Staff Accountant**
- Reconciled multiple operating and escrow accounts on a monthly basis
- Reviewed and processed accounts payable, accounts receivable the upload and invoicing
- Prepared and maintained the general ledger
- Analyzed and prepared monthly financials for the organization's Owners and President

**Escrow Accountant**
- Reviewed positive pay daily
- Reviewed and submitted online outgoing wires for residential and commercial closings
- Prepared daily and monthly reconciliation for all residential and construction escrows
- Deposited checks online daily

### *Accounting Now, SNI Financial – Chicago, IL*                    *2008 - 2010*
### *Ekstein Asset Management, LLC*
**Accountant -** Temporary Position
- Reviewed and processed accounts payable, accounts receivable, cash receipts, bank deposits electronic banking
- Prepared and reviewed of the annual operating budget for several Condo/Townhome associations
- Cleaned up a department that started with little financial, procedural, or operational compliance and the reporting processes

- Analyzed and prepared monthly financials for Board of Directors of Association, President, Vice President and Office Manager

### *Habitat Brokerage LLC – Chicago, IL*                    *2005 - 2008*
**Senior Accountant**
- Analyzed and prepared monthly and quarterly financial statement reports for President, CEO, and Corporate Officers
- Processed accounts payable and accounts receivables
- Reconciled multiple operating accounts and all escrow accounts on a monthly basis
- Solely responsible for cleaning up a department that started with little financial, procedural, or operational compliance.  Revamped support systems, agent procedures, and all reporting processes
- Audited and ensure compliance with legal and procedural requirements of the Illinois Department of Financial and Professional Regulation, Chicago Association of Realtors, and the Habitat Corporation
- Assisted in preparation and reviewing of the annual operating budget for the Brokerage Division

### *Davis Street Land Company – Evanston, IL*                    *2002 - 2004*
**Senior Accountant**
- Managed all accounting functions for investment properties, including commercial, retail, and residential complexes
- Managed existing lease execution, including initial and annual analysis of lease for billing and reporting adjustments.  Worked with tenants to execute required adjustments.  Prepared escalation billings, year-end common area maintenance (CAM) and real estate transaction (RET) adjustment settlements and work papers
- Prepared monthly and quarterly financial statements for both cash and accrual properties
- Reconciled on a monthly basis multiple bank accounts, schedules of amortization and depreciation of fixed assets, variance analysis, and aged delinquencies
- Prepared, assisted and reviewed the annual operating budget for multiple properties

### *Landau & Heyman, Inc. – Chicago, IL*                    *2000 - 2002*
**Property Accountant**
- Responsibilities entailed all accounting functions for cash and accruals, including both transaction execution and reporting Reviewed all disbursements, accounts receivable and general ledger data
- Managed work-in-progress payouts on out-parcel development (commercial space located on the perimeter of an investment parcel)
- Prepared, reconciled and analyzed monthly financial statements
- Prepared escalation billings, year-end CAM and RET settlements, and year-end work reports
- Assisted in and reviewed the preparation of annual operating budgets

## EDUCATION
Robert Morris University, Morris Graduate School of Management – Chicago, IL
MBA, Concentration: Management 2012

Chicago State University – Chicago, IL

BA, Concentration: Accounting 2000

## COMPUTER SKILLS

Advanced skills in the use of ATM, Softpro, Dynamics, Invoicing Systems, SMS, Construction Draw, Yardi, MRI, MRI Windows, Oracle, Microsoft Word, Microsoft Excel, Lotus 123, Windows 95, 98, 00, Millennium, Solomon, Timberline, QuickBooks and Skyline

# Employee New Hire Profile
## General Growth Properties

Page 1
Sep 28, 2015    3:37 PM

Select: Company is one of "GGSI - General Growth Services, Inc","GGPRS - GGPLP REIT Services, L, See last page.
Sort Order: Name (Last, First MI)(Asc)
Date Range: 01/01/1900 - 12/31/2900

---

**Company: GGPLP REIT Services, LLC**

Constance                     Cooper

| SSN | Employee number |
|---|---|
|  | 000026813 |

### Name

| First | Middle | Last | Prefix |
|---|---|---|---|
| Constance |  | Cooper | Ms. |

| Preferred first | Former last | Suffix |
|---|---|---|
| Constance |  |  |

### Personal

| Birth date | Gender |
|---|---|
| 4/12/1962 | Female |

**Marital status**
Single

**Ethnic ID**
2 - Black or African American

**Hire source**
Employee Referrals

### Key Dates

| Last hired | Status |
|---|---|
| 9/28/2015 | Active |

| Original hire | Date in job |
|---|---|
| 9/28/2015 | 9/28/2015 |

| Seniority | Benefits seniority |
|---|---|
| 9/28/2015 | 9/28/2015 |

| Next sal review | Next perf review |
|---|---|
| 9/27/2016 |  |

### Address

**Address 1**
4722 S. Langley

**Address 2**
Unit 2

| City | State | Zip / Postal code |
|---|---|---|
| Chicago | IL | 60615 |

| County | Country |
|---|---|
| Cook | USA |

| Home | Work | Extension |
|---|---|---|
| (708) 291-0089 | (312) 960-2908 | 2908 |

| Other | Type | Extension |
|---|---|---|
|  |  |  |

**Mailstop**
BSC R-20

**E-mail**
constance.cooper@ggp.com

---

### Job

ASCACTPN - Assoc Accountant-Prop Acc

**Alternate title**
Assoc Accountant-Prop Acctg

| Employee type | Salary Grade | National union |
|---|---|---|
| F1 - FT Hourly | 04 - 04 |  |

| Hourly | Salaried | Full time | Part time |
|---|---|---|---|
| √ |  | √ |  |

| Autopaid | Seasonal | Youth/Trng | Direct labor |
|---|---|---|---|
|  |  |  |  |

**Local union**

---

### Organizational

**Company**
GGPLP REIT Services, LLC

**Work location**
ILCHGO - GGP Chicago

**BusinessUnit**
CRPA - C-RS Property Acctg

**Dept Rollup**
AC - Accounting

**Object Acct**
CPR1 - Corp Salaries

**Acct Group**
C - Corporate Employee

### Pay Info

**Pay group**
1CRPBH - 1Corp Bi-Weekly Hourly

**Regular pay code**
REG - Regular Salary

**Shift**
Z - None

**Scheduled hours**
80.0000

**Project**

**Supervisor**
Polk, Cheryl

### Pay Rates

**Annual**
$47,985.60

**Period pay**
$1,845.60

**Weekly**
$922.80

**Hourly**
$23.0700 √

# Employee New Hire Profile
## General Growth Properties

Select: Company is one of "GGSI - General Growth Services, Inc","GGPRS - GGPLP REIT Services, L, See last page.
Sort Order: Name (Last, First MI)(Asc)
Date Range: 01/01/1900 - 12/31/2900

Company: GGPLP REIT Services, LLC

Constance                Cooper

| Earnings | Start date | Stop date | Amount | PDE | Block FIT | Block SIT | Block LIT |
|----------|-----------|-----------|--------|-----|-----------|-----------|-----------|
| GTL  - Group Term Life | 10/1/2015 | | $0.00 | √ | | | |
| HOL  - Legal Holiday | 9/28/2015 | | $0.00 | | | | |
| OT   - Overtime | 9/28/2015 | | $0.00 | | | | |
| PERHL - Personal Holida | 9/28/2015 | | $0.00 | | | | |
| REG  - Regular Salary | 9/28/2015 | | $0.00 | √ | | | |
| SICK - Sick | 9/28/2015 | | $0.00 | | | | |
| VACHR - Vac - CTO | 9/28/2015 | | $0.00 | | | | |

| Deductions / Benefits | Benefit option | Start date | Stop date | Amount | Rate |
|----------------------|----------------|-----------|-----------|--------|------|
| | | | | $0.00 | |
| 401KM - 401K Match | | | | $0.00 | |
| 401TU - 401K True Up | | | | $0.00 | |
| BLIFE - Basic Life | | 10/1/2015 | | $0.00 | |
| ERFRG - Employer Fringe | | | | $0.00 | |
| STD  - STD | | 10/1/2015 | | $0.00 | |

## Federal / State Tax

| Federal | Filing Status | Allow WH | Addl | Regular Wages Method | Addl amt | Supplemental Wages Method | Addl % | Other Wages Method | Percent | Flat amt |
|---------|--------------|----------|------|---------------------|----------|--------------------------|--------|-------------------|---------|----------|
| FIT | S | 1 | 0 | A | $0.00 | P | 0.00% | D | 0.00% | $0.00 |
| **Work-In** | | | | | | | | | | |
| ILSIT | S | 1 | 0 | A | $0.00 | P | 0.00% | D | 0.00% | $0.00 |
| **Residence** | | | | | | | | | | |
| ILSIT | S | 1 | 0 | A | $0.00 | P | 0.00% | D | 0.00% | $0.00 |

┌─ State reciprocity ─────────────┐
│  Received certificate of non-residence │
│  Not subject to work in state tax │
│  Not subject to resident state tax │
└──────────────────────────────┘

┌─ W4 is locked ─┐
│  FIT │
│  Work In │
│  Residence │
└──────────────┘

┌─ Employment and disability ─┐
│  SUI    ILSUIER │
│  SDI │
└────────────────────────────┘

┌─ Exempt ────────────────────┐
│  FUTA      FIT      SUI │
│  MED       Work In  SDI │
│  SOC       Resident │
└──────────────────────────────┘

┌─ Block tax amount ─┐
│  FIT │
│  Work In │
│  Residence │
└──────────────────┘

┌─ AEIC ──────────┐
│  Self │
│  Sp Filing │
│  Sp Not Filing │
└─────────────────┘

┌─ Workers Comp ──┐
│  Exclude │
│  State  IL │
└─────────────────┘

# Employee New Hire Profile
## General Growth Properties

Page 3
Sep 28, 2015   3:37 PM

Select: Company is one of "GGSI - General Growth Services, Inc","GGPRS - GGPLP REIT Services, L, See last page.
Sort Order: Name (Last, First MI)(Asc)
Date Range: 01/01/1900 - 12/31/2900

Company: GGPLP REIT Services, LLC

Constance                    Cooper

| Local Tax | | Work In county COOK | | | Residence county | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Work In | Filing Status | Allow WH Addl | Regular Wages Method Addl amt | | Supplemental Wages Method Addl % | | Method | Other Wages Percent | Flat amt |
| | | 0    0 | | $0.00 | | 0.00% | | 0.00% | $0.00 |
| Residence | | 0    0 | | $0.00 | | 0.00% | | 0.00% | $0.00 |
| School | 0 | | | | | | | | |
| Occupation | 0 | | | | | | | | |
| WCC | 0 | | | | | | | | |
| Other | 0 | | | | | | | | |

Exempt
- Work In
- Residence
- School
- Occupation
- WCC
- Other

Block tax amt
- Work In
- Residence
- School
- Occupation
- WCC
- Other

Local reciprocity
- Not subject to work in
- Not subject to residence
- Not subject to school district

Wages
- Residence not subject to work in
- School District not subject to work in

W4 is locked
- Work In
- Residence

## Direct Deposit

| Routing no | Bank name | Account number | Checking | Savings | Deposit rule | Amount |
|---|---|---|---|---|---|---|
| 071001533 | | 1119010153 | √ | | Available balance | Balance |



RE: New Hire Audit Follow Up - Message (HTML)

File | Message | Adobe PDF

Ignore | Junk | Delete | Reply | Reply All | Forward | More | Meeting | IM | Payroll | To Manager | Team E-mail | Move | Rules | OneNote | Actions | Mark Unread | Categorize | Follow Up | Translate | Zoom

Delete | Respond | Quick Steps | Move | Tags | Editing | Zoom

From: Koloditch, Genevieve
To: Harris, Jessica
Cc: Lauer, Karen J.
Subject: RE: New Hire Audit Follow Up

Sent: Mon 10/5/2015 9:20 AM

Message

Offer Recommendation Summary Sheet (External) - Constance Cooper FINAL.DOCX (34 KB)

Hi Jessica,

I have attached the approved offer recommendations for ▮▮▮▮▮▮ Constance Cooper.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

For Constance Cooper, the annual salary is $48,000 with a 4% bonus. The hourly rate is $23.0769.

Thanks!

GGP

**Genevieve Koloditch**
Recruiter
110 N. Wacker Drive
Chicago IL 60606
Direct 312.960.5011

Click on a photo to see social network updates and email messages from this person.

Koloditch, Genevieve
Human Resources Coordi...

Harris, Jessica
Human Resources Coordi...

Lauer, Karen J.
Dir, Human Resources

# Employee New Hire Profile
## General Growth Properties

Page 1

Oct 05, 2015    9:32 AM

Select: Company is "GGPRS - GGPLP REIT Services, LLC" and Employee is one of 000026802,000026813
Sort Order: Name (Last, First MI)(Asc)
Date Range: 01/01/1900 - 12/31/2900

**Company: GGPLP REIT Services, LLC**

Constance                 Cooper

| SSN | Employee number 000026813 | | | Address |
|---|---|---|---|---|

**Address**

Address 1
4722 S. Langley

Address 2
Unit 2

| **Name** | | | | City | State Zip / Postal code |
|---|---|---|---|---|---|

| First | Middle | Last | Prefix |
|---|---|---|---|
| Constance | | Cooper | Ms. |

City
Chicago                    IL    60615

County
Cook

Country
USA

| Preferred first | Former last | Suffix |
|---|---|---|
| Constance | | |

**Personal**                **Key Dates**

| Birth date | Gender | Last hired | Status |
|---|---|---|---|
| 4/12/1962 | Female | 9/28/2015 | Active |

Home
(708) 291-0089

Work
(312) 960-2908

Extension
2908

| Marital status | Original hire | Date in job |
|---|---|---|
| Single | 9/28/2015 | 9/28/2015 |

Other
(708) 291-0089

Type
Cellular

Extension

| Ethnic ID | Seniority | Benefits seniority |
|---|---|---|
| 2 - Black or African American | 9/28/2015 | 9/28/2015 |

Mailstop
BSC R-20

E-mail

| Hire source | Next sal review | Next perf review |
|---|---|---|
| Employee Referrals | 9/27/2016 | |

constance.cooper@ggp.com

**Job**

ASCACTPN - Assoc Accountant-Prop Acc

Alternate title
Assoc Accountant-Prop Acctg

Employee type
F1 – FT Hourly

Salary Grade
04 - 04

National union

| Hourly | Salaried | Full time | Part time |
|---|---|---|---|
| √ | | √ | |

| Autopaid | Seasonal | Youth/Trng | Direct labor |
|---|---|---|---|

Local union

**Organizational**

Company
GGPLP REIT Services, LLC

Work location
ILCHGO - GGP Chicago

BusinessUnit
CRPA  - C-RS Property Acctg

Dept Rollup
AC   - Accounting

Object Acct
CPR1 - Corp Salaries

Acct Group
C   - Corporate Employee

**Pay Info**

Pay group
1CRPBH - 1Corp Bi-Weekly Hourly

Regular pay code
REG  - Regular Salary

Shift
Z - None

Scheduled hours
80.0000

Project

Supervisor
Polk, Cheryl

**Pay Rates**

Annual
$48,000.00

Period pay
$1,846.15

Weekly
$923.08

Hourly
$23.0769

# Employee New Hire Profile
## General Growth Properties

Select: Company is "GGPRS - GGPLP REIT Services, LLC" and Employee is one of 000026802,000026813
Sort Order: Name (Last, First MI)(Asc)
Date Range: 01/01/1900 - 12/31/2900

Page 2
Oct 05, 2015    9:32 AM

Company: GGPLP REIT Services, LLC

Constance                    Cooper

| Earnings | Start date | Stop date | Amount | PDE | Block FIT | Block SIT | Block LIT |
|---|---|---|---|---|---|---|---|
| GTL - Group Term Life | 10/1/2015 | | $0.00 | √ | | | |
| HOL - Legal Holiday | 9/28/2015 | | $0.00 | | | | |
| OT - Overtime | 9/28/2015 | | $0.00 | | | | |
| PERHL - Personal Holida | 9/28/2015 | | $0.00 | | | | |
| REG - Regular Salary | 9/28/2015 | | $0.00 | √ | | | |
| SICK - Sick | 9/28/2015 | | $0.00 | | | | |
| VACHR - Vac - CTO | 9/28/2015 | | $0.00 | | | | |

| Deductions / Benefits | Benefit option | Start date | Stop date | Amount | Rate |
|---|---|---|---|---|---|
| | | | | $0.00 | |
| 401KM - 401K Match | | | | $0.00 | |
| 401TU - 401K True Up | | | | $0.00 | |
| BLIFE - Basic Life | | 10/1/2015 | | $0.00 | |
| ERFRG - Employer Fringe | | | | $0.00 | |
| STD - STD | | 10/1/2015 | | $0.00 | |

## Federal / State Tax

| Federal | Filing Status | Allow WH | Addl | Regular Wages Method | Addl amt | Supplemental Wages Method | Addl % | Other Wages Method | Percent | Flat amt |
|---|---|---|---|---|---|---|---|---|---|---|
| FIT Work-In | S | 1 | 0 | A | $0.00 | P | 0.00% | D | 0.00% | $0.00 |
| ILSIT Residence | S | 1 | 0 | A | $0.00 | P | 0.00% | D | 0.00% | $0.00 |
| ILSIT | S | 1 | 0 | A | $0.00 | P | 0.00% | D | 0.00% | $0.00 |

┌─ State reciprocity ─────────────┐
- Received certificate of non-residence
- Not subject to work in state tax
- Not subject to resident state tax

┌─ W4 is locked ─┐
- FIT
- Work In
- Residence

┌─ Employment and disability ─┐
- SUI    ILSUIER
- SDI

┌─ Exempt ─────────────┐

| FUTA | FIT | SUI |
|---|---|---|
| MED | Work In | SDI |
| SOC | Resident | |

┌─ Block tax amount ─┐
- FIT
- Work In
- Residence

┌─ AEIC ─┐
- Self
- Sp Filing
- Sp Not Filing

┌─ Workers Comp ─┐
- Exclude
- State   IL

## Employee New Hire Profile
**General Growth Properties**

Page 3

Oct 05, 2015    9:32 AM

Select: Company is "GGPRS - GGPLP REIT Services, LLC" and Employee is one of 000026802,000026813
Sort Order: Name (Last, First MI)(Asc)
Date Range: 01/01/1900 - 12/31/2900

Company: GGPLP REIT Services, LLC

Constance                    Cooper

| Local Tax | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Work In county COOK | | | | Residence county | | | |
| | Filing | Allow | | Regular Wages | | Supplemental Wages | | Other Wages | |
| Work In | Status | WH Addl | Method | Addl amt | Method | Addl % | Method | Percent | Flat amt |
| | | 0    0 | | $0.00 | | 0.00% | | 0.00% | $0.00 |
| Residence | | | | | | | | | |
| | | 0    0 | | $0.00 | | 0.00% | | 0.00% | $0.00 |
| School | | 0 | | | | | | | |
| Occupation | | 0 | | | | | | | |
| WCC | | 0 | | | | | | | |
| Other | | 0 | | | | | | | |

┌─ Exempt ─┐  ┌─ Block tax amt ─┐  ┌─ Local reciprocity ─────────┐   ┌─ W4 is locked ─┐

Work In        Work In        Not subject to work in            Work In

Residence      Residence      Not subject to residence          Residence

School         School         Not subject to school district

Occupation     Occupation    ┌─ Wages ─────────────────────────┐

WCC            WCC            Residence not subject to work in

Other          Other         School District not subject to work in

| Direct Deposit | | | | | |
|---|---|---|---|---|---|
| Routing no  Bank name | Account number | | Checking Savings Deposit rule | | Amount |
| 071001533 | 1119010153 | √ | | Available balance | Balance |

Fitness Center
Agreement, Waiver, & Release

I, _Constance Cooper_, an employee of _GGP_ desire to use the Fitness Center located at 110 N Wacker Drive, Chicago, IL 60606. As a condition of being permitted to use the equipment and facilities in the Fitness Center, I acknowledge and agree to the following:

1. I shall follow all rules and regulations regarding the Fitness Center issues from time to time by General Growth.

2. I acknowledge that my use of the Fitness Center is NOT a company sponsored event or activity, nor is it related to t he performance or function of my job. My use of the Fitness Center is purely voluntary and personal in nature. Therefore, I understand and acknowledge that if I become injured, disabled, or die while at the Fitness Center such injury is NOT covered by workers' compensation insurance and I will NOT be entitled to receive any workers' compensation benefits.

3. I shall use all equipment in the Fitness Center properly and according to instructions which may be provided.

4. I understand and acknowledge that my use of the Fitness Center is at the discretion of General Growth. If General Growth rescinds permission for me to use the Fitness Center for any reason, I shall immediately cease using it. Permission to use the Fitness Center ends upon the last day of my employment by my employer or my assignment at General Growth Offices.

5. I recognize there is the risk of physical injury or even death associated with physical activity and/or the use of equipment in the Fitness Center. I also agree that use of the Fitness Center is AT MY OWN RISK. I acknowledge that the equipment in the Fitness Center is used by others, and that no warranties or representations are made that any of the equipment is in proper working order or is otherwise fit for the use intended. I accept use of the equipment and facilities AS IS AND WITH ALL FAULTS.

6. I have received any necessary permission from my physicians or other treating health care practitioner to participate in activities at the Fitness Center. If asked to do so, I will furnish General Growth with such written evidence from my treating health care practitioners as may be requested to establish that I am permitted by my health care practitioner to use Fitness Center equipment.

7. I agree to notify the General Growth of any damage to the Fitness Center or equipment which I may either have cause or become aware of when I use the facility.

8. I am utilizing the Fitness Center and its equipment for my voluntary personal use. I hereby waive and expressly release General Growth Management, Inc., GGP Limited Partnership, GG DR, L.L.C., General Growth Properties, Inc. their subsidiaries and all of their related entities, including their officers, Directors and employees from any and all claims for personal injury, bodily injury, property loss or damage, damages, liability and expense (including attorneys' fees) incurred in connection with any such claim or demand, arising from, or out of, or in any way connected with my use of the Fitness Center. Without limiting the foregoing waiver and release, I hereby specifically waive any and all claims that the equipment is defective (either latent or patent defects), dangerous, capable of inflicting personal injury, or unfit for my use and operation.

Dated: _9. 28. 15_

_Constance Cooper_
(signed)

 **New Hire Checklist**

| NAME: Constance Cooper | START DATE: 09/28/2015 |
|---|---|
| JOB TITLE: Assoc. Accountant – Property Accounting | LOCATION: GGP Chicago |

| Document | Source | Confirmed |
|---|---|---|
| Employee New Hire Profile | HR Records | X |
| New Hire Onboarding Summary | HR Records | X |
| Resume | HR Records | X |
| Offer Letter | HR Records | X |
| Offer Approval | HR Records | X |
| Contingency Letter - if background not clear by start date | HR Records | N/A |
| GGP Code of Business Conduct & Ethics - if conflict | HR Records | |
| NY Wage Labor Law Section 195(1) - NY Only | HR Records | |
| California - Paid Family Leave Insurance - CA Only | HR Records | |
| California - Leave Law Notice B - CA Only | HR Records | |
| California - MPN Notification - CA Only | HR Records | |
| California - Predesignation of Personal Physician - CA Only | HR Records | |
| California - SDI Provisions - CA Only | HR Records | |
| Online Background Investigation Information Sheet | CARCO | X |
| Fair Credit Reporting Act Disclosure and Authorization Statement | CARCO | X |
| GGP Pre-Employment Drug Testing Policy | CARCO | X |
| GGP Workplace Policies & Acknowledgment Form | Onboarding | X |
| Behavior Standards Form | Onboarding | X |
| Direct Deposit Form | Onboarding | X |
| Disability Status | Onboarding | X |
| Emergency Contact Information | Onboarding | X |
| GGP-COBRA Model General Notice | Onboarding | X |
| GGPeople Series Acknowledgment Form | Onboarding | X |
| State Tax Form | Onboarding | X |
| US W4 - Federal Tax Form | Onboarding | X |
| New Employee Summary Form | Onboarding | X |
| GGP EEO Overview Form | Onboarding | X |
| GGP Policy & Procedures Acknowledgment Form | Onboarding | X |
| US I9 | Onboarding | X |

**AUDIT COMPLETED BY:** Jessica Harris  09/28/15

Updated: 8/21/2015



# New Employee Summary Information

### Employee Information

| | | | |
|---|---|---|---|
| Name: Constance Cooper - | | SSN: | 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 |
| Company: | UWZE1 - GGPLP REIT Services, LLC | Location: | GGP Chicago |
| Department: | Accounting | Job: | Assoc Accountant-Prop Acc |
| Manager: | Polk, Cheryl | | |
| Hire Date: | 09/28/2015 | Start Date: | 09/28/2015 |

### Employee Address

Address: 4722 S. Langley Unit 2

City: Chicago          State: IL     Zip: 60615

### Personal Data

Date of Birth: 04/12/1962          Gender: FEMALE

Race: BLACK OR AFRICAN AMERICAN          Ethnicity: Not Hispanic

### W4 Info

Marital Status:  SINGLE          # of Allowances Claimed: 1

Additional Deduction:          Exempt/Non-Exempt: NON-EXEMPT

### State Withholding #1

Marital Status: SINGLE          # of Allowances Claimed: 1

Additional Deduction:          Exempt/Non-Exempt:    NON-EXEMPT

### State Withholding #2

Marital Status: SINGLE          # of Allowances Claimed: 1

Additional Deduction:          Exempt/Non-Exempt:    NON-EXEMPT

### I9 Info

Citizenship Status:    A CITIZEN OF THE UNITED STATES

Alien / Admission #:          Authorized to Work Until:

Digitally Signed By: Jessica Harris on 9/28/2015          Ultimate          9/28/2015

Corporate Signature          Date

Digitally Signed By: Constance Cooper - on 9/28/2015          Ultimate          9/28/2015

Employee Signature          Date



## GGP's Emergency Alert Program - One Call Now

During any crisis situation, the top priority is ensuring the safety and well-being of our employees ("People first"), followed by safeguarding of the Company's liability. GGP has implemented an emergency communication alert program for the employees in the Chicago office. This will enable us to issue broadcast alerts simultaneously to e-mail, desk phones and cell phones when issues warrant.

In the event we need to contact you during a crisis situation, we would like to add your cellular phone number into ESS (Employee Self-Service) and the One Call Now database to ensure we can notify you.

Name: _Constance Cooper_

Cellular Phone Number: _708. 291. 0089_

√CR 10|2|15

## Harris, Jessica

| | |
|---|---|
| **From:** | ggphumanresources@ggp.com |
| **Sent:** | Friday, September 18, 2015 4:23 PM |
| **To:** | cooper.constance4@gmail.com |
| **Cc:** | GGPHuman Resources |
| **Subject:** | GGP Offer |

To reply to this e-mail, reply to: genevieve.koloditch@ggp.com.

9/18/2015

Dear Constance Cooper,

General Growth Properties REIT Services, LLC is pleased to extend you an offer of employment for the position of Associate Accountant - Property Accounting at GGP Chicago. Your first day of employment is expected to be on or around 9/28/2015. In this position you will be reporting to Cheryl Polk, Mgr, Property Accounting.

Please note additional information regarding employment at GGP below.*

Base Salary:

Your hourly compensation will be $23.07 ($48,000 annually) less applicable taxes and withholdings.

Incentives:

As of your start date you will be eligible to participate in the GGP Incentive Compensation Plan in place at that time. Your anticipated target award percentage potential is 4%. Eligibility to participate in the incentive compensation plan does not guarantee that you will receive an incentive payment. Rather, incentive payments are based on both your and company's performance (as well as other terms and conditions provided for in the Plan). For that reason, you should discuss and document your goals for this plan year with your hiring manager within your first 30 days of employment.

Additionally, based on the timing of your start date, any incentive payment that you may receive (again, as determined by performance) is subject to proration. Please also note that incentive payment timing is at the Board of Director's discretion; your proration may be altered as appropriate.

Benefits:

As of your start date you will be eligible to accrue paid time off on a biweekly basis at the rate of 3.08 hours for a total of 80 hours within a 12 month period. In addition you will receive company holidays, personal holiday hours and sick hours. Personal and sick hours will be prorated based on your month of hire.

For more information regarding the benefits program including paid time off, medical, dental, vision, life insurance, disability insurance and 401(k), please review the attached GGP Benefits at a Glance document.

Pre-employment:

As you know, this employment offer is made contingent upon the successful completion of pre-employment reference checks, background check and drug screen as well as the completion of all necessary documents. You must complete

the drug screen and pre-employment documents within 48 hours of receipt of this letter. In addition to this written offer letter, you will receive an email from "CARCO" containing a link that will allow you to complete all of your pre-hire/new-hire paperwork, initiate the background check and schedule your drug screen at a facility near you.

*Please note that GGP is an at-will employer. There is no employment contract between you and GGP. There are no guarantees of future employment, promotion, salary increases, bonuses or location. Additionally, in connection with the completion of an I-9 Employment Eligibility Verification form, you are required to provide GGP with original documents that establish your identity and employment eligibility within three (3) business days of your first day of employment. Failure to provide all such necessary documents within a timely manner may result in your employment being terminated by GGP.

We are pleased that you have considered GGP and we look forward to having you on our team. Please contact me if there is anything further I can do to assist you or if you have any questions. Welcome to GGP!

Best regards,


Genevieve Koloditch


IOC: ILCHGO
1. CRPA
2. AC
3. CPR1
4. C
T: F1
C: COOK
S: cc ref.
W: 5000
prof: Acctg
   Op Acctg
   Acctg
   Assoc accountant - Prop

OT: Berman
DM: Marszewski
DB: Jobczak
Req: 15.0403
HR: Tia
G: 1CRPBH

√ce 10/2/15

## Harris, Jessica

| | |
|---|---|
| **From:** | Lauer, Karen J. |
| **Sent:** | Friday, September 18, 2015 3:54 PM |
| **To:** | Harris, Jessica |
| **Subject:** | FW: Offer Recommendation - Associate Accountant - Property Accounting - Constance Cooper |
| **Attachments:** | Offer Recommendation Summary Sheet (External) - Constance Cooper FINAL.DOCX |

Karen Lauer I Director, Human Resources I General Growth Properties I 110 N Wacker Drive, Chicago IL 60606 I Office: (312)960-5827 I Cell: (847)635-1381

GGP

🖨 *Please consider the environment before printing this e-mail*

**Become a Fan of GGP Careers on Facebook!**
**Want to know what Life at GGP is like? Of course you do!**

**From:** Knudson, Julie
**Sent:** Friday, September 18, 2015 3:19 PM
**To:** Lauer, Karen J.
**Subject:** FW: Offer Recommendation - Associate Accountant - Property Accounting - Constance Cooper

approved

**From:** Berman, Michael
**Sent:** Friday, September 18, 2015 3:17 PM
**To:** Knudson, Julie
**Cc:** Marszewski, Tara L.
**Subject:** Re: Offer Recommendation - Associate Accountant - Property Accounting - Constance Cooper

Approved

thanks

**From:** Julie Knudson <Julie.Knudson@generalgrowth.com>
**Date:** Friday, September 18, 2015 at 3:13 PM
**To:** michaelberman <michael.berman@generalgrowth.com>
**Subject:** FW: Offer Recommendation - Associate Accountant - Property Accounting - Constance Cooper

Michael—

For your approval.

Julie

1

**From:** Lauer, Karen J.
**Sent:** Friday, September 18, 2015 2:02 PM
**To:** Knudson, Julie
**Subject:** Offer Recommendation - Associate Accountant - Property Accounting - Constance Cooper

Attached is the offer recommendation for Associate Accountant role in Property Accounting

| Position: | Associate Accountant -- Property Accounting |
| Candidate: | Constance Cooper |
| Location: | Chicago |
| Salary: | $48,000 |

Constance is aware this is a role has less responsibility than her current position. She is looking for more company stability and this role would provide a better work balance with potential for upward mobility in the future thus open to a reduction in salary.

Let me know if you have any questions.

Thanks
Karen

Karen Lauer I Director, Human Resources I General Growth Properties I 110 N Wacker Drive, Chicago IL 60606 I Office: (312)960-5827 I Cell: (847)635-1381



*Please consider the environment before printing this e-mail*

**Become a Fan of GGP Careers on** Facebook!
**Want to know what Life at GGP is like? Of course you do!**



REVIEW

## ANNUAL REVIEW STATEMENT
### Constance Cooper

#### February 2016

Dear Constance,

We want to say thank you for working together to achieve another successful year at GGP.

We appreciate your contributions during this year and look forward to continuing to work with you to deliver outstanding results to our communities, retailers, employees, consumers and shareholders.

GGP Leadership Team

| 2016 Salary | |
|---|---|
| Current Salary | $48,000 |
| Increase | $500 |
| January 1, 2016 Salary* | $48,500 |
| **2015 Bonus** | |
| Bonus** | $640 |
| % Bonus Payout | 100% |

*Your new salary effective January 1, 2016 will be reflected in March 4, 2016 payroll including the retroactive adjustment
**Bonus will be paid February 26, 2016.

Humility | Attitude | Do the Right Thing | Together | Own It

CONFIDENTIAL & PROPRIETARY
Please submit fully signed copies to HR for file recordkeeping by February 2016

## GGP
## Employee Annual Review
## 2015

### 1. Introduction and Work Summary

Employee Name: Constance Cooper

Current Position: Associate Accountant

Supervisor (Evaluator): Cheryl Polk

Date of Evaluation: 02/09/16

Number Supervised (Direct, Total):

Department EVP: M. BERMAN

### 2. EVALUATION OF SKILLS

| | | No Basis | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|---|
| **COMMUNICATION** | | | | ✓ | |
| Timely advises management, team members, and colleagues of significant issues or risks in a helpful way | | | | ✓ | |
| Recognizes when it is appropriate to collaborate and build consensus (before taking action) | | | | ✓ | |
| Uses good judgment in internal and external communications—accurate, complete, concise, appropriate to audience | | | | ✓ | |
| Manages conflict well. Effectively resolves issues with managers, peers, CRECs | | | | ✓ | |
| Consistently communicates work status and whereabouts | | | | | |
| Comments if any: | | | | | |
| **HUMILITY** | | | | ✓ | |
| Looks in the mirror first when things go wrong | | | | ✓ | |
| Respects others' expertise/value even when in disagreement | | | | ✓ | |
| Accepts and learns from constructive criticism and improves | | | | ✓ | |
| Is self-aware of impact on others and works to improve | | | | | |
| Comments if any: | | | | | |
| **ATTITUDE** | | | | ✓ | |
| Brings a positive spirit in dealings with others | | | | ✓ | |
| Easily adapts to changes in direction and responsibilities | | | | ✓ | |
| Seeks opportunities to obtain additional responsibility and/or add value | | | | ✓ | |
| Represents GGP in a professional manner in the work environment and work settings | | | | ✓ | |
| Assumes others are acting with good intent | | | | ✓ | |
| Remains constructive under pressure | | | | | |
| Comments if any: | | | | | |
| **DO THE RIGHT THING** | | | | ✓ | |
| Acts ethically and with integrity | | | | | |
| Maintains confidentiality and contributes to an atmosphere of trust and transparency | | ✓ | | | |
| Seeks and makes decisions based on what is best for GGP, rather than best for oneself or one's group | | ✓ | | ✓ | |
| Promotes adherence to GGP processes and policies | | | | | |
| Comments if any: | | | | | |
| **TOGETHER** | | | | ✓ | |
| Initiates, develops, and solidifies key business relationships | | | | ✓ | |
| Supports team decisions publicly and privately | | | | ✓ | |
| Is respectful for others' expertise across functions/department/geography | | | | ✓ | |
| Works well cross-departmentally. Proactively includes individuals from other disciplines or offices when appropriate | | | | | |
| Comments if any: | | | | | |

| No Basis | | Exceeds | Meets | Needs improvement |
|---|---|---|---|---|
| | **OWN IT** | | | |
| | Follows through in a comprehensive way to drive to the finish line | | ✓ | |
| | Exercises good business judgment in setting priorities and using own and others' time | | ✓ | |
| ✓ | Recognizes that limited resources must be allocated among competing needs. Makes financial decisions for GGP with considerations similar to if it was one's own business or money | | | |
| | Maintains a high level of productivity without supervisory direction | | ✓ | |
| | Challenges prevailing assumptions when warranted and suggests better approaches | | ✓ | |
| | Displays a desire to put forth top efforts in areas of responsibility | | ✓ | |
| | Sets and achieves realistic estimates (e.g., deadlines, budgets) | | | |
| ✓ | Effectively assesses and takes the appropriate balance of risk and reward to advance the business | | | |

Comments if any:

| | **SUPERVISORS (Complete this section only for employees in supervisory positions)** | | | |
|---|---|---|---|---|
| | Sets high hiring standards and recruits selectively to bring the best candidates to the GGP team | | | |
| | Effectively delegates and focuses team and resources on business priorities | | | |
| | Identifies and leverages team members' strengths and backgrounds | | | |
| | Identifies and addresses performance issues timely | | | |
| | Creates a climate where opinions are encouraged and considered for decision-making | | | |
| | Builds an appropriate balance of discipline and "fun" to the work environment | | | |

Comments if any:

## 3. EVALUATION OF RESULTS AGAINST GOALS and OVERALL PERFORMANCE

Review of results against 2015 goals. (May attach any goals summary.)
*Year End: Connie was hired September 28 ,2015. She has met all goals and expectations since hired.*

Briefly describe team's objective, individual's specific responsibilities, and any special considerations defining evaluator's expectation level (e.g., complexity of role, unique projects, etc.). Identify accomplishments, strengths, and where this individual performed well this year.
*Year End: The Associate team is a very close team where everyone works very well together to be consistent with GGP policies and to provide great customer service to the field. Connie was able to learn the job, help out when needed and ultimately take on additional properties during her short time on the job. She would ask if there was anything she could do to help others when her workload was light.*

Describe area(s) this individual should focus on developing and any helpful lessons learned. Include any professional development suggestions.

*Year End: Connie's learning curve was very short. She has become as asset to the team.*

## 4. Overall Rating

The overall evaluation requires rating the employee on a scale of 1-3. In making ratings, please refer to your skills evaluation on the previous page.



| 1-3 |
|-----|
| 2   |

The rating of a "2" indicates a level of performance expected of a GGP employee.

**1 =** Outstanding for GGP employees- uniformly excellent performance. A level of performance substantially above the normal competent performance for GGP employees.

**2 =** The "norm" for GGP employees- competent and valued performance.

**3 =** Below the norm for GGP employees.

Evaluator (Supervisor): _____  _____2/10/16_____
                        *Signature*                  Date

Employee Evaluated: _____  _____2.10.16_____
                    *Signature*

Employee Acknowledges the following:

✓ that he/she has received, read and had an opportunity to ask questions about GGP's policies and procedures

✓ has received, read and had an opportunity to ask questions about this appraisal.

VP or Director Approval: _____  Date: _____2/12/16_____
                         *Signature*

GGP – EVALUATION FORM INSTRUCTIONS

Purpose: Persons using the form should clearly understand that this is a tool to assist in professional development as well as to record performance reviews. The review experience should be viewed as a positive and worthwhile effort – appropriate and honest use of this form, together with a corresponding dialogue between the supervisor and employee, should facilitate achieving these aims. We want this form to facilitate a meaningful conversation that leads to professional development.

GGP attracts, hires, and retains excellent people. Accordingly, our expectations for performance are very high. The purpose of the evaluation form is to identify areas in which the individual being evaluated either meets the expectations of the reviewing party, requires improvement, or performs in a manner which exceeds expectations. High quality, committed performance is what is expected of our employees. Accordingly, only actions or efforts "above and beyond" normal or expected performance would qualify as exceeding expectations. Efforts not measuring up to the "norm" or anticipated performance level for persons with similar experience should be noted as requiring improvement. We are not evaluating individuals against themselves or their own performance, but against our expectations for performance by persons at their relative level of experience. Note: Everyone can improve certain aspects of their performance. Accordingly, the form requires documentation of areas for development and suggestions for achieving improvement.

Overview of Form: The evaluation form contains four basic sections, below. Following is a description of each of the sections of the form, with instructions as to how the form should be completed, both mechanically and philosophically.

1) Introduction
2) Evaluation of Required Skills
3) Comments Highlighting Performance
4) Overall Performance Rating

## 1. INTRODUCTION AND WORK SUMMARY
In this section, the evaluator is asked to set forth the administrative information related to the review (e.g., evaluatee's name, level, experience at that level, persons supervised, etc.).

## 2. SPECIFIC EVALUATION OF SKILLS (RELATING TO OUR CULTURAL VALUES)
The bulk of the evaluation form is in checkmark format, summarizing elemental performance as either exceeding or meeting expectation, requiring improvement, or as being unsatisfactory. The definitions of each of these categories is set forth below:
- 1: Outstanding performance – maintains performance at a level clearly in excess of others at a similar responsibility level (i.e., exceptional).
- 2: Expected performance – performs at a level relatively equal to others at a similar responsibility level.
- 3: Less than expected performance – performs at a level below that of others at a similar responsibility level.
- No Basis: Not applicable in evaluating performance of this individual at this time.

To reiterate, GGP expects high quality performance. We hire excellent people and, as a group, these people perform in a competent, committed and professional manner, consistent with our expectations. Accordingly, because of our high expectations for performance, it is anticipated that only exceptional performance would exceed those expectations. Also, both evaluator and evaluatee should anticipate use of the "Requires Improvement" category. This is the best manner in which to directly communicate and document elements of performance which require the evaluatee's attention as he/she moves forward in career development.

## 3. SUMMARY OF PERFORMANCE
In this section, the evaluator summarizes the overall results, contributions, and performance against goals and areas of strength and for development. Any strengths particular or unique to the evaluatee's performance should also be recorded. (Since we expect our personnel to possess many strengths, only those unique to the individual need to be recorded on this form.) In identifying areas for improvement, do not add or use gratuitous comments such as "This will improve with time," which are not meaningful. A direct statement of the item and a *specific* suggested action should be identified.

## 4. OVERALL PERFORMANCE RATING
This rating is a quantitative summary of an individual's overall performance. By design, it's a small scale with the expectation that the high majority of our employees will be "2," thus allowing clear communication of the year's "MVPs" and those not meeting expectations. The message to our employees rated a "2" should be a motivational one--that a "2" rating means that they are performing well. (Accordingly, we request that each supervisor be responsible to not inflate the scale with the overuse of "1.")

## Process for Preparing and Signing of the Evaluation Form
The evaluator should prepare the draft evaluation for review by the Vice President (or his/her designee). Once the VP has approved and signed the draft, the evaluator is to give it to the employee to review, and set a time to discuss it. Either prior to or during the evaluation, the evaluatee should be given an opportunity to make an unhurried reading of the completed form.

All parties, including the evaluator, evaluatee, and VP (or his/her designee), are to also sign and date the form, which can be done electronically. The original form should be sent to HR *by the evaluator* for filing. By signing the form the evaluatee acknowledges having had the opportunity to review the contents of this form and discuss it with the evaluator. If the evaluatee does not choose to sign the form, the form must still be submitted to HR and the evaluatee should be encouraged to write up a response or addendum to the review.

**CONFIDENTIAL & PROPRIETARY**

*Please submit fully signed copies to HR for file recordkeeping by February 2017*

**GGP**
**Employee Mid-Year Review**
**2016**

## 1. Introduction and Work Summary

| | | | |
|---|---|---|---|
| Employee Name: | Constance Cooper | Date of Evaluation: | |
| Current Position: | Assoc. Accountant - A/P | Number Supervised (Direct, Total): | 0 |
| Supervisor (Evaluator): | Kasia Krzysiak | Department VP: | Tim Callahan |

## 2. EVALUATION OF SKILLS

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | **COMMUNICATION** | | | |
| | Timely advises management, team members, and colleagues of significant issues or risks in a helpful way | | X | |
| | Recognizes when it is appropriate to collaborate and build consensus (before taking action) | | X | |
| | Uses good judgment in internal and external communication—accurate, complete, concise, appropriate to audience | | | X |
| | Manages conflict well. Effectively resolves issues with managers, peers, CRECs | | | X |
| | Consistently communicates work status and whereabouts | X | | |

Comments if any: MID-YEAR: Constance updates me with her work status and whereabouts. Constance has a tendency to reply to emails and not answer the questions being asked. Please reread your emails and write clear responses. If you are not sure what your customer is asking please ask them to verify the question so you know how to respond.

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | **HUMILITY** | | | |
| | Looks in the mirror first when things go wrong | | | |
| | Respects others' expertise/value even when in disagreement | | X | |
| | Accepts and learns from constructive criticism and improves | | | X |
| | Is self-aware of impact on others and works to improve | | | X |

Comments if any: MID-YEAR: Constance should continue to ask questions in a timely matter on items she is unsure on how to handle or where to look for information requested by her customers.

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | **ATTITUDE** | | | |
| | Brings a positive spirit in dealings with others | | | |
| | Easily adapts to changes in direction and responsibilities | | X | |
| | Seeks opportunities to obtain additional responsibility and/or add value | | X | |
| | Represents GGP in a professional manner in the work environment and work settings | | | X |
| | Assumes others are acting with good intent | | X | |
| | Remains constructive under pressure | | X | |

Comments if any: MID-YEAR: Constance has adapted well to her new properties despite the work load and inconsistency she had picked up from previous employees.

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | **DO THE RIGHT THING** | | | |
| | Acts ethically and with integrity | | | |
| | Maintains confidentiality and contributes to an atmosphere of trust and transparency | | X | |
| | Seeks and makes decisions based on what is best for GGP, rather than best for oneself or one's group | | X | |
| | Promotes adherence to GGP processes and policies | | X | |

Comments if any:

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | **TOGETHER** | | | |
| | Initiates, develops, and solidifies key business relationships | X | | |

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | Supports team decisions publicly and privately | | X | |
| | Is respectful for others' expertise across functions/department/geography | | X | |
| | Works well cross-departmentally. Proactively includes individuals from other disciplines or offices when appropriate | | X | |

Comments if any:  MID-YEAR: Constance works well with her mall team. She is constantly communicating with them via email trying to assist them with resolving any A/P issues.

| | **OWN IT** | | | |
|---|---|---|---|---|
| | Follows through in a comprehensive way to drive to the finish line | | X | |
| | Exercises good business judgment in setting priorities and using own and others' time | | | X |
| | Recognizes that limited resources must be allocated among competing needs.  Makes financial decisions for GGP with considerations similar to if it was one's own business or money | | X | |
| | Maintains a high level of productivity without supervisory direction | | X | |
| | Challenges prevailing assumptions when warranted and suggests better approaches | | | X |
| | Displays a desire to put forth top efforts in areas of responsibility | X | | |
| | Sets and achieves realistic estimates (e.g., deadlines, budgets) | | | X |
| | Effectively assesses and takes the appropriate balance of risk and reward to advance the business | | X | |

Comments if any:  MID-YEAR: Even though Constance completed her Excel workbooks late they were detailed and did not need much updating.

| | **SUPERVISORS (Complete this section only for employees in supervisory positions)** | | | |
|---|---|---|---|---|
| | Sets high hiring standards and recruits selectively to bring the best candidates to the GGP team | | | |
| | Effectively delegates and focuses team and resources on business priorities | | | |
| | Identifies and leverages team members' strengths and backgrounds | | | |
| | Identifies and addresses performance issues timely | | | |
| | Creates a climate where opinions are encouraged and considered for decision-making | | | |
| | Builds an appropriate balance of discipline and "fun" to the work environment | | | |

Comments if any:  N/A

## 3. EVALUATION OF RESULTS AGAINST GOALS and OVERALL PERFORMANCE

**Review of results against 2016 goals.  (May attach any goals summary.)**

1. Complete a detailed Excel workbook per property and continue to update daily.
2. Use the Basware check list when processing invoices and coding accurately.
3. Obtain an understanding of Alusta and assist with a smooth transition from Basware to Alusta.
4. Provide excellent customer service to our customers who include suppliers, mall and corporate employees.

**Briefly describe team's objective, individual's specific responsibilities, and any special considerations defining evaluator's expectation level (e.g., complexity of role, unique projects, etc.). Identify accomplishments, strengths, and where this individual performed well this year.**

MID-YEAR: Constance has been with GGP a little less than a year now and has gone a long way. She is still learning and constantly asking questions to improve her knowledge of GGP procedures. Earlier this year we changed the properties around amongst the Associate Accountants, she inherited a portfolio with inconsistencies and was able to work with the mall staff to get these cleared up.

**Describe area(s) this individual should focus on developing and any helpful lessons learned.  Include any professional development suggestions.**

MID-YEAR:  Constance should continue to ask for guidance when needed and possibly seek for ways to improve any of our procedures. She has a lot of experience from her previous positions and I am sure she is full of ideas. Constance should accept constructive criticism in a professional matter and incorporate in her daily duties.

## 4. Overall Rating

The overall evaluation requires rating the employee on a scale of 1-3. In making ratings, please refer to your skills evaluation on the previous page.

```
┌─────────┐
│   1-3   │
├─────────┤
│         │
│         │
└─────────┘
```

The rating of a "2" indicates a level of performance expected of a GGP employee.

**1 =** Outstanding for GGP employees-uniformly excellent performance. A level of performance substantially above the normal competent performance for GGP employees.

**2 =** The "norm" for GGP employees-competent and valued performance.

**3 =** Below the norm for GGP employees.

Evaluator (Supervisor): _____

_Signature_                          Date

Employee Evaluated: _____

_Signature_

Employee Acknowledges the following:

_____ that he/she has received, read and had an opportunity to ask questions about GGP's policies and procedures

_____ has received, read and had an opportunity to ask questions about this appraisal.

VP or Director Approval: _____          Date: _____

_Signature_

## 4 Overall Rating

The overall evaluation requires rating the employee on a scale of 1-3. In making ratings, please refer to your skills evaluation on the previous page.



1-3

The rating of a "2" indicates a level of performance expected of a GGP employee.

**1 =** Outstanding for GGP employees- uniformly excellent performance. A level of performance substantially above the normal competent performance for GGP employees.

**2 =** The "norm" for GGP employees- competent and valued performance.

**3 =** Below the norm for GGP employees.

Evaluator (Supervisor): _____
*Signature*

8/11/16
Date

Employee Evaluated: _____
*Signature*

8.11.16

Employee Acknowledges the following:

_CC_ that he/she has received, read and had an opportunity to ask questions about GGP's policies and procedures

_CC_ has received, read and had an opportunity to ask questions about this appraisal.

VP or Director Approval: _____
*Signature*

Date: 8/15/16

CONFIDENTIAL & PROPRIETARY
*Please submit fully signed copies to HR for file recordkeeping by February 2017*

**GGP**
**Employee Year-End Review**
**2016**

## 1. Introduction and Work Summary

| | | | |
|---|---|---|---|
| Employee Name: | Constance Cooper | Date of Evaluation: | January 2017 |
| Current Position: | Assoc. Accountant - A/P | Number Supervised (Direct, Total): | 0 |
| Supervisor (Evaluator): | Kasia Krzysiak | Department VP: | Tim Callahan |

## 2. EVALUATION OF SKILLS

| | | No Basis | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|---|
| **COMMUNICATION** | | | X | | |
| | Timely advises management, team members, and colleagues of significant issues or risks in a helpful way | | | X | |
| | Recognizes when it is appropriate to collaborate and build consensus (before taking action) | | | X | |
| | Uses good judgment in internal and external communications—accurate, complete, concise, appropriate to audience | | | X | |
| | Manages conflict well. Effectively resolves issues with managers, peers, CRECs | | X | | |
| | Consistently communicates work status and whereabouts | | | | |
| Comments if any: | | | | | |
| **HUMILITY** | | | | | |
| | Looks in the mirror first when things go wrong | | | X | |
| | Respects others' expertise/value even when in disagreement | | | X | |
| | Accepts and learns from constructive criticism and improves | | | X | |
| | Is self-aware of impact on others and works to improve | | | X | |
| Comments if any: | | | | | |
| **ATTITUDE** | | | | | |
| | Brings a positive spirit in dealings with others | | | X | |
| | Easily adapts to changes in direction and responsibilities | | | X | |
| | Seeks opportunities to obtain additional responsibility and/or add value | | X | | |
| | Represents GGP in a professional manner in the work environment and work settings | | | X | |
| | Assumes others are acting with good intent | | | X | |
| | Remains constructive under pressure | | | | X |
| Comments if any: Constance has adapted well to her new properties despite the work load and inconsistency she had picked up from previous employees. | | | | | |
| **DO THE RIGHT THING** | | | | | |
| | Acts ethically and with integrity | | | X | |
| | Maintains confidentiality and contributes to an atmosphere of trust and transparency | | | X | |
| | Seeks and makes decisions based on what is best for GGP, rather than best for oneself or one's group | | | X | |
| | Promotes adherence to GGP processes and policies | | | X | |
| Comments if any: | | | | | |
| **TOGETHER** | | | | | |
| | Initiates, develops, and solidifies key business relationships | | X | | |
| | Supports team decisions publicly and privately | | | X | |
| | Is respectful for others' expertise across functions/department/geography | | | | X |

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | Works well cross-departmentally. Proactively includes individuals from other disciplines or offices when appropriate | | X | |
| | **Comments if any:** Constance works well with her mall team. She is constantly communicating with them via email trying to assist them with resolving any A/P issues. | | | |
| | **OWN IT** | | | |
| | Follows through in a comprehensive way to drive to the finish line | | | |
| | Exercises good business judgment in setting priorities and using own and others' time | | X | |
| | Recognizes that limited resources must be allocated among competing needs. Makes financial decisions for GGP with considerations similar to if it was one's own business or money | X | | |
| | Maintains a high level of productivity without supervisory direction | | X | |
| | Challenges prevailing assumptions when warranted and suggests better approaches | X | | |
| | Displays a desire to put forth top efforts in areas of responsibility | | X | |
| | Sets and achieves realistic estimates (e.g., deadlines, budgets) | X | | |
| | Effectively assesses and takes the appropriate balance of risk and reward to advance the business | | X | |
| | **Comments if any:** Constance owned her Excel property workbooks and did a fantastic job completing them with great detail. | | X | |
| | **SUPERVISORS (Complete this section only for employees in supervisory positions)** | | | |
| X | Sets high hiring standards and recruits selectively to bring the best candidates to the GGP team | | | |
| X | Effectively delegates and focuses team and resources on business priorities | | | |
| X | Identifies and leverages team members' strengths and backgrounds | | | |
| X | Identifies and addresses performance issues timely | | | |
| X | Creates a climate where opinions are encouraged and considered for decision-making | | | |
| X | Builds an appropriate balance of discipline and "fun" to the work environment | | | |
| | **Comments if any:** | | | |

## 3. EVALUATION OF RESULTS AGAINST GOALS and OVERALL PERFORMANCE

Review of results against 2016 goals. (May attach any goals summary.)

1. Complete a detailed Excel workbook per property and continue to update daily.
2. Use the Basware check list when processing invoices and coding accurately.
3. Obtain an understanding of Alusta and assist with a smooth transition from Basware to Alusta.
4. Provide excellent customer service to our customers who include suppliers, mall and corporate employees.

Briefly describe team's objective, individual's specific responsibilities, and any special considerations defining evaluator's expectation level (e.g., complexity of role, unique projects, etc.). Identify accomplishments, strengths, and where this individual performed well this year.

Constance has been with GGP over a year now. Earlier this year we changed the properties around amongst the Associate Accountants, she inherited a portfolio with inconsistencies and was able to work with the mall staff to get these cleared up. Constance did a good job transitioning to Alusta from Basware. She also did a nice job completing the Excel property workbooks and providing detailed information.

Describe area(s) this individual should focus on developing and any helpful lessons learned. Include any professional development suggestions.

Constance should continue to ask for guidance when needed and possibly seek for ways to improve any of our procedures. She has a lot of experience from her previous positions and I am sure she is full of ideas. Constance should sign up to the classes offered by the GGP Training team to help widen her GGP knowledge. Constance should also work on managing her time off better.

## 4. Overall Rating

The overall evaluation requires rating the employee on a scale of 1-3. In making ratings, please refer to your skills evaluation on the previous page.



| 1-3 |
| :-: |
| 2 |

The rating of a "2" indicates a level of performance expected of a GGP employee.

**1 =** Outstanding for GGP employees-
uniformly excellent performance. A
level of performance substantially
above the normal competent
performance for GGP employees.

**2 =** The "norm" for GGP employees-
competent and valued
performance.

**3 =** Below the norm for GGP
employees.

Evaluator (Supervisor): _____ _____
                         Signature                Date

                                                  1. 27. 17

Employee Evaluated: _____
                     Signature

Employee Acknowledges the following:

___ that he/she has received, read and had an opportunity to ask
questions about GGP's policies and procedures

___ has received, read and had an opportunity to ask questions about
this appraisal.

VP or Director Approval: _____        Date: ___1/27/17___
                          Signature

CONFIDENTIAL & PROPRIETARY
*Please submit fully signed copies to your department liaison for file recordkeeping by August 11, 2017*

**GGP**
**Employee Mid-Year Review**
**2017**

## 1. Introduction and Work Summary

| | | | |
|---|---|---|---|
| Employee Name: | Constance Cooper | Date of Evaluation: | August 2017 |
| Current Position: | Assoc. Accountant A/P | Number Supervised (Direct, Total): | 0 |
| Supervisor (Evaluator): | Kasia Krzysiak | Department VP: | Tim Callahan |

## 2. EVALUATION OF SKILLS

| No Basis | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| | **COMMUNICATION** | | | |
| | Timely advises management, team members, and colleagues of significant issues or risks in a helpful way | | | |
| | Recognizes when it is appropriate to collaborate and build consensus (before taking action) | | | |
| | Uses good judgment in internal and external communications—accurate, complete, concise, appropriate to audience | | | |
| | Manages conflict well. Effectively resolves issues with managers, peers, CRECs | | | |
| | Consistently communicates work status and whereabouts | | | |
| Comments if any: | | | | |
| | **HUMILITY** | | | |
| | Looks in the mirror first when things go wrong | | | |
| | Respects others' expertise/value even when in disagreement | | | |
| | Accepts and learns from constructive criticism and improves | | | |
| | Is self-aware of impact on others and works to improve | | | |
| Comments if any: | | | | |
| | **ATTITUDE** | | | |
| | Brings a positive spirit in dealings with others | | | |
| | Easily adapts to changes in direction and responsibilities | | | |
| | Seeks opportunities to obtain additional responsibility and/or add value | | | |
| | Represents GGP in a professional manner in the work environment and work settings | | | |
| | Assumes others are acting with good intent | | | |
| | Remains constructive under pressure | | | |
| Comments if any: | | | | |
| | **DO THE RIGHT THING** | | | |
| | Acts ethically and with integrity | | | |
| | Maintains confidentiality and contributes to an atmosphere of trust and transparency | | | |
| | Seeks and makes decisions based on what is best for GGP, rather than best for oneself or one's group | | | |
| | Promotes adherence to GGP processes and policies | | | |
| Comments if any: | | | | |
| | **TOGETHER** | | | |
| | Initiates, develops, and solidifies key business relationships | | | |
| | Supports team decisions publicly and privately | | | |
| | Is respectful for others' expertise across functions/department/geography | | | |
| | Works well cross-departmentally. Proactively includes individuals from other disciplines or offices when appropriate | | | |

| | | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|---|
| No Basis | | | | | |

Comments if any:

| | **OWN IT** | | | |
|---|---|---|---|---|
| | Follows through in a comprehensive way to drive to the finish line | | | |
| | Exercises good business judgment in setting priorities and using own and others' time | | | |
| | Recognizes that limited resources must be allocated among competing needs. Makes financial decisions for GGP with considerations similar to if it was one's own business or money | | | |
| | Maintains a high level of productivity without supervisory direction | | | |
| | Challenges prevailing assumptions when warranted and suggests better approaches | | | |
| | Displays a desire to put forth top efforts in areas of responsibility | | | |
| | Sets and achieves realistic estimates (e.g., deadlines, budgets) | | | |
| | Effectively assesses and takes the appropriate balance of risk and reward to advance the business | | | |

Comments if any:

| | **SUPERVISORS (Complete this section only for employees in supervisory positions)** | | | |
|---|---|---|---|---|
| | Sets high hiring standards and recruits selectively to bring the best candidates to the GGP team | | | |
| | Effectively delegates and focuses team and resources on business priorities | | | |
| | Identifies and leverages team members' strengths and backgrounds | | | |
| | Identifies and addresses performance issues timely | | | |
| | Creates a climate where opinions are encouraged and considered for decision-making | | | |
| | Builds an appropriate balance of discipline and "fun" to the work environment | | | |

Comments if any:

## 3. EVALUATION OF RESULTS AGAINST GOALS and OVERALL PERFORMANCE

Review of results against 2017 goals. (May attach any goals summary.)

a. Provide excellent customer service to all customers, internal and external.

b. Use the Basware Checklist when processing invoices daily.

c. Continue to update each Excel property workbook as changes occur.

d. Update templates in Alusta per the Alusta Manual Guidelines. (Template Name & Date Format)

e. Work with Credit Card services to ensure a smooth transition from Cart to Concur.

**Briefly describe team's objective, individual's specific responsibilities, and any special considerations defining evaluator's expectation level (e.g., complexity of role, unique projects, etc.). Identify accomplishments, strengths, and where this individual performed well this year.**

Our team's main objectives are to process invoices accurately and provide excellent customer service to our internal and external customers. Constance does process invoices accurately with little to no errors daily. Constance continues to take ownership of her properties and updates her Excel workbooks when needed. Last year I trained Constance in JDE and showed her how to research supplier payment information which helps her answer questions more quickly. She is always available to help out when needed and covered for Cindy while she was on vacation. Constance transitioned from Cart to Concur successfully. She also is detailed when reviewing receipts in Concur for proper support and documentation.

**Describe area(s) this individual should focus on developing and any helpful lessons learned. Include any professional development suggestions.**

Constance should focus on her communication skills with her customers. She should reread her emails before sending and make sure they sound professional. Additionally phone conversations should also be professional. Constance should not over analyze the information in her Excel property coding workbooks, and leave out or remove expired information, so that she can easily find the vendor name and GL coding information. Researching invoice coding in Alusta is a great way to obtain coding information, but use the workbook when looking up multiple invoices to be more efficient and complete your work more timely. Old GL coding or vendor information should be moved to the additional property information tab for reference. Constance should also focus on engaging in team meetings and refrain from outbursts when the leader is speaking. Constance should manage her time off so it lasts the remainder of the year. She should also notify me when she will be away from her desk for longer than 15 minutes. Constance should continue to attend any GGP training classes that interest her to help broaden her

## 4. Overall Rating

The overall evaluation requires rating the employee on a scale of 1-3. In making ratings, please refer to your skills evaluation on the previous page.

| 1-3 |
|-----|
| N/A |

The rating of a "2" indicates a level of performance expected of a GGP employee.

1 = Outstanding for GGP employees- uniformly excellent performance. A level of performance substantially above the normal competent performance for GGP employees.

2 = The "norm" for GGP employees- competent and valued performance.

3 = Below the norm for GGP employees.

Evaluator (Supervisor): _Signature_    _8/10/17_ Date

Employee Evaluated: _Refuse to sign_ Signature    _8/10/17_

Employee Acknowledges the following:

_cc_ that he/she has received, read and had an opportunity to ask questions about GGP's policies and procedures

_cc_ has received, read and had an opportunity to ask questions about this appraisal.

VP or Director Approval: _Signature_    Date: _8/10/17_

# Memorandum

To:     Constance Cooper
Date:   August XX, 2017
From:   Kasia Krzysiak
CC:     Jeff Skore

We met multiple times over the past several months to discuss concerns about your performance. Your performance continues to be unsatisfactory in the following areas: time management and attendance and behaving professionally during meetings.

- **Time Management/Attendance:** During your 2016 year-end review, we discussed the importance of managing your time and time off in 2017. As you know, in your role as an AP Associate Accountant, you are required to work 40 hours per week.

  As of May 2017, you had no paid time off available. Since then, you have requested time off on several occasions to address personal matters even though you didn't have enough PTO to cover the time off. The reasons you provided for needing the time off included taking your car in for repair and vacation. While you said you would make up the hours during the week of June 25th 2017 and provided me with a schedule to ensure you met the required 40 hours, you changed your times without notifying me. While I've previously allowed you the flexibility to re-arrange your schedule in order to make up the time you were out of the office, this is not a sustainable option going forward. You are therefore expected to work your normal work schedule, 7:00 AM to 4:00 PM, Monday through Friday.

- **Professionalism / Standards of Conduct:** On various occasions, you have made outbursts during team meetings and have been generally disruptive when others are speaking. During our latest team meeting on 6/22/17, you interrupted and asked to "wrap it up" because you had a train to catch. In addition to being disruptive, the end of the work day is not determined by a train schedule.

- **Behavior Standards:** As a GGP employee, you are expected to uphold high standards of performance and behavior. In previous monthly team meetings held earlier this year you were sleeping. This behavior was observed by several people attending the meeting. Sleeping during work hours is unacceptable behavior.

You must show immediate and sustained improvement in your overall performance, including in the areas identified above.

You are expected to perform all other responsibilities of your job in an acceptable manner. If you do not demonstrate immediate and sustained improvement, further disciplinary action may be taken up to and including termination of your employment.

# Memorandum

We will continue to work with you and assess your progress, however, responsibility to improve these performance shortfalls rests solely with you. Assistance is available, however you must take it upon yourself to ask questions and seek guidance if necessary. A copy of this memo will be placed in your file.

We are confident that you can take the necessary action to correct these problems so we can move forward. We appreciate your continued dedication to GGP.

Please let me know if you have any questions regarding the contents of this memo.

| Performance Objective | Measurement |
| --- | --- |
| Manage your time so that you are at your workstation for 40 hours per week.<br><br>You are expected to adhere to you work schedule, working 8 hours per day. If you are unable to, you are expected to follow GGPs time off policies.<br><br>You are expected to schedule personal appointments outside of working hours. If this is not possible, you will need to adhere to GGPs time off policies to cover the time. | • Manager observation<br><br>• Attendance records |
| It is expected that you not sleep during work hours. | • Manager observation<br><br>• Feedback from Supervisors or key stakeholders |
| You are expected not to disrupt or have an outburst during meetings when the leader, or whoever has the floor, is speaking.<br><br>You are expected not to interrupt the meeting with personal matters unrelated to the meeting or GGP | • Manager observation<br><br>• Feedback from Supervisors or key stakeholders |

*Constance my Rebuttal to 8/10/17 Review*

August 10, 2017

Review Rebuttal

**Constance should focus on her communication skills with her customers. She should reread her emails before sending and make sure they sound professional. Additionally phone conversations should also be professional.**

- Customer service is my job, I understand this and work hard to provide a pleasant and through experience for each customer. I try to answer all inquiries as professional as possible.

I was notified of an incident in February 2017 in my review August 10, 2017 with an attachment of a letter/email from Augustine Edwards for the first time.

- Since this incident happened six months ago, I was not given an opportunity to rectify or clarify this allegation (please note the launch of Concur was in late January early February 2017)
- I know that I have a strong personality with a direct approach, this at time may be taken sometimes offensively (this is never my intention and I continue to improve my efforts)

Please see example **c** (customer service) and example **r** (inability to research inquiry in depth/manager interaction) attached:

**Constance should not over analyze the information in her excel property coding workbooks, and leave out or remove expired information, so that she can easily find the vendor name and GL coding information. Researching invoice coding in Alusta is a great way to obtain coding information, but use the workbook when looking up multiple invoices to be more efficient and complete your work more timely. Old GL coding or vendor information should be moved to the additional property information tab for reference.**

- This comment is based off of a conversation I had with Kasia while she expressed her disappointment with Carol's portfolio current condition; in which I was given seventeen additional properties. (July 19,2017) Please see example **3** attached:
- The workbooks were not detailed enough to process invoices accurately and efficiently (information missing), so I told Kasia that it was easier to (audit) verify the coding and splits through Alusta.  Please see example **x** attached:

I have asked Kasia in the past and recently to give me an explanation in writing on what is expected in these workbooks. I have been penalized in the past for not adhering to the deadline and by presenting too much information in my portfolio's workbooks.

Note: (I keep my most recent workbooks on my desktop, since in the past I have had information deleted and the IT department was unable to recover these workbooks.)

While I continue to aspire in adhering to my managers demands and expectations. I continue to inquire for examples, clarity and information to identify and determine criterias of old g/l coding vendor information.

I have not received anything in writing to give clarity and expectations for workbooks.

**Constance should also focus on engaging in team meetings and refrain from outbursts when the leader is speaking. Constance should manage her time off so it lasts the remainder of the year. She should also notify me when she will be away from her desk for longer than 15 minutes. Constance should continue to attend any GGP training classes that interest her to help broaden her GGP knowledge.**

Kasia has encouraged me in the past six months to be more verbal in the team meetings. Kasia has on a consistent basis express that my hours of employment is from 7-4. Overtime is not authorized and to please punch in and out at the appropriate time. Please see example **a** (time away from desk/work emails)attached:

The one and only outburst that I am aware of since I asked Stephen in my review to tell me of other outbursts he quickly said,"I wasn't there" so I then asked Kasia for other examples and she had none.

Note: only three Associate team meetings and I was not absent for one.(reference to several, since Stephen was at the team department meetings)

the July 2017 department team meeting
- I was only adhering to what had been a constant reminder 7-4 work schedule
- This meeting was the first meeting scheduled from 3-4
- I excused myself at around 3:50pm Once Matthew acknowledge me I said I leave at 4, he said we would be done in plenty of time. After acknowledging I had nothing new going on in my position I walked out of the meeting around 3:57pm

I realize now that I could have handled this situation differently, duly noted: I continue to work at improving my performance and communication. I understand that there is always room for improvement.

PIP

**Time Management/Attendance:**

- Time off (questioned to weather I was stealing time) by Kasia (example **a** above)
- Time away from desk - in culture group activity, attending training (received email questioning my where about) this was on several occassion

Note: All training and culture events are on my calendar that is shared with my manager.
- Time off is allotted and taken as earned (car appointment vacation hours used 2 came into work around 9:30am)
- In past I was encouraged to make up hours I had not yet earned, I did
- Willing to adhere to company policy always

**Standards of Performance:**

Falling asleep during work hours
- I ask Kasia when, and was not given an example

- I have dry eyes and suffer from mild headaches and eye irritation from time to time: I close my eyes to relieve the irritation and pressure for a few minutes, however if asked I would have explained.

## Outbursts

I understand that the deliverance and perception of any situation is vital. I am a person with a direct approach and sometimes taken offensively. I apologize if this is the case, but I was only adhering to past request from my manager regarding my time (7-4). Something I will work on improving.

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, November 30, 2016 2:19 PM |
| **To:** | Gilreath, Michael |
| **Subject:** | Accepted: Concur P-Card Accounting Review Training |

• START TRAINING TO
        TRANSITION

✱ · CONCUR LAUNCH FEB. 2017

• RESPONSE TO PROPER ATTACHMENTS

• ~~HtH HtHtH~~

1

## Cooper, Constance

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, March 08, 2017 7:07 AM |
| **To:** | Gilreath, Michael |
| **Subject:** | RE: P-Card Transaction / Best Pest Company |

Thanks Michael,

I will use and see if I get more positive results.


**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Gilreath, Michael
**Sent:** Tuesday, March 07, 2017 4:02 PM
**To:** Cooper, Constance
**Subject:** FW: P-Card Transaction / Best Pest Company

Hi Constance,

See my email below as an example.

Thank you,


**Michael Gilreath**
Sr Manager, Accounts Payable

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive BSC 1-08
Chicago, Illinois 60606
Michael.Gilreath@ggp.com
(O) 312.960.5207

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Zahnle, Gail E.
**Sent:** Monday, January 23, 2017 9:39 AM
**To:** Gilreath, Michael <Michael.Gilreath@generalgrowth.com>
**Subject:** RE: P-Card Transaction / Best Pest Company

Sorry, Michael – here is the invoice you requested.

1

*Gail Zahnle*

Administrative Assistant
Coastland Center
1900 Tamiami Trail N.
Naples, FL 34102
(239)262-7100
(239)262-5125 – fax



 Please consider the environment before printing this e-mail

Our mission is to "Own and operate best-in-class retail properties that provide an outstanding environment and experience for our Communities, Retailers, Employees, Consumers and Shareholders"

"Like" Coastland Center on facebook.com –for the latest events, sales & promotions.

---

**From:** Gilreath, Michael
**Sent:** Thursday, January 12, 2017 10:23 AM
**To:** Zahnle, Gail E.
**Subject:** P-Card Transaction / Best Pest Company

Gail,

Can you please email me a copy of the invoice for $159.00 charged on 12/18/2016 from Best Pest Company? You attached the payment confirmation; however, we need to attach a copy of the actual invoice for audit purposes.

Note: Receipts should indicate what was purchased and if sales tax was paid (applicable), and match the amount charged to your P-Card. *An invoice should be used in lieu of a credit card receipt if the credit card receipt does not itemize the purchase or indicate sales tax.*

**Zahnie, Gail E.**

| | |
|---|---|
| From: | Best Pest Company via Square <receipts@messaging.squareup.com> |
| Sent: | Sunday, December 18, 2016 7:04 PM |
| To: | Zahnle, Gail E. |
| Subject: | Receipt from Best Pest Company |

Square automatically sends receipts to
the email address you provided. Learn
more



Best Pest Company

How was your experience?

$159.00

| Custom Amount | $159.00 |

Thank you,

*Michael Gilreath*
Sr Manager, Accounts Payable
Credit Card Services & Travel Reimbursement
312.960.5207 | michael.gilreath@ggp.com

**Credit Card Services Help Desk**
312.960.2701 | GGPCreditCardServices@ggp.com
**Travel Reimbursement Help Desk**
312.960.2601 | GGPConcur@ggp.com

**General Growth Properties, Inc**
110 North Wacker Drive BSC 1-08, Chicago IL 60606

3

## Cooper, Constance

| | |
|---|---|
| **From:** | Werfelmann, Arthur |
| **Sent:** | Tuesday, June 06, 2017 10:51 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Expense Report Sent Back to Employee  Werfelmann, Arthur |

Ok.  I think I was able to find what you were looking for.

**A.J. Werfelmann**
Operations Manager

**GGP** A RETAIL REAL ESTATE COMPANY
Bellis Fair
One Bellis Fair Parkway
Bellingham, Washington 98226
arthur.werfelmann@ggp.com
(O) 360.671.0469 (M) 360.603.0226

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, June 6, 2017 8:43 AM
**To:** Werfelmann, Arthur <Arthur.Werfelmann@generalgrowth.com>
**Subject:** RE: Expense Report Sent Back to Employee Werfelmann, Arthur

When placing orders online......the order form of what is being ordered along with shipping and tax if
applicable will be present on this form. Please print this for it serves as an invoice. It shows what has
been ordered at the price and quantity and gives a total, this is what some attach. This works. Hopes
this helps.

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Werfelmann, Arthur
**Sent:** Tuesday, June 06, 2017 10:33 AM
**To:** Cooper, Constance
**Subject:** FW: Expense Report Sent Back to Employee Werfelmann, Arthur

This was an on-line order that Mabey wanted us to order.  Do you need it resubmitted because the e-mail was
cut off?  I just want to make sure I get you what you want.

Thank you,

**A.J. Werfelmann**
Operations Manager

GGP A RETAIL REAL ESTATE COMPANY
Bellis Fair
One Bellis Fair Parkway
Bellingham, Washington 98226
arthur.werfelmann@ggp.com
(O) 360.671.0469 (M) 360.603.0226

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** AutoNotification@concursolutions.com [mailto:AutoNotification@concursolutions.com]
**Sent:** Tuesday, June 6, 2017 7:33 AM
**To:** Werfelmann, Arthur <Arthur.Werfelmann@generalgrowth.com>
**Subject:** Expense Report Sent Back to Employee Werfelmann, Arthur

 CONCUR

**This expense report was partially approved. One or more expenses on this expense report were sent back to the employee.**

| | |
|---|---|
| Changed By: | Constance Cooper |
| Report Name: | P-Card Statement 04/21 - 05/22 :1 9788 |
| Amount Approved: | 839.00 USD |

**This new report was created and sent to the employee. It contains the expenses that were sent back and requires action.**

| | |
|---|---|
| Report Name: | Addendum To: P-Card Statement 04/21 - 05 |
| Amount Claimed: | 49.95 USD |
| Comment: | please attach invoice. thanks |

**Link To Expense**

https://www.concursolutions.com/UI/SSO/p0087818fqzm

Cooper, Constance

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Monday, May 01, 2017 9:40 AM |
| **To:** | Cooper, Constance |
| **Cc:** | Gaines, Linda |
| **Subject:** | RE: Invoice 3-28-17 (Dynamic Lawn) |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Ok, thanks for the update.

////

Kasia Krzysiak
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Cooper, Constance
Sent: Monday, May 01, 2017 9:38 AM
To: Krzysiak, Kathy S.
Cc: Gaines, Linda
Subject: RE: Invoice 3-28-17 (Dynamic Lawn)

I did look at the remove queue but for reference I am unable to see any property but mine. thanks

////

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Krzysiak, Kathy S.



1

Sent: Monday, May 01, 2017 9:31 AM
To: Cooper, Constance
Cc: Gaines, Linda
Subject: RE: Invoice 3-28-17 (Dynamic Lawn)
Importance: High

Hi Constance,

The invoice was entered into Alusta on 3/30/17 and removed by the Master Coder for Paramus because the RC# was transposed. For future reference, please make sure you are also looking in the removed queue.

I will email the invoice to AP Support for quicker processing.

I will also reach out to the Master Coder (who is in the field) to reinforce the proper procedures for canceling an invoice.

Thanks,

////

Kasia Krzysiak
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT


-----Original Message-----
From: Cooper, Constance
Sent: Monday, May 01, 2017 9:14 AM
To: Gaines, Linda; Krzysiak, Kathy S.
Subject: RE: Invoice 3-28-17 (Dynamic Lawn)

Can you please show the receipt of your submitting this invoice? This invoice is not in system that I see. Thanks

////

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Gaines, Linda

Sent: Monday, May 01, 2017 9:05 AM
To: Krzysiak, Kathy S.; Cooper, Constance
Subject: FW: Invoice 3-28-17 (Dynamic Lawn)

Hi,

Can you please check to see if the attached invoice is in your payables system?

I submitted it on 3-28-17 and I cannot find it.
The vendor is calling about payment.

Thanks

Linda
Linda Gaines
GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com
(O) 586.247.4131 (F) 586.247.0762 (D) 586.228.6806

-----Original Message-----
From: Gaines, Linda
Sent: Tuesday, March 28, 2017 12:08 PM
To: GGPInvoices@ggp.com
Subject: FW: Invoice 3-28-17 (Dynamic Lawn)

Linda
Linda Gaines
GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com
(O) 586.247.4131 (F) 586.247.0762 (D) 586.228.6806

-----Original Message-----
From: LOC@ggp.com [mailto:LOC@ggp.com]
Sent: Tuesday, March 28, 2017 11:43 AM
To: Gaines, Linda
Subject: Invoice 3-28-17 (Dynamic Lawn)

This E-mail was sent from "LakesideMPC4000" (Aficio MP C4000).

Scan Date: 03.28.2017 11:43:06 (-0400)
Queries to: LOC@ggp.com

_____

**Cooper, Constance**

---

| | |
|---|---|
| **From:** | Gaines, Linda |
| **Sent:** | Monday, May 01, 2017 9:39 AM |
| **To:** | Krzysiak, Kathy S.; Cooper, Constance |
| **Subject:** | RE: Invoice 3-28-17 (Dynamic Lawn) |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Kathy - Thank you for looking into this.


Linda
Linda Gaines
GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com
(O) 586.247.4131  (F) 586.247.0762  (D) 586.228.6806


-----Original Message-----
From: Krzysiak, Kathy S.
Sent: Monday, May 01, 2017 10:31 AM
To: Cooper, Constance
Cc: Gaines, Linda
Subject: RE: Invoice 3-28-17 (Dynamic Lawn)
Importance: High

Hi Constance,

The invoice was entered into Alusta on 3/30/17 and removed by the Master Coder for Paramus because the RC# was transposed. For future reference, please make sure you are also looking in the removed queue.

I will email the invoice to AP Support for quicker processing.

I will also reach out to the Master Coder (who is in the field) to reinforce the proper procedures for canceling an invoice.

Thanks,

////

Kasia Krzysiak
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Cooper, Constance
Sent: Monday, May 01, 2017 9:14 AM
To: Gaines, Linda; Krzysiak, Kathy S.
Subject: RE: Invoice 3-28-17 (Dynamic Lawn)

Can you please show the receipt of your submitting this invoice? This invoice is not in system that I see.
Thanks

////

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Gaines, Linda
Sent: Monday, May 01, 2017 9:05 AM
To: Krzysiak, Kathy S.; Cooper, Constance
Subject: FW: Invoice 3-28-17 (Dynamic Lawn)

Hi,

Can you please check to see if the attached invoice is in your payables system?

I submitted it on 3-28-17 and I cannot find it.
The vendor is calling about payment.

Thanks


Linda
Linda Gaines
GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com
(O) 586.247.4131 (F) 586.247.0762 (D) 586.228.6806


-----Original Message-----
From: Gaines, Linda
Sent: Tuesday, March 28, 2017 12:08 PM
To: GGPInvoices@ggp.com

Subject: FW: Invoice 3-28-17 (Dynamic Lawn)

Linda
Linda Gaines
GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com
(O) 586.247.4131  (F) 586.247.0762  (D) 586.228.6806

-----Original Message-----
From: LOC@ggp.com [mailto:LOC@ggp.com]
Sent: Tuesday, March 28, 2017 11:43 AM
To: Gaines, Linda
Subject: Invoice 3-28-17 (Dynamic Lawn)

This E-mail was sent from "LakesideMPC4000" (Aficio MP C4000).

Scan Date: 03.28.2017 11:43:06 (-0400)
Queries to: LOC@ggp.com

This communication is for discussion/negotiation purposes only and does not create a binding agreement or obligation to enter into or modify a binding agreement. This message and its contents may contain confidential or privileged information. If you received it in error, the copying, use or distribution of the information or materials in the message is strictly prohibited. Please inform the sender by email and then delete the original message.

## Cooper, Constance

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Monday, May 01, 2017 9:28 AM |
| **To:** | Cooper, Constance; Gaines, Linda |
| **Subject:** | RE: Invoice 3-28-17 (Dynamic Lawn) |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Do not resubmit!

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Monday, May 01, 2017 9:27 AM
**To:** Gaines, Linda
**Cc:** Krzysiak, Kathy S.
**Subject:** RE: Invoice 3-28-17 (Dynamic Lawn)

Please resubmit. thanks

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Gaines, Linda
**Sent:** Monday, May 01, 2017 9:24 AM
**To:** Cooper, Constance
**Subject:** RE: Invoice 3-28-17 (Dynamic Lawn)

I did.....it is the message near the bottom of this.

Linda
Linda Gaines

1

GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com
(O) 586.247.4131 (F) 586.247.0762 (D) 586.228.6806

-----Original Message-----
From: Cooper, Constance
Sent: Monday, May 01, 2017 10:14 AM
To: Gaines, Linda; Krzysiak, Kathy S.
Subject: RE: Invoice 3-28-17 (Dynamic Lawn)

Can you please show the receipt of your submitting this invoice? This invoice is not in system that I see. Thanks

////

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Gaines, Linda
Sent: Monday, May 01, 2017 9:05 AM
To: Krzysiak, Kathy S.; Cooper, Constance
Subject: FW: Invoice 3-28-17 (Dynamic Lawn)

Hi,

Can you please check to see if the attached invoice is in your payables system?

I submitted it on 3-28-17 and I cannot find it.
The vendor is calling about payment.

Thanks

Linda
Linda Gaines
GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com

2

(O) 586.247.4131 (F) 586.247.0762 (D) 586.228.6806

-----Original Message-----
From: Gaines, Linda
Sent: Tuesday, March 28, 2017 12:08 PM
To: GGPInvoices@ggp.com
Subject: FW: Invoice 3-28-17 (Dynamic Lawn)

Linda
Linda Gaines
GGP - A RETAIL REAL ESTATE COMPANY
Lakeside Mall
14000 Lakeside Circle
Sterling Heights, MI 48313
Linda.Gaines@ggp.com
(O) 586.247.4131 (F) 586.247.0762 (D) 586.228.6806

-----Original Message-----
From: LOC@ggp.com [mailto:LOC@ggp.com]
Sent: Tuesday, March 28, 2017 11:43 AM
To: Gaines, Linda
Subject: Invoice 3-28-17 (Dynamic Lawn)

This E-mail was sent from "LakesideMPC4000" (Aficio MP C4000).

Scan Date: 03.28.2017 11:43:06 (-0400)
Queries to: LOC@ggp.com

---

This communication is for discussion/negotiation purposes only and does not create a binding agreement or obligation to enter into or modify a binding agreement. This message and its contents may contain confidential or privileged information. If you received it in error, the copying, use or distribution of the information or materials in the message is strictly prohibited. Please inform the sender by email and then delete the original message.

*Example X*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Tuesday, April 25, 2017 10:57 AM |
| **To:** | Cooper, Constance; Dorey, Carol; Lederman, Cynthia; Sengstock, Nancy |
| **Subject:** | Today 4/25/17 |
| **Importance:** | High |

Team:

Being that there were no invoices added to Alusta today, I expect you to be working on PCards, updating your Alusta templates and property excel workbooks.

I know there are plenty of vendors that should be added to the excel workbook that are not currently included. Please let me know if you have any questions.

Thanks,

**Kasia Krzysiak**
Mgr. Accounting - AP
**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927
**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

1

*Ex. A²*

**Cooper, Constance**

**From:** Krzysiak, Kathy S.
**Sent:** Thursday, August 10, 2017 4:07 PM
**To:** Cooper, Constance
**Subject:** RE: I was in a meeting just returning thanks

Thank you.

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Thursday, August 10, 2017 3:59 PM
**To:** Krzysiak, Kathy S.
**Subject:** I was in a meeting just returning thanks

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

## Cooper, Constance

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Thursday, August 03, 2017 9:26 AM |
| **To:** | Cooper, Constance |
| **Subject:** | FW: 2 Time Off Request(s) Pending |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Constance,

Please confirm whether this time was taken because you were sick or for personal reasons?

Thanks,


**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT


**From:** notify@dayforce.com [mailto:notify@dayforce.com]
**Sent:** Thursday, August 03, 2017 9:01 AM
**To:** Krzysiak, Kathy S.
**Subject:** 2 Time Off Request(s) Pending

2 time off request(s) pending approval for 1 employee(s). Dayforce can be accessed here:
https://sso.dayforcehcm.com/ggp

| lblEmployee | lblDaysOrHours | lblStartsOn |
|---|---|---|
| Cooper, Constance | 1 day(s) / 8 hrs | 8/1/2017 |
| Cooper, Constance | 1 day(s) / 8 hrs | 8/2/2017 |



**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Tuesday, July 11, 2017 11:28 AM |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | RE: Going to Lunch |

I'm back from lunch. Is now a good time? Thanks

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Krzysiak, Kathy S.
**Sent:** Tuesday, July 11, 2017 10:36 AM
**To:** Cooper, Constance
**Subject:** RE: Going to Lunch

Please stop by when you return.

My previous email was misunderstood.

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, July 11, 2017 10:27 AM
**To:** Krzysiak, Kathy S.
**Subject:** Going to Lunch

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive

1

*EXAMPLE A (WAS Not @ Assoc Team mntg)*

*1 oF 3 FOR 6 mnTHS PASS*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Wednesday, April 12, 2017 9:41 AM |
| **To:** | Cooper, Constance |
| **Subject:** | FW: At&t Invoices - Supplier Number 2206834 |

Hi Constance,

We had a meeting on processing AT&T invoices today.

Please come see me when you have a few minutes before you start processing these.

I would like to discuss these with you.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Wednesday, April 12, 2017 9:39 AM
**To:** Dorey, Carol; Sengstock, Nancy; Lederman, Cynthia; Cooper, Constance
**Cc:** Faxel, John P. (John.Faxel@generalgrowth.com)
**Subject:** At&t Invoices - Supplier Number 2206834

Hi Team,

Per our meeting today please use the following guidelines when processing AT&T invoices:

1. Look for a comment from Alian in each invoice. If you do not have a comment, email Alian so he can review the invoice and place a comment before you process it.
2. Pay only current charges and adjustments.
3. When coding each invoice break out current charges and adjustments on different coding lines. Make sure to include the service date in the JDE Remark field to identify what period the adjustments relate to.
4. You will see credit invoices in your received tab in Alusta for AT&T. Process these ASAP and only fix flow these to the GM.

**Monthly Invoices:**
March Invoice: should be paying adjustment + current charges (per Alian's comment)
April Invoice:  should pay current charges

Please let me know if you have any questions.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / **ATTITUDE** / **DO** THE RIGHT THING / TOGETHER / **OWN** IT

**Cooper, Constance**

| | |
|---|---|
| From: | Krzysiak, Kathy S. |
| Sent: | Monday, March 06, 2017 9:27 AM |
| To: | Cooper, Constance |
| Subject: | RE: 2/26/17 - 3/3/17 |

It's ok just please don't let it happen again.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Monday, March 06, 2017 9:25 AM
**To:** Krzysiak, Kathy S.
**Subject:** RE: 2/26/17 - 3/3/17

Ok, sorry

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Monday, March 06, 2017 9:24 AM
**To:** Cooper, Constance
**Subject:** RE: 2/26/17 - 3/3/17

I understand you were trying to complete PCards but sometimes they should wait till the following day.

Do not take that time this week.

You should work 40 hours each week.

Thanks,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Monday, March 06, 2017 8:40 AM
**To:** Krzysiak, Kathy S.
**Subject:** RE: 2/26/17 - 3/3/17

Sorry, I can make sure to take that time this week so that it can even out to 80. I believe I was trying to finish my pcards on time. noted

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Monday, March 06, 2017 8:36 AM
**To:** Cooper, Constance
**Subject:** 2/26/17 - 3/3/17

Hi Conctance,

Please make sure you are not working over 40 hours in a week.

I will approve your timecard for last week but overtime was not authorized for our department.

| Employees | Sunday, Feb 26 | Monday, Feb 27 | Tuesday, Feb 28 | Wednesday, Mar |
|---|---|---|---|---|
| Cooper, Constance | | Assoc Accou 7.92 ⇨ 7:00a-4:02p | Assoc Accou 8.55 ⇨ 6:56a-4:16p | Assoc Accou ⇨ 6:59a-4:00p |

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY

**Cooper, Constance**

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Thursday, August 03, 2017 9:26 AM |
| **To:** | Cooper, Constance |
| **Subject:** | FW: 2 Time Off Request(s) Pending |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



Constance,

Please confirm whether this time was taken because you were sick or for personal reasons?

Thanks,

*Kri*

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** notify@dayforce.com [mailto:notify@dayforce.com]
**Sent:** Thursday, August 03, 2017 9:01 AM
**To:** Krzysiak, Kathy S.
**Subject:** 2 Time Off Request(s) Pending

2 time off request(s) pending approval for 1 employee(s). Dayforce can be accessed here:
https://sso.dayforcehcm.com/ggp

| lblEmployee | lblDaysOrHours | lblStartsOn |
|---|---|---|
| Cooper, Constance | 1 day(s) / 8 hrs | 8/1/2017 |
| Cooper, Constance | 1 day(s) / 8 hrs | 8/2/2017 |

1

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Tuesday, July 11, 2017 11:28 AM |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | RE: Going to Lunch |

I'm back from lunch. Is now a good time? Thanks

////

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Krzysiak, Kathy S.
**Sent:** Tuesday, July 11, 2017 10:36 AM
**To:** Cooper, Constance
**Subject:** RE: Going to Lunch

Please stop by when you return.

My previous email was misunderstood.

////

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, July 11, 2017 10:27 AM
**To:** Krzysiak, Kathy S.
**Subject:** Going to Lunch

////

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive

1

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, July 10, 2017 12:06 PM |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | RE: Friday, July 7, 2017 - Lakeside Mall |

Hi Kasia,

Had a stomach problem earlier on Friday, I did not realized you were looking for me since I did not see a note. If you like I can come by now. Thanks

///

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Krzysiak, Kathy S.
**Sent:** Monday, July 10, 2017 11:52 AM
**To:** Cooper, Constance
**Subject:** Friday, July 7, 2017 - Lakeside Mall

Hi Constance,

I noticed you were away from your desk Friday morning for a long period of time. May I ask where you were?

I came looking for you multiple times to bring you up to speed on Lakeside. With the property no longer being a GGP property, I wanted to make sure you aware of the invoice processing changes.

Thanks,

///

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

**Cooper, Constance**

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Tuesday, June 27, 2017 10:49 AM |
| **To:** | Cooper, Constance |
| **Subject:** | Lync |

Constance,

Can you work with the helpdesk to fix your Lync?

It does not seem to be working with your computers actions.

It says you were away for 3 hours.





**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

## Cooper, Constance

**From:** Krzysiak, Kathy S.
**Sent:** Wednesday, May 10, 2017 11:08 AM
**To:** Cooper, Constance
**Subject:** Department Hours

Constance,
As I have discuessed with you numerous times in the past, our department hours 7a-4p.
Please let me know if you have any questions or need to change your hours.

| Employees | Sunday, May 7 | Monday, May 8 | Tuesday, |
|---|---|---|---|
| Cooper, Constance | | ● Assoc Accountant - A-P - Accounti... ⏩ 9:00 AM - 4:48 PM 🍴 12:25 PM - 12:57 PM | ● Assoc Accountant - ⏩ 8:18 AM - 4:06 PM 🍴 10:56 AM - 11:43 AM |
| | | 8.00        7.27 | 8.00 |

**Kasia Krzysiak**
Mgr. Accounting - AP
**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1



**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

3

## ANNUAL REVIEW STATEMENT
### Constance Cooper

### February 2018

Dear Constance,

We want to thank you for your hard work and dedication over the past year and look forward to continuing to work with you to deliver outstanding results to our communities, retailers, employees, consumers and shareholders.

GGP Leadership Team

**Current Salary:** $49,725

**2018 Salary Increase:** $1,000

**Jan 1, 2018 Salary (will reflect by March 2, 2018):** $50,725

**Bonus (to be paid Feb 23, 2018):** $ 927

**2018 Bonus Target**: 4%





Humility | Attitude | **D**o the Right Thing | **T**ogether | **O**wn It

universal # Take off

REVIEW

## NNUAL REVIEW STATEMENT
### Constance Cooper

### February 2017

Dear Constance,

We want to say thank you for working together to achieve another successful year at GGP.

We appreciate your contributions during this year and look forward to continuing to work with you to deliver outstanding results to our communities, retailers, employees, consumers and shareholders.

GGP Leadership Team

| 2017 Salary | |
|---|---|
| Current Salary | $48,500 |
| Increase | $1,225 |
| January 1, 2017 Salary* | $49,725 |
| **2016 Bonus** | |
| Bonus** | $1,358 |
| % Bonus Payout | 70% |

2.525%

2.8%

*Your new salary effective January 1, 2017 will be reflected in March 3, 2017 payroll including the retroactive adjustment **Bonus will be paid February 16, 2017.

Humility | Attitude | Do the Right Thing | Together | Own It



1/30/18

AP Associate Accountant,

Enclosed you will find a copy of your 2017 annual review which we will meet and discuss tomorrow.

Carefully review the comments and grading. Please keep in mind, the review is for the entire year. Write down any questions you may have for tomorrow's meeting and we can discuss openly.

Please also think about the following questions:

1. What training would you like to see?

2. What will help you complete your job quickly?

3. Where do you feel you need to improve?

Thank you,

Kasia Rogoz

CONFIDENTIAL & PROPRIETARY
*Please submit fully signed copies to HR for file recordkeeping by February 2018*

**GGP**
**Employee Annual Review**
**2017**

## 1. Introduction and Work Summary

| | | | |
|---|---|---|---|
| Employee Name: | Constance Cooper | Date of Evaluation: | January 26, 2018 |
| Current Position: | Associate Accountant A/P | Number Supervised (Direct, Total): | 0 |
| Supervisor (Evaluator): | Kasia Rogoz | Department VP: | Tim Callahan |

## 2. EVALUATION OF SKILLS

| | | No Basis | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|---|
| **COMMUNICATION** | | | | | X |
| | Timely advises management, team members, and colleagues of significant issues or risks in a helpful way | | | X | |
| | Recognizes when it is appropriate to collaborate and build consensus (before taking action) | | | | X |
| | Uses good judgment in internal and external communications—accurate, complete, concise, appropriate to audience | | | | X |
| | Manages conflict well. Effectively resolves issues with managers, peers, CRECs | | | X | |
| | Consistently communicates work status and whereabouts | | | | |
| Comments If any: Communication should be proofread to ensure grammar and punctuation are correct. See attached examples. | | | | | |
| **HUMILITY** | | | | | X |
| | Looks in the mirror first when things go wrong | | | | X |
| | Respects others' expertise/value even when in disagreement | | | | X |
| | Accepts and learns from constructive criticism and improves | | | X | |
| | Is self-aware of impact on others and works to improve | | | | |
| Comments If any: During the mid-year review/PIP in August, Constance rolled up her documents, pointed them at her manager's face and called her a liar. During the discussion, Constance also compared her work documents to the rest of the team rather than listening to hear where she can make improvements. | | | | | |
| **ATTITUDE** | | | | | X |
| | Brings a positive spirit in dealings with others | | | X | |
| | Easily adapts to changes in direction and responsibilities | | | X | |
| | Seeks opportunities to obtain additional responsibility and/or add value | | | | X |
| | Represents GGP in a professional manner in the work environment and work settings | | | | X |
| | Assumes others are acting with good intent | | | | X |
| | Remains constructive under pressure | | | | |
| Comments If any: Constance has improved her positive spirit in dealings with others and verbal communications however needs improvement with her email communication. Incorrect grammar and punctuation do not represent GGP in a positive way. | | | | | |
| **DO THE RIGHT THING** | | | | | X |
| | Acts ethically and with integrity | | | | X |
| | Maintains confidentiality and contributes to an atmosphere of trust and transparency | | | | X |
| | Seeks and makes decisions based on what is best for GGP, rather than best for oneself or one's group | | | | X |
| | Promotes adherence to GGP processes and policies | | | | |
| Comments If any: During team meetings, falling asleep and interrupting the leader are examples of not doing the right thing. | | | | | |
| **TOGETHER** | | | | | X |
| | Initiates, develops, and solidifies key business relationships | | | X | |
| | Supports team decisions publicly and privately | | | | |

| | | Exceeds | Meets | Needs Improvement |
|---|---|---|---|---|
| **No Basis** | Is respectful for others' expertise across functions/department/geography | | | X |
| | Works well cross-departmentally. Proactively includes individuals from other disciplines or offices when appropriate | | X | |

Comments if any: Although improved in the last few weeks, Constance should continue to develop a key business relationship with her Manager by maintaining open communication. As an example during the mid-year review in August, Constance did not act in a calm and business-like manner during her review.

| **OWN** | | | | |
|---|---|---|---|---|
| | Follows through in a comprehensive way to drive to the finish line | | X | |
| | Exercises good business judgment in setting priorities and using own and others' time | | | X |
| | Recognizes that limited resources must be allocated among competing needs. Makes financial decisions for GGP with considerations similar to if it was one's own business or money | | X | |
| | Maintains a high level of productivity without supervisory direction | | X | |
| | Challenges prevailing assumptions when warranted and suggests better approaches | | X | |
| | Displays a desire to put forth top efforts in areas of responsibility | | X | |
| | Sets and achieves realistic estimates (e.g., deadlines, budgets) | | X | |
| | Effectively assesses and takes the appropriate balance of risk and reward to advance the business | | X | |

Comments if any:

| **SUPERVISORS (Complete this section only for employees in supervisory positions)** | | | | |
|---|---|---|---|---|
| | Sets high hiring standards and recruits selectively to bring the best candidates to the GGP team | | | |
| | Effectively delegates and focuses team and resources on business priorities | | | |
| | Identifies and leverages team members' strengths and backgrounds | | | |
| | Identifies and addresses performance issues timely | | | |
| | Creates a climate where opinions are encouraged and considered for decision-making | | | |
| | Builds an appropriate balance of discipline and "fun" to the work environment | | | |

Comments if any:

## 3. EVALUATION OF RESULTS AGAINST GOALS and OVERALL PERFORMANCE

Review of results against 2017 goals. (May attach any goals summary.)

a. Provide excellent customer service to all customers, internal and external.

b. Use the Basware Checklist when processing invoices daily.

c. Continue to update each Excel property workbook as changes occur.

d. Update templates in Alusta per the Alusta Manual Guidelines. (Template Name & Date Format)

e. Work with Credit Card services to ensure a smooth transition from Cart to Concur.

Briefly describe team's objective, individual's specific responsibilities, and any special considerations defining evaluator's expectation level (e.g., complexity of role, unique projects, etc.). Identify accomplishments, strengths, and where this individual performed well this year.

Our team's main objectives are to process invoices accurately and provide excellent customer service to our internal and external customers. Constance processes invoices timely with minimal errors daily. Constance continues to take ownership of her properties and updates her Excel workbooks when needed. Since our latest workbook meeting, Constance updated most of her workbooks to mirror the rest of the teams. Last year I trained Constance in JDE and showed her how to research supplier payment information which helps her answer questions more quickly. She is always available to help out when needed and covered for Cindy in June while she was on vacation. Constance transitioned from Cart to Concur successfully. She also is detailed when reviewing receipts in Concur for proper support and documentation.

Describe area(s) this individual should focus on developing and any helpful lessons learned. Include any professional development suggestions.

Constance should improve her email communication with customers by proofreading her correspondence and by making sure it contains proper punctuation and grammar. Constance should not over analyze the information in her Excel property coding workbooks, and remove expired information (for example, Universal Protection Services). Constance should also focus on engaging in team meetings. Constance should notify her Manager of any time off requests as she becomes aware of the appointment or of her need to be away from the office; and manage her time off so it lasts the remainder of the year. For example there were numerous occasions when Constance communicated that she had appointments and needed to be out of the office that day specifically this occurred on 12/22, 1/9, 1/23 & 1/30. Constance should be cognizant of the time she spends away from her desk throughout the work day. If Constance needs to be away from her desk to address a work issue she should notify her manager in advance. Constance should continue to attend any GGP training classes that interest her to help broaden her GGP knowledge.

## 4. Overall Rating

The overall evaluation requires rating the employee on a scale of 1-3. In making ratings, please refer to your skills evaluation on the previous page.

| 1-3 |
| --- |
| 3 |

The rating of a "2" indicates a level of performance expected of a GGP employee.

**1 =** Outstanding for GGP employees- uniformly excellent performance. A level of performance substantially above the normal competent performance for GGP employees.

**2 =** The "norm" for GGP employees- competent and valued performance.

**3 =** Below the norm for GGP employees.

Evaluator (Supervisor): _____  1-31-18
_Signature_                              Date

Employee Evaluated: _Refuse to sign : feel like retaliation from Harassment_
_Signature_                                              1/31/18

Employee Acknowledges the following:

_CC_ that he/she has received, read and had an opportunity to ask questions about GGP's policies and procedures

_CC_ has received, read and had an opportunity to ask questions about this appraisal.

VP or Director Approval: _____   Date: _1/31/18_
_Signature_

#5

*SUPERVISOR EX: OF NOT BEING PROFESSIONAL; SHE'S NOW A GRAMMER EXPERT. ON ANNUAL REVIEW*

**From:** Cooper, Constance
**To:** APSupport
**Cc:** Cruz-Martinez, Marangely; Krzysiak, Kathy S.
**Subject:** RE:
**Date:** Friday, January 12, 2018 10:12:39 AM
**Attachments:** image001.png

Thanks, It is in Mitchell approval queue.

*HARASSMENT/RETALIATION*

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago , Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** APSupport
**Sent:** Friday, January 12, 2018 9:58 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Cc:** Cruz-Martinez, Marangely <Marangely.Cruz-Martinez@generalgrowth.com>; Krzysiak, Kathy S. <Kathy.Krzysiak@generalgrowth.com>
**Subject:** RE:

Hi Constance,

This check request is in for processing.

| Organization | Filter | | Creation Date | | Search Text |
|---|---|---|---|---|---|
| 4362, 4362-Water Tower Place ... | ✓ Valid (7)  ✓ Invalid (0) | ✓ Draft (0)  ✓ Returned (0) | <M/d/yyyy> 📅 - <M/d/yyyy> 📅 | | |

🗐 Open Selected   |   ⟳ Refresh   |   📦 Send to Process   |   📤 Export   |   🗊 Add Comment   |   📑 More Actions ▾   |

Drag and drop a column header here to group by the column

| Organizati ▽ | Supplier Name | ▽ | Supplier Number ▽ | Invoice Sum ▽ | Entry Date ▽ | Invoice Numbe |
|---|---|---|---|---|---|---|
| 4362 | ABM (BOSTON) | | 2693940 | 888.61 | 12/12/2017 | 11790101 |
| 4362 | CITIZENS FOR REILLY | | 2354446 | 1,500.00 | 12/21/2017 | 2017B |
| 4362 | OTIS ELEVATOR COMPANY (CHICAGO) | | 2021005 | 256.17 | 1/12/2018 | CHN1739100 |
| 4362 | OTIS ELEVATOR COMPANY (CHICAGO) | | 2021005 | 337.64 | 1/12/2018 | CHN1742100 |
| 4362 | OTIS ELEVATOR COMPANY (CHICAGO) | | 2021005 | 483.76 | 1/12/2018 | CHN1742200 |
| 4362 | OTIS ELEVATOR COMPANY (CHICAGO) | | 2021005 | 226.77 | 1/12/2018 | CHN1740100 |
| 4362 | CITY OF CHICAGO BOARD OF ETHICS | | 2316284 | 350.00 | 1/12/2018 | 12202017 |

Thank you,

Cindy

**AP SUPPORT**

**GGP** A RETAIL REAL ESTATE COMPANY

#6

Ex #2 SUPERVISOR CORRECTION
OF NONE professional -
ON ANNUAL REVIEW

| | |
|---|---|
| From: | Cooper, Constance |
| To: | Cruz-Martinez, Marangely |
| Cc: | Krzysiak, Kathy S. |
| Subject: | RE: WATER TOWER PLACE - CITY OF CHICAGO BOARD OF ETHICS |
| Date: | Friday, January 12, 2018 9:06:25 AM |

No problem, yes. once I process I will let you and Mitchell know so that he may approve and hopefully a check will be issued and mailed Monday. Thanks

////

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago , Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Cruz-Martinez, Marangely
Sent: Friday, January 12, 2018 9:04 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Cc: Krzysiak, Kathy S. <Kathy.Krzysiak@generalgrowth.com>
Subject: RE: WATER TOWER PLACE - CITY OF CHICAGO BOARD OF ETHICS

Thank you so much Constance. Can I check Alusta next week to see if it went out?

////

Maria Cruz-Martinez
Administrative Assistant – Water Tower Place

GGP A RETAIL REAL ESTATE COMPANY
845 N. Michigan Avenue - Suite 987W
Chicago , Illinois 60611
maria.cruz-martinez@ggp.com
(O) 312.440.3596

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Cooper, Constance
Sent: Friday, January 12, 2018 9:02 AM
To: APSupport
Cc: Krzysiak, Kathy S.; Cruz-Martinez, Marangely
Subject: FW: WATER TOWER PLACE - CITY OF CHICAGO BOARD OF ETHICS

Good Morning,

Please enter into Alusta per request below. Thanks in advance for your assistance in this matter.

Have a great day!

////

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago , Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Cruz-Martinez, Marangely
Sent: Friday, January 12, 2018 8:52 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Cc: Krzysiak, Kathy S. <Kathy.Krzysiak@generalgrowth.com>
Subject: WATER TOWER PLACE - CITY OF CHICAGO BOARD OF ETHICS

Good Morning Ladies,

I have a question and not sure how to proceed. I need a check processed for $350.00 per the attached check request and sent to the City of Chicago - Board of Ethics before January 19th. Please let me know how I can get this check to the City and make sure they know it is for Mitchell Feldman's registration. Any help with this would be greatly appreciated.

Thank you.

////

Maria Cruz-Martinez
Administrative Assistant – Water Tower Place

GGP A RETAIL REAL ESTATE COMPANY
845 N. Michigan Avenue - Suite 987W
Chicago , Illinois 60611
maria.cruz-martinez@ggp.com
(O) 312.440.3596

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

We're moving.
Our new address, effective January 2018:
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

FINAL
WARNING



MEMORANDUM

TO:         Constance Cooper

FROM:       Kortney Peterson

DATE:       June 12, 2018

RE:         Final Warning

We've had discussions over the last several weeks regarding your behavior and actions that demonstrate your failure to follow company policies, specifically The Paid Time Off Policy and Time Reporting for Non-Exempt Employees policy. You have also not followed instructions that I provided to you. You have also behaved rudely and unprofessionally toward me and your behavior and actions do not align with our company values.

In May 2018, you were out of the office for a number of appointments. You provided minimal notice to me regarding these appointments, many times letting me know you would be leaving early just hours before your appointment time. On May 8, 2018. I asked that you please provide me with as much notice as possible when you'll be out of the office. On May 17, 2018, you sent me a text message at 3:25 AM stating that you would not be coming to work that day as you had a dental appointment. On May 21, 2018, you notified me you'd be leaving early for another scheduled dental appointment later that same afternoon. On May 24, 2018 you notified me that you were leaving early as you had oral surgery that afternoon. As recent as June 4, 2018 you sent me an email at 6:38 AM in regards to an appointment you had on June 5, 2018.

Understanding we can't always predict when we'll have to miss work, events like dental appointments are generally scheduled in advance. At no time did you state that any of your appointments were unexpected or scheduled last minute so it would appear that these appointments were made in advance and that you could have provided me with sufficient notice rather than several hours to one day prior. As you know, GGPs time off policy states that when foreseeable, employees are expected to provide as much notice as possible.

On April 26, 2018, you asked me if you could make up time for time you were out of the office at appointments. At that time, I told you that you should use your PTO (paid time off) including all your sick time, personal holiday time and accrued vacation time or you could opt to be unpaid for time off requests. PTO is a benefit available to you and you are able to take time off when you deem it necessary and appropriate. That said, if you don't have enough hours available to cover your time off requests, these requests, if approved, will be unpaid. You will be unable to make up the time by shortening your lunch break and/or working additional hours outside of your regular schedule (7:00 AM to 4:00 PM). You are also expected to take an unpaid lunch break when working over six hours as outlined in our "Time Reporting for Non-Exempt Employees" policy. This was discussed with you on April 16, 2018. Following this discussion and on more than one occasion, you worked more than 8 hours in a day without manager approval and took less than your full hour lunch which is against company policy. On June 6, you approached me and admitted that you had not always taken your full lunch. It should be noted that you have been paid for all hours worked regardless of whether you sought manager approval in advance.

Since I became the manager of the A/P team in April 2018, you have acted rudely and in an unprofessional manner towards me on more than one occasion as noted in the following examples:

- On April 13, 2018, you disrupted our monthly team meeting by talking over me and other team members. You raised the issues of early departure hours and Concur processing times and I said I would take both matters up with Steve and Michael to get clarification. Though I articulated the steps I would take, you would not let the matter rest and continued to talk about these issues as we were trying to move on and discuss other topics, thereby disrupting the meeting.

- On June 6, 2018 during our brief discussion after our monthly team meeting, as I was sharing my expectations of you with respect to giving notice when requesting time off and not making up time, you abruptly stood up and said, "I've been told, this is petty" and walked out of the meeting. Your actions were unacceptable and considered insubordinate and will not be tolerated.

**Consequence of Reoccurrence:**

You are expected to address your actions and behaviors as illustrated in the aforementioned matters immediately. You are expected to follow all GGP policies. You are also expected to follow the directions and instructions I provide to you and the team. Failure to comply with these expectations will result in further disciplinary action up to and including the termination of your employment. As an at will employer, employment is for an indefinite term and is terminable at any time by either the employee or the Company, with or without cause, and with or without notice.

Please sign below to acknowledge that you have read and fully understand this memo. Your signature constitutes an acknowledgement that the information contained in this memo has been discussed with you. It does not signify your agreement with the contents. A copy of this memo will be placed in your file.

_____        _____

Employee Signature                                        Date

_____        _____

Manager Signature                                          Date

Cc:      Jeff Skore – Human Resources
         Steve Dzeba, Director of Accounting

#1
Back up
For Harassment
Stolen Property
& Retaliation

CUSTOMER SERVICE

## Cooper, Constance

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, July 07, 2017 1:31 PM |
| **To:** | Castagneri, Kristin |
| **Cc:** | Krzysiak, Kathy S. |
| **Subject:** | RE: Alusta access |

Hi Kristin,

I will forward to Kasia to verify, whom I have included in this email. I am not sure. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Castagneri, Kristin
**Sent:** Friday, July 07, 2017 11:05 AM
**To:** Cooper, Constance
**Subject:** Alusta access

Hi Constance,

I wanted to reach out and see if I am set up to receive / approve invoices for Stonestown Galleria 2173 ?  When I log in, I do not see anything and I also need to pull the last invoice processed for ABM Janitorial and ABM Engineering for this property.  Any information you can provide would be great.

Thank you,

**Kris Castagneri**
**Operations Manager**

GGP A RETAIL REAL ESTATE COMPANY
3251 20th Avenue, Suite 300
San Francisco, California 94132
kristin.castagneri@ggp.com
(O) 415.759.2607 (M) 415.909.0768
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*Customer Service*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, July 10, 2017 12:22 PM |
| **To:** | Thorsen, Mark S. |
| **Subject:** | RE: Fashion Show Ops Manager |

Thanks Mark

**Constance Cooper**
Associate Accountant

 GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Thorsen, Mark S.
**Sent:** Monday, July 10, 2017 12:12 PM
**To:** Cooper, Constance
**Subject:** RE: Fashion Show Ops Manager

It is just me for now. I will be reviewing and approving the invoices until we find a replacement.

**Mark Thorsen, CSM**
Senior General Manager

GGP A RETAIL REAL ESTATE COMPANY
Fashion Place
6191 S. State Street, Suite 201
Murray, Utah 84107
mark.s.thorsen@ggp.com
(O) 801-290-1407

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Monday, July 10, 2017 11:08 AM
**To:** Thorsen, Mark S.
**Subject:** FW: Fashion Show Ops Manager

Hi Mark,

Please see below. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Krzysiak, Kathy S.
**Sent:** Monday, July 10, 2017 12:06 PM
**To:** Cooper, Constance
**Cc:** Faxel, John P.
**Subject:** FW: Fashion Show Ops Manager

Constance,

Can you reach out to the GM and let me know if they will be approving the invoices directly or will there be an Operations Manager who will be covering until a replacement is hired?

Thank you,


**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Faxel, John P.
**Sent:** Friday, July 07, 2017 4:14 PM
**To:** Krzysiak, Kathy S.
**Cc:** Cooper, Constance
**Subject:** Fashion Show Ops Manager

Hi Kasia,

Elizabeth Cole, the Operations Manager at Fashion Show, is no longer with the company. Please update the Recipient Identifier appropriately.

Thanks,


**John Faxel**
Manager, Accounts Payable

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Dr.
Chicago, Illinois 60606
John.Faxel@ggp.com
(O) 312.960.6463
(Fax) 312.994.6963

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*Customer Service For Supervisor Error in direction*

Cooper, Constance

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, July 07, 2017 4:49 PM |
| **To:** | Faxel, John P. |
| **Subject:** | RE: Fashion Show Ops Manager |

I am master coder for Fashion Place. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / **OWN IT**

**From:** Faxel, John P.
**Sent:** Friday, July 07, 2017 4:14 PM
**To:** Krzysiak, Kathy S.
**Cc:** Cooper, Constance
**Subject:** Fashion Show Ops Manager

Hi Kasia,

Elizabeth Cole, the Operations Manager at Fashion Show, is no longer with the company. Please update the Recipient Identifier appropriately.

Thanks,

**John Faxel**
Manager, Accounts Payable

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Dr.
Chicago, Illinois 60606
John.Faxel@ggp.com
(O) 312.960.6463
(Fax) 312.994.6963

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / **OWN IT**

*SUPERVISOR ACCUSE 57/ ME/ ME/ STEALING 22*

**Cooper, Constance** *ME*

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, July 10, 2017 12:06 PM |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | RE: Friday, July 7, 2017 - Lakeside Mall |

Hi Kasia,

Had a stomach problem earlier on Friday, I did not realized you were looking for me since I did not see a note. If you like I can come by now. Thanks

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Krzysiak, Kathy S.
**Sent:** Monday, July 10, 2017 11:52 AM
**To:** Cooper, Constance
**Subject:** Friday, July 7, 2017 - Lakeside Mall

Hi Constance,

I noticed you were away from your desk Friday morning for a long period of time. May I ask where you were?

I came looking for you multiple times to bring you up to speed on Lakeside. With the property no longer being a GGP property, I wanted to make sure you aware of the invoice processing changes.

Thanks,

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

*SUPERVISOR SEND TO WRONG*

*MASTER Coder*

**Cooper, Constance**

**From:** Krzysiak, Kathy S.
**Sent:** Monday, July 10, 2017 12:09 PM
**To:** Cooper, Constance
**Cc:** Faxel, John P.
**Subject:** RE: Fashion Show Ops Manager

Sorry about that.


**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Monday, July 10, 2017 12:09 PM
**To:** Krzysiak, Kathy S.
**Cc:** Faxel, John P.
**Subject:** RE: Fashion Show Ops Manager

I am not the master coder for Fashion Show. thanks


**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Monday, July 10, 2017 12:06 PM
**To:** Cooper, Constance
**Cc:** Faxel, John P.
**Subject:** FW: Fashion Show Ops Manager

Constance,

Can you reach out to the GM and let me know if they will be approving the invoices directly or will there be an Operations Manager who will be covering until a replacement is hired?

Thank you,

Kasia Krzysiak
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago . Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Faxel, John P.
**Sent:** Friday, July 07, 2017 4:14 PM
**To:** Krzysiak, Kathy S.
**Cc:** Cooper, Constance
**Subject:** Fashion Show Ops Manager

Hi Kasia,

Elizabeth Cole, the Operations Manager at Fashion Show, is no longer with the company. Please update the Recipient Identifier appropriately.

Thanks,

**John Faxel**
Manager, Accounts Payable

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Dr.
Chicago, Illinois 60606
John.Faxel@ggp.com
(O) 312.960.6463
(Fax) 312.994.6963

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*I RECEIVED MORE PROPERTIES*

**Cooper, Constance**

**From:** Krzysiak, Kathy S.
**Sent:** Monday, July 17, 2017 10:34 AM
**To:** Cooper, Constance; Sengstock, Nancy
**Subject:** Carol's Properties

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Good morning,

When you get a chance can you send an email introducing yourself to all the new Operations Managers, General Managers and Marketing Managers that you will be working with?

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

*REC'd ACCESS TO CAROL PROPERTIES* (*MORE*) *PROPERTIES*

*Added To my PORTFOLIO*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Monday, July 17, 2017 3:54 PM |
| **To:** | Sengstock, Nancy; Cooper, Constance; Lederman, Cynthia |
| **Subject:** | Concur |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Team,

You should now have access to Carol's properties in Concur.

Please let me know if you are having trouble viewing Carol's properties in Concur.

Thanks,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

## Cooper, Constance

**From:** Cooper, Constance
**Sent:** Wednesday, July 19, 2017 8:40 AM
**To:** Krzysiak, Kathy S.; APSupport
**Subject:** RE: RC#2343+2584201

You are welcome!

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / **OWN** IT

**From:** Krzysiak, Kathy S.
**Sent:** Wednesday, July 19, 2017 8:25 AM
**To:** Cooper, Constance; APSupport
**Subject:** RE: RC#2343+2584201

Thanks for the heads up Constance.

I changed the due date to today.

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / **OWN** IT

**From:** Cooper, Constance
**Sent:** Wednesday, July 19, 2017 8:05 AM
**To:** Krzysiak, Kathy S.; APSupport
**Subject:** RE: RC#2343+2584201

*CUSTOMER SERVICE*

I have processed and it is in Mitchell's approval queue. the due date is 8/17/17 FYI. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive

1

Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Tuesday, July 18, 2017 3:55 PM
**To:** APSupport; Cooper, Constance
**Subject:** RC#2343+2584201
**Importance:** High

AP Support,

Please add the attached into Alusta for immediate processing.

Constance, please process the attached invoice ASAP.

Thank you,


**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*CUSTOMER SERVICE*

## Cooper, Constance

| | |
|---|---|
| **From:** | Gorman, Nancy |
| **Sent:** | Monday, July 24, 2017 10:16 AM |
| **To:** | Cooper, Constance |
| **Subject:** | FW: RC#2076+2043567 Siemens invoice 5444616061 |

Good Morning Constance:

I spoke with the vendor and advised them the invoice needs to be resubmitted. Please go ahead and cancel the former invoice if it is still in Alusta.

Thanks!

**Nancy Gorman**
Administrative Assistant
Saint Louis Galleria

GGP A RETAIL REAL ESTATE COMPANY
1155 Saint Louis Galleria
St. Louis, MO 63117
nancy.gorman@ggp.com
314.571.7006

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Gorman, Nancy
**Sent:** Wednesday, July 12, 2017 1:38 PM
**To:** Cooper, Constance
**Subject:** RE: RC#2076+2043567 Siemens invoice 5444616061

Hi Constance:

The supplier has not responded. I will follow up and advise.

**Nancy Gorman**
Administrative Assistant
Saint Louis Galleria

GGP A RETAIL REAL ESTATE COMPANY
1155 Saint Louis Galleria
St. Louis, MO 63117
nancy.gorman@ggp.com
314.571.7006

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Wednesday, July 12, 2017 1:37 PM
**To:** Gorman, Nancy
**Subject:** FW: RC#2076+2043567 Siemens invoice 5444616061

Hi Nancy,

Please update. Can this invoice be cancelled out of Alusta? Thanks

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

---

**From:** Cooper, Constance
**Sent:** Thursday, July 06, 2017 3:24 PM
**To:** Gorman, Nancy
**Subject:** RC#2076+2043567

Hi Nancy,

Please see attached. Not sure if this invoice is Saint Louis Galleria, if it is please contact supplier and have them send a revised bill, bill to is not correct. If not please let me know so that I may have this invoice cancelled out of Alusta. Thanks

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

*Ex: Mgr Dᵒ Not support Me Re Customer Service*

*Co. policy & Procedure*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, July 24, 2017 2:08 PM |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | RE: Submit Your P-Card Statement Report |

Kasia,

If you want me to approve, let me know. thanks

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

**From:** Krzysiak, Kathy S.
**Sent:** Monday, July 24, 2017 12:42 PM
**To:** Cooper, Constance
**Subject:** FW: Submit Your P-Card Statement Report

Constance,

Let's discuss this when you get a chance?

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago, Illinois 60606
kathy.krzysiak@ggp.com

1

(O) 312.980.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cruz-Martinez, Marangely
**Sent:** Monday, July 24, 2017 11:13 AM
**To:** Cooper, Constance; Krzysiak, Kathy S.
**Cc:** Feldman, Mitchell C.
**Subject:** FW: Submit Your P-Card Statement Report

Hi Constance,

Unfortunately the receipt we received from AT&T that list Mid-America is the only receipt that we will get. This was from a collection agency and unfortunately we cannot get a different receipt listing WTP. Kathy any way that this can be processed as is because we are unable to get a different receipt.

Can you please process this.

**Maria Cruz-Martinez**
Administrative Assistant – Water Tower Place

 A RETAIL REAL ESTATE COMPANY
845 N. Michigan Avenue - Suite 987W
Chicago, Illinois 60611
maria.cruz-martinez@ggp.com
(O) 312.440.3598

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** GGP Credit Card Services [mailto:EmailReminderService@concursolutions.com]
**Sent:** Sunday, July 23, 2017 7:15 PM
**To:** Cruz-Martinez, Marangely
**Subject:** Submit Your P-Card Statement Report

**C. CONCUR**

Dear Marangely Cruz-Martinez,

Your P-Card Statement Report is due. Please reconcile and submit your P-Card Statement report now. P-Card statement reports must be submitted within 5 days of all transactions importing into Concur.

Click the following link to log into Concur.

https://www.concursolutions.com/UI/SSO/p0087818fqzm

Thank you,

GGP Credit Card Services
GGPCreditCardServices@ggp.com

*Mgr DNot support me / Ask for info*
*For her*
*Review*

## Cooper, Constance

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Monday, July 24, 2017 2:25 PM |
| **To:** | Cruz-Martinez, Marangely; Cooper, Constance |
| **Cc:** | Feldman, Mitchell C. |
| **Subject:** | RE: Submit Your P-Card Statement Report |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Maria,

Can you provide me with what was submitted? (the receipt and transaction amount)

I do not have access to Concur.

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cruz-Martinez, Marangely
**Sent:** Monday, July 24, 2017 11:13 AM
**To:** Cooper, Constance; Krzysiak, Kathy S.
**Cc:** Feldman, Mitchell C.
**Subject:** FW: Submit Your P-Card Statement Report

Hi Constance,

Unfortunately the receipt we received from AT&T that list Mid-America is the only receipt that we will get. This was from a collection agency and unfortunately we cannot get a different receipt listing WTP. Kathy any way that this can be processed as is because we are unable to get a different receipt.

Can you please process this.

**Maria Cruz-Martinez**
Administrative Assistant – Water Tower Place

GGP A RETAIL REAL ESTATE COMPANY
845 N. Michigan Avenue - Suite 987W
Chicago, Illinois 60611
maria.cruz-martinez@ggp.com
(O) 312.440.3596

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** GGP Credit Card Services [mailto:EmailReminderService@concursolutions.com]
**Sent:** Sunday, July 23, 2017 7:15 PM
**To:** Cruz-Martinez, Marangely
**Subject:** Submit Your P-Card Statement Report

 CONCUR

Dear Marangely Cruz-Martinez,

Your P-Card Statement Report is due. Please reconcile and submit your P-Card Statement report now. P-Card statement reports must be submitted within 5 days of all transactions importing into Concur.

Click the following link to log into Concur.

https://www.concursolutions.com/UI/SSO/p0087818fqzm

Thank you,

GGP Credit Card Services
GGPCreditCardServices@ggp.com

2

*CAROL LAST DAY 7/13/18*

**Cooper, Constance**

| | |
|---|---|
| **From:** | McMahon, Helene M |
| **Sent:** | Wednesday, July 26, 2017 11:35 AM |
| **To:** | Cooper, Constance; Lederman, Cynthia; Sengstock, Nancy |
| **Cc:** | Krzysiak, Kathy S.; Dzeba, Stephen J |
| **Subject:** | FW: Carol |
| **Attachments:** | Basware Assignments 2017-07-15 HELENE.xlsx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

*ADD our NAMES TO CO. DIRECTORY FOR REFERENCE*

Hello ladies

I've added your role (A/P Assoc Accountant) to the Places Directory so that when someone views a property they will see that you are associated with it.
Also, in the People Directory all your properties will now be listed on your info page. Please review this page and let me know if I have your properties listed correctly.

Thanks,

*NEW PROPERTIES TO PORTFOLIO*

**Helene McMahon**
Dept Coordinator

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago, Illinois 60606
helene.mcmahon@ggp.com
(O) 312.960.5176

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Friday, July 21, 2017 10:46 AM
**To:** McMahon, Helene M
**Subject:** RE: Carol

Hi Helene,

Attached you may find a list of all the current AP Associate Accountants and their current properties.

Per our conversation yesterday, can you also add the A/P Associate Accountant role to the property directory and add each employees name?

Also please include each property under the Associates profile .

Please let me know if you need any additional information.

Thanks,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** McMahon, Helene M
**Sent:** Thursday, July 20, 2017 3:12 PM
**To:** Krzysiak, Kathy S.
**Subject:** RE: Carol

I list Property, Basware, Lease Account, AR and BD.

**Helene McMahon**
Dept Coordinator

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago, Illinois 60606
helene.mcmahon@ggp.com
(O) 312.960.5175

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Thursday, July 20, 2017 3:05 PM
**To:** McMahon, Helene M
**Subject:** RE: Carol

Hi Helene,

Yes, her last day was last Friday.

Her properties were distributed amongst the three current Associates.

What assignment listing are you referring to? I thought only Property Accountants were listed on those.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** McMahon, Helene M
**Sent:** Thursday, July 20, 2017 2:59 PM
**To:** Krzysiak, Kathy S.
**Subject:** Carol

I heard Carol left GGP. Who is taking over her properties?
I should update the assignment listing.


**Helene McMahon**
Dept Coordinator

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago, Illinois 60606
helene.mcmahon@ggp.com
(O) 312.960.5176

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*TIME LINE OF ( VENDOR ) PER Mgr.*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Wednesday, July 26, 2017 3:27 PM |
| **To:** | Stone, Dorie |
| **Cc:** | Cooper, Constance |
| **Subject:** | RE: W-9 REQUEST |

*MAINT.* X

Unfortunately there is no way to avoid this unless the vendor is used every 12 months.

Any vendor which is not used for 13 months becomes inactive and the SMF process must be completed.

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

---

**From:** Stone, Dorie
**Sent:** Wednesday, July 26, 2017 3:24 PM
**To:** Krzysiak, Kathy S.
**Subject:** RE: W-9 REQUEST

Oops, I replied with info for the Progressive Seattle email rather than the BOMA info. I will need to wait for our GM to return to complete this one.
Though I am wondering, since this gets paid every year, is there any way to avoid needing to go through this whole thing every time?

Regards,

**Dorie Stone**
Administrative Assistant

GGP A RETAIL REAL ESTATE COMPANY
1601 Fifth Ave, Ste 610
Seattle, Washington 98101
dorie.stone@ggp.com
(O) 206.802.0906 (F) 206.467.1603

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

---

**From:** Krzysiak, Kathy S.
**Sent:** Wednesday, 26 July, 2017 12:48
**To:** Stone, Dorie <Dorie.Stone@generalgrowth.com>
**Cc:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** W-9 REQUEST
**Importance:** High

*CAROL Property INquiry*

## Cooper, Constance

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Monday, July 31, 2017 8:54 AM |
| **To:** | West, Kimberly F. |
| **Cc:** | Williams, Pamela S.; Cooper, Constance |
| **Subject:** | RE: Wingers check request |
| **Attachments:** | 09-2017 Spokane Wings -Check Request Form-Ground Rent Spokane.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Kimberly,

I forwarded the attached check request to Alusta for processing.

Constance Cooper will be the new Associate Accountant for Spokane Valley.

Is there any special handling for the attached check request? Do you know why this is emailed to Carol instead of directly to ggpinvoices@ggp.com?

Thank you,


**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** West, Kimberly F.
**Sent:** Friday, July 28, 2017 3:05 PM
**To:** Krzysiak, Kathy S.
**Cc:** Williams, Pamela S.
**Subject:** Wingers check request

Kathy-
See attached the Monthly Wingers check request.
Please contact Pam Williams if you have any questions as I'll be on vacation next week.
Thank you.


**Kimberly West**
Administrative Assistant

GGP A RETAIL REAL ESTATE COMPANY
Spokane Valley Mall
14700 E Indiana Ave
Spokane Valley, Washington 99216
kimberly.west@ggp.com
(O) 509.228.6431

1

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** West, Kimberly F.
**Sent:** Friday, July 28, 2017 12:49 PM
**To:** 'GGPInvoices@ggp.com' <GGPInvoices@ggp.com>; Dorey, Carol <Carol.Dorey@generalgrowth.com>
**Subject:** Wingers check request

**Kimberly West**
Administrative Assistant

GGP A RETAIL REAL ESTATE COMPANY
Spokane Valley Mall
14700 E Indiana Ave
Spokane Valley, Washington 99216
kimberly.west@ggp.com
(O) 509.228.8431

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*NEW PROPERTIES I REC'd TO my PORTFOLIO*

Cooper, Constance

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Thursday, August 03, 2017 8:18 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: July 2017 Sales and Use Tax Invoices |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Yes, all of the properties you are responsible for.


Kasia Krzysiak
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Thursday, August 03, 2017 6:57 AM
**To:** Krzysiak, Kathy S.
**Subject:** RE: July 2017 Sales and Use Tax Invoices

Carol's portfolio also? Thanks


**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Wednesday, August 02, 2017 11:19 AM
**To:** Cooper, Constance
**Subject:** July 2017 Sales and Use Tax Invoices

Hi Constance,

All the July 2017 Sales & Use Tax Invoices have been saved to the appropriate "Property Accounting" location for all your properties.

Kasia Krzysiak
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*KATHY process INV.*

*EXAMPLE C*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Thursday, August 03, 2017 8:20 AM |
| **To:** | Seldin, Jonathan |
| **Subject:** | RE: Invoice Information |

Hi Jonathan,

The customer #700, account description 5.25.17 Kiosk clean out & wipe down everything wo#5192017. This invoice was processed by Kasia 7/27/17. Hope this helps. thanks

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Seldin, Jonathan
**Sent:** Tuesday, August 01, 2017 10:37 AM
**To:** Cooper, Constance
**Subject:** Invoice Information

Hi Constance,

Can you help me fill in the blanks for the information below?

Thanks,
Jonathan

| Organization Element Name | Supplier Name | Supplier Number |
|---|---|---|
| 3795-Alderwood | MILLARD MALL SERVICES, INC. (ACH) | 2026333 |

1

*CAROL PROPERTY* (handwritten)

## Cooper, Constance

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Thursday, August 03, 2017 11:56 AM |
| **To:** | Cooper, Constance |
| **Cc:** | Stone, Dorie |
| **Subject:** | FW: Westlake PF Chang's Security Hours - June 17 |
| **Attachments:** | 06 June 2017.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

*INTRO TO NEW PROPERTIES* (handwritten)

No problem, Dorie.

Constance Cooper will be your Master Coder. Please send these to her in the future so she can attached and process them.

Thank you,


**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

---

**From:** Stone, Dorie
**Sent:** Thursday, August 03, 2017 10:41 AM
**To:** Krzysiak, Kathy S.; Cooper, Constance
**Subject:** Westlake PF Chang's Security Hours - June 17

Hi Kathy,
Sorry this is so late. Turns out the timesheet was left on the desk of the officer who went out on maternity leave. I'll be sending the July hours shortly as well.


Regards,


**Dorie Stone**
Administrative Assistant

**GGP** A RETAIL REAL ESTATE COMPANY
1601 Fifth Ave, Ste 610
Seattle, Washington 98101
dorie.stone@ggp.com
(O) 206.802.0906 (F) 206.467.1603

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

*REQUEST GRANTED FOR PROLIANCE*

## Cooper, Constance

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, August 07, 2017 11:52 AM |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | RE: Proliance Access |

*I NEVER RECD ACCESS*

Hi Kasia,

I received an email with user id and password. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Friday, August 04, 2017 1:32 PM
**To:** Cooper, Constance; Lederman, Cynthia; Sengstock, Nancy
**Subject:** Proliance Access
**Importance:** High

Hi Team,

I have requested view only access to Proliance for each of you.

Please notify me once you see an email with your username and password.

We will have a training class by the Proliance team to show you how to search for payments.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago, Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

Cooper, Constance            *Ex: HARASSMENT*

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, August 11, 2017 6:37 AM |
| **To:** | Skore, Jeffrey |
| **Subject:** | FW: 2 Time Off Request(s) Pending |

Good Morning Jeffrey,

Per our discussion. This will be part of my rebuttal for my mid-year review. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Krzysiak, Kathy S.
**Sent:** Thursday, August 03, 2017 9:26 AM
**To:** Cooper, Constance
**Subject:** FW: 2 Time Off Request(s) Pending

Constance,

Please confirm whether this time was taken because you were sick or for personal reasons?

Thanks,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** notify@dayforce.com [mailto:notify@dayforce.com]
**Sent:** Thursday, August 03, 2017 9:01 AM
**To:** Krzysiak, Kathy S.
**Subject:** 2 Time Off Request(s) Pending

2 time off request(s) pending approval for 1 employee(s). Dayforce can be accessed here:
https://sso.dayforcehcm.com/ggp

| lblEmployee | lblDaysOrHours | lblStartsOn |
|---|---|---|

1

| Cooper, Constance | 1 day(s) / 8 hrs | 8/1/2017 |
| Cooper, Constance | 1 day(s) / 8 hrs | 8/2/2017 |

*RETURNED TO WORK FROM FMLA*

| | |
|---|---|
| **From:** | GGPHuman Resources |
| **To:** | DL_GGP_Employees_All |
| **Cc:** | Benefits |
| **Subject:** | 2017 Annual Compliance Notices |
| **Date:** | Monday, November 27, 2017 10:31:00 AM |
| **Attachments:** | 2017 Summary of Annual Compliance Notices.pdf |

Attached are the following annual notices relating to the GGP Group Health Plan:

- Notice of Special Enrollment Rights
- Women's Health and Cancer Rights Act Notice (WHCRA)
- Reminder of Availability of HIPAA Notice of Privacy Practices
- Premium Assistance Under Medicaid and The Children's Health Insurance Program (CHIP)

If you have any questions, please contact the Benefits department at Benefits@ggp.com


*Cont'*

| | |
|---|---|
| **From:** | GGPHuman Resources |
| **To:** | Cooper, Constance |
| **Cc:** | Danoff, Carol |
| **Subject:** | RE: Training Deadline Warning Message |
| **Date:** | Monday, November 27, 2017 10:57:56 AM |

Hi Constance.

Carol will be able to assist you.

Thanks

**From:** Cooper, Constance
**Sent:** Monday, November 27, 2017 10:52 AM
**To:** GGPHuman Resources <ggpHuman.Capital@generalgrowth.com>
**Subject:** RE: Training Deadline Warning Message

Good Morning,

Can you please allow me to take this training if it is mandatory, since I am just returning to work from a 12 week leave? thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** GGP Human Resources [mailto:lmsadmin@syntrio.com]
**Sent:** Wednesday, September 06, 2017 12:02 AM
**To:** Cooper, Constance
**Subject:** Training Deadline Warning Message

Constance Cooper,
You have not completed the following training requirement:
Training assignment: 2017 Code of Conduct Refresher Training requirement: ggp002
- GGP Code of Conduct(Online *)
This training is due by Sep 23, 2017

*Cont'd*

Employees are the foundation of the GGP's success, and we know that our continued progress and development depends on effectively maximizing employees' talents to their full potential. One way we further that goal is by instituting and enforcing workplace policies that promote a fair, safe, positive and productive working environment. GGP is strongly committed to employment practices that create an atmosphere of mutual trust and respect.

Your user name is your nine digit Employee Number (locate your employee number in ESS or via the People Directory). If this is your first time logging in, the password is PASSWORD. Upon your first login you will be instructed to reset your password.

Employees are required to complete this course within 30 days from the receipt of the original message. Completion of this course will also be required for all GGP employees on an annual basis.

Please log on to the site by clicking here and select "Training Assignments" to view your current training requirements.

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*REC'd ACCESS TO PORTFOLIO*

From: Krzysiak, Kathy S.
To: Cooper, Constance
Subject: FW: confirm current portfolio assignment/workbook instructions
Date: Tuesday, November 28, 2017 12:08:15 PM

Your Concur access has been updated. Please work on reviewing and saving the receipts needed for sales and use tax as you normally would.

Alusta access has not been updated yet.

Let me know if you have any questions.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Krzysiak, Kathy S.
**Sent:** Tuesday, November 28, 2017 10:32 AM
**To:** Cooper, Constance
**Subject:** RE: confirm current portfolio assignment/workbook instructions

I am waiting for the access to be updated by the IT Department.

I will let you know once the changes have been made.

Thanks for following up.

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Tuesday, November 28, 2017 10:07 AM
**To:** Krzysiak, Kathy S.
**Subject:** confirm current portfolio assignment/workbook instructions

Good Morning Kasia,

Just following up on the above mentioned. Thanks

Constance Cooper

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

**From:** Cooper, Constance
**To:** Krzysiak, Kathy S.
**Subject:** Accepted: Welcome Back Constance
**Start:** Monday, November 27, 2017 1:00:00 PM
**End:** Monday, November 27, 2017 1:30:00 PM
**Location:** Christiana 1N 114W

*mtg with SAME SUPERVISOR (PALT reason for FMLA) *

PORTFOLIO ListUpdate

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **To:** | Cooper, Constance |
| **Cc:** | JILES, FELICIA |
| **Subject:** | Book1.xlsx |
| **Date:** | Tuesday, November 28, 2017 4:01:45 PM |
| **Attachments:** | Book1.xlsx |

Hi Constance,

Attached you may find an updated list of properties for you to work on effective 11/29/17.

Your access in Alusta has been updated as well as in Concur.

Felicia will sit with you tomorrow morning to discuss any pending items she has been working on related to these properties.

Let me know if you have any questions.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*FMLA    APPROVAL*

*STD.*

| | |
|---|---|
| **From:** | Ridao, Christel |
| **To:** | Cooper, Constance |
| **Cc:** | Skore, Jeffrey |
| **Subject:** | Hartford Determination- Cooper, Constance |
| **Date:** | Tuesday, November 28, 2017 6:21:00 PM |
| **Attachments:** | Hartford Leave Exhaustion- Cooper, Constance 11.28.17.pdf |
| | Hartford Determination- Cooper, Constance 11.28.17.pdf |

Hi Constance,

Hartford approved your short term disability extension from 10/30/17 through 11/26/17 (see attached). Your retroactive disability pay and disability pay for the current pay period will be processed on the next pay date on 12/08/17.

Thanks,


**Christel Ridao**
SR. HR SPECIALIST

GGP A RETAIL REAL ESTATE COMPANY
christel.ridao@ggp.com
Phone: 312-960-5739
Fax: 312-960-5481

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT


**From:** Ridao, Christel
**Sent:** Tuesday, November 21, 2017 11:00 AM
**To:** 'Constance Cooper' <cooper.constance4@gmail.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Skore, Jeffrey <Jeffrey.Skore@generalgrowth.com>; Krzysiak, Kathy S. <Kathy.Krzysiak@generalgrowth.com>
**Subject:** Constance Cooper - Return to work 11/27/2017

Hi Constance,

Please resume the normal process for requesting time away from work as of your return to work on Monday, 11/27. HR/Payroll Services will handle your timesheet entry through 11/26.

As of today, Hartford has not approved your short term disability extension from 10/30/17 through 11/26/17. Your doctor's office may need to complete additional medical certification with the Hartford to approve your extension request.

- As a reminder, disability pay is not automatic. In order for HR/Payroll Services to process your disability pay for the 12/08/17 pay date, Hartford must notify GGP of your disability extension approval by Friday, 12/01/17. The standard turnaround time

for Hartford to approve your disability pay is 5 business days after the date that your doctor completes your medical certification.

- Please check-in with the Hartford and follow up with your doctor's office to make sure that your medical certification in a timely manner. You can check on the status of your claim by contacting Hartford directly at 1-800-549-6514.

- For your convenience, you can sign up for claims text alerts – register online at www.thehartfordatwork.com. You can also download the My Benefits mobile app to access your disability and leave activities through your smartphone or tablet.

Please note that you have exhausted your sick and personal time for this year. Your vacation balance is at 0.03 hours, and vacation accrual will continue on a bi-weekly basis when you return to work.

Thanks,


**Christel Ridao**
SR. HR SPECIALIST

GGP A RETAIL REAL ESTATE COMPANY
christel.ridao@ggp.com
Phone: 312-960-5739
Fax: 312-960-5481

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT


**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

**Cooper, Constance**

*Canol Korein dept ino Juno of July 2017 ☆*

| | |
|---|---|
| **From:** | Ridao, Christel *← left the Co in Aprs of Mary 2018* |
| **Sent:** | Tuesday, November 28, 2017 6:21 PM |
| **To:** | Cooper, Constance |
| **Cc:** | Skore, Jeffrey |
| **Subject:** | Hartford Determination - Cooper, Constance |
| **Attachments:** | Hartford Leave Exhaustion - Cooper, Constance 11.28.17.pdf; Hartford Determination - Cooper, Constance 11.28.17.pdf |

Hi Constance,

Hartford approved your short term disability extension from 10/30/17 through 11/26/17 (see attached). Your retroactive disability pay and disability pay for the current pay period will be processed on the next pay date on 12/08/17.

Thanks,

**Christel Ridao**
SR HR SPECIALIST

**GGP** A RETAIL REAL ESTATE COMPANY
christel.ridao@ggp.com
Phone: 312-960-5739
Fax: 312-960-5481

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Ridao, Christel
**Sent:** Tuesday, November 21, 2017 11:00 AM
**To:** 'Constance Cooper' <cooper.constance4@gmail.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Skore, Jeffrey <Jeffrey.Skore@generalgrowth.com>; Krzysiak, Kathy S. <kathy.Krzysiak@generalgrowth.com>
**Subject:** Constance Cooper - Return to work 11/27/2017

Hi Constance,

1

Please resume the normal process for requesting time away from work as of your return to work on Monday, 11/27. HR/Payroll Services will handle your timesheet entry through 11/26.

As of today, Hartford has not approved your short term disability extension from 10/30/17 through 11/26/17. Your doctor's office may need to complete additional medical certification with the Hartford to approve your extension request.

- As a reminder, disability pay is not automatic. In order for HR/Payroll Services to process your disability pay for the 12/08/17 pay date, Hartford must notify GGP of your disability extension approval by Friday, 12/01/17. The standard turnaround time for Hartford to approve your disability pay is 5 business days after the date that your doctor completes your medical certification.

- Please check-in with the Hartford and follow up with your doctor's office to make sure that your medical certification in a timely manner. You can check on the status of your claim by contacting Hartford directly at 1-800-549-6514.

- For your convenience, you can sign up for claims text alerts – register online at www.thehartfordatwork.com. You can also download the My Benefits mobile app to access your disability and leave activities through your smartphone or tablet.

Please note that you have exhausted your sick and personal time for this year. Your vacation balance is at 0.03 hours, and vacation accrual will continue on a bi-weekly basis when you return to work.

Thanks,

**Christel Ridao**
SR. HR SPECIALIST

GGP A RETAIL REAL ESTATE COMPANY

christel.ridao@ggp.com
Phone: 312-960-5739
Fax: 312-960-5481

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

**Cooper, Constance**

| | |
|---|---|
| From: | Skore, Jeffrey |
| Sent: | Thursday, November 30, 2017 4:53 PM |
| To: | Cooper, Constance |
| Subject: | Following Up |

*(handwritten: #HR 7Bllow UP ... AFTER MTG. I ASKED DEPT FOR MGR NEW DEPT. HE LIES 1.2 mtg about what he said with me only)*

Constance,

I hope your first week back is going well. I wanted to follow up with you on a couple of items we discussed Monday.

You had asked about the status of your short term disability payment from Hartford, which was addressed in an email from Christel on November 28. I believe that squares that away but if you have additional questions, let me or Christel know.

Secondly, I want to confirm what we spoke about with respect to your ability to make up hours when you're out of the office.

When we met on Monday, you told you had some doctors' appointments scheduled during the day related to your recent leave of absence. I told you that would not be a problem but to email Kasia to let her know when they're scheduled, I suggested that it would probably be helpful for her to have as much notice as possible so she can plan accordingly. You also stated that you wanted to be able to make up the hours that you'd be out of the office at your appointments. I said that you will need to discuss this with Kasia and that while HR doesn't mandate if/how the hours are made up, I said I'd encourage Kasia to work with you in that regard. I also said you might want to suggest that you'd be making up some of the hours during the standard work day (like from 4:00 to 5:00 PM rather than leaving at 4:00 PM.)

You sent an email to Kasia on a November 28 in which you told her that you had a doctor's appointment the following day and would be leaving at 12:30. The email went on to say, "Per my conversation with Jeff I will make up the 1-2 hours this week." Constance, that statement does not reflect the spirit of our conversation and it implies that I somehow have authority over your schedule, which I do not. Your work schedule and any hours you wish to make up need to be discussed and worked out between you and Kasia. If for some reason you're unable to work something out, then I'd be happy to assist and engage in the conversation.

If you have any questions about our conversation, what steps need to be taken or if something is not clear, please let me know and I'd be happy to get together to discuss. I'll be back in the office tomorrow and will be around all next week.

Thanks,

Jeff

Jeff

**Jeff Skore**
Director, Human Resources

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606

1

jeffrey.skore@gcgp.com
(O) 312.960.2730 (M) 773.899.1079

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

2

*Customers Service*

| | |
|---|---|
| From: | Krzysiak, Kathy S. |
| To: | Cooper, Constance |
| Subject: | RE: RPAI/Towson Circle Development/ Towson Town Center - Signage Reimbursement |
| Date: | Friday, December 1, 2017 10:48:58 AM |

Constance,

All W-9's are listed on GGP Connect.

Please let me know if you would like me to show you how to obtain the W-9.

Thank you,

**Kasia Krzysiak**
Mgr. Accounting - AP

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Friday, December 01, 2017 8:25 AM
**To:** Krzysiak, Kathy S.
**Subject:** FW: RPAI/Towson Circle Development/ Towson Town Center - Signage Reimbursement

Kasia,

Not sure how to assist Chereese. Can you please advise on how I can help her? She needs an updated w9 for Towson Town Center. Thanks

Constance Cooper

**From:** Jowers, Chereese
**Sent:** Friday, December 1, 2017 7:33 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: RPAI/Towson Circle Development/ Towson Town Center / Signage Reimbursement

Good Morning Constance and Happy Friday! ☺

Who would I contact to have an updated version of our W-9 signed?  Is that something the GM here could issue?

Please advise.

Thank you

**Chereese Jowers**
Administrative Assistant – Towson Town Center

GGP A RETAIL REAL ESTATE COMPANY

825 Dulaney Valley Road
Towson, Maryland 21204
Chereese.Jowers@ggp.com
(O) 410.583.8608 (F) 410.321.7054

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

We're moving.
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1807

H/R  RESPONSE  12/1/17

**From:** Skore, Jeffrey
**To:** Cooper, Constance
**Subject:** RE: Following Up
**Date:** Friday, December 1, 2017 10:51:08 AM

Sure, that sounds good.

Jeff

**Jeff Skore**
Director, Human Resources

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
jeffrey.skore@ggp.com
(O) 312.960.2730 (M) 773.899.1079

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Friday, December 1, 2017 10:51 AM
**To:** Skore, Jeffrey <Jeffrey.Skore@generalgrowth.com>
**Subject:** RE: Following Up

I can come now if that is ok

**From:** Skore, Jeffrey
**Sent:** Friday, December 1, 2017 10:45 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Following Up

Good Morning Constance,

I'm available to meet with you this morning any time you're available before 1:00 PM. Let me know if you'd like to chat this morning.

Thanks

**Jeff Skore**
Director, Human Resources

GGP A RETAIL REAL ESTATE COMPANY
110 N. Wacker Drive
Chicago, Illinois 60606
jeffrey.skore@ggp.com
(O) 312.960.2730 (M) 773.899.1079



WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Friday, December 1, 2017 7:12 AM
**To:** Skore, Jeffrey <Jeffrey.Skore@generalgrowth.com>
**Subject:** RE: Following Up

Good Morning Jeff,

Sorry I misunderstood your reply to my question, I thought you said a few minutes before or after my normal hours was fine. This was an issue noted in the pip submitted by Kasia on my review in August 2017. Please let me know your availability for I have questions that I believe should be addressed by HR. Code of conduct and ethics issues. I also would like to set a time to discuss my review/rebuttal as we discussed in Monday's meeting. To not deal with any type of stress, I will not attempt to make up hours since this is an issue with Kasia so stated in my review. Thanks

Constance Cooper

**From:** Skore, Jeffrey
**Sent:** Thursday, November 30, 2017 4:53 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Following Up

Constance,

I hope your first week back is going well. I wanted to follow up with you on a couple of items we discussed Monday.

You had asked about the status of your short term disability payment from Hartford, which was addressed in an email from Christel on November 28. I believe that squares that away but if you have additional questions, let me or Christel know.

Secondly, I want to confirm what we spoke about with respect to your ability to make up hours when you're out of the office.

When we met on Monday, you told you had some doctors' appointments scheduled during the day related to your recent leave of absence. I told you that would not be a problem but to email Kasia to let her know when they're scheduled, I suggested that it would probably be helpful for her to have as much notice as possible so she can plan accordingly. You also stated that you wanted to be able to make up the hours that you'd be out of the office at your appointments. I said that you will need to discuss this with Kasia and that while HR doesn't mandate if/how the hours are made up, I said I'd encourage Kasia to work with you in that regard. I also said you might want to suggest that you'd be making up some of the hours during the standard work day (like from 4:00 to 5:00 PM rather than leaving at 4:00 PM.)

You sent an email to Kasia on a November 28 in which you told her that you had a doctor's appointment the following day and would be leaving at 12:30. The email went on to say, "Per my conversation with Jeff I will make up the 1-2 hours this week." Constance, that statement does not reflect the spirit of our conversation and it implies that I somehow have authority over your schedule, which I do not. Your work schedule and any hours you wish to

*handwritten: MAKE UP HOURS From Hglee ment MGTc/supervising*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **Sent:** | Friday, December 1, 2017 4:15 PM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: doctor appointments next week 12/4-12/8/17 |

Constance,

Thank you for the advanced notice of your appointments. I'm fine with you shortening your lunch hour from 60 to 30 minutes, however, because I leave at 4:30, you should plan on working until 4:30 PM on those days.

Also, I just wanted to confirm what discussed when we met this past Monday, 11/27 regarding your work hours. In the absence of an agreement to modify your schedule, you're standard work hours will be from 7:00 AM to 4:00 PM, Monday through Friday, with a lunch break. Per GGP policy, all non-exempt employees working more than 6 hours in any day are required to take an unpaid meal period for a minimum of 30 minutes. To that end, we would not expect you to be clocking in prior to 7:00 AM.

Thank you.

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago, Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, December 01, 2017 1:36 PM |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | doctor appointments next week 12/4-12/8/17 |

Hi Kasia,

1

I have a doctors' appointment December 4, 2017 in the a.m. so I will be in to work in the afternoon. I also have a doctor's appointment December 8, 2017 where I need to leave at 2pm. Please note that I would like to make up some of my hours by maybe staying to 5pm and or taking a 30 min lunch, on Tuesday, Wednesday and Thursday this week. Please let me know if this will be okay with you. Thanks

Constance Cooper

Associate Accountant – A/P

GGP

110 N. Wacker Drive

Chicago, IL 60601

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

2

D R    Apt    TiME

**Cooper, Constance**

| From: | Krzysiak, Kathy S. |
|-------|-------------------|
| Sent: | Friday, December 1, 2017 4:15 PM |
| To: | Cooper, Constance |
| Subject: | RE: doctor appointments next week 12/4-12/8/17 |

Constance,

Thank you for the advanced notice of your appointments. I'm fine with you shortening your lunch hour from 60 to 30 minutes, however, because I leave at 4:30, you should plan on working until 4:30 PM on those days.

Also, I just wanted to confirm what discussed when we met this past Monday, 11/27 regarding your work hours. In the absence of an agreement to modify your schedule, you're standard work hours will be from 7:00 AM to 4:00 PM, Monday through Friday, with a lunch break. Per GGP policy, all non-exempt employees working more than 6 hours in any day are required to take an unpaid meal period for a minimum of 30 minutes. To that end, we would not expect you to be clocking in prior to 7:00 AM.

Thank you.

**Kasia Krzysiak**
Mgr. Accounting - AP

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

---

**From:** Cooper, Constance
**Sent:** Friday, December 01, 2017 1:36 PM
**To:** Krzysiak, Kathy S.
**Subject:** doctor appointments next week 12/4-12/8/17

Hi Kasia,

I have a doctors' appointment December 4, 2017 in the a.m. so I will be in to work in the afternoon. I also have a doctor's appointment December 8, 2017 where I need to leave at 2pm. Please note that I would like to make up some of my hours by maybe staying to 5pm and or taking a 30 min lunch, on Tuesday, Wednesday and Thursday this week. Please let me know if this will be okay with you. Thanks

Constance Cooper
Associate Accountant – A/P
GGP
110 N. Wacker Drive
Chicago, IL 60601

We're moving.
Our new address, effective January 2018:
350 N. Orleans St.

1



Tue 2/9/2016 7:36 AM

### Cooper, Constance

**Accepted: Review**

When   Wednesday, February 10, 2016 8:30 AM-8:45 AM (UTC-06:00) Central Time (US & Canada).

Location   Grand Canal 1S 138C

ⓘ We couldn't find this meeting in the calendar. It may have been moved or deleted.
Cooper, Constance has accepted this meeting.

Tue 2/9/2016 7:36 AM

### Cooper, Constance

**Accepted: Review**

When   Wednesday, February 10, 2016 8:30 AM-8:45 AM (UTC-06:00) Central Time (US & Canada).

Location   Grand Canal 1S 138C

ⓘ We couldn't find this meeting in the calendar. It may have been moved or deleted.
Cooper, Constance has accepted this meeting.

✓ Accept ▾   ? Tentative ▾   ✗ Decline ▾   ✏ Propose New Time ▾   🗓 Calendar...

Thu 1/18/2018 1:23 PM

Rogoz, Kathy S.

**2017 Year End Employee Review**

Required      Cooper, Constance

Retention Policy                                                      GeneralGrowth - Deleted Items retention 45 Days (45 days)                                    Expires

ⓘ We couldn't find this meeting in the calendar. It may have been moved or deleted.

Phish Alert      Bing Maps

When  Friday, January 26, 2018 3:00 PM-3:30 PM      Location  Empower CR, Chicago 5N S21 Empower

2 ᵗᵉˢ   | Canceled: 2017 Year End Employee Review : Empower CR, Chicago 5N S21 Empower ; Rogoz, Kathy S.

4

*TIME     ISSUE*

*TRAIN LATE*

**From:** Cooper, Constance
**To:** Krzysiak, Kathy S.
**Subject:** RE: Contact Information
**Date:** Thursday, December 7, 2017 9:52:00 AM

Thanks I will , I called Nancy since I had her # to relay that my train was an hour late this morning and
my clocking in would reflect the train delay. Thanks

*HARASSMENT*

Constance Cooper

**From:** Krzysiak, Kathy S.
**Sent:** Thursday, December 7, 2017 9:50 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Contact Information

Hi Constance,

Per our conversation this morning, please notify me directly if you will be late or of any
unplanned absences.

I may be reached by telephone or email 312-960-5927 (work), 708-516-8264 (cell) or
Kathy.Krzysiak@ggp.com.

Thanks,

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*GUIDELINE UPDATE WORKBOOKS*

| | |
|---|---|
| **From:** | Cooper, Constance |
| **To:** | Krzysiak, Kathy S. |
| **Subject:** | Follow up on workbook guidelines and completion |
| **Date:** | Thursday, December 7, 2017 11:09:00 AM |
| **Attachments:** | 20171207105621027.pdf |

*PORTFOLIO*

Kasia,

Please find attached per our conversation this morning regarding the guidance to updating the workbooks on the M: Drive the properties that has been completed per the specifications I received December 1, 2017. Please review and let me know if I need to change anything. They are in alphabetical order on all workbook pages per guideline instructions with formulas, etc. Thanks

Constance Cooper
Associate Accountant-A/P
GGP
110 N. Wacker Drive
Chicago, IL 60601

*UP DATE WORKBOOK*

*PORTFOLIO*

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** RE: Follow up on workbook guidelines and completion
**Date:** Thursday, December 7, 2017 12:08:08 PM

Hi Constance,

Thank you for updating the workbooks per the guidelines so quickly.

I will look over them and get back to you with comments at a later time.

As mentioned in the meeting, these are your workbooks to update on an as needed basis.

Let me know if you have any more questions.

////

Kasia Krzysiak
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN
IT

-----Original Message-----
From: Cooper, Constance
Sent: Thursday, December 07, 2017 11:10 AM
To: Krzysiak, Kathy S.
Subject: Follow up on workbook guidelines and completion

Kasia,

Please find attached per our conversation this morning regarding the guidance to updating the workbooks on the M:
Drive the properties that has been completed per the specifications I received December 1, 2017. Please review and
let me know if I need to change anything. They are in alphabetical order on all workbook pages per guideline
instructions with formulas, etc. Thanks

Constance Cooper
Associate Accountant-A/P
GGP
110 N. Wacker Drive
Chicago, IL 60601
We're moving.
Our new address, effective January 2018:
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*INSTRUCTIONS*

| | |
|---|---|
| **From:** | Dzeba, Stephen J |
| **To:** | Faxel, John P.; Egan, Patricia T.; Wodarski, Christopher; Lederman, Cynthia; Peterson, Kortney M.; Krzysiak, Kathy S.; Cooper, Constance; ILLES, FELICIA; Bell, Moneka L.; Sengstock, Nancy |
| **Subject:** | Vendor communication regarding new Corporate HQ address for GGP |
| **Date:** | Thursday, December 7, 2017 12:51:14 PM |
| **Attachments:** | image001.png |

In case you receive inquiries via phone or email, here is a copy of the form letter mailed to active V records this week. Please note language in the "What Else" section.

VENDOR NAME
VENDOR ADDRESS LINE 1
VENDOR ADDRESS LINE 2 (where applicable)
VENDOR CITY, STATE & ZIP CODE

**Subject:** GGP Inc. Legal Address Change

**What:** Change to Principal Place of Business (a/k/a legal address) for GGP Inc. and the majority of its subsidiary companies, effective January 1, 2018

**Why:** You are receiving this communication because you are doing business with GGP Inc. (formerly General Growth Properties) through its Corporate office or at one of our 100+ retail properties.

**Where:** GGP Inc. (or subsidiary company name, e.g. landlord entity)
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

**When:** Effective January 1, 2018

**What Else:** Please do not send invoices to this address. Continue to submit invoices as you have in the past.

Note that if you are currently mailing invoices to our Portland post office box or emailing them to 888-770-2356@onlinecapturecenter.com, please update your records to our new invoice email address: GGPInvoices@GGP.com.

If you submit invoices through the Proliance system for capital expenditures, please continue to do so.

Should you have any questions regarding this communication, please contact AP Support at 312-960-5065 or by email at APSupport@ggp.com. If you have additional questions, please follow up with your current GGP business contact.

Thank you.

**Stephen J. Dzeba**
Director, Accounts Payable

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Dr (BSC 1-01)

Chicago, Illinois 60606-1511
Stephen.Dzeba@ooo.com
(O) 312.960.5215

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607



*MISSING FILE*

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** RE: Updating Excel Workbooks
**Date:** Monday, December 18, 2017 3:43:19 PM

Thank you, please forward me the resolution from the IT Department.

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

**From:** Cooper, Constance
**Sent:** Monday, December 18, 2017 3:36 PM
**To:** Krzysiak, Kathy S.
**Subject:** RE: Updating Excel Workbooks

yes

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607,
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT**

**From:** Krzysiak, Kathy S.
**Sent:** Monday, December 18, 2017 3:21 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Updating Excel Workbooks

Hi Constance,

Did you send an email to the help desk to restore your missing files?

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

We're moving.
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*MISSING FILE*

| From: | Raddatz, Matthew |
|---|---|
| To: | Cooper, Constance |
| Subject: | RE: Files lost on the M: Drive |
| Date: | Monday, December 18, 2017 3:44:25 PM |

Hi Constance,

Can you please provide the full network path of where the missing files are located and the files names. Also, when is the last time you access these files and are you saying that the latest version would be from 12-7?

Thank you,


**Matthew Raddatz**
Technical Support Specialist – Level 1

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago, Illinois 60606
matthew.raddatz@ggp.com
(O) 312-960-5780

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Monday, December 18, 2017 3:33 PM
**To:** GGPHELP <GGPHELP@generalgrowth.com>
**Cc:** Krzysiak, Kathy S. <Kathy.Krzysiak@generalgrowth.com>
**Subject:** Files lost on the M: Drive

Good Afternoon,

Please at your convenience, retrieve files for properties 4167, 4257, 4345 and 4351 from 12/7/17 update workbooks are on the a/p, associates accountant, M: Drive. Thanks


**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT


**We're moving.**
**Our new address, effective January 2018:**

350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

DR APT

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** RE: Dr. appointment
**Date:** Friday, December 22, 2017 8:02:44 AM

Thank you.

**Kasia Krzysiak**
Accounting Manager – A/P

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Friday, December 22, 2017 7:11 AM
**To:** Krzysiak, Kathy S.
**Subject:** Dr. appointment

Kasia,

I have a doctor appointment 12/27/17 @ 9:45 am. I will come in and take an early lunch. I will be leaving around 9am. I know it will take longer than an hour, but I just want to make you aware.
Thanks

**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1807
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1807

*# /* SENT FROM SUPERVISOR

*TO MASTER Coders*

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance; Sengstock, Nancy; Bell, Moneka L.; JILES, FELICIA
**Subject:** Alusta - Workflow -Rejected
**Date:** Wednesday, December 20, 2017 8:58:28 AM
**Importance:** High

Team,

There are currently over 100 invoices in the rejected queue.

Please take a look at these and correct as soon as possbile.

Most of these are easy fixes where amounts need to updated, gl coding changed  or suppliers needs to be changed.

Let me know if you have any questions or need assistance with any of the rejections.

Thank you,

*NON OF THESES WERE PART OF MY PORTFOLIO*

**Kasia Krzysiak**
Accounting Manager – A/P

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **To:** | Cooper, Constance; Sengstock, Nancy; Beil, Moneka L.; JILES, FELICIA |
| **Cc:** | Dzeba, Stephen J |
| **Subject:** | Alusta - Workflow |
| **Date:** | Wednesday, December 20, 2017 9:38:49 AM |
| **Importance:** | High |

Team,

Year end is approaching quickly. We currently have over 1400 invoices pending review/approval.

Monitor your Workflow in Alusta and send reminders to any Manager who has a significant amount of invoices in their queue awaiting review/approval. Our goal is to transfer as many invoices as possible to JDE before year end.

Do not wait till the end of next week to send out reminders to your Operation or General Managers as those invoices will not be transferred to JDE for year end.

Thank you,


**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / **DO** THE RIGHT THING / TOGETHER / OWN IT


**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*My WoekFlow queue*
*NO REJECT INVOICE*



| From: | Cooper, Constance |
|---|---|
| To: | Cooper, Constance |
| Subject: | FW: Alusta - Workflow |
| Date: | Wednesday, December 20, 2017 9:47:53 AM |
| Attachments: | image001.png |
| Importance: | High |

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2900

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Krzysiak, Kathy S.
**Sent:** Wednesday, December 20, 2017 9:39 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; Sengstock, Nancy <Nancy.Sengstock@generalgrowth.com>; Bell, Moneka L. <Moneka.Bell@generalgrowth.com>; JILES, FELICIA <Felicia.Jiles@generalgrowth.com>
**Cc:** Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Subject:** Alusta - Workflow
**Importance:** High

Team,

Year end is approaching quickly. We currently have over 1400 invoices pending review/approval.

Monitor your Workflow in Alusta and send reminders to any Manager who has a significant amount of invoices in their queue awaiting review/approval. Our goal is to transfer as many invoices as possible to JDE before year end.

Do not wait till the end of next week to send out reminders to your Operation or General Managers as those invoices will not be transferred to JDE for year end.

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5027

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

DR APT

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** RE: Dr. Appointment
**Date:** Friday, December 22, 2017 10:01:57 AM
**Attachments:** 2017%20GGP%20Company%20Holiday%20Schedule.pdf

Constance,

Yes, that is correct. See attached for 2017 GGP Company Designated Holidays & Early Departures .

Thanks,


**Kasia Krzysiak**
Accounting Manager – A/P

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

---

**From:** Cooper, Constance
**Sent:** Friday, December 22, 2017 9:24 AM
**To:** Krzysiak, Kathy S.
**Subject:** Dr. Appointment

Kasia,

Per our conversation I will not receive other hours (2), due to my having to leave at 12 for my doctor's appointment and not staying to 2pm. Is this correct?

Thanks


**Constance Cooper**
Associate Accountant

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT


**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.

TIME APPROVE

| | |
|---|---|
| **From:** | notify@dayforce.com |
| **To:** | Cooper, Constance |
| **Subject:** | Time off request for Friday, December 22, 2017 2:00 PM has been approved |
| **Date:** | Friday, December 22, 2017 1:47:50 PM |

Cooper, Constance, your time off request has been approved by Krzysiak, Kathy S.

Start Date: Friday, December 22, 2017 2:00 PM
End Date: Friday, December 22, 2017 4:00 PM
Reason: Other Hrs
Status: Approved
Comments: Constance left at noon for a doctor's appointment.

TIME SAME DAY

DENIED

**From:** notify@dayforce.com
**To:** Cooper, Constance
**Subject:** Time off request for Friday, December 22, 2017 2:00 PM has been denied
**Date:** Friday, December 22, 2017 1:46:24 PM

Cooper, Constance, your time off request has been denied by Krzysiak, Kathy S.

Start Date: Friday, December 22, 2017 2:00 PM
End Date: Friday, December 22, 2017 4:00 PM
Reason: Other Hrs
Status: Denied

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance; JILES, FELICIA; Sengstock, Nancy
**Subject:** Concur P-Card Reports / YE Accruals
**Date:** Tuesday, December 26, 2017 11:09:22 AM
**Importance:** High

Team,

Concur reports must be **approved by our team by end of day Thursday (12/28/17)** in order to be posted to JDE for year end.

Otherwise, they will be included on the accrual report.

Let me know if you have any questions.

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY

110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

DR APT

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** RE: Dr. Appointment for today has been cancelled and rescheduled. Just an FYI. thanks
**Date:** Wednesday, December 27, 2017 9:40:54 AM

Thank you.

What is the rescheduled date and time?

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, December 27, 2017 9:21 AM
**To:** Krzysiak, Kathy S.
**Subject:** Dr. Appointment for today has been cancelled and rescheduled. Just an FYI. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

DUPLICATE

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** Sunbelt Rentals Inc Duplicate Invoice
**Date:** Thursday, December 28, 2017 1:52:08 PM
**Attachments:** Invoice-38328a775f714f50b2126d5df431cc1a.pdf

Hi Constance,

Please make sure you verify the invoice number entered in the header data in Alusta to what is on the invoice image.

We received a refund check from Sunbelt today for the duplicate payment.

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

PAID Through PROLIANCE & JDE

WE DO NOT HAVE ACCESS TO PROLIANCE

*DUPLICATE    PYMT*

From: Cooper, Constance
To: Krzysiak, Kathy S.
Subject: RE: Sunbelt Rentals Inc Duplicate Invoice
Date: Thursday, December 28, 2017 2:06:00 PM
Attachments: image001.png

Kasia,

I do verify invoice #'s and may miss one occasionally but, per my research I did not process the duplicate invoice via snap shot below. Thanks

| INVOICE NO. | 64302376-002 | | 12/1/2016 3:12:21 PM | Wodarski S Chris | Invoice removed | 🗑 |
|---|---|---|---|---|---|---|
| | | | "REMOVE PER COMMENT" | | | |
| ACCOUNT NO. | 183741 | | 12/1/2016 2:37:07 PM | System | Send to process task cancelled | |
| INVOICE DATE | 11/10/16 | | | | | |
| | PAGE    1 of 1 | | 12/1/2016 2:37:07 PM | Cooper Constance | Process cancelled | 🗑 |
| | CONTRACT NO | | "cancel – duplicate original scan date 11.29.16" | | | |
| OON | 64302376 | | 12/1/2016 7:12:14 AM | System | Send to process task created | |
| R NO | | | | | | |
| | NID | | 12/1/2016 7:12:14 AM | System | Automatic Coding task created | |

Constance Cooper
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607
constance.cooper@ggpmanagement.com
(O) (312) 960-2908

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

From: Krzysiak, Kathy S.
Sent: Thursday, December 28, 2017 1:52 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: Sunbelt Rentals Inc Duplicate Invoice

Hi Constance,

Please make sure you verify the invoice number entered in the header data in Alusta to what is on the invoice image.

We received a refund check from Sunbelt today for the duplicate payment.

Thank you,

Kasia Krzysiak
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathe.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

We're moving.
Our new address, effective January 2018:
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*1st of mth*

*MGR CALL IN*

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance; Sengstock, Nancy; Beil, Moneka L.; JILES, FELICIA
**Cc:** Dzeba, Stephen J
**Subject:** Today
**Date:** Tuesday, January 2, 2018 6:35:46 AM

Team,

I am not feeling well and will not be in today.

Please remember to save sales and use tax invoices first today for the Property Accounting team.

If you need immediate assistance, please contact AP Support otherwise we can work together tomorrow to resolve any questions you may have.

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*I AM BEING HARRASSED ABOUT doing THIS*

**From:** Dzeba, Stephen J
**To:** Cooper, Constance
**Subject:** RE: dr. apt
**Date:** Tuesday, January 2, 2018 12:46:39 PM

OK, thanks for letting me know.

Stephen J. Dzeba | Director, Accounts Payable | GGP Inc. | (O) 312.960.5215

**From:** Cooper, Constance
**Sent:** Tuesday, January 2, 2018 12:45 PM
**To:** Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Subject:** dr. apt

Hi Steve,

I have a doctor's appointment today and will be leaving by 3:45pm. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance; Sengstock, Nancy; Beil, Moneka L.; JILES, FELICIA
**Subject:** Friday, January 5, 2017
**Date:** Thursday, January 4, 2018 4:22:31 PM

*MGR in CALL in*

Team,

I am not feeling well and will not be in tomorrow.

If you need immediate assistance, please contact AP Support otherwise we can work together Monday morning to resolve any questions you may have.

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

**GGP** A RETAIL REAL ESTATE COMPANY
110 N Wacker Drive
Chicago , Illinois 60606
kathy.krzysiak@ggp.com
(O) 312.960.5927

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We're moving.**
**Our new address, effective January 2018:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

*I AM HARRASSED ABOut doing this.*

*I WAS ILL @ WORK* (handwritten)

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** FW: not feeling good
**Date:** Monday, January 15, 2018 1:52:31 PM

Constance,

Ok, don't forget to request your sick time off.

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans St. Suite 300
Chicago , Illinois 60654-1607
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Monday, January 15, 2018 1:48 PM
**To:** Krzysiak, Kathy S.
**Subject:** not feeling good

Kasia,

I finished my invoices in my queue today, all the ones without issues. Not feeling well. Leaving for the day. thanks

**Constance Cooper**
Associate Accountant

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans Street
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) (312) 960-2908

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**We've moved.**
**Our new address:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

| | |
|---|---|
| **From:** | Krzysiak, Kathy S. |
| **To:** | Cooper, Constance |
| **Subject:** | New Property Changes as of 1.15.18 |
| **Date:** | Tuesday, January 16, 2018 10:00:54 AM |
| **Attachments:** | Book1.xlsx |
| **Importance:** | High |

*ADD TO MY PORTFOLIO* (handwritten)

Hi Constance,

Attached you will find a list of your new portfolio effective today.

In addition to your existing portfolio you will now be responsible for Lynnhaven, Baybrook, Coranado & Fox River.

I have asked Moneka and Felicia to sit with you and discuss any unique items for these properties.

Let me know if you have any questions.

Thank you,


**Kasia Krzysiak**
Accounting Manager – A/P

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans St. Suite 300
Chicago , Illinois 60654-1807
kathy.krzysiak@ggp.com
(O) 312.980.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT


**We've moved.**
**Our new address:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1807

*MORE WORK*

*Add to PortFolio IN Concur*

**From:** Krzysiak, Kathy S.
**To:** Cooper, Constance
**Subject:** Concur Changes
**Date:** Wednesday, January 17, 2018 2:26:26 PM

*Credit cArd TRANSACTIONS To Approve*

Hi,

Concur has been updated to mirror the changes in your portfolio.

Let me know if you have any questions.

Thank you,

**Kasia Krzysiak**
Accounting Manager – A/P

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans St. Suite 300
Chicago , Illinois 60654-1607
kathy.krzysiak@ggp.com
(O) 312.960.5927

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / **DO** THE RIGHT THING / TOGETHER / OWN IT

**We've moved.**
**Our new address:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

DRAFT

**From:** notify@dayforce.com
**To:** Cooper, Constance
**Subject:** Time off request for Monday, January 15, 2018 3:00 PM has been approved
**Date:** Thursday, January 18, 2018 9:45:02 AM

Cooper, Constance, your time off request has been approved by Rogoz, Kathy S.

Start Date: Monday, January 15, 2018 3:00 PM
End Date: Monday, January 15, 2018 4:00 PM
Reason: Sick Hrs
Status: Approved

SICK TIME

**From:** notify@dayforce.com
**To:** Cooper, Constance
**Subject:** Time off request for Tuesday, January 16, 2018 has been approved
**Date:** Thursday, January 18, 2018 9:45:00 AM

Cooper, Constance, your time off request has been approved by Rogoz, Kathy S.

Start Date: Tuesday, January 16, 2018
End Date: Wednesday, January 17, 2018
Reason: Sick Hrs
Status: Approved

**Cooper, Constance**

| | |
|---|---|
| **From:** | Rogoz, Kathy S. |
| **Sent:** | Friday, January 19, 2018 12:16 PM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: dr apt |
| **Attachments:** | Time Reporting for Non-Exempt Employees_02EC4B52-FD17-47B2-A105-AFFC87138DA2016-10-07T13-00-46.pdf |

*[handwritten: HARASSMENT / Co POLICY ATTAched]*
*[handwritten: TIME OFF w/Co Policy]*
*[handwritten: HARASSMENT RETALIATION]*

Constance,

Our policy is that the meal period is to be taken beginning no later than after working 5 consecutive hours. Certainly we can be a bit flexible but you should plan on taking your lunch around the noon time frame.

I've attached the policy for your reference. Let me know if you have any questions.

thanks,

thanks,

Kasia Rogoz
Accounting Manager - A/P

GGP
350 N. Orleans St. Suite 300
Chicago, Illinois 60654-1607
kathy.rogoz@ggp.com
(O) 312.960.5927
www.ggp.com

**From:** Cooper, Constance
**Sent:** Friday, January 19, 2018 10:55 AM
**To:** Rogoz, Kathy S.
**Subject:** RE: dr apt

Okay,

My lunch will be 2-3 using 1 hour of my sick time for my appointment. thanks

1

Constance Cooper
GGP
Associate Accountant

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2905
www.ggp.com

**From:** Rogoz, Kathy S.
**Sent:** Friday, January 19, 2018 10:25 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: dr apt

Okay, no problem.

Given it will be a short day, make sure you take at least a 30 minute lunch before you leave for the day.

Thank you,

Kasia Rogoz
Accounting Manager - A/P

GGP
350 N. Orleans St. Suite 300
Chicago, Illinois 60654-1607
kathy.rogoz@ggp.com
(O) 312.960.5927
www.ggp.com

**From:** Cooper, Constance
**Sent:** Thursday, January 18, 2018 3:19 PM
**To:** Rogoz, Kathy S.
**Subject:** dr apt

Kasia,

I have a doctor's appointment tomorrow. I will be leaving at 2:00pm. I will put my sick hour in. thanks

2

Constance Cooper
GGP
Associate Accountant

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance_Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

**We've moved.**
**Our new address:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

3

## Time Reporting for Non-Exempt Employees ( rev 11/06/2013)

### POLICY

Non-exempt employees must accurately record all time worked into the timekeeping system Ceridian, in accordance with this policy.

### MEAL PERIODS

Meal periods for non-exempt employees are unpaid time and should be recorded as such on the time card.

All non-exempt employees working more than 6 hours in any day are required to take an unpaid meal period as established by the unit. The meal period is to be taken beginning no later than after working 5 consecutive hours.

Meal periods, subject to supervisor approval, may range from a minimum of 30 minutes to a maximum of 90 minutes. In cases where a non-exempt employee must remain on call in the center through mealtime, the mealtime is paid. The time card or time record should indicate paid, meal time taken.

### COMPANY BUSINESS

If non-exempt employees, while away from their normal location, are required to work a schedule other than their normal work schedule, they are to record actual time worked rather than their normal work schedule and will be paid for actual time worked.

### OVERTIME

Non-exempt employees who work more than 40 hours in any work week are eligible for overtime pay of one and one half times their regular rate of pay for those hours worked in excess of 40.

Eligible non-exempt employees who work on Company designated holidays will be paid holiday pay in addition to time worked on that day.

Non-exempt Employees who work on Sunday shall be paid their regular rate of pay.

If a non-exempt employee is called back to work, after having left for the day, due to an emergency, they will be paid for the time actually worked or a minimum of four hours, whichever is greater.

Payment from sick leave, vacation, jury duty, and/or holiday (including personal holidays), will not apply as time worked for the purpose of overtime calculations.

## Time Reporting for Non-Exempt Employees (continued)

All overtime worked must be pre-approved by the non-exempt employee's supervisor.

This requirement extends to work performed outside of normal work hours via a mobile device or remote computer (whether Company issued or not). Regardless, the time spent on all such work must be reported accurately on your timecard.

## TRAVEL

Travel by non-exempt employees should be kept to a minimum and should be scheduled during the employee's regular working hours whenever possible. Some or all of the time spent traveling may be compensated.

- Non-exempt employees who travel on Company business and return the same day are compensated for travel time between the airport (or other departure point, such as train or bus station) and the travel destination (there and back). However, travel time between the non-exempt employee's home and the airport (or other departure point) is not compensated.

- If non-exempt employee's only option is to drive to the location, then the total time, including driving time, will be paid.

- When traveling overnight on Company business, non-exempt employees are paid for actual hours spent in travel (up to a maximum equal to the number of hours the employee would have been scheduled to work that day) so long as the travel occurs during regular working hours. Travel during non-working hours is not compensated. If the non-exempt employee travels on a weekend (or other unscheduled workday) travel time during regular work hours is to be paid. For example, if a non-exempt employee's regular work hours are 8:00 a.m.–5:00 p.m., any time spent traveling for Company business between the hours of 8:00 a.m. – 5:00 p.m. on a weekend (or other unscheduled workday) would be compensated.

## TRAINING

Time spent by non-exempt employees in Company-sponsored or Company-paid training classes is unpaid time provided the employee's attendance is voluntary and the training occurs outside of regular working hours or during the employee's lunch period.

## STATE LAW

A number of states have set standards for minimum meal periods, maximum consecutive hours, and rest periods. In those states where state law is more restrictive, General Growth's policy is to comply with the state law.

**CUSTOMER SERVICE**

## Cooper, Constance

| | |
|---|---|
| **From:** | Zagorski, Richard |
| **Sent:** | Friday, January 26, 2018 12:20 PM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: RC#2076+2651528 3rd Payout 2017 Hail Damage |

You're the best ☺ have a great weekend

**Richard Zagorski**
Sr Operations Manager – Saint Louis Galleria

**GGP** A RETAIL REAL ESTATE COMPANY
1155 Saint Louis Galleria
St. Louis, Missouri 63117
richard.zagorski@ggp.com
(O) 314.721.7000 (D) 314-571-7040

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Friday, January 26, 2018 8:52 AM
**To:** APSupport
**Cc:** Zagorski, Richard
**Subject:** RE: RC#2076+2651528 3rd Payout 2017 Hail Damage

Thanks, done!

Constance Cooper
GGP
Associate Accountant

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

1

From: APSupport
Sent: Friday, January 26, 2018 8:49 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
Cc: Zagorski, Richard <Richard.Zagorski@generalgrowth.com>
Subject: RE: RC#2076-2651528 3rd Payout 2017 Hail Damage

Hi Constance,

This check request is now in for processing

| Overview | Received | Workflow | Transfer | Search | Create |

Organization
2076, 2076-Saint Louis Galleria          [...]

Creation Date
<Mid/yyyy> [圖] - <M/d/yyyy> [圖]          Search Text

Filter
☐ Valid (5)    ☐ Draft (0)
☐ Invalid (1)  ☐ Returned (0)

☐ Open Selected | 🗘 Refresh | ⬆ Send to Process | 📇 Export | 🗐 Add Comment | 🖶 More Actions ▾ |

Drag and drop a column header here to group by the column

| Organizatic ▽ | Supplier Number ▽ | Supplier Name | ▽ | Invoice Sum ▽ | Invoice Number |
|---|---|---|---|---|---|
| 2076 | 2098917 | ZUMWALT CORPORATION | | 236.00 | 3788600 |
| 2076 | 2502644 | GROWING GREEN, INC. | | 3,611.23 | 62126 |
| 2076 | 2529260 | PURE AIR FILTER SALES AND SERVICE | | 4,131.00 | 3010989 |
| 2076 | 2502644 | GROWING GREEN, INC. | | 6,378.56 | T0455-2017 |
| 2076 | 2502644 | GROWING GREEN, INC. | | 11,401.37 | H-T0436-2017 |
| 2076 | 2651528 | SHAY ROOFING, INC. | | 73,226.90 | CON_051117-12/08/17 |

Thank you,

2

Cindy

**AP SUPPORT**

**GGP** A RETAIL REAL ESTATE COMPANY

110 N. Orleans St.
Suite 300
Chicago, Illinois 60654
APSupport@generalgrowth.com
(0) 312.930.5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Cooper, Constance
Sent: Friday, January 26, 2018 7:18 AM
To: APSupport <apsupport@generalgrowth.com>
Cc: Zagorski, Richard <Richard.Zagorski@generalgrowth.com>
Subject: RC#2076-2651528 3rd Payout 2017 Hail Damage

Good Morning,

Please enter the attached with a due date asap.

Thank You,

////

Constance Cooper
GGP
Associate Accountant
GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(0) 312-960-2908

3

www.ggp.com

-----Original Message-----
From: 5N51C@GGP.COM [mailto:5N51C@GGP.COM]
Sent: Friday, January 26, 2018 7:11 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: Message from "RNP002673E82E00"

This E-mail was sent from "RNP002673E82E00" (MP C6004ex).

Scan Date: 01.26.2018 19:11:23 (+0500)
Queries to: 5N51C@GGP.COM

We've moved.
Our new address:
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

4

**Cooper, Constance**

**From:** APSupport
**Sent:** Friday, January 26, 2018 12:59 PM
**To:** Cooper, Constance; APSupport
**Subject:** RE: RC#3808+2553143 Fountain-Works, LLC (sua) Invoice 6258 8/1/17

Hi Constance,

You can change the amount yourself.

Thanks!

Cindy

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654
APSupport@generalgrowth.com
(0) 312.960.5065

**AP SUPPORT**

**From:** Cooper, Constance
**Sent:** Friday, January 26, 2018 12:57 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** RC#3808+2553143 Fountain-Works, LLC (sua) Invoice 6258 8/1/17

Good Afternoon,

Please change $ amount to current charges of $557.49. Thanks

1

*[handwritten notes:] $ AMT CHANGE AP Support*
*A/p CuSTomEr SERVICE*
*A/p*
*Not normally*
*people procedures*

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 07/01/2017 | Balance Forward | | | $557.49 |
| | Payments and credits between 07/01/2017 and 08/01/2017 | | | 0.00 |
| | New charges (details below) | | | 557.49 |
| | Total Amount Due | | | $1,114.98 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 08/01/2017 | **Fountain Maintenance** August Fountain Maintenance | 1 | 515.00 | 515.00T |

| | |
|---|---|
| SUBTOTAL | 515.00 |
| TAX (8.25%) | 42.49 |
| TOTAL | 557.49 |
| TOTAL OF NEW CHARGES | 557.49 |
| BALANCE DUE | **$1,114.98** |

Constance Cooper
GGP
Associate Accountant

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com

2

**We've moved.**
**Our new address:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

(O) 312-960-2908
www.gsip.com

3

Early Lunch / Aptmt

**Cooper, Constance**

**From:** Rogoz, Kathy S.
**Sent:** Friday, January 26, 2018 1:29 PM
**To:** Cooper, Constance
**Subject:** RE: Early Lunch

thank you.

Basia Rogoz
Accounting Manager - A/P

GGP
360 N Orleans St, Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.5927
kathy.rogoz@ggp.com
www.ggp.com

**From:** Cooper, Constance
**Sent:** Friday, January 26, 2018 12:02 PM
**To:** Rogoz, Kathy S.
**Subject:** RE: Early Lunch

punched in @ 11:45am and put in ph for the difference. thanks

Constance Cooper
Associate Accountant

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312-960-2908
Constance.Cooper@ggp.com
www.ggp.com

1

From: Rogoz, Kathy S.
Sent: Friday, January 26, 2018 9:14 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: RE: Early Lunch

OK, thanks for the notification.

Please let me know when you are back so I can update the team calendar.

Kasia Rogoz
Accounting Manager - A/P

GGP
350 N Orleans St Suite 300
Chicago, Illinois 60654-1607
kathy.rogoz@ggp.com
(O) 312.960.5927
www.ggp.com

From: Cooper, Constance
Sent: Friday, January 26, 2018 8:49 AM
To: Rogoz, Kathy S.
Subject: Early Lunch

Kasia,

I will be taking an early lunch that may take longer than an hour, if so I will put in through day force my personal time what I am over. I will be leaving at 9am.
thanks

Constance Cooper
GGP
Associate Accountant

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

**We've moved.**
**Our new address:**
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

3

**Cooper, Constance**

**From:** Rogoz, Kathy S.
**Sent:** Tuesday, January 30, 2018 7:54 AM
**To:** Cooper, Constance
**Subject:** RE: Dr. Appointment

Ok, it's on the calendar.

Thank you,

Kasia Rogoz
Accounting Manager - A/P

GGP

350 N. Orleans St. Suite 300
Chicago, Ill nois 60654-1607
kathy.rogoz@ggp.com
(O) 312.960.5927
www.ggp.com

*handwritten: DC RR*

*handwritten: This has become a major problem (CEB) / This year after FmLA / Immendanter / harassment / retaliation*

**From:** Cooper, Constance
**Sent:** Tuesday, January 30, 2018 7:28 AM
**To:** Rogoz, Kathy S.
**Subject:** Dr. Appointment

Kasia,

I have a doctor's appointment and will be leaving at 3:30 today. thanks

Constance Cooper
Associate Accountant
GGP

GGP
350 N. Orleans Street
Suite 300

1

Chicago, Illinois 60654-1607
Constance.Cooper@gap.com
(O) 312.960.2908
www.gnr.com

We've moved.
Our new address:
351 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

ANNL REVIEW

Quick Steps     ⌐    Move     Tags     Groups     Find     Add-Ins   Adobe Send & Track

✓ Accept ▾  ? Tentative ▾  ✗ Decline ▾  🗓 Propose New Time ▾  📅 Calendar...

Tue 1/30/2018 3:08 PM

**Rogoz, Kathy S.**

**2017 Annual Review**

Required    🖾 Cooper, Constance

Retention Policy           GeneralGrowth - 3 Years Delete All (3 years)       Expire

🛈 Please respond.

Phish Alert    Bing Maps

When   Wednesday, January 31, 2018 3:00 PM-3:30 PM     Location   Empower 5N 521

3 Re | 2017 Annual Review; Empower 5N 521; Rogoz, Kathy S.

4

5

I will hand you your review before you go home for the day.

We can discuss any items or questions you may have during the scheduled review time.

Thank you,

Kasia

We've moved.
Our new address:
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

TIME (STATE)

# / #

**Cooper, Constance**

**From:** Dzeba, Stephen J
**Sent:** Thursday, February 1, 2018 6:55 AM
**To:** Cooper, Constance
**Subject:** RE: punch in before 7:00am

That's fine. I'll let Kasia know.

Stephen J. Dzeba | Director, Accounts Payable | GGP Inc. | (O) 312.960.5215

**From:** Cooper, Constance
**Sent:** Thursday, February 1, 2018 6:54 AM
**To:** Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Subject:** punch in before 7:00am

Good Morning,

May I punch in and start the day? Thanks

Constance Cooper
GGP
Associate Accountant

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

couple minutes
punch in early
placed by
supervisors

MGR
And still she gets
up in my face

#harassment

1

*TIME (START) #2*

**Cooper, Constance**

**From:** Dzeba, Stephen J
**Sent:** Tuesday, February 6, 2018 6:50 AM
**To:** Cooper, Constance
**Subject:** RE: time

Yes

Stephen J. Dzeba | Director, Accounts Payable | GGP Inc. | (O) 312.960.5215

**From:** Cooper, Constance
**Sent:** Tuesday, February 6, 2018 6:49 AM
**To:** Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Subject:** time

Good Morning Steve,

May I clock in? thanks

Constance Cooper
GGP
Associate Accountant

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance_Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

STOLEN PROPERTY

CONVERSATION STARTS
2/27/18 via EMAIL
AFTER SPEAKING/ N
PERSON YIELD NO PRODUCTIVE
REMEDY

NOTE: I HAVE BEEN BACK
TO WORK FOR 3
WHOLE MONTHS.

**Cooper, Constance**

**From:** McCallister, Matthew S
**Sent:** Monday, March 12, 2018 9:23 AM
**To:** Cooper, Constance
**Subject:** RE: Personal Property

Thanks for your note, Constance. You are mistaken, as it is not OK to steal at GGP. From my understanding, what you've outlined below is incorrect. I will set up a time for a discussion so that we can make sure that the facts are straight for the record, and so that the issue can be resolved as quickly as possible.

Thank you,

*Matt*

////

**Matthew McCallister, BSBA, MS, CPCP**
**Senior Director**, A/P, Credit Card Services,
Travel Reimbursements, Property Tax Payments

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans St. Ste 300, MS 5-30
Chicago, Illinois 60654-1607

**(O) 312-960-2739 (F) 312-994-6614**
Credit Card Services 312-960-5065
AP Support 312-960-2701
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER I OWN IT

**From:** Cooper, Constance
**Sent:** Friday, March 09, 2018 2:45 PM
**To:** McCallister, Matthew S <Matthew.McCallister@generalgrowth.com>
**Subject:** RE: Personal Property

Matt,

1

Please help me to understand. Are you saying it is okay to steal? Please I am confused. Something of mine was taken while I was away over six months ago and I have been back almost four months. When I brought it to your attention, you mentioned she claim it was hers. Not sure what message you are sending, but it is coming across to me that lying and stealing is tolerated at GGP. Two weeks and counting. More than patient.

Thank you!

Constance Cooper
GGP
Associate Accountant

GGP
50 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** McCallister, Matthew S
**Sent:** Thursday, March 8, 2018 1:36 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Personal Property

Thanks for your patience, Constance, while the logistics are worked out. It will be brought back into the office - it's simply a matter of getting the gumball machine here.

Thank you,

*Matt*

////

**Matthew McCallister, BSBA, MS, CPCP**
Senior Director, AP, Credit Card Services,
Travel Reimbursements, Property Tax Payments

2

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans St. Ste 300, MS 5-30
Chicago, Illinois 60654-1607

**(O) 312-960-2739 (F) 312-994-6614**
Credit Card Services, 312-960-2701
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Thursday, March 08, 2018 1:22 PM
**To:** McCallister, Matthew S <Matthew.McCallister@generalgrowth.com>
**Subject:** RE: Personal Property

Hi Matt,

It has been two weeks since I first ask for my property back.

I was wondering has the logistics been worked out.

Toy agreed to bring it back and has not said anything to me since.

would like my personal property back.

thanks

Constance Cooper
GGP
Associate Accountant

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** McCallister, Matthew S
**Sent:** Friday, March 2, 2018 9:22 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Personal Property

3

Constance,

I will let you know as soon as the logistics get worked out.

Thank you,

*Matt*

////

**Matthew McCallister, BSBA, MS, CPCP**
Senior Director, AVP, Credit Card Services,
Travel Reimbursements, Property Tax Payments

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans St., Ste 300, MS 5-30
Chicago, Illinois 60654-1607

(O) 312-960-2739 (F) 312-994-6614
(O) 312-960-2739 (F) 312-994-6614
Credit Card Services: 312-960-2701
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

From: Cooper, Constance
Sent: Friday, March 02, 2018 9:13 AM
To: McCallister, Matthew S <Matthew.McCallister@generalgrowth.com>
Subject: RE: Personal Property

Hi Matt,

Just following up. When can I expect my property returned so that I can make arrangements to take home? thanks

Constance Cooper
GGP
Associate Accountant

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com

4

(O) 312-960-2908
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, February 28, 2018 9:22 AM
**To:** McCallister, Matthew S <Matthew.McCallister@generalgrowth.com>
**Subject:** RE: Personal Property

thanks Matt,

yes, please let me know the day it will be returned and I will drive down to transport.

Constance Cooper
GGP
Associate Accountant

GGP

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** McCallister, Matthew S
**Sent:** Wednesday, February 28, 2018 9:21 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Personal Property

Constance, thanks for your note. I will follow up with Joy to better understand what happened. Note that when the gumball machine is returned, it cannot stay here in the office, as we are not allowed large personal items in the cubes, nor anything outside the cube.

Once returned, will you be able to take the item home the same day? Please let me know.

Thank you,

5

*Matt*

////

Matthew McCallister, BSBA, MS, CPCP
Senior Director, A/P, Credit Card Services,
Travel Reimbursements, Property Tax Payments

**GGP** A RETAIL REAL ESTATE COMPANY
110 N. Orleans St. Ste 300, MS 5-30
Chicago, Illinois 60654-1607

(O) 312-960-2739 (F) 312-894-6614
Credit Card Services: 312-960-2701
WHERE CULTURE MATTERS // HUMILITY * ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

From: Cooper, Constance
Sent: Tuesday, February 27, 2018 10:06 AM
To: McCallister, Matthew S <Matthew.McCallister@generalgrowth.com>
Subject: Personal Property

Matt,

Per our discussion the details are below:

I purchased the gumball machine through Joy. I gave her the money and she brought it to work for me.

While I was on leave she took the item without my permission. Upon my return she never acknowledged she removed it.

Last Thursday it was brought to my attention Joy took it. Friday I asked her to return it and she said she would.

I follow-up with her Monday morning and she notified me that its' a mile walk from the train and she would not be transporting it on the train. She did not provide any information as to how or when she would be returning it.

I was a little concern about why all this transpired without talking to me and she replied "she did not think I would be returning and once I returned she had forgotten all about it.

Thanks

6

Constance Cooper
GGP
Associate Accountant

GGP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(o) 312-960-2908
www.ggp.com

WHERE CULTURE **MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

7

*STOLEN PROPERTY*

## Cooper, Constance

**From:** Cooper, Constance
**Sent:** Thursday, March 15, 2018 6:55 AM
**To:** Dzeba, Stephen J; McCallister, Matthew S
**Subject:** Personal property resolution

*STEVE PRESENCE UNSURE*
*Why SINCE Joy report*
*TO MATTHEW*

Steve,

Just to clarify, Joy said to me when I ask her about my machine that "she did not think I was returning to GGP, and she forgot about it when I returned". She also told several people including Matt that the machine was hers. As a representative of GGP are you agreeing that it is okay to steal and tell lies? Thank you for the explanation of personal property being thrown away. To my knowledge personal property was being disposed of up until the weekend before the department move. Thanks I appreciate you shedding light on the situation.

Matt,

Thank you for the return of my property this Friday per the meeting Wednesday 10:00am.

Constance Cooper
GGP
Associate Accountant

## GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O).312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

## Cooper, Constance

| | |
|---|---|
| **From:** | McCallister, Matthew S |
| **Sent:** | Thursday, March 15, 2018 7:24 AM |
| **To:** | Cooper, Constance |
| **Cc:** | Dzeba, Stephen J; Skore, Jeffrey |
| **Subject:** | Re: Personal property resolution |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Constance,

As we discussed, stop emailing about this issue immediately.

Kind regards,

Matt

Matthew McCallister, BSBA, MS, CPCP
Senior Director, A/P, Credit Card Svcs,
Travel Reimbursements, & Property Tax Payments
GGP, Inc.
110 N Wacker Dr, Chicago
Direct Line 312-960-2739
Fax 312-994-6614

Credit Card Services 312-960-2701
A/P Support 312-960-5065

Sent from my iPhone

On Mar 15, 2018, at 6:55 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Steve,

*[Handwritten notes in margin:]*

STOLEN Property END RESULT

Joy TheAdea STILL
An Employee
AS of 7/10/18

Vcc

Joy spoke to TAleA And I heard
heR tell Joy not to worry ✳

Just to clarify, Joy said to me when I ask her about my machine that "she did not think I was returning to GGP, and she forgot about it when I returned". She also told several people including Matt that the machine was hers. As a representative of GGP are you agreeing that it is okay to steal and tell lies? Thank you for the explanation of personal property being thrown away. To my knowledge personal property was being disposed of up until the weekend before the department move. Thanks I appreciate you shedding light on the situation.

Matt,

Thank you for the return of my property this Friday per the meeting Wednesday 10:00am.

GGP

Constance Cooper
GGP
Associate Accountant

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312-960-2908
Constance.Cooper@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

*I WAS ASKED TO CHANGE MY SCHEDULED VACATION.*

## Cooper, Constance

**From:** Rogoz, Kathy S.
**Sent:** Monday, March 19, 2018 8:54 AM
**To:** Cooper, Constance
**Subject:** RE: 4 Time Off Request(s) Pending

Ok, thanks for the update

Kasia Rogoz
Accounting Manager - A/P

**GGP**
350 N. Orleans St. Suite 300
Chicago, Illinois 60654-1607
kathy.rogoz@ggp.com
(O) 312.960.5927
www.ggp.com

**From:** Cooper, Constance
**Sent:** Monday, March 19, 2018 8:07 AM
**To:** Rogoz, Kathy S.
**Subject:** RE: 4 Time Off Request(s) Pending

The travel agent has not been able to reschedule my departure as of yet. A busy week for travel. thanks

*HARASSMENT*

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

1

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE R GHT THING / TOGETHER / OWN IT

**From:** Rogoz, Kathy S.
**Sent:** Monday, March 19, 2018 8:06 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** FW: 4 Time Off Request(s) Pending

Hi Constance,

Thank you,

Do you have any updates on this or know when the travel agent is supposed to let you know by?

Kasia Rogoz
Accounting Manager - A/P

GGP
350 N Orleans St. Suite 300
Chicago, Illinois 60654-1607
kathy.rogoz@ggp.com
(O) 312.960.5927
www.ggp.com

**From:** Cooper, Constance
**Sent:** Friday, March 09, 2018 1:11 PM
**To:** Rogoz, Kathy S.
**Subject:** RE: 4 Time Off Request(s) Pending

no

Constance Cooper
GGP
Associate Accountant

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.2908
Constance.Cooper@ggp.com
www.ggp.com

2

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

From: Rogoz, Kathy S.
Sent: Friday, March 9, 2018 12:50 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: FW: 4 Time Off Request(s) Pending

Hi Constance,

Do you have any updates on your travel plan arrangements?

Thank you,

Kasia Rogoz
Accounting Manager - A/P

GGP
350 N Orleans St, Suite 300
Chicago, Illinois 60654-1607
kathy.rogoz@ggp.com
(O) 312.960.5927
www.ggp.com

From: notify@dayforce.com [mailto:notify@dayforce.com]
Sent: Friday, March 09, 2018 9:01 AM
To: Rogoz, Kathy S.
Subject: 4 Time Off Request(s) Pending

4 time off request(s) pending approval for 1 employee(s). Dayforce can be accessed here: https://sso.dayforcehcm.com/ggp

| lblEmployee | lblDaysOrHours | lblStartsOn |
|---|---|---|
| Cooper, Constance | 6 day(s) / 32 hrs | 3/29/2018 |
| Cooper, Constance | 2 day(s) / 16 hrs | 4/4/2018 |
| Cooper, Constance | 1 day(s) / 6.25 hrs | 4/6/2018 |
| Cooper, Constance | 1 day(s) / 1.75 hrs | 4/6/2018 |

3

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, March 19, 2018 2:54 PM |
| **To:** | Dzeba, Stephen J |
| **Subject:** | RE: personal property |

Can it just be put up until tomorrow? thanks

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.2908
Constance.Cooper@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Dzeba, Stephen J
**Sent:** Monday, March 19, 2018 2:48 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: personal property

This is your preference. Please let Kasia know if you need to leave before 4:00 today. Thanks.

Stephen J. Dzeba | Director, Accounts Payable | GGP Inc. | (O) 312.960.5215

**From:** Cooper, Constance
**Sent:** Monday, March 19, 2018 2:45 PM
**To:** Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Subject:** personal property

Steve,

*[handwritten annotation: RETURN OF MY PERSONAL PROPERTY]*

1

I did not drive down today. Is it okay to leave at 3:30pm to catch a cab or can I take it tomorrow? Please advise. thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

**WHERE CULTURE MATTERS** /// **H**UMILITY / **A**TTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**Cooper, Constance**

*[handwritten: New MGK]*

*[handwritten: Pro Mo From SAME Dept.]*

*[handwritten: A/P]*

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Monday, April 2, 2018 1:22 PM |
| **To:** | Sengstock, Nancy; Bell, Moneka L.; Magnus, Damon; Cooper, Constance |
| **Subject:** | My Contact Info |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Afternoon,

Here is my cell number 773-398-7402 in case any of you need to text or call me outside of business hours.

I do have my work email on my phone so you can use that as well.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP

350 N. Orleans
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Tuesday, April 10, 2018 6:57 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: doctor apt |

Lol, no problem

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312-960-2908
Constance_Cooper@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Tuesday, April 10, 2018 6:56 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: doctor apt

Sorry Good Morning!

Kortney Peterson
Sr. Accountant, A/P- Vendor Maintenance

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607

Kortney_Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**From:** Peterson, Kortney M.
**Sent:** Tuesday, April 10, 2018 6:55:50 AM
**To:** Cooper, Constance
**Subject:** Re: doctor apt

Thanks for the reminder!

Kortney Peterson
Sr. Accountant, A/P- Vendor Maintenance

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney_Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**From:** Cooper, Constance
**Sent:** Tuesday, April 10, 2018 6:55:02 AM
**To:** Peterson, Kortney M.
**Subject:** doctor apt

Good morning Kortney,

I have a doctor appointment today. I will be leaving at 3:30. I believe Kasia placed it on the team calendar. Just a reminder.

Thanks

Constance Cooper
GGP
Associate Accountant – A/P

2

ASK About Time

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, April 11, 2018 10:30 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: Your Tuesday Appointments |

Thanks Kortney, I will

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 11, 2018 9:30 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Your Tuesday Appointments

Constance,

Per my conversation with Steve, you will need to continue use 30 minutes of sick time.

Please submit your request in Dayforce.

Thank you.

Kortney Peterson
Manager, Accounting A/P

1

**Cooper, Constance**

Summer Hours

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, April 13, 2018 3:07 PM |
| **To:** | Peterson, Kortney M. |
| **Cc:** | Sengstock, Nancy; Bell, Moneka L.; Magnus, Damon |
| **Subject:** | summer hours: Constance |

6/8, 6/22, 7/6, 7/20, 8/3 & 8/17

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1507
Constance.Cooper@ggp.com
(o) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

TIME ISSUE

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, April 16, 2018 10:00 AM |
| **To:** | 'cooper.constance4@gmail.com' |
| **Subject:** | FW: Your Tuesday Appointments |

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2909
www.ggp.com

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Monday, April 16, 2018 9:27 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Your Tuesday Appointments

Hi Constance,

You ended up with overtime last week because you are only taking about a 30-40 minute lunch.

Going forward, please adjust your start time or your lunch time to ensure you aren't working overtime.

1



| Employees | Sunday, Apr 8 | Monday, Apr 9 | Tuesday, Apr 10 | Wednesda |
|---|---|---|---|---|
| Cooper, Constance | | ● Assoc Accountant - A-P - Account... 🕍 <br> ⬆ 6:59 AM - 4:00 PM <br> 🍴 10:36 AM - 11:13 AM | ● Assoc Accountant - A-P - Accounti... 🕍 <br> ⬆ 6:59 AM - 3:31 PM <br> 🍴 10:48 AM - 11:26 AM | ● Assoc Accountant <br> ⬆ 6:59 AM - 4:00 PM <br> 🍴 10:40 AM - 11:20 A |
| | | 8.00 | 8.00    7.90 | 8.00 |
| | | 8.40 | ⊕ Sick Hrs    **8.40**    ↓ 0.50 | |

Side note: I don't expect you to clock out with 8 hours exactly but a 5 minute grace period should be doable.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, April 11, 2018 10:30 AM
**To:** Peterson, Kortney M.
**Subject:** RE: Your Tuesday Appointments

Thanks Kortney, I will

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 11, 2018 9:30 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Your Tuesday Appointments

Constance,

Per my conversation with Steve, you will need to continue use 30 minutes of sick time.

Please submit your request in Dayforce.

Thank you

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312-960-5161
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

3

*Summer Hours*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, April 16, 2018 10:00 AM |
| **To:** | cooper.constance4@gmail.com |
| **Subject:** | FW: Summer Hour Schedule |

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance_Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Monday, April 16, 2018 8:30 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; Higgs, Penny <Penny.Higgs@generalgrowth.com>; Magnus, Damon <Damon.Magnus@generalgrowth.com>; Sengstock, Nancy <Nancy.Sengstock@generalgrowth.com>; Bell, Moneka L. <Moneka.Bell@generalgrowth.com>
**Subject:** RE: Summer Hour Schedule

1

## 2018 Summer Hours- Account

| Date | Penny | Kort | Constance | Moneka | Damon | Nancy |
|---|---|---|---|---|---|---|
| 5/25/2018-Early Departure | | | | | | |
| 1  6/1/2018 | X | | | | | X |
| 2  6/8/2018 | | X | X | | X | |
| 3  6/15/2018 | | X | X | | X | |
| 4  6/22/2018 | X | X | X | X | | |
| 5  6/29/2018 | X | | X | X | X | |
| 7/3/18-Early Departure | | | | | | |
| 6  7/6/2018 | X | X | X | X | X | OFF |
| 7  7/13/2018 | X | X | X | X | | X |
| 8  7/20/2018 | | X | X | | OFF | X |
| 9  7/27/2018 | X | X | X | X | X | |
| 10  8/3/2018 | X | X | X | X | X | X |
| 11  8/10/2018 | | X | X | X | X | X |
| 12  8/17/2018 | | X | | | | |
| 13  8/24/2018 | X | X | X | X | X | X |
| 8/31/2018-Early Departure | | | | | | |
| Summer Hour days allowed | 6 | 6 | 6 | 6 | 6 | 6 |
| Summer Hour days requested | 6 | 6 | 6 | 6 | 6 | 6 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 |

Thank you.

2

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Monday, April 16, 2018 8:30 AM
**To:** Cooper, Constance; Higgs, Penny; Magnus, Damon; Sengstock, Nancy; Bell, Moneka L.
**Subject:** RE: Summer Hour Schedule

Here is the updated schedule.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Monday, April 16, 2018 7:02 AM
**To:** Peterson, Kortney M.; Higgs, Penny; Magnus, Damon; Sengstock, Nancy; Bell, Moneka L.
**Subject:** RE: Summer Hour Schedule

I'm sorry but the days you have for me are not the ones I asked for. Please review my email. thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Friday, April 13, 2018 4:00 PM
**To:** Higgs, Penny <Penny.Higgs@generalgrowth.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>; Magnus, Damon <Damon.Magnus@generalgrowth.com>; Sengstock, Nancy <Nancy.Sengstock@generalgrowth.com>; Bell, Moneka L. <Moneka.Bell@generalgrowth.com>
**Subject:** RE: Summer Hour Schedule

OK. Sorry, I didn't update mine so this the list to go by.

# 2018 Summer Hours- Accounts Payable

| Date | Penny | Kort | Constance | Moneka | Damon | Nancy | Joy | Kasia | Pat | Chris | Cindy | ? | Steve |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2018-Early Departure | | | | | | | | | | | | | |
| 1  6/1/2018 | X | | | | | X | | | | | | | |
| 2  6/8/2018 | | X | | | X | | | | | | | | |
| 3  6/15/2018 | | X | X | X | | | | | | | | | |
| 4  6/22/2018 | X | | | | | | | | | | | | |
| 5  6/29/2018 | X | | | X | | | | | | | | | |
| 6  7/6/2018 | | | X | | | X | | | | | | | |
| 7  7/13/2018 | X | X | X | X | | X | | | | | | | |
| 8  7/20/2018 | | | X | | | X | | | | | | | |
| 9  7/27/2018 | | X | | X | OFF | | | | | | | | |
| 10  8/3/2018 | X | X | | X | X | X | | | | | | | |
| 11  8/10/2018 | | X | X | X | X | OFF | | | | | | | |
| 12  8/17/2018 | X | X | X | X | X | X | | | | | | | |
| 13  8/24/2018 | | X | X | | | X | | | | | | | |
| 8/31/2018-Early Departure | | | | | | | | | | | | | |
| Summer Hour days requested | 6 | 6 | 6 | 6 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Summer Hour days allowed | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | -6 | -6 | -6 | -6 | -6 | -6 | -6 |

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
1350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Friday, April 13, 2018 3:55 PM
**To:** Higgs, Penny; Cooper, Constance; Magnus, Damon; Sengstock, Nancy; Bell, Moneka L.
**Subject:** Summer Hour Schedule

Hey Team!

Please review the spreadsheet and let me know of any changes.

The summer hours have not been announced but this will be the schedule **ONLY if it approved for 2018**.

# 2018 Summer Hours- Accounts Payable

| Date | Penny | Kort | Constance | Moneka | Damon | Nancy | Joy | Kasia | Pat | Chris | Cindy | ? | Steve |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2018-Early Departure | | | | | | | | | | | | | |
| 6/1/2018 | X | | X | | | X | | | | | | | |
| 6/8/2018 | | X | | | X | | | | | | | | |
| 6/15/2018 | X | | X | X | | | | | | | | | |
| 6/22/2018 | | X | | | | | | | | | | | |
| 6/29/2018 | X | X | X | X | X | | | | | | | | |
| 7/6/2018 | | | | X | | OFF | | | | | | | |
| 7/13/2018 | X | X | X | X | | | | | | | | | |
| 7/20/2018 | | | | | | | | | | | | | |
| 7/27/2018 | X | X | X | X | OFF | | | | | | | | |
| 8/3/2018 | | | | | | | | | | | | | |
| 8/10/2018 | | | | | X | X | | | | | | | |
| 8/17/2018 | X | | X | | | | | | | | | | |
| 8/24/2018 | | X | | X | X | X | | | | | | | |
| 8/31/2018-Early Departure | | | | | | | | | | | | | |
| Summer Hour days requested | 6 | 6 | 6 | 6 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Summer Hour days allowed | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | -6 | -6 | -6 | -6 | -6 | -6 | -6 |

Thank you.

7

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / **ATTITUDE** / **DO** THE RIGHT THING / TOGETHER / OWN IT

8

Cooper, Constance

*example*

CUSTOMER SERVICE

**From:** Westlund, Heidi
**Sent:** Tuesday, April 24, 2018 3:00 PM
**To:** Cooper, Constance
**Subject:** RE: Re-Class Expenses



THANK YOU!



Heidi Westlund
First Colony Mall
Sr. General Manager

16535 Southwest Freeway
Suite 1
Sugar Land, Texas 77479
Heidi.Westlund@ggp.com
www.firstcolonymall.com
(O) 281.939.4330 (M) 281.961.8548
www.ggp.com



**From:** Cooper, Constance
**Sent:** Tuesday, April 24, 2018 2:59 PM
**To:** Westlund, Heidi <Heidi.Westlund@generalgrowth.com>

1

**Cc:** Sarai, Tyler <Tyler.Sarai@generalgrowth.com>
**Subject:** RE: Re-Class Expenses

Will do, going forward it will be coded per your request. thanks

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Westlund, Heidi
**Sent:** Tuesday, April 24, 2018 2:57 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Sarai, Tyler <Tyler.Sarai@generalgrowth.com>
**Subject:** RE: Re-Class Expenses

Hello Constance,

Thank you very much! I apologize for not catching it sooner. It looks like it has been coded both ways over the last couple of years. For the most part, the name of the expense is the same which makes it all the more confusing. One expense is just R&M and the other is Cleaning. Since it applies to the contracted housekeeping invoices, I think 51045.300 is more appropriate.

Thank you very much!!

Heidi Westlund
First Colony Mall
Sr. General Manager

16535 Southwest Freeway
Suite 1
Sugar Land, Texas 77479
Heidi.Westlund@ggp.com
(O) 281.809.4330 (M) 281.961.8548

2

www.firstscionymail.com
www.ggp.com



**From:** Cooper, Constance
**Sent:** Tuesday, April 24, 2018 2:53 PM
**To:** Westlund, Heidi <Heidi.Westlund@generalgrowth.com>
**Cc:** Sarai, Tyler <Tyler.Sarai@generalgrowth.com>
**Subject:** RE: Re-Class Expenses

Coding has been changed from 50605.300 to 51045.300. thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
110 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(t) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER I OWN IT

**From:** Westlund, Heidi
**Sent:** Tuesday, April 24, 2018 2:30 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Sarai, Tyler <Tyler.Sarai@generalgrowth.com>
**Subject:** RE: Re-Class Expenses

Hello Constance,

Please see the email thread below.  Is there a way to relay this information to whomever codes our Alusta invoices or do I just need to pay more attention and correct it when it comes through for approval? I believe they are splitting the Contracted Services Health Insurance expenses for Cleaning / Housekeeping 3 ways:

• Contracted Services Health Insurance – Interior

3

- • Contracted Services Health Insurance – Exterior
- • Contracted Services Health Insurance – Food Court

Unfortunately, it appears they are using the R&M Expense for Food Court instead of the Cleaning Expense for Food Court.

Thank you!



Heidi Westlund
First Colony Mall
Sr. General Manager

16535 Southwest Freeway
Suite 1
Sugar Land, Texas 77479
Heidi.Westlund@ggp.com
www.firstcolonymall.com
www.ggp.com
(O) 281.809.4330 (M) 281.961.8548



**From:** Sarai, Tyler
**Sent:** Tuesday, April 24, 2018 1:50 PM
**To:** Westlund, Heidi <Heidi.Westlund@generalgrowth.com>
**Subject:** RE: Re-Class Expenses

Hi Heidi – Yes I can reclass these.  Do you know who is coding these for payment?  We should also ask them to correct coding going forward; thanks!

Tyler Sarai
Property Accountant

GGP

350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Tyler.sarai@ggp.com
(O) 312-960-6342
www.ggp.com

**From:** Westlund, Heidi
**Sent:** Tuesday, April 24, 2018 1:43 PM

4

**To:** Sarai, Tyler <Tyler.Sarai@generalgrowth.com>
**Subject:** Re-Class Expenses

Hello Tyler,

I was just looking at our forecast and it looks like the Contracted Services Health Insurance Food Court expenses are inadvertently being coded to an R&M Expense instead of a Cleaning Expense. Please see the highlighted items below. Would you be able to re-class them for me?

Thank you!

| | | 2017 Total Actuals | Comments 2017 | January-18 Actual Jan-18 | February-18 Actual Feb-18 | March-18 Actual Mar-18 |
|---|---|---|---|---|---|---|
| 8 | **Summary Tracker** | | | | | |
| 9 | | | | | | |
| 10 | **P100_FirstColonyMall** | | | | | |
| 11 | | | | | | |
| 278 | 50005 - Repairs and Maintenance - Sprinkler and Supplies | 22,500 | | 1,182 | 1,182 | 1,182 |
| 279 | 50910 - Repairs and Maintenance - Fire | 14,555 | | 200 | 620 | 81 |
| 280 | 50925_100 - Repairs and Maintenance - Building Repairs Internal | 8,538 | | 2,468 | 606 | 796 |
| 281 | 50925_200 - Repairs and Maintenance - Building Repairs External | 2,976 | | | | |
| 282 | 50930 - Repairs and Maintenance - Supplier Uniform Repairs and Maintenance | 1,572 | | 97 | | 93 |
| 283 | 50935 - Repairs and Maintenance - Windows Doors Keys Locks | 3,886 | | 296 | 1,116 | 179 |
| 284 | 50940_100 - Repairs and Maintenance - Miscellaneous Expense Interior | 4,286 | | (1,479) | 333 | 1,100 |
| 285 | 50940_200 - Repairs and Maintenance - Miscellaneous Expense Exterior | 6,588 | | 294 | 164 | 955 |
| 286 | 50950 - Music Royalties Equipment | 429 | | | | 36 |
| 287 | 50999 - Repairs and Maintenance - Conversion | | | | | |
| 288 | 50905_300 - Repairs and Maintenance - Contract Services Health Insurance Food Co... | 1,929 | | 235 | 412 | 706 |
| 289 | 50810_300 - Repairs and Maintenance - Contract Services Food Court | | | | | |
| 290 | 50825_300 - Repairs and Maintenance - Equipment Food Court | | | | | |
| 291 | 50840_300 - Repairs and Maintenance - Pest Control Food Court | | | | | |
| 292 | 55505 - Non-Recoverable - Repairs and Maintenance - Building Repair | | | | | |
| 293 | 55510 - Non-Recoverable - Repairs and Maintenance - Contract Services | | | | | |
| 294 | 55515 - Non-Recoverable - Repairs and Maintenance - Equipment and Supplies | | | | | |
| 295 | 55520 - Non-Recoverable - Repairs and Maintenance - HVAC Repair | | | | | |
| 296 | 55525 - Non-Recoverable - Repairs and Maintenance - Miscellaneous Expense | | | | | |
| 297 | 55999 - Non-Recoverable - Repairs and Maintenance - Conversion | | | | | |
| 298 | 83665 - Adjusted Expense | | | | | |
| 299 | | | | | | |
| 300 | **Repairs & Maintenance** | **288,076** | | **14,296** | **18,008** | **16,284** |
| 310 | **Security** | | | | | |
| 311 | | **788,447** | | **68,563** | **54,026** | **74,716** |
| 312 | 53045_100 - Contract Services Health Insurance Interior | 6,087 | | 1,554 | 129 | |
| 313 | 53045_200 - Contract Services Health Insurance Exterior | 936 | | 94 | 165 | |
| 314 | 53050_100 - Clean Contract Services Interior | 431,202 | | 30,435 | 22,415 | 31,797 |
| 315 | 53050_200 - Clean Contract Services Exterior | 66,338 | | 4,683 | 3,448 | 4,892 |
| 316 | 51060 - Clean Uniforms Supplies | 26 | | | | |
| 317 | 51099 - Cleaning Conversion | | | | | |
| 318 | 51055_100 - Contract Services Health Insurance Food Court | 412 | | | | 412 |



Heidi Westlund
First Colony Mall
Sr. General Manager

16535 Southwest Freeway
Suite 1
Sugar Land, Texas 77479
Heidi.Westlund@ggp.com
(O) 281.809.4330 (M) 281.961.8548
www.firstcolonymall.com
www.ggp.com



7

## Cooper, Constance

**From:** Cooper, Constance
**Sent:** Wednesday, April 25, 2018 8:58 AM
**To:** Peterson, Kortney M.
**Subject:** scheduled doctor appointments for May

Good Morning Kortney,

I have doctor appointments on May 1st, 15th and the 29th , these days I will be leaving 3:30. thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312 960-2808
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

*Time Schedule* *For MAY* *Given in April*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, April 25, 2018 9:13 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: scheduled doctor appointments for May |

Okay done! thanks

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2959
www.ggp.com

WHERE CULTURE **MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 9:05 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: scheduled doctor appointments for May

Good Morning,

I placed these on the calendar please send me request for them in Dayforce.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP

1

350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, April 25, 2018 8:58 AM
**To:** Peterson, Kortney M.
**Subject:** scheduled doctor appointments for May

Good Morning Kortney,

have doctor appointments on May 1st, 15th and the 29th , these days I will be leaving 3:30. thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

VAC Schedule PSK NStruction

**Cooper, Constance**

**From:** Cooper, Constance
**Sent:** Wednesday, April 25, 2018 11:33 AM
**To:** Peterson, Kortney M.
**Subject:** RE: Dayforce Requests

Hi Kortney,

Did you ask anyone on the team if I discussed vacation time with them? Well I did discuss with my team mates Nancy, Moneka, and Damon and therefore I submitted my request. Per the conversation with them these times were good. Maybe you could explain what you meant by your statement below so I can accommodate your request. thanks

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(P) 312-960-2908
www.ggp.com

WHERE CULTURE **MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 10:37 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Dayforce Requests

Hi Constance,

I approved your vacation requests for 5/29/18, 7/5/18, and 11/26/18 -11/27/18. Per my email on 4/11/18 I will be off 11/26/18-11/27/18, so, your workload for will not be covered.

Previously, you stated you wouldn't be taking off on 5/29/18 or 7/5/18 but I understand things change.

1

Please let's try to discuss upcoming requests before submitting them through Dayforce.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / **DO THE RIGHT THING** / TOGETHER / **OWN IT**

2

*Time*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, April 25, 2018 11:52 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: scheduled doctor appointments for May |

I am off May 29th you approved that already, thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 11:51 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: scheduled doctor appointments for May

I approved May 1st & 15th, please send May 29th request.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607

1

Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, April 25, 2018 9:13 AM
**To:** Peterson, Kortney M.
**Subject:** RE: scheduled doctor appointments for May

Okay done! thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

...WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 9:05 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: scheduled doctor appointments for May

Good Morning,

placed these on the calendar please send me request for them in Dayforce.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP

*TIME ISSUE* [handwritten]

**Cooper, Constance**

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 12:01 PM
**To:** Cooper, Constance
**Subject:** RE: Dayforce Requests
**Attachments:** RE: scheduled doctor appointments for May

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Constance,

That is good that you discussed your possible time off with your teammates as I instructed. When I wrote "let's discuss" in the previous email, I am referring to you and I.

An email discussion is sufficient, if we had a discussion I would have known you cleared this with your peers and there aren't any conflicts.

My purpose for this to ensure our team has the appropriate coverage and everyone has a fair chance to take off during the holidays.

Example attached: Earlier today you sent me an email letting me know about your upcoming doctor's appointments. Then, I put it on the calendar and asked you to please submit the requests in Dayforce.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

[handwritten in right margin: HARASSMENT/ RETALIATION / She has not been my supervisor for a whole month yet I have This Discussion Re: Time]

1

**From:** Cooper, Constance
**Sent:** Wednesday, April 25, 2018 11:33 AM
**To:** Peterson, Kortney M.
**Subject:** RE: Dayforce Requests

Hi Kortney,

Did you ask anyone on the team if I discussed vacation time with them? Well I did discuss with my team mates Nancy, Moneka, and Damon and therefore I submitted my request. Per the conversation with them these times were good. Maybe you could explain what you meant by your statement below so I can accommodate your request. thanks

Constance Cooper
GGP
Associate Accountant – AVP

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 10:37 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Dayforce Requests

Hi Constance,

I approved your vacation requests for 5/29/18, 7/5/18, and 11/26/18 -11/27/18. Per my email on 4/11/18 I will be off 11/26/18-11/27/18, so, your workload for will not be covered.

Previously, you stated you wouldn't be taking off on 5/29/18 or 7/5/18 but I understand things change.

Please let's try to discuss upcoming requests before submitting them through Dayforce.

Thank you.

2

*Time*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, April 25, 2018 12:04 PM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: Dayforce Requests |

Thank you !

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(t) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 12:01 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Dayforce Requests

Constance,

That is good that you discussed your possible time off with your teammates as I instructed. When I wrote "let's discuss" in the previous email, I am referring to you and I.

An email discussion is sufficient, if we had a discussion I would have known you cleared this with your peers and there aren't any conflicts.

My purpose for this to ensure our team has the appropriate coverage and everyone has a fair chance to take off during the holidays.

1

Example attached. Earlier today you sent me an email letting me about your upcoming doctor's appointments. Then, I put it on the calendar and asked you to please submit the requests in Dayforce.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP

650 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.5181
Kortney.Peterson@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, April 25, 2018 11:33 AM
**To:** Peterson, Kortney M.
**Subject:** RE: Dayforce Requests

Hi Kortney,

did you ask anyone on the team if i discussed vacation time with them? Well I did discuss with my team mates Nancy, Moneka, and Damon and therefore I submitted my request. Per the conversation with them these times were good. Maybe you could explain what you meant by your statement below so I can accommodate your request. thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP

650 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312-960-2908
Constance.Cooper@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, April 25, 2018 10:37 AM
**To:** Cooper, Constance <Constance_Cooper@generalgrowth.com>
**Subject:** Dayforce Requests

Hi Constance,

I approved your vacation requests for 5/29/18, 7/5/18, and 11/26/18 -11/27/18. Per my email on 4/11/18 I will be off 11/26/18-11/27/18, so, your workload for will not be covered.

Previously, you stated you wouldn't be taking off on 5/29/18 or 7/5/18 but I understand things change.

Please let's try to discuss upcoming requests before submitting them through Dayforce.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

3

**Cooper, Constance**

*TIME ISSUE with New*

*Supervisor*

**From:** Peterson, Kortney M.
**Sent:** Thursday, April 26, 2018 5:00 PM
**To:** Cooper, Constance
**Subject:** RE: doctor appointments
**Attachments:** ReportEmployeeBalance_2018-04-26-162344.pdf

Hi Constance,

In reviewing your balance report you will exhaust your sick time in the next few months but you will have enough vacation time to supplement your time off.

You are not required to use your vacation time for your appointments; you can choose to not be paid for the time off.

My suggestion is for you to use your 4 hours of vacation time for 7/24/18 and use sick time for Tuesdays.

1

| Possible Biweekly Schedule | | | |
|---|---|---|---|
| **Biweekly** | | **Biweekly** | |
| 6/4/2018 | 0.5 | 6/11/2018 | 0.5 |
| 6/18/2018 | 0.5 | 6/25/2018 | 0.5 |
| 7/2/2018 | 0.5 | 7/9/2018 | 0.5 |
| 7/16/2018 | 0.5 | 7/23/2018 | 0.5 |
| 7/30/2018 | 0.5 | 8/6/2018 | 0.5 |
| 8/13/2018 | 0.5 | 8/20/2018 | 0.5 |
| 8/27/2018 | 0.5 | 9/3/2018 | 0.5 |
| 9/10/2018 | 0.5 | 9/17/2018 | 0.5 |
| 9/24/2018 | 0.5 | 10/1/2018 | 0.5 |
| 10/8/2018 | 0.5 | 10/15/2018 | 0.5 |
| 10/22/2018 | 0.5 | 10/29/2018 | 0.5 |
| 11/5/2018 | 0.5 | 11/12/2018 | 0.5 |
| 11/19/2018 | 0.5 | 11/26/2018 | 0.5 |
| 12/3/2018 | 0.5 | 12/10/2018 | 0.5 |
| 12/17/2018 | 0.5 | 12/24/2018 | 0.5 |
| Total | 7.5 | Total | 7.5 |

I am aware that don't get your schedule until end of the prior month but if the pattern is similar you only need 7.5 hours out of the 9.5 hours you have remaining.

I've attached your balance report from 4/26/18 through 12/31/18 for your reference.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

*Time*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, April 27, 2018 6:39 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: doctor appointments |

Thank you

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Thursday, April 26, 2018 5:00 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: doctor appointments

Hi Constance,

In reviewing your balance report you will exhaust your sick time in the next few months but you will have enough vacation time to supplement your time off.

You are not required to use your vacation time for your appointments; you can choose to not be paid for the time off.

My suggestion is for you to use your 4 hours of vacation time for 7/24/18 and use sick time for Tuesdays.

1

| Possible Biweekly Schedule | | | |
|---|---|---|---|
| Biweekly | | Biweekly | |
| 6/4/2018 | 0.5 | 6/11/2018 | 0.5 |
| 6/18/2018 | 0.5 | 6/25/2018 | 0.5 |
| 7/2/2018 | 0.5 | 7/9/2018 | 0.5 |
| 7/16/2018 | 0.5 | 7/23/2018 | 0.5 |
| 7/30/2018 | 0.5 | 8/6/2018 | 0.5 |
| 8/13/2018 | 0.5 | 8/20/2018 | 0.5 |
| 8/27/2018 | 0.5 | 9/3/2018 | 0.5 |
| 9/10/2018 | 0.5 | 9/17/2018 | 0.5 |
| 9/24/2018 | 0.5 | 10/1/2018 | 0.5 |
| 10/8/2018 | 0.5 | 10/15/2018 | 0.5 |
| 10/22/2018 | 0.5 | 10/29/2018 | 0.5 |
| 11/5/2018 | 0.5 | 11/12/2018 | 0.5 |
| 11/19/2018 | 0.5 | 11/26/2018 | 0.5 |
| 12/3/2018 | 0.5 | 12/10/2018 | 0.5 |
| 12/17/2018 | 0.5 | 12/24/2018 | 0.5 |
| Total | 7.5 | Total | 7.5 |

I am aware that don't get your schedule until end of the prior month but if the pattern is similar you only need 7.5 hours out of the 9.5 hours you have remaining.

I've attached your balance report from 4/26/18 through 12/31/18 for your reference.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

CAPITAL INV IN MY QUEUE

Inquiry

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, May 2, 2018 6:50 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: Macy's Anchor Aquistion - TI |

Should this invoice be cancelled out of Alusta? thanks

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Tuesday, May 1, 2018 3:19 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Macy's Anchor Aquistion - TI

Please forward the documentation to capital.accounting@ggp.com.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607

1

Kotney.Peterson@ggp.com
(O) 312.960.5 81
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, May 01, 2018 3:11 PM
**To:** Peterson, Kortney M.
**Subject:** FW: Macy's Anchor Aquistion - TI

Kortney,

What is the procedure when an invoice is in our queue for capital but coded to the mall? What should I do? thanks

Constance Cooper
GGP
Associate Accountant – A/P

## GGP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** APSupport
**Sent:** Tuesday, May 1, 2018 3:08 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Subject:** RE: Macy's Anchor Aquistion - TI

Hi Constance,

There is no master coder who handles TI. That would be handled by the capital department. Please refer this to them.

Thank you!

Cindy

AP SUPPORT

GGP A RETAIL REAL ESTATE COMPANY
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654
APSupport@generalgrowth.com
(O) 312.960.5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

Good Afternoon,

Please move to master coder who handles tenant improvement. Thanks

**From:** Cooper, Constance
**Sent:** Tuesday, May 1, 2018 3:04 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** Macy's Anchor Aquistion - TI

Constance Cooper
GGP
Associate Accountant – A/P

| 2173-Stonestown Galleria | Valid | Invoice | 2145370 | CENTER STAGE PRODUCTIONS (CSP) | G48809/23877 |

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

3

*Inquiry*

## Cooper, Constance

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Wednesday, May 2, 2018 10:28 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Macy's Anchor Aquistion - TI |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Yes, APSupport should be cancelling the invoice out.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

GGP
350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**From:** Cooper, Constance
**Sent:** Wednesday, May 02, 2018 6:50 AM
**To:** Peterson, Kortney M.
**Subject:** RE: Macy's Anchor Aquistion - TI

Should this invoice be cancelled out of Alusta? thanks

Constance Cooper
GGP
Associate Accountant – A/P

1

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Tuesday, May 1, 2018 3:19 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Macy's Anchor Aquistion - TI

Please forward the documentation to capital.accounting@ggp.com.

Thank you.

///

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, May 01, 2018 3:11 PM
**To:** Peterson, Kortney M.
**Subject:** FW: Macy's Anchor Aquistion - TI

Kortney,

What is the procedure when an invoice is in our queue for capital but coded to the mall? What should I do?
thanks

2

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** APSupport
**Sent:** Tuesday, May 1, 2018 3:08 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Subject:** RE: Macy's Anchor Aquistion - TI

Hi Constance,

There is no master coder who handles TI. That would be handled by the capital department. Please refer this to them.

Thank you!

Cindy

**AP SUPPORT**

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654
(O) 312-960-5085
APSsupport@generalgrowth.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, May 1, 2018 3:04 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** Macy's Anchor Aquistion - TI

Good Afternoon,

Please move to master coder who handles tenant improvement. Thanks

| 2173-Stonestown Galleria | Valid | Invoice | 2145370 | CENTER STAGE PRODUCTIONS (CSP) | G48809/23877 |
|---|---|---|---|---|---|

Constance Cooper
GGP
Associate Accountant – A/P

# GGP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2909
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

4

INSTRUCTIONS CHANGED 2 2

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, May 2, 2018 10:37 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: Macy's Anchor Aquistion - TI |

Thank you

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(D) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, May 2, 2018 10:28 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Macy's Anchor Aquistion - TI

Yes, APSupport should be cancelling the invoice out.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N Orleans St.
Suite 300
Chicago, Illinois 60654-1607

Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, May 02, 2018 6:50 AM
**To:** Peterson, Kortney M.
**Subject:** RE: Macy's Anchor Aquistion - TI

Should this invoice be cancelled out of Alusta? thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Tuesday, May 1, 2018 3:19 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Macy's Anchor Aquistion - TI

Please forward the documentation to capital.accounting@ggp.com.

Thank you.

///

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607

2

Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, May 01, 2018 3:11 PM
**To:** Peterson, Kortney M.
**Subject:** FW: Macy's Anchor Aquistion - TI

Kortney,

What is the procedure when an invoice is in our queue for capital but coded to the mall? What should I do?

thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
300 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** APSupport
**Sent:** Tuesday, May 1, 2018 3:08 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Subject:** RE: Macy's Anchor Aquistion - TI

Hi Constance,

There is no master coder who handles TI. That would be handled by the capital department. Please refer this to them.

Thank you!

Cindy

## AP SUPPORT

**GGP** A RETAIL REAL ESTATE COMPANY
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654
APSupport@generalgrowth.com
(O) 312.960.5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

Please move to master coder who handles tenant improvement. Thanks

Good Afternoon,

**Subject:** Macy's Anchor Aquistion - TI
**To:** APSupport <apsupport@generalgrowth.com>
**Sent:** Tuesday, May 1, 2018 3:04 PM
**From:** Cooper, Constance

Constance Cooper
GGP
Associate Accountant – A/P

**GGP**
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2309
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

| 2173-Stonestown Galleria | Valid | Invoice | 2145370 | CENTER STAGE PRODUCTIONS (CSP) | 048809/23877 |

4

**Cooper, Constance**

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Friday, May 4, 2018 11:29 AM |
| **To:** | Bell, Moneka L.; Magnus, Damon; Cooper, Constance; Sengstock, Nancy |
| **Subject:** | Meeting Recap-5/4/18 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hey Team!

Here's a quick recap of what we talked about in our impromptu meeting earlier.

**Objective:** Discuss Credit Memos and Capital Invoices in Alusta

**Conversation items:**

Credit memos aren't a common occurrence and the proper way to send them for approval.

Capital invoices should be cancelled in Alusta and do not send any to Capital Accounting.

**Action items:**

Send credit memos fix flow to the Ops and GM for approval.

Ensure the mall will be following up with the vendor to get the capital invoice paid through Proliance before sending the invoice for cancellation.

**Next meeting:** Wednesday, 6/6/18 to address any Alusta topics.

**\* Reminder: Don't forget to process your ground rent invoices for the month, if you haven't done so already.**

1

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

**Cooper, Constance**

| | |
|---|---|
| From: | Sengstock, Nancy |
| Sent: | Wednesday, June 13, 2018 7:09 AM |
| To: | Cooper, Constance |
| Subject: | FW: Dr. Peter Drahos |

**GGP**

Nancy Sengstock
Associate Accountant

350 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
(O) 312-960-6384
Nancy.Sengstock@ggp.com
www.ggp.com

From: Sengstock, Nancy
Sent: Monday, May 7, 2018 2:58 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: Dr. Peter Drahos

Hi Constance,

Here it is.

*(handwritten)* MAY 7th ASK NANCY.
About her Dentist
Took Ache (Bad)

1

# Dr. Peter Andrew Drahos

Dentist - general practice

9118 Ogden Ave, Brookfield, IL 60513

(708) 255 - 5551

Nancy Sengstock
Associate Accountant

GGP

350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Nancy_Sengstock@ggp.com
(200) 312-960-5384
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, May 9, 2018 9:13 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: 1 Time Off Request(s) Pending |

*DENTAL Apt*

Yes, a referral to a specialist to pull or root canal

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Wednesday, May 9, 2018 9:09 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: 1 Time Off Request(s) Pending

You have another dental appointment?

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.2808
Constance.Cooper@ggp.com
www.ggp.com

1

Kortney Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** notify@dayforce.com [mailto:notify@dayforce.com]
**Sent:** Wednesday, May 09, 2018 9:01 AM
**To:** Peterson, Kortney M.
**Subject:** 1 Time Off Request(s) Pending

time off request(s) pending approval for 1 employee(s). Dayforce can be accessed here: https://sso.dayforcehcm.com/ggp

| lblEmployee | lblDaysOrHours | lblStartsOn |
|---|---|---|
| Cooper, Constance | 1 day(s) / 3 hrs | 5/10/2018 |

2

**From:** Peterson, Kortney M.
**Sent:** Thursday, April 26, 2018 1:58 PM
**To:** Cooper, Constance
**Subject:** RE: doctor appointments

Good Afternoon,

I made a note of your preferred summer hour change from 7/6 to 7/13, pending approval from HR for summer hours.

I will put you on the schedule as out for the morning of 7/24/18 and you can submit your request once you come in.

Please let me get back with about making up the time once you've exhausted your sick time.

Thank you.

Kortney Peterson
Manager, Accounting A/P

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

GGP
350 N Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.980.5181
www.ggp.com

**From:** Cooper, Constance
**Sent:** Thursday, April 26, 2018 9:44 AM
**To:** Peterson, Kortney M.
**Subject:** doctor appointments

Good Morning Kortney,

I have a doctor appointment July 13th and July 24th. I would like to change my July 6th summer hours to July 13th since I have a doctor appointment that day and please note I will be starting late on the 24th of July due to a doctor appointment. Thank You

Constance Cooper
GGP
Associate Accountant – A/P

## GGP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

4

Cooper, Constance

SUMMEL Hours

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Wednesday, May 9, 2018 10:55 AM |
| **To:** | Bell, Moneka L.; Magnus, Damon; Cooper, Constance; Sengstock, Nancy; Higgs, Penny |
| **Subject:** | RE: GGP Summer Hours! |
| **Attachments:** | Time Reporting for Non-Exempt Employees.docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Team!

Since summers hours changed from 2pm to 3pm this year, everyone will have to work 6 hours plus at least a 30 minute lunch.

Please see the policy located below and attached.

1

# MEAL PERIODS

Meal periods for non-exempt employees are unpaid time and should be recorded as such in the ti
attendance system.

All non-exempt employees working more than 6 hours in any day are required to take an unpa
period as established by the unit. The meal period is to be taken beginning no later than after wo
consecutive hours.

Meal periods, subject to supervisor approval, may range from a minimum of 30 minutes to a maxi
90 minutes.    In cases where a non-exempt employee must remain on call in the center
mealtime, the mealtime is paid. The time card or time record should indicate paid, meal time taken

Thank you.

//

Kortney Peterson
Manager., Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
DID 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** GGPHuman Resources
**Sent:** Tuesday, May 08, 2018 2:57 PM
**To:** DL_GGP_Employees_All
**Subject:** GGP Summer Hours!

2

## Cooper, Constance

**From:** Peterson, Kortney M.
**Sent:** Thursday, May 10, 2018 10:53 PM
**To:** Higgs, Penny; Bell, Moneka L.; Cooper, Constance; Sengstock, Nancy; Magnus, Damon
**Subject:** OOO-5/11/18

*SUPERVISOR CALL IN*

I won't be in 5/11/18. Kai cried through the whole show. He is having respiratory issues. I am going stay home him in case he has to go to the ER. See you guys Monday.

*I Am UNABLE TO do without*

PS: Happy Early Bday Moneka! Enjoy the day off on Monday.

Also Happy Mother's Day ladies!

*BEING HARASSED ABOUT TIME*

Thank you.

////

Kortney Peterson
Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, May 11, 2018 6:46 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: OOO-5/11/18 |

*[handwritten, in margin: MQK Call Off]*

I pray Kai is doing better. You take care. Happy Mother's Day!!!!!

*[handwritten: This is what I am HARRASSED ABout. Part of in RETAUATioN (Tim)]*

Thank you

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.2908
Constance.Cooper@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Thursday, May 10, 2018 10:53 PM
**To:** Higgs, Penny <Penny.Higgs@generalgrowth.com>; Bell, Moneka L. <Moneka.Bell@generalgrowth.com>; Cooper, Constance
<Constance.Cooper@generalgrowth.com>; Sengstock, Nancy <Nancy.Sengstock@generalgrowth.com>; Magnus, Damon
<Damon.Magnus@generalgrowth.com>
**Subject:** OOO-5/11/18

I won't be in 5/11/18. Kai cried through the whole show. He is having respiratory issues. I am going stay home him in case he has to go to the ER.
See you guys Monday.

PS: Happy Early Bday Moneka! Enjoy the day off on Monday.

Also Happy Mother's Day ladies!

1

Thank you.

///

Cortney Peterson
Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

**Cooper, Constance**

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Monday, May 14, 2018 8:47 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Early lunch - fyi |

OK.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Monday, May 14, 2018 8:44 AM
**To:** Peterson, Kortney M.
**Subject:** Early lunch - fyi

Kortney,

I will be taking lunch at 9am today, thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP

TIME

SUPERVISOR'S
RESPONSE
TO MY BEING
ILL @ WORK
TO LATER PUT
IN FINAL WARNING

**Cooper, Constance**

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Monday, May 14, 2018 12:50 PM |
| **To:** | Cooper, Constance |
| **Subject:** | 5/15/18 -OOO |
| **Attachments:** | ReportEmployeeBalance_2018-05-14-123906.pdf |

Hi Constance,

I am sorry again that you aren't feeling well. Let me know if you need to leave early.

Also for tomorrow you can use a vacation day.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

*WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT*

1

DENTAL

## Cooper, Constance

**From:** Peterson, Kortney M.
**Sent:** Monday, May 14, 2018 3:56 PM
**To:** Cooper, Constance
**Subject:** RE: sick day

OK, I hope you feel better.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Monday, May 14, 2018 3:55 PM
**To:** Peterson, Kortney M.
**Subject:** sick day

Kortney,

I will not be in tomorrow. Going back to specialist about constant pain. Thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP

1

RETURN TO WORK OR SCHOOL

**George E. Morris, Jr., D.D.S.**
*Oral and Maxillofacial Surgery*
2158 West 183rd Street
Homewood, IL 60430

(708) 798-4730

Date 5/15/18

This is to certify that

Constance Cooper

has been under my care for the following:

oral surgery follow-up

and is able to return to (work) school on 5/17/18

Remarks: please excuse any absences from work due to this apt and at home recovery time.

George E Morris (E.J.)
(SIGNATURE)

---

RETURN TO WORK OR SCHOOL

**George E. Morris, Jr., D.D.S.**
*Oral and Maxillofacial Surgery*
2158 West 183rd Street
Homewood, IL 60430

(708) 798-4730

Date 5·17·18

This is to certify that

Constance Cooper

has been under my care for the following:

post op apt following surgery

and is able to return to (work) school on

Remarks: please excuse any absence from work due to this follow up apt

George E Morris (E.J.
(SIGNATURE)

---

Constance

M _____

HAS AN APPOINTMENT ON

☐ MON. ☐ TUES. ☐ WED. ☐ THUR. ☐ FRI. ☐ SAT.

DATE May 21 AT 4:00 (A.M. P.M.)

**GEORGE E. MORRIS, JR., D.D.S.**
Oral and Maxillofacial Surgery

2158 W. 183RD ST.
HOMEWOOD, ILLINOIS 60430
If Unable To Keep Appointment Kindly Give 24 Hours Notice.

(708) 798-4730

DENTAL

## Cooper, Constance

| | |
|---|---|
| **From:** | 5N51C@GGP.COM |
| **Sent:** | Sunday, May 20, 2018 6:12 PM |
| **To:** | Cooper, Constance |
| **Subject:** | Message from "RNP002673E82E00" |
| **Attachments:** | 20180521061213002.pdf |

This E-mail was sent from "RNP002673E82E00" (MP C6004ex).

Scan Date: 05.21.2018 06:12:12 (+0700)
Queries to: 5N51C@GGP.COM

1

**Cooper, Constance**

_DENTAC_

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, May 21, 2018 7:09 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | Doctor Statement/Appointment |
| **Attachments:** | 20180521061213002.pdf |

Good Morning Kortney,

Please find attach doctor statement for the week of May15th through May 18th, 2018. Thanks

Also, I will be leaving at 2:00pm I have an appointment at 4 today. (follow up) Thanks

////

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

**HAS AN APPOINTMENT ON**

M _Constance_

☑ MON.  ☐ TUES.  ☐ WED.  ☐ THUR.  ☐ FRI.  ☐ SAT.

DATE _May 21_ AT _4:00_ A.M. P.M.

**GEORGE E. MORRIS, JR., D.D.S.**
Oral and Maxillofacial Surgery

2158 W. 183rd ST.
HOMEWOOD, ILLINOIS 60430    (708) 798-4730

If Unable To Keep Appointment Kindly Give 24 Hours Notice.

---

**RETURN TO WORK OR SCHOOL**

**George E. Morris, Jr., D.D.S.**
Oral and Maxillofacial Surgery
2158 West 183rd Street
Homewood, IL 60430

(708) 798-4730

Date _5/15/18_

This is to certify that

_Constance Cooper_

has been under my care for the following:

_oral surgery follow-up_

and is able to return to (work) on _5/17/18_
                          school

Remarks: _please excuse any absences
from work due to this apt
and at home recovery time._

_George E Morris (EJ.)_
(SIGNATURE)

---

**RETURN TO WORK OR SCHOOL**

**George E. Morris, Jr., D.D.S.**
Oral and Maxillofacial Surgery
2158 West 183rd Street
Homewood, IL 60430

(708) 798-4730

Date _5·17·18_

This is to certify that

_Constance Cooper_

has been under my care for the following:

_post op apt following
surgery_

and is able to return to (work) on _____
                          school

Remarks: _please excuse any
absence from work due to
this follow up apt_

_George E Morris (EJ._
(SIGNATURE)

**Cooper, Constance**

**From:** Wycoff, Ken
**Sent:** Monday, May 21, 2018 9:50 AM
**To:** Cooper, Constance
**Subject:** RE: Pecanland Invoice

Customer Service



Ken Wycoff
Pecanland Mall
Operations Manager

4700 Millhaven Rd
Suite 2000
Monroe , Louisiana 71203
Ken.wycoff@ggp.com
(O) 318.322.1581 (M) 318.417.8215
www.ggp.com



**From:** Cooper, Constance
**Sent:** Monday, May 21, 2018 9:48 AM
**To:** Wycoff, Ken
**Subject:** RE: Pecanland Invoice

Thank you, I do when I receive such beautiful flowers to brighten up my day!

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance_Cooper@ggp.com
(O) 312-960-2968
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Wycoff, Ken
**Sent:** Monday, May 21, 2018 9:47 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Pecanland Invoice

2

Thanks! Hope you're feeling better!



Ken Wycoff
Pecanland Mall
Operations Manager

4700 Millhaven Rd
Suite 2000
Monroe , Louisiana 71203
ken.wycoff@ggp.com
(O) 318.322.1581 (M) 318.417.8215
www.ggp.com



**From:** Cooper, Constance
**Sent:** Monday, May 21, 2018 8:29 AM
**To:** Wycoff, Ken
**Subject:** RE: Pecanland Invoice

Good morning Ken,

You are correct. Sorry for the delay, I was out due to oral surgery last week. Happy Monday!! Enjoy your day. Thanks

Constance Cooper
GGP

3

Associate Accountant – A/P



GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Wycoff, Ken
**Sent:** Tuesday, May 15, 2018 9:02 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Pecanland Invoice

Good morning Constance, I am in receipt of the attached invoice from ARI. I believe these get paid automatically through corporate, but just wanted to be sure before filing this.

Thank you, Happy Tuesday!

Ken Wycoff
Pecanland Mall
Operations Manager

4700 Millhaven Rd.
Suite 2000
Monroe , Louisiana 71203
Ken.wycoff@ggp.com
(O) 318.322.1581 (M) 318.417.8215
www.ggp.com



Document (3).PDF

4

Dental

## Cooper, Constance

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Monday, May 21, 2018 1:50 PM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Doctor Statement/Appointment |

Be sure to put your out of office on.

Thank you.

/ / / /

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Peterson, Kortney M.
Sent: Monday, May 21, 2018 9:03 AM
To: Cooper, Constance
Subject: RE: Doctor Statement/Appointment

I see you already submit the request. Please put your early departure on your personal calendar as well as your out of office before leaving today.

Thank you.

*All placed in my final warning*

1

////

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

Good Morning,

Submit your Dayforce request. Timecards will be locked soon.

Thank you.

///

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181

-----Original Message-----
From: Peterson, Kortney M.
Sent: Monday, May 21, 2018 8:59 AM
To: Cooper, Constance
Subject: RE: Doctor Statement/Appointment

www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Cooper, Constance
Sent: Monday, May 21, 2018 7:09 AM
To: Peterson, Kortney M.
Subject: Doctor Statement/Appointment

Good Morning Kortney,

Please find attach doctor statement for the week of May15th through May 18th, 2018. Thanks

Also, I will be leaving at 2:00pm I have an appointment at 4 today. (follow up) Thanks

////

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

3

DENTAL

**Cooper, Constance**

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Tuesday, May 22, 2018 11:12 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: dentist stmt 5/21/18 attached |

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, May 22, 2018 11:11 AM
**To:** Peterson, Kortney M.
**Subject:** dentist stmt 5/21/18 attached

Good morning,

Per your request. thanks

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607

1

## RETURN TO WORK OR SCHOOL

**George E. Morris, Jr., D.D.S.**
*Oral and Maxillofacial Surgery*
2158 West 183rd Street
Homewood, IL 60430

(708) 798-4730

Date 5/22/18

This is to certify that

Constance Cooper

has been under my care for the following:

Oral Surgery. Difficult healing case. Seen on 5/21/18

and is able to return to work / school on Tuesday

Remarks: May, 22. Please call With any Questions.

(SIGNATURE)

2ND DEAL SURGERY

STEVE.

**Cooper, Constance**

**From:**
**Sent:**   Cooper, Constance
**To:**   Thursday, May 24, 2018 10:02 AM
**Subject:**   Dzeba, Stephen J; Peterson, Kortney M.
   RE: Oral Surgery

Thank you

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.2908
Constance_Cooper@ggp.com
www.ggp.com

WHERE CULTURE **MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Dzeba, Stephen J
**Sent:** Thursday, May 24, 2018 9:58 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** RE: Oral Surgery

Good luck with everything, Constance.

**From:** Cooper, Constance
**Sent:** Thursday, May 24, 2018 9:57 AM
**To:** Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Cc:** Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Subject:** Oral Surgery

Per our conversation, I will be leaving work today at noon to have oral surgery. I will bring in a doctor's statement to confirm. Thank you for allowing me to leave early. I am in a lot of pain and do not have sick time available me; just a bad year. A lot going on.

1

**Cooper, Constance**

**From:** Cooper, Constance
**Sent:** Thursday, May 24, 2018 11:37 AM
**To:** Peterson, Kortney M.
**Subject:** RE: Oral Surgery

Thank you Kortney,

Praying it will. Fingers crossed!!!!

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2808
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Thursday, May 24, 2018 11:36 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Oral Surgery

Constance,

I really hope things get better; I only can imagine how painful and uncomfortable it may be.

The second half the year will be much better fingers crossed!

Thank you.

1

Kortney Peterson
Manager, Accounting A/P

GGP
8250 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.5181
Kortney.Peterson@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Thursday, May 24, 2018 9:57 AM
**To:** Peterson, Kortney M.
**Cc:** Dzeba, Stephen J
**Subject:** Oral Surgery

Per our conversation, I will be leaving work today at noon to have oral surgery. I will bring in a doctor's statement to confirm. Thank you for allowing me to leave early. I am in a lot of pain and do not have sick time available me; just a bad year. A lot going on.

Thank you

Constance Cooper
GGP
Associate Accountant – A/P

GGP
8250 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312.960.2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

**Cooper, Constance**

Summer Hours Appendix

**From:** Peterson, Kortney M.
**Sent:** Thursday, May 24, 2018 11:54 AM
**To:** Bell, Moneka L.; Magnus, Damon; Sengstock, Nancy; Cooper, Constance; Higgs, Penny
**Subject:** 2018 Summer Hours

Hi Team!

This has been approved by Matt and Steve, so no change will be made. I placed the summer hours below on the shared calendar.

NO Lunch Required

Please block off your personal calendars as out of office example (1pm-4pm) if you come in at 7am.

You will be able to work 6 hours and leave no lunch will be required.

Work *
AFTER
6 hours of

1

## 2018 Summer Hours- Accounts Payable/Credit Card Services

| Date | Kortney | Penny | Constance | Moneka | Damon |
|---|---|---|---|---|---|
| 5/25/2018-Early Departure | EARLY OUT FOR EVERYONE | | | | |
| 6/1/2018 | | OFF | | | |
| 6/8/2018 | X | | X | | X |
| 6/15/2018 | X | | | X | |
| 6/22/2018 | | X | X | | X |
| 6/29/2018 | | X | X | X | |
| 7/3/2018-Early Departure | EARLY OUT FOR EVERYONE | | | | |
| 7/6/2018 | X | | | X | X |
| 7/13/2018 | | X | X | X | |
| 7/20/2018 | | | X | | |
| 7/27/2018 | X | | | | OFF |
| 8/3/2018 | | X | X | X | X |
| 8/10/2018 | X | | | X | |
| 8/17/2018 | X | | X | | X |
| 8/24/2018 | | X | X | X | X |
| 8/31/2018-Early Departure | EARLY OUT FOR EVERYONE | | | | |
| Summer Hour days requested | 6 | 6 | 6 | 6 | 6 |
| Summer Hour days allowed | 6 | 6 | 6 | 6 | 6 |
| Difference | 0 | 0 | 0 | 0 | 0 |

*Dentist Stmt Request*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, May 25, 2018 9:35 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: oral surgery dr. stmt. Thanks |

No, problem....Happy Friday!

////

Constance Cooper
GGP
Associate Accountant – A/P

GGP
350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
Constance.Cooper@ggp.com
(O) 312-960-2908
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Peterson, Kortney M.
Sent: Friday, May 25, 2018 9:34 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: RE: oral surgery dr. stmt. Thanks

Thank you.

////

Kortney Peterson
Manager, Accounting A/P

1

<u>RETURN TO WORK OR SCHOOL</u>

**George E. Morris, Jr., D.D.S.**
Oral and Maxillofacial Surgery
2158 West 183rd Street
Homewood, IL 60430
(708) 798-4730

Date **5-24-18**

This is to certify that

**Constance Cooper**

has been under my care for the following:

**Oral Surgery**

and is able to return to (work)/school on **5-25-18**

Remarks:_____

George E. Morris, Jr., DDS, PC
2158 West 183rd Street
Homewood, Illinois 60430 (W)

(SIGNATURE)

**Cooper, Constance**

DR APT

*Inform Supervisor of Appointments.*

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Monday, June 4, 2018 9:53 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Doctor Appointments |

Good Morning,

OK.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.5181
Kortney.Peterson@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Monday, June 04, 2018 6:38 AM
**To:** Peterson, Kortney M.
**Subject:** Doctor Appointments

Good Morning Kortney,

I have appointments June 5th and the 19th. I will be leaving at 3:30pm on these days. Thank you

Today I will be taking lunch @ 9:00 I have court. Still fighting landlord for the return of my security deposit. Thank you

1

**Cooper, Constance**

From: Peterson, Kortney M.
Sent: Wednesday, June 6, 2018 10:50 AM
To: Cooper, Constance
Cc: Dzeba, Stephen J
Subject: Recap of Morning Meeting

Constance,

To recap key topics from today's meeting.

If you are out of PTO time at the time of request you will be unpaid.
Give timely notice for time off requests when possible.
Making up time is not permitted.

As result of you ending the meeting, I was able to instruct you to send me an email instead of texting me between 11pm-5am.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

*[Handwritten annotations:]*

Mtg I was Ask to stay AFTER TEAM mtg

To discuss These ISSUES SUPERVISOR For 2 months mtg

RECAP

BASED OFF OF wHAT was Told her For her promotion in department SHE did'nt know me

X I did Tell her I was NOT going to quit?

*(handwritten)* ✓ ASK STEVE & TIM

*(handwritten)* Make up Hours

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, June 6, 2018 11:00 AM |
| **To:** | Peterson, Kortney M. |
| **Cc:** | Dzeba, Stephen J.; Callahan, Timothy A |
| **Subject:** | RE: Recap of Morning Meeting |

Stephen,

I am unable to make up time with my doctor appointments? In the past this was approved, and was told me from Human Resources that this was up to the manager, so this is not being allowed any longer? Just want to make sure, that since I have used my sick time, policy does not allow me to make up time for my appointments. Thanks just making sure I understand new policy and procedures. Thank you

*(handwritten)* Cc: RETALIATION

*(handwritten)* NEVER RECD A RESPONSE



Constance Cooper
Associate Accountant-AP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.2908
constance.cooper@generalgrowth.com
www.ggp.com

▶ in f ☉

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Wednesday, June 6, 2018 10:50 AM |
| **To:** | Cooper, Constance <Constance.Cooper@generalgrowth.com> |
| **Cc:** | Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com> |
| **Subject:** | Recap of Morning Meeting |

Constance,

To recap key topics from today's meeting.

1

**Cooper, Constance**

*ASSOC Mthly Mtg RECAP*

**From:** Peterson, Kortney M.
**Sent:** Wednesday, June 6, 2018 11:13 AM
**To:** Bell, Moneka L.; Magnus, Damon; Cooper, Constance; Sengstock, Nancy
**Subject:** Meeting Recap- 6/6/18

Team,

Here's is a quick recap of today's meeting.

**Objective:** Discussion on impending Brookfield transaction and Alusta maintenance items.

**Conversation items:**

Possibility of managing Rouse properties portfolio if Brookfield transaction is completed.

Alusta template formatting.

**Action items:**

Keep new vacation requests to a minimum in August, September and October since this will be a business time.

Proactively update and create templates using appropriate date format and upper case letters.

Work to clean up the rejected/returned queue.

**Next meeting:** Monday, 7/9/18 to address any Alusta topics.

**\*Reminder: Don't forget to process your ground rent invoices for the month, if you haven't done so already.**

Thank you.

Kortney Peterson
Manager, Accounting A/P

1

*[Handwritten annotations:]*

*I WAS ASKED TO STAY AFTER.*

*only supervisor + me where she later lied*

*on final warning, replacing this shot Encounter*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Whitney, Stephanie |
| **Sent:** | Wednesday, June 13, 2018 10:03 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: H/R File recent addition (Final Warning) |

Hi Constance,

I am not available tomorrow at 8:00am. However my calendar is up to date so please feel free to find a time that we are both available.

Thanks,
Stephanie

**From:** Cooper, Constance
**Sent:** Wednesday, June 13, 2018 9:32 AM
**To:** Whitney, Stephanie <Stephanie.Whitney@generalgrowth.com>
**Subject:** RE: H/R File recent addition (Final Warning)

Stephanie,

Is 8:00 am okay?

I would also like to discuss a rebuttal I submitted regarding my midterm review Aug 2017, last I spoke with Jeffrey early Dec 2017 we met so that he was able to get clarity on a few attached items. Returning from a FMLA resulting from being racially profiled (only African American) on my team at the time; and harassed of not doing the job properly, not in a timely matter via the other team members, I received a yearly review that attached my integrity of not respecting my superiors and people in authority instead. So, when I asked Jeffrey yesterday regarding the results since Kortney told me she had been given my reviews and PIP to read to do my mid-term review, he became agitated. From my understanding Jeffrey had been working with Kasia my supervisor at the time in how a PIP should be submitted and therefore was not going to stay in my file since it was not done properly. Layers of untrue has been approved and placed in my file. Not only that but I had property stolen and the person who stole it and told untrue about it is still working at GGP. And still I come to work to earn a living.

GGP

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1007
constance.cooper@generalgrowth.com

1

**From:** Whitney, Stephanie
**Sent:** Wednesday, June 13, 2018 8:50 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: H/R File recent addition (Final Warning)

Constance –

I'm happy to chat with you. My day today is extremely booked but tomorrow I have a lot of availability. Can you please pick a time tomorrow that works for you and set up a meeting?

Thank you,
Stephanie

**From:** Cooper, Constance
**Sent:** Wednesday, June 13, 2018 8:40 AM
**To:** Whitney, Stephanie <Stephanie.Whitney@generalgrowth.com>
**Subject:** H/R File recent addition (Final Warning)

Good Morning Stephanie,

I would like to speak with you concerning my experience with H/R as my liaison to bias and harassing reviews. Briefly, I was called into a meeting yesterday around 3 pm with Jeffrey and Kortney my immediate supervisor regarding a final warning memo being placed in my file after becoming my supervisor in April 2018. Ending results were Jeffrey calling me a liar believing I understood what I was asking clarity on; being told that I could not react and his storming out of the meeting literally almost throwing a tantrum. I may be wrong, but I was under the impression that H/R is to be the mediator when there are problems with a working relationship. Please at your earliest convenience I would like to discuss my concerns regarding my performance reviews which has had a continuing snowball effect. Thanks in advance for your consideration in this matter.

(O) 312.960.2908
www.ggp.com

  

2



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908



3

**Cooper, Constance**

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Thursday, June 14, 2018 11:33 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Meeting |

Hi Constance,

OK.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Thursday, June 14, 2018 11:20 AM
**To:** Peterson, Kortney M.
**Cc:** Whitney, Stephanie
**Subject:** Meeting

Hi Kortney,

I was in a meeting with Stephanie from 10am to now. Just an fyi. Thank you

*[handwritten notes:]* LET SUPERVISOR KNOW where I was since from I was away I was my desk

*[handwritten initials]*

1

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, June 15, 2018 7:09 AM |
| **To:** | Whitney, Stephanie |
| **Subject:** | Request 4 copy of employee file |

Good Morning Stephanie,

Please have a copy of my employee file prepared for me to pick up, hopefully sometime today would be nice if possible. Thank you for your assistance in this matter.

Thank You

Have a Great Day!

Constance Cooper
Associate Accountant-AVP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Friday, June 15, 2018 7:22 AM |
| **To:** | Whitney, Stephanie |
| **Subject:** | RE: Request 4 copy of employee file |

Thank you



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance_cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908



**From:** Whitney, Stephanie
**Sent:** Friday, June 15, 2018 7:21 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: Request 4 copy of employee file

Hi Constance-

I will request that your file is pulled and will let you know once I have a copy of it.

Thanks,
Stephanie

On Jun 15, 2018, at 7:09 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Good Morning Stephanie,

1

**INSTRUCTIONS RECEIVED FROM MGR**

**# BEEN FROM ACCTNT.**

**From:** Cooper, Constance

~~Cooper, Constance~~

**Sent:** Friday, June 15, 2018 8:40 AM

**To:** Weinstock, Matthew D.; Peterson, Kortney M.

**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

GGP

Constance Cooper
Associate Accountant-AP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908

Yes I processed the beginning of the month, I have updated the template and going forward the new supplier # will be used. Thank you

**MGR NEED LAST TO GET WORD**

**From:** Weinstock, Matthew D.
**Sent:** Friday, June 15, 2018 8:38 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

It's all good.

What ground rent payment are we on and when is it processed? Has the June ground rent already been sent out?

**IN INSTRUCTIONS UNCLEAR FROM SUPERVISOR**

Thanks!

Matthew

1

**From:** Cooper, Constance
**Sent:** Friday, June 15, 2018 6:58 AM
**To:** Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Cc:** Weinstock, Matthew D. <Matthew.Weinstock@generalgrowth.com>
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

Yes, thank you, but as I said when changes have been made in the past with anything as far as the change in amount paid, vendor name change or numbers that will be new and ongoing it has come directly to me from the Accountant. Since it came from you to do a vendor change and no explanation it did not register that this was the monthly payment. So, thank you for the insight. I have made all necessary changes for going forward.

thanks



Constance Cooper
Associate Accountant-AP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com



**From:** Peterson, Kortney M.
**Sent:** Thursday, June 14, 2018 4:05 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Weinstock, Matthew D. <Matthew.Weinstock@generalgrowth.com>
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

Constance,

Matthew Weinstock is the Property Accountant and he informed me that change was required. (He was also copied on the previous emails.)

I then instructed you to update the supplier number and a new number was created based off the new TIN info they provided.

I understand that it was an oversight. I'm bringing it to your attention, so you will be more diligent in the future.

Cont

2

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Thursday, June 14, 2018 3:18 PM
**To:** Peterson, Kortney M.
**CC:** Weinstock, Matthew D.
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

Thanks for the update. Normally the Accountant for the property informs me of any changes. I will note going forward. Thank you



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

**From:** Peterson, Kortney M.
**Sent:** Thursday, June 14, 2018 3:13 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Weinstock, Matthew D. <Matthew.Weinstock@generalgrowth.com>
**Subject:** FW: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

3

Constance,

Augusta Mall Ground Rent should be paid to the address number highlighted below.

The vendor was concerned since the check ended up at the old address.

Please update Augusta Mall file to reflect the correct address.

● Follow up. Completed on Friday, April 27, 2018.

From: ▇ Higgs, Penny

To: ▇ Orwin, Sandra; ▇ Lewis, Didsie; ▇ Czerwinski, Linda M.; ▇ McGregory, Adrienne L; ▇ Schreiber, Kathleen; ▇ Cooper, Constance; ▇ Skalon, Caitlin; ▇ Koch, Gina; ▇ Yeghiayan

Cc: ▢ vendormaintenance; ▇ Peterson, Kortney M.

Subject: 4.27.18 SUPPLIER ADDS REACTIVATES CHANGES

PLEASE CHECK BOTH LISTS FOR YOUR SUPPLIERS.

ADDS

| | | | |
|---|---|---|---|
| 2706446 | ✓ | N | LANI & MIA'S PLAY TIME |
| 2706447 | ✓ | C | MORRIS MEDIA LOCKBOX |
| 2706448 | ✓ | C | SUMMIT MOBILE LLC |
| 2706449 | ✓ | C | GAP INC. THE |
| 2706450 | ✓ | N | SARD & LEFF, LLC |
| 2706451 | ✓ | C | AMERICAN GENERAL LIFE COMPANY |
| 2706452 | ✓ | C | APX, INC |
| 2706453 | ✓ | C | CUTTING EDGE PROPERTY MAINTENANCE |

4

● Follow up. Completed on Friday, April 27, 2018.

From: ☐ JDE Vendor Master File Request <no-reply@sharepointonline.com>

To: ☐ vendormaintenance

Cc:

Subject: Approved Vendor: AMERICAN GENERAL LIFE COMPANY; Requested by: CONSTANCE COOPER

Hello,

A request to add a new vendor to JDE has been approved.

**Requestor Name:** CONSTANCE COOPER

**Vendor Name:** AMERICAN GENERAL LIFE COMPANY

**Approver:** Daise, Keith L.

**Approval Date:** 4/27/2018

You may view the requested information via this link. ID #8921. To view the supporting documentation, click the ellipses next to the Requ

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** APSupport
**Sent:** Thursday, April 26, 2018 2:21 PM
**To:** Cooper, Constance; Peterson, Kortney M.

5

**Cc:** APSupport; Weinstock, Matthew D.
**Subject:** FW: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

Constance/Kortney,

The attached is now in Alusta with handling code 1 for immediate processing.



| Sub-St. | Organizat | Supplier N | Supplier Name | | Invoice Number | | Invoice $ | | Invoice Da | | Destinati | | Due |
|---------|-----------|------------|---------------|---|----------------|---|-----------|---|-----------|---|-----------|---|-----|
| Valid | 2003 | 2162508 | AMERICAN GENERAL LIFE & ACCIDENT INS CO | | 2017TRUEUP | | 107,738.12 | | 4/18/2018 | | 2003 | | |

Pat
AP SUPPORT

GGP

350 N Orleans Street
Suite 300
Chicago, Illinois 60654
APSupport@ggp.com
www.ggp.com
(O) 312.960.5065

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Thursday, April 26, 2018 2:08 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Cc:** Weinstock, Matthew D. <Matthew.Weinstock@generalgrowth.com>
**Subject:** FW: Discuss W9 Changes Needed for Check Mailing Location Updates- Augusta Mall

APSupport,

Please input the attached check request into Alusta with HC#1 for Constance to process.

Constance,

Please process the check request once it has been entered into Alusta.

6

Also submit a change of address on the SharePoint site with Alpha Name/Mailing Name American General Life Company even though W-9 has insurance is in the name.

**From:** Washington, Rhonda S [mailto:rhonda.s.washington@
**Sent:** Thursday, April 26, 2018 1:31 PM
**To:** Weinstock, Matthew D. <Matthew.Weinstock@general
Cc: Windsor, Jeffrey <Jeffrey.Windsor@generalgrowth.com
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing I

[EXTERNAL]

Hi Matthew,

Attached is the requested  W-9.  Please note that the name communications to insure proper coding once the check is r

**American General Life**
**JPMorgan chase**
**PO Box # 661015**
**DALLAS TX 75266-1015**

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Weinstock, Matthew D.
**Sent:** Thursday, April 26, 2018 1:44 PM
**To:** Peterson, Kortney M.
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates

7



Thanks for the call!

**From:** Washington, Rhonda S [mailto:rhonda.s.washington@aglife.com]
**Sent:** Thursday, April 26, 2018 1:31 PM
**To:** Weinstock, Matthew D. <Matthew.Weinstock@generalgrowth.com>; Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>; Fowler, Tricia <Tricia.Fowler@aglife.com>
**Cc:** Windsor, Jeffrey <Jeffrey.Windsor@generalgrowth.com>
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates

[EXTERNAL]

Hi Matthew,

Attached is the requested W-9. Please note that the name should state American General Life Company. The correct address to remit check(see below) for the American General Life Company is located in box 7 of the form. Please be sure to provide supporting documentation as provided in previous communications to insure proper coding once the check is received via the lockbox. Thank you.

Regards,

DALLAS TX 75266-1015
PO Box # 661015
**JPMorgan chase**
**American General Life**

*Rhonda S. Washington, CPA*
*AIG Life & Retirement*
**Manager| Accounting Operations**
2727-A Allen Parkway, 04-B3007| Houston, TX 77019
Office 713.831.8607 | Fax:713.831.3139
**rhonda.s.washington@aglife.com**

**From:** Weinstock, Matthew D. [mailto:Matthew.Weinstock@generalgrowth.com]
**Sent:** Thursday, April 26, 2018 11:16 AM
**To:** Washington, Rhonda S; Peterson, Kortney M.; Fowler, Tricia
**Cc:** Windsor, Jeffrey
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates

Hi Rhonda,

8

Understandable – I'm sure you want to get paid – so just let me know when it's put together and sent out, so we can keep an eye out for it.

Additionally once you have that address please let me know, so I can update my records as well.

Thanks!

**From:** Washington, Rhonda S [mailto:rhonda.s.washington@aglife.com]
**Sent:** Thursday, April 26, 2018 10:57 AM
**To:** Weinstock, Matthew D. <Matthew.Weinstock@generalgrowth.com>; Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>; Fowler, Tricia <Tricia.Fowler@aglife.com>
**Cc:** Windsor, Jeffrey <Jeffrey.Windsor@generalgrowth.com>
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates

[EXTERNAL]
Hi Mathew,

We are still working with our Treasury and Tax Departments to insure that we provide the correct information. We are currently waiting on a response tax department and will get back with you as soon as we have clarification on our outstanding questions regarding this request. Thank you.

Regards,

*Rhonda S. Washington, CPA*
*AVG, Life & Retirement*
Manager | Accounting Operations

2727-A Allen Parkway, 04-B3007 | Houston, TX 77019
Office 713.831.8607 | Fax:713.831.3139
**rhonda.s.washington@aglife.com**

**From:** Weinstock, Matthew D. [mailto:Matthew.Weinstock@generalgrowth.com]
**Sent:** Thursday, April 26, 2018 10:38 AM
**To:** Peterson, Kortney M.; Washington, Rhonda S; Fowler, Tricia
**Cc:** Windsor, Jeffrey
**Subject:** RE: Discuss W9 Changes Needed for Check Mailing Location Updates

Good morning Rhonda,

Just a quick follow up – has the new W9 been sent out? Hoping to get this paid out to you ASAP.

9

Do you have the new address – so I can update my paperwork as well?

Thank you so much!

**Matthew Weinstock**
**Property Accountant**, Property Accounting

////

GGP A RETAIL REAL ESTATE COMPANY

350 N Orleans St.
Suite 300
Chicago, Illino s 60654-1607
Matthew.Weinstock@generalgrowth.com
(O) 312 960 8316

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Peterson, Kortney M.
**Sent:** Tuesday, April 24, 2018 10:39 AM
**To:** Washington, Rhonda S <rhonda.s.washington@aglife.com>; Weinstock, Matthew D. <Matthew.Weinstock@generalgrowth.com>; Fowler, Tricia <tricia.fowler@aglife.com>
**Subject:** Re: Discuss W9 Changes Needed for Check Mailing Location Updates

Rhonda,

Yes, that is acceptable.

Thank you.

Thank you.

////

Kortney Peterson
Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com



10

(O) 312.960.5181

www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

From: Washington, Rhonda S <rhonda.s.washington@aglife.com>
Sent: Tuesday, April 24, 2018 10:20:24 AM
To: Peterson, Kortney M.; Weinstock, Matthew D.; Fowler, Tricia
Subject: RE: Discuss W9 Changes Needed for Check Mailing Location Updates

[EXTERNAL]

Kortney/Matthew,

Will you accept our W-9 with a PO Box as the address of record? Please advise. Thank you.

Regards,

*Rhonda S. Washington, CPA*
*AIG Life & Retirement*
Manager | Accounting Operations

2727-A Allen Parkway, 04-B3007 | Houston, TX 77019
Office 713.831.8607 | Fax 713.831.3139
rhonda.s.washington@aglife.com

From: Peterson, Kortney M. [mailto:Kortney.Peterson@generalgrowth.com]
Sent: Monday, April 23, 2018 5:53 PM
To: Washington, Rhonda S; Weinstock, Matthew D.; Fowler, Tricia
Subject: Re: Discuss W9 Changes Needed for Check Mailing Location Updates

Good Evening,

GGP policy is to verify all vendors against the IRS site using their Tax ID Number from their W-9. This is completed for all vendor changes/additions in to our system. Unfortunately, we will not be able update your remit to address without a current W-9.

Thank you.

////

Kortney Peterson

11

Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
(O) 312.960.5181
Kortney.Peterson@ggp.com
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Washington, Rhonda S <rhonda.s.washington@aglife.com>
**Sent:** Monday, April 23, 2018 4:45:20 PM
**To:** Peterson, Kortney M.; Weinstock, Matthew D.; Fowler, Tricia
**Subject:** Discuss W9 Changes Needed for Check Mailing Location Updates
**When:** Tuesday, April 24, 2018 9:30 AM-10:00 AM.
**Where:** Conference Call

[EXTERNAL]
Hi All,
Please call in per the instructions below:

Join by phone

+1-240-454-0887 US Toll

Access code: 851 187 728

This communication is for discussion/negotiation purposes only and does not create a binding agreement or obligation to enter into or modify a binding agreement. This message and its contents may contain confidential or privileged information. If you received it in error, the copying, use or distribution of the information or materials in the message is strictly prohibited. Please inform the sender by email and then delete the original message.

This communication is for discussion/negotiation purposes only and does not create a binding agreement or obligation to enter into or modify a binding agreement. This message and its contents may contain confidential or privileged information. If you received it in error, the copying, use or distribution of the information or materials in the message is strictly prohibited. Please inform the sender by email and then delete the original message.

This communication is for discussion/negotiation purposes only and does not create a binding agreement or obligation to enter into or modify a binding agreement. This message and its contents may contain confidential or privileged information. If you received it in error, the copying, use or distribution of the information or materials in the message is strictly prohibited. Please inform the sender by email and then delete the original message.

This communication is for discussion/negotiation purposes only and does not create a binding agreement or obligation to enter into or modify a binding agreement. This message and its contents may contain confidential or privileged information. If you received it in error, the copying, use or distribution of the information or materials in the message is strictly prohibited. Please inform the sender by email and then delete the original message.

*ASK FOR A mtg w/ EVP HR &*
*Communicat...*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, June 18, 2018 6:50 AM |
| **To:** | Berry, Kevin J. |
| **Subject:** | RE: Employment issues racially motivated *and RETALIATION* |

Yes thank you





Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312 960 2908

**From:** Berry, Kevin J.
**Sent:** Monday, June 18, 2018 6:50 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: Employment issues racially motivated

Ok, we can meet in my office if that works for you.

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 18, 2018, at 6:49 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Yes, I am

1

<image001.png>  Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com

(O) 312.960.2908

<image003.png> <image004.png> <image005.png> <image006.png>

**From:** Berry, Kevin J.
**Sent:** Monday, June 18, 2018 6:48 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: Employment issues racially motivated

Good morning Constance, of course we can meet. Are you able to at 3pm today?

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 18, 2018, at 6:32 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Good Morning Mr. Berry,

If your schedule allows, I would like to meet with you regarding my employment at GGP. Your name was given to me as a reference, and I would like to talk to you, please. I look forward to meeting you.

Thank You

<image001.png>  Constance Cooper
Associate Accountant-A/P

2

**Cooper, Constance**

_[handwritten: CONVERSATION WITH CO WORKER, WHO TOLD]_

From:      Cooper, Constance
Sent:      Monday, June 18, 2018 10:32 AM
To:        Maldonado, Irma
Subject:   RE: Cooper, Constance sent you a message in Skype for Business while you were offline

_[handwritten: ME TO TALK TO THE EXECUTIVE VICE PRESIDENT OF COMMUNICATIONS]_

_[handwritten: of H/R REGARDING]_

Stay prayerful. Irma you are still young and have an opportunity to take what you have learned here and make a go of it elsewhere. My advice to you is to stay prayerful. God will work it out once you trust him totally. I am here still always allowing God to dictate the outcome. He has the last say. The people who can single out individuals to pick on and treat different will eventually get their just reward! I pray for those who do not know what love is!!!! Who Hate just cause. "No weapon formed against me shall prosper." I have been told that H/R is here for the company not the individual so, I am ready to see what God has prepared for me. The truth is that God will have the last say so, the FINAL word!!!!

_[handwritten: DISCRIMINATION/]_
_[handwritten: RETALIATION]_

**GGP**

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

[icons]

_[handwritten: She ALSO Told me]_
_[handwritten: About my gum ball machine, How Jerl said]_
_[handwritten: It was hers]_
_[handwritten: This AS well]_
_[handwritten: MATT confirmed]_

From: Maldonado, Irma
Sent: Monday, June 18, 2018 10:20 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: RE: Cooper, Constance sent you a message in Skype for Business while you were offline

Cooper, Constance sent you a message in Skype for Business while you were offline

I agree.

1

The way I see it is, if you don't fit in, it'll be difficult to stay. I haven't fit in since my old boss left (before they merged Roger and I with credit card services). My opinion is they play favorites and definitely do discriminate. It's sad but true. I feel like they overload me with work and pay is not great! It's messed up that they bring in a new guy, with an associates degree and takes over what I do! It's plain discriminatory.

I too pray and wonder what's in store for me. I'm afraid cause I need to put my kids through school so for a minute, I need to stay put. So many factors that take part in my decision making. I feel like it's time to go. I'm waiting a few more months; hopefully it's not too late.



Irma Maldonado
Accountant, A/P

350 N Orleans St.
Suite 300
Chicago Illinois 60654
Irma.Maldonado@ggp.com
(O) 312-960-5214
www.ggp.com



**From:** Cooper, Constance
**Sent:** Monday, June 18, 2018 9:49 AM
**To:** Maldonado, Irma <Irma.Maldonado@generalgrowth.com>
**Subject:** RE: Cooper, Constance sent you a message in Skype for Business while you were offline

They had the team that worked for them so long until new blood brought out the hate they had stored. I believe that is why John left after 11 years of employment without giving his new employer info. When all of this started I had spoken to John. Most jobs discriminate mainly age. Difficult but I trust in God and what he has for my life.

Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908





From: Maldonado, Irma
Sent: Monday, June 18, 2018 9:43 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: RE: Cooper, Constance sent you a message in Skype for Business while you were offline

That is true. But hopefully he's able to listen/help.

I don't think anyone realizes how micromanaged we are here!

Irma Maldonado
Accountant, A/P

350 N Orleans St
Suite 300
Chicago, Illinois 60654
Irma.Maldonado@ggp.com
(O) 312.960.5214
www.ggp.com




3

**From:** Cooper, Constance
**Sent:** Monday, June 18, 2018 9:40 AM
**To:** Maldonado, Irma <Irma.Maldonado@generalgrowth.com>
**Subject:** RE: Cooper, Constance sent you a message in Skype for Business while you were offline

Can't be any worse!



Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2808



**From:** Maldonado, Irma
**Sent:** Monday, June 18, 2018 9:39 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Cooper, Constance sent you a message in Skype for Business while you were offline

Good luck! Hope all goes well.

Irma Maldonado
Accountant, A/P

350 N Orleans St
Suite 300
Chicago, Illinois 60654
Irma.Maldonado@ggp.com
(O) 312-960-5214
www.ggp.com

4



**From:** Cooper, Constance
**Sent:** Monday, June 18, 2018 9:38 AM
**To:** Maldonado, Irma <Irma.Maldonado@generalgrowth.com>
**Subject:** RE: Cooper, Constance sent you a message in Skype for Business while you were offline

yes



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908 (M)
www.ggp.com



**From:** Maldonado, Irma
**Sent:** Monday, June 18, 2018 9:09 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: Cooper, Constance sent you a message in Skype for Business while you were offline

Good morning!

I don't have my skype today (my computer is still on weekend mode I suppose),

you have a meeting today at 3?





Irma Maldonado
Accountant, A/P

350 N Orleans St
Suite 300
Chicago, Illinois 60654
Irma.Maldonado@ggp.com
(O) 312-960-5214
www.ggp.com



**From:** Cooper, Constance
**Sent:** Monday, June 18, 2018 8:57 AM
**To:** Maldonado, Irma <Irma.Maldonado@generalgrowth.com>
**Subject:** Cooper, Constance sent you a message in Skype for Business while you were offline

**Cooper, Constance 8:55 AM:**

good morning(sun)

**Cooper, Constance 8:55 AM:**

3 today

Need Skype for Business? Try the Skype for Business mobile app.

6

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Monday, June 18, 2018 2:50 PM |
| **To:** | Berry, Kevin J. |
| **Subject:** | RE: Meeting |

*MTg Request w/ EVP Here*

okay

////

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

-----Original Message-----
From: Berry, Kevin J.
Sent: Monday, June 18, 2018 2:27 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: Meeting

Constance, I'm in our Board meeting which is running a little late. I'll call you when it's ending so we can meet.

Kevin Berry

1

*EVP Tried Reschedule Apt*

*AFTER Hours FOR ME*

## Cooper, Constance

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Tuesday, June 19, 2018 6:25 AM |
| **To:** | Berry, Kevin J. |
| **Subject:** | RE: Meeting |

Sorry Mr. Berry,

////

I leave at 4:00 pm my hours are 7-4. We can reschedule for today, but I leave at 3:30pm I have a doctor's appointment. Please let me know. Thank You

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

-----Original Message-----
From: Berry, Kevin J.
Sent: Monday, June 18, 2018 3:58 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: Re: Meeting

Should be open at 430, does that work for you?

1

> EVP Human Resources & Communications
> GGP
> O (312) 960-5529
> M (708) 308-5999

3

RESCHEDULE Apt w/ EVP HR+C

## Cooper, Constance

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Tuesday, June 19, 2018 6:26 AM |
| **To:** | Berry, Kevin J. |
| **Subject:** | RE: Employment issues racially motivated |

Yes, I can. Thank you

GGP

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(o) 312.960.2908

Hi Constance, can you meet at 111 tomorrow?

**From:** Berry, Kevin J.
**Sent:** Monday, June 18, 2018 5:18 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: Employment issues racially motivated

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 18, 2018, at 6:50 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Yes thank you

1

**From:** Berry, Kevin J.
**Sent:** Monday, June 18, 2018 6:48 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: Employment issues racially motivated

Good morning Constance, of course we can meet. Are you able to at 3pm today?

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 18, 2018, at 6:32 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Good Morning Mr. Berry,

If your schedule allows, I would like to meet with you regarding my employment at GGP. Your name was given to me as a reference, and I would like to talk to you, please. I look forward to meeting you.

Thank You

<image001.png>   Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908

<image003.png> <image004.png> <image005.png> <image006.png>

3

APT w / EVP HC+C

**Cooper, Constance**

| | |
|---|---|
| **From:** | Berry, Kevin J. |
| **Sent:** | Tuesday, June 19, 2018 6:32 AM |
| **To:** | Cooper, Constance |
| **Subject:** | Re: Employment issues racially motivated |

Ok, see you then. My office is in the HR area on the 4th floor.

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 19, 2018, at 6:26 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Yes, I can. Thank you

<image001.png>    Constance Cooper
                  Associate Accountant-A/P

                  350 N. Orleans Street
                  Suite 300
                  Chicago, Illinois 60654-1607
                  constance.cooper@generalgrowth.com
                  (O) 312.960.2908
                  www.ggp.com

<image003.png> <image004.png> <image005.png> <image006.png>

**From:** Berry, Kevin J.
**Sent:** Monday, June 18, 2018 5:18 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: Employment issues racially motivated

Hi Constance, can you meet at 11 tomorrow?

1

<image_005.png> <image004.png> <image005.png> <image006.png>

<image001.png>    Constance Cooper
                  Associate Accountant-A/P

                  350 N. Orleans Street
                  Suite 300
                  Chicago, Illinois 60654-1607
                  constance.cooper@generalgrowth.com
                  (O) 312.960.2908
                  www.ggp.com

**From:** Berry, Kevin J.
**Sent:** Monday, June 18, 2018 6:48 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: Employment issues racially motivated

Good morning Constance, of course we can meet. Are you able to at 3pm today?

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 18, 2018, at 6:32 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

Good Morning Mr. Berry,

If your schedule allows, I would like to meet with you regarding my employment at GGP. Your name was given to me as a reference, and I would like to talk to you, please. I look forward to meeting you.

Thank You

<image001.png>    Constance Cooper
                  Associate Accountant-A/P

3

MGC IATE ARRIVAL / NEVER CAME IN

**Cooper, Constance**

**From:** Peterson, Kortney M.
**Sent:** Tuesday, June 19, 2018 6:58 AM
**To:** Bell, Moneka L.; Magnus, Damon; Sengstock, Nancy; Cooper, Constance; Higgs, Penny
**Cc:** Dzeba, Stephen J
**Subject:** Late Arrival

Good Morning,

I will be in late this morning. If you have issues or concerns, please let Steve know.

Thank you.

////

Kortney Peterson
Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

Ex:
I'm harassed/retaliation against
if I did such
a thing

**Cooper, Constance**

| | |
|---|---|
| **From:** | Peterson, Kortney M. |
| **Sent:** | Tuesday, June 19, 2018 12:52 PM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Just returning from a meeting. Thanks |

Yes, I am aware; it was just a long chuck of time. Please notate your calendar next time as well.

Thank you.

Kortney Peterson
Manager, Accounting A/P

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**GGP**
350 N Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(P) 312.960.5161
www.ggp.com

**From:** Cooper, Constance
**Sent:** Tuesday, June 19, 2018 12:20 PM
**To:** Peterson, Kortney M.
**Subject:** RE: Just returning from a meeting. Thanks

Yes no problem. I took lunch from 10 -11 and my meeting was from 11-12.18. Thank you

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(P) 312.960.2908

1

*[handwritten notes:] LET MGR KNOW I WAS IN mtg W/ HR*

*IT WAS NOTATED*

*When I accept the invite*

*Harassment*



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com

(O) 312.960.2908



3

Cooper, Constance

*Customer Service*

**From:** Peterson, Kortney M.
**Sent:** Tuesday, June 19, 2018 1:34 PM
**To:** APSupport; Cooper, Constance
**Cc:** Bower, Tamra; Donohue, Kevin P; Georgieva, Angelina; vendormaintenance
**Subject:** FW: UPS INVOICE#00005V507Y028 1.13.18.pdf
**Attachments:** UPS INVOICE#00005V507Y507 12.16.17.pdf; UPS INVOICE#00005V507Y028 1.13.18.pdf; UPS INVOICE#00005V507Y497 12.9.17.pdf

APSupport,

Please upload the attached invoices into Alusta using RC# 2208+2004171. The hold on the supplier has been removed, please uncheck the payment block field.

Constance,

Once APSupport confirms the invoices are in the Alusta, please process the invoices and send to Tamra Bower for approval.

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Dzeba, Stephen J
**Sent:** Tuesday, June 19, 2018 1:21 PM
**To:** Peterson, Kortney M.
**Subject:** FW: UPS INVOICE#00005V507Y028 1.13.18.pdf

OK to remove hold on 2004171 in JDE. If Pat or Chris are uploading these invoices to Alusta today, have them remove payment block.

1

Thank you.

**Stephen J. Dzeba**
Director, Accounts Payable

GGP
350 N Orleans St
Suite 300 (MS 5-30)
Chicago, IL 60654-1607
Stephen.Dzeba@ggp.com
(O) 312.960.5215
www.ggp.com

**From:** Peterson, Kortney M.
**Sent:** Tuesday, June 19, 2018 1:11 PM
**To:** Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Cc:** Donohue, Kevin P <Kevin.Donohue@generalgrowth.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>; Bower, Tamra <Tamra.Bower@generalgrowth.com>; Georgieva, Angelina <Angelina.Georgieva@generalgrowth.com>
**Subject:** RE: UPS INVOICE#0000SV507Y028 1.13.18.pdf

Hi Steve,

The three attached bills for The Shops at Fallen Timbers should be paid per Kevin Donohue. The vendor is normally a PCARD ONLY vendor, so, all of the supplier numbers are all on hold.

Can you approve removing the hold temporarily on the highlighted supplier number below?

2

**Records 1 - 8**

| Address Number | Alpha Name | Description Compressed | Sch Typ | Tax ID |
|---|---|---|---|---|
| 2000733 | UNITED PARCEL SERVICE (UPS) | UNITEDPARCELSERVICEUPS | V | 3624( |
| 2000734 | UNITED PARCEL SERVICE (UPS) | UNITEDPARCELSERVICEUPS | V | 3624( |
| 2004171 | UNITED PARCEL SERVICE (UPS) | UNITEDPARCELSERVICEUPS | V | 3624( |
| 2027350 | UNITED PARCEL SERVICE (UPS) | UNITEDPARCELSERVICEUPS | V | 3624( |
| 2027351 | UNITED PARCEL SERVICE (UPS) | UNITEDPARCELSERVICEUPS | V | 3624( |
| 2086166 | UNITED PARCEL SERVICE (UPS) | UNITEDPARCELSERVICEUPS | V | 3624( |
| 2088052 | UNITED PARENTING PUBLICATIONS, INC | UNITEDPARENTINGPUBLICATIONSINC | V | 6220! |
| 2102492 | UNITED PARCEL SERVICE (UPS) | UNITEDPARCELSERVICEUPS | V | 3624( |

3

Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips.



**Return Portion**

Invoice Date          December 9, 2017
Invoice Number  00005V507Y497
Shipper Number 5V507Y

THE SHOPS AT FALLEN TIMBERS
LINDA L CARLS
3100 MAIN ST RM 1599
MAUMEE, OH 43537-7559

Amount due this period                          $ 7.

Amount enclosed

☐ If this billing address is incorrect, mark an "X" in this box and
make the appropriate changes above.

5V507Y 6 120917 07b4 1 00X0000733O 7

UPS
P.O.BOX 7247-0244
PHILADELPHIA, PA 19170-0001

Thank you.

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, June 19, 2018 12:28 PM

4

**To:** Donohue, Kevin P; Georgieva, Angelina
**Cc:** Peterson, Kortney M.
**Subject:** RE: UPS INVOICE#00005V507Y028 1.13.18.pdf

Kortney,

Since the UPS invoices were paid via pcard. I need a supplier # to pay these three invoices from. Please advise. thank you



Constance Cooper
Associate Accountant-AP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com



**From:** Donohue, Kevin P
**Sent:** Tuesday, June 19, 2018 9:45 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; Georgieva, Angelina <Angelina.Georgieva@generalgrowth.com>
**Cc:** Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** FW: UPS INVOICE#00005V507Y028 1.13.18.pdf

Charges were incurred during our ownership period.  Please process for payment.

Thanks,
Kevin

Kevin Donohue
Director, Property Accounting

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607

5

Kevin.Donohue@ggp.com
(O) 312.960.5524 (M) 312.402.3914
www.ggp.com

**From:** Cooper, Constance
**Sent:** Tuesday, June 19, 2018 7:27 AM
**To:** Georgieva, Angelina <Angelina.Georgieva@generalgrowth.com>; Donohue, Kevin P <Kevin.Donohue@generalgrowth.com>
**Cc:** Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** UPS INVOICE#0000SV507Y028 1.13.18.pdf

Good Morning,

Please see the attached invoice for The Shops at Fallen Timbers received at corporate. Please advise whether to process and pay or not. Thank you

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com

(O) 312.960.2908
www.ggp.com

6

**Cooper, Constance**

STEVE GETS KORTNEY A QUESTION ME

RE: MTG

| From: | Peterson, Kortney M. |
| Sent: | Tuesday, June 19, 2018 2:44 PM |
| To: | Cooper, Constance |
| Cc: | Berry, Kevin J.; Dzeba, Stephen J |
| Subject: | RE: Meeting |

Constance,

I came over asked and you **who** did you have a meeting since you didn't reference it in the email not **where** you were. You only replied Kevin, so I then asked which Kevin, Kevin Berry since you could have been speaking about Kevin Donohue or Kevin Jones. Also, I stated I only saw a half hour blocked off on your calendar when I noticed you'd been gone for over two hours. I see you were at lunch for the first hour and you said your meeting ran long. As a courtesy, please inform me beforehand when are you going to be away from your desk for a long period of time.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(T) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, June 19, 2018 2:21 PM
**To:** Peterson, Kortney M.
**Cc:** Berry, Kevin J.
**Subject:** Meeting

Kortney,

1

Just to recap. You ask where I was and I told you I was in a meeting via email. You just came and asked me personally and said nothing was on my calendar. I then told you I was in a meeting with Kevin and you said Kevin Berry and I said yes. Thank you



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908

CAPITAL INV

**Cooper, Constance**

| | |
|---|---|
| **From:** | APSupport |
| **Sent:** | Tuesday, June 19, 2018 3:36 PM |
| **To:** | Pollard, William D. (Willie) |
| **Cc:** | Schenck Kelly, Pamela J.; Alana.Hill@overheaddoordenver.com; APSupport; Cooper, Constance |
| **Subject:** | RE: Past Due Invoice from Overhead Door - PARKMEADM |

Thanks, Willie! YOU DA MAN!

**AP SUPPORT**

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654
AP.Support@ggp.com
www.ggp.com
(O) 312.960.5055

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Pollard, William D. (Willie)
**Sent:** Tuesday, June 19, 2018 3:32 PM
**To:** APSupport <apsupport@generalgrowth.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Schenck Kelly, Pamela J. <Pamela.SchenckKelly@generalgrowth.com>; Alana.Hill@overheaddoordenver.com
**Subject:** RE: Past Due Invoice from Overhead Door - PARKMEADM

Hi,
I will contact Alana. This is Capital and they have been told several times.

Willie Pollard
Park Meadows
SR. Operations Manager

8401 Park Meadows Center Drive
Lone Tree, Colorado 80124
william.pollard@ggp.com
(O) (720)420-7122

1

**From:** APSupport
**Sent:** Tuesday, June 19, 2018 2:06 PM
**To:** Cooper, Constance
**Cc:** APSupport; Pollard, William D. (Willie); Schenck Kelly, Pamela J.; Alana.Hill@overheaddoordenver.com
**Subject:** FW: Past Due Invoice from Overhead Door - PARKMEADM

Constance,

AP Support received the email below from Alana Hill at Overhead Door Company of Denver with regards to the pay status of the attached invoice. We see that the invoice is not in the system. If there is an issue with it, please reach out to Alana. If the invoice needs to be processed, we can scan it in for you – just let us know.

Thank you,



**AP SUPPORT**

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654
www.ggp.com
APSupport@ggp.com
(O) 312 960.5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Alana Hill <Alana.Hill@overheaddoordenver.com>
**Sent:** Monday, June 18, 2018 3:46 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** Past Due Invoice from Overhead Door - PARKMEADM

[EXTERNAL]

Good Afternoon,

www.ggp.com

2

\*\*\*HISTORICAL\*\*\*

**Overhead Door Company - Denver**
**3291 PEORIA STREET**
**AURORA, CO 80010**
PH: 303.366.4300    FAX: 303.360.5404

| Invoice | 1-35132117 |
|---------|------------|
| Date | 4/20/2018 |
| Page: | 1 |

# INVOICE

**Bill To:**

PARK MEADOWS MALL
8401 PARK MEADOWS CENTER DR

LONE TREE, CO    80124

**Job Location**

PARK MEADOWS MALL
8401 PARK MEADOWS CENTER DR
TRASH COMPACTOR DOOR
LONE TREE CO    80124

COMMENTS:    REMOVED EXISTING DOOR & INSTALLED
2-610 SERIES 15'3"X14' ROLLING STEELDOORS
W/2-RSX 1/2HP 3PH OPERATORS W/BRAKES

| Purchase Order No. | | Customer ID | Salesperson ID | Shipping Method | Terms | Req Serv Date | | WO # |
|---|---|---|---|---|---|---|---|---|
| 209349 | | PARKMEADM | HOUSE | OUR TRUCK | Net 30 | 4/20/2018 | | 1-33137627 |
| Quantity | UOM | Item Number | | Description | | | Unit Price | Ext Price |
| 1 | EACH | S994410A-31 | | 610 SERIES 15'3"X14' ROLLING STEEL DOOR | | | | |
| 1 | EACH | S994410B-31 | | 610 SERIES 15'3X14 ROLLING STEEL DOOR | | | | |
| 2 | EACH | O994410-31 | | RSX 1/2HP 3PH OPERATOR W/BRAKE | | | | |
| 3.00 | EACH | MISC31 | | 4X6X3/10"X24' TUBES | | | | |
| 8.00 | HOUR | CS2MAN | | LABOR 2-MAN 04-18-2018 | | | | |
| 8.00 | HOUR | CS2MAN | | LABOR 2-MAN 04-19-2018 | | | | |
| 8.00 | HOUR | CS2MAN | | LABOR 2-MAN 04-20-2018 | | | | |
| 1.00 | EACH | . | | | | | | |

**TERMS**

PAYMENT OF THIS BILL IS DUE WITHIN 30 DAYS OF DATE OF
INVOICE, INTEREST TO ACCRUE AT THE RATE OF 1 1/2% PER
MO. (18% PER ANNUM.) ON THE UNPAID PRINCIPLE
BALANCE. UPON DEFAULT OF PAYMENT AS PROVIDED
ABOVE, CUSTOMER AGREES TO PAY COSTS OF COLLECTION,
INCLUDING REASONABLE ATTORNEY FEES.

**COMMENTS:**

An invoice is being sent to you as a record
of this transaction. If you have already
made payment, we thank you. If you have
not made payment, we ask that you remit
your payment promptly.

| | |
|---|---|
| Subtotal | $22,426.86 |
| Misc | $0.00 |
| Tax | $318.14 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $22,745.00 |

**Cooper, Constance**

| | |
|---|---|
| **From:** | APSupport |
| **Sent:** | Tuesday, June 19, 2018 3:06 PM |
| **To:** | Cooper, Constance |
| **Cc:** | APSupport; Pollard, William D. (Willie); Schenck Kelly, Pamela J.; Alana.Hill@overheaddoordenver.com |
| **Subject:** | FW: Past Due Invoice from Overhead Door - PARKMEADM |
| **Attachments:** | SKMBT_C28018061814430.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Constance,

AP Support received the email below from Alana Hill at Overhead Door Company of Denver with regards to the pay status of the attached invoice. We see that the invoice is not in the system. If there is an issue with it, please reach out to Alana. If the invoice needs to be processed, we can scan it in for you – just let us know.

Thank you,

AP SUPPORT

GGP
350 N Orleans Street
Suite 300
Chicago, Illinois 60654
www.ggp.com
APSupport@ggp.com
(O) 312 960 5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Alana Hill <Alana.Hill@overheaddoordenver.com>
**Sent:** Monday, June 18, 2018 3:46 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** Past Due Invoice from Overhead Door - PARKMEADM

[EXTERNAL]

1

Good Afternoon,

Can you please let me know when this invoice will be paid?

Thank you,

Alana

Alana Hill
Overhead Door Company of Denver, Inc.
3291 Peoria Street
Aurora, CO 80010
Direct: 303-829-8683
Fax: 303-360-5404
www.OverheadDoorDenver.com

RECAP SENT to EVP HRVC

## Cooper, Constance

**From:** Peterson, Kortney M
**Sent:** Wednesday, June 20, 2018 6:59 AM
**To:** Cooper, Constance
**Cc:** Berry, Kevin J.; Dzeba, Stephen J
**Subject:** Re: Meeting

////

OK. For the record both of my parents are African American so not sure what you are trying imply. I'm done with this unnecessary back forth. No need to respond.

*SUPERVISOR FOR 3 months RETAIL A/POI HARASSMENT*

Thank you.

Kortney Peterson
Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, June 20, 2018 6:47:40 AM
**To:** Peterson, Kortney M.
**Cc:** Berry, Kevin J.; Dzeba, Stephen J
**Subject:** RE: Meeting

For the record. I seen Stephen Dzeba go to the copier stop by your desk briefly and you immediately got up and came over to my desk to ask who; you are correct was I meeting with. I then said Kevin and your immediate response was Berry. Thank You

1

Also, I would like to note that since you have been welcomed in on this racial harassment and discrimination journey, I have noticed that Stephen Dzeba no longer come in around 6:15 am (not wanting to chance my approaching with questions) and your manager skills now mirrors Kathy Rogoz exactly. Oh, only toward me! Definitely.



**Constance Cooper**
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com

(O) 312.960.2908
www.ggp.com

**From:** Peterson, Kortney M.
**Sent:** Tuesday, June 19, 2018 2:44 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Berry, Kevin J. <Kevin.Berry@generalgrowth.com>; Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
**Subject:** RE: Meeting

Constance,

I came over asked and you **who** did you have a meeting since you didn't reference it in the email not **where** you were. You only replied Kevin, so I then asked which Kevin, Kevin Berry since you could have been speaking about Kevin Donohue or Kevin Jones. Also, I stated I only saw a half hour blocked off on your calendar when I noticed you'd been gone for over two hours. I see you were at lunch for the first hour and you said your meeting ran long. As a courtesy, please inform me beforehand when are you going to be away from your desk for a long period of time.

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**

350 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181

2

EVP Help RESPONSE 73

RECAP

**Cooper, Constance**

From: Berry, Kevin J.
Sent: Wednesday, June 20, 2018 7:01 AM
To: Cooper, Constance
Cc: Peterson, Kortney M.; Dzeba, Stephen J.; Whitney, Stephanie; Skore, Jeffrey
Subject: Re: Meeting

Good morning everyone –

Let's discontinue the emails back and forth. It's not productive and beginning to tilt towards be Ng unprofessional.

I've asked Stephanie Whitney to change her plans and be in the office today to meet with each of you so we can work towards a resolution.

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 20, 2018, at 7:47 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

For the record. I seen Stephen Dzeba go to the copier stop by your desk briefly and you immediately got up and came over to my desk to ask who; you are correct was I meeting with. I then said Kevin and your immediate response was Berry. Thank You

Also, I would like to note that since you have been welcomed in on this racial harassment and discrimination journey, I have noticed that Stephen Dzeba no longer come in around 6:15 am (not wanting to chance my approaching with questions) and your manager skills now mirrors Kathy Rogoz exactly. Oh, only toward me! Definitely

<image001.png>

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com

(O) 312 960 2008
www.ggp.com

1

 &lt;image005.png&gt; &lt;image006.png&gt;

**From:** Peterson, Kortney M.
**Sent:** Tuesday, June 19, 2018 2:44 PM
**To:** Cooper, Constance &lt;Constance.Cooper@generalgrowth.com&gt;
**Cc:** Berry, Kevin J. &lt;Kevin.Berry@generalgrowth.com&gt;; Dzeba, Stephen J &lt;Stephen.Dzeba@generalgrowth.com&gt;
**Subject:** RE: Meeting

Constance,

I came over and you **who** did you have a meeting since you didn't reference it in the email not **where** you were. You only replied Kevin, so I then asked which Kevin, Kevin Berry since you could have been speaking about Kevin Donohue or Kevin Jones. Also, I stated I only saw a half hour blocked off on your calendar when I noticed you'd been gone for over two hours. I see you were at lunch for the first hour and you said your meeting ran long. As a courtesy, please inform me beforehand when are going to be away from your desk for a long period of time.

Thank you.

////

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5131
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, June 19, 2018 2:21 PM
**To:** Peterson, Kortney M.
**Cc:** Berry, Kevin J.
**Subject:** Meeting

Kortney,

Just to recap. You ask where I was and I told you I was in a meeting via email. You just came and asked me personally and said nothing was on my calendar. I then told you I was in a meeting with Kevin and you said Kevin Berry and I said yes. Thank you

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, June 20, 2018 7:00 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | Tuesday Doctor Appointment |

Good Morning Kortney,

I have up and coming appointments on 6/26, 7/10, 7/17, 7/24, 7/31 and 8/7. All are scheduled for 4:45 so I will need to leave at 3:30pm on these days. I will mark my calendar. I also have an appointment on 7/3/18 but since this is a company early dismissal I do not have to put on calendar. Thank you.

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@centerialgrowth.com
www.ggp.com
(O) 312 960 2908

*DK  APTS*

*ONCE I WAS Scheduled
I INFORMED Supervisor*

*HISTORY medical
PART of HIPAA ammen t*

*ASKED TO DISCONTINUE*
*EMAIL COMMUNICATION*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Berry, Kevin J. |
| **Sent:** | Wednesday, June 20, 2018 7:01 AM |
| **To:** | Cooper, Constance |
| **Cc:** | Peterson, Kortney M.; Dzeba, Stephen J; Whitney, Stephanie; Skore, Jeffrey |
| **Subject:** | Re: Meeting |

*By EVP of Health Human Comm*

Good morning everyone –

Let's discontinue the emails back and forth. It's not productive and beginning to tilt towards being unprofessional.

I've asked Stephanie Whitney to change her plans and be in the office today to meet with each of you so we can work towards a resolution.

Kevin Berry
EVP Human Resources & Communications
GGP
O (312) 960-5529
M (708) 308-5999

On Jun 20, 2018, at 7:47 AM, Cooper, Constance <Constance.Cooper@generalgrowth.com> wrote:

For the record, I seen Stephen Dzeba go to the copier stop by your desk briefly and you immediately got up and came over to my desk to ask who, you are correct was I meeting with, I then said Kevin and your immediate response was Berry. Thank You

Also, I would like to note that since you have been welcomed in on this racial harassment and discrimination journey, I have noticed that Stephen Dzeba no longer come in around 6:15 am (not wanting to chance my approaching with questions) and your manager skills now mirrors Kathy Rogoz exactly. Oh, only toward me! Definitely

<image001.png>

Constance Cooper
Associate Accountant-AVP

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com

(0) 312.960.2908
www.ggp.com

1

 &lt;image005.png&gt; &lt;image006.png&gt;

**From:** Peterson, Kortney M.
**Sent:** Tuesday, June 19, 2018 2:44 PM
**To:** Cooper, Constance &lt;Constance.Cooper@generalgrowth.com&gt;
**Cc:** Berry, Kevin J. &lt;Kevin.Berry@generalgrowth.com&gt;; Dzeba, Stephen J &lt;Stephen.Dzeba@generalgrowth.com&gt;
**Subject:** RE: Meeting

Constance,

I came over asked and you **who** did you have a meeting since you didn't reference it in the email not **where** you were. You only replied Kevin, so I then asked which Kevin, Kevin Berry since you could have been speaking about Kevin Donohue or Kevin Jones. Also, I stated I only saw a half hour blocked off on your calendar when I noticed you'd been gone for over two hours. I see you were at lunch for the first hour and you said your meeting ran long. As a courtesy, please inform me beforehand when are going to be away from your desk for a long period of time.

Thank you.

///)

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Tuesday, June 19, 2018 2:21 PM
**To:** Peterson, Kortney M.
**Cc:** Berry, Kevin J.
**Subject:** Meeting

Kortney,

2

*CUSTOMER SERVICE*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, June 20, 2018 8:04 AM |
| **To:** | GKennedy@iafire.com |
| **Cc:** | Fritz, Tim; Tennison, Randy L.; APSupport |
| **Subject:** | RE: IOWA FIRE EQUIPMENT COMPANY 2672641 |

Good Morning,

Invoice 303732 date 6/4/18 for $554.91 bill to: Baybrook Lifestyles Center and the ship to: Jordan Creek Town Center. I cannot process this bill due to two separate entities addressed on one bill. The bill to and ship to should be the same. Please submit to me a revised bill and I will have the bill entered and process a.s.a.p. Thank you



*STATEMENT VS. INVOICE*



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

| | |
|---|---|
| **From:** | APSupport |
| **Sent:** | Wednesday, June 13, 2018 11:03 AM |
| **To:** | Cooper, Constance <Constance.Cooper@generalgrowth.com> |
| **Cc:** | APSupport <apsupport@generalgrowth.com>; Fritz, Tim <Tim.Fritz@generalgrowth.com>; Tennison, Randy L. <Randy.Tennison@generalgrowth.com>; GKennedy@iafire.com |
| **Subject:** | FW: IOWA FIRE EQUIPMENT COMPANY 2672641 |

Good morning, Constance

1

AP Support received the email below from Grace Kennedy at Iowa Fire Equipment Company (2672641) with regards to invoice # 303732 in the attached statement. We see that it was removed in Alusta per the attached invoice.

Please reach out to the vendor if this has not been resolved yet.

## AP SUPPORT

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654
APSupport@ggp.com
www.ggp.com
(O) 312.960.5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Grace Kennedy <GKennedy@iafire.com>
**Sent:** Tuesday, June 12, 2018 12:03 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** IOWA FIRE EQUIPMENT COMPANY

[EXTERNAL]
Thank you,
Grace Kennedy
H.R. & Office Manager, Corp. Secretary
Iowa Fire Equipment Company
2800 Delaware Avenue
Des Moines, IA 50317
Ph. 515-265-8030 EXT 111
Fax. 515-265-7649
gkennedy@iafire.com



**IOWA FIRE**
EQUIPMENT CO.

Confidentiality Notice: This email message, including any attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may be legally privileged for the sole use of intended recipient(s) and may contain

2

confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

3

**STATEMENT**


## Iowa Fire Equipment Company

2800 DELAWARE AVENUE
DES MOINES, IA 50317
Phone: 515-265-8030  Fax: 515-265-7649

| Date | 06/12/2018 |
|------|------------|
| Page | 1 |

| To: 14691 | JORDAN CREEK TOWN CENTER<br>SUITE 12518<br>JORDAN CREEK TOWN CENTER |
|-----------|------------------------------|

| Date | Invoice | Due Date | Amount | Pymt Dte | Pymt Amount | Tp | Balance |
|------|---------|----------|--------|----------|-------------|-----|---------|
| 06/04/18 | 303732 | 06/14/18 | 554.91 | | | | 554.91 |

*WE ACCEPT MC & VISA + 3.5% CONVIENCE FEE*

| Current | 31-44 Days | 45-60 Days | 61-90 Days | 91-Ovr Days | Total Due |
|---------|-----------|-----------|-----------|-------------|-----------|
| 554.91 | .00 | .00 | .00 | .00 | 554.91 |

Customer Copy

## Invoice data

| | |
|---|---|
| Organization Unit | 2014-Baybrook Lifestyle & Power Ctr |
| Invoice Type | Invoice |
| Organization Element Code | 2014 |
| Supplier Number | 2672641 |
| Supplier Name | IOWA FIRE EQUIPMENT COMPANY |
| Payee Address 1 | 2800 DELAWARE AVE |
| Payee Address 2 | DES MOINES IA 50317 |
| Payment Block | False |
| Payment Instrument | |
| Destination Code | 2014 |
| Invoice Date | 6/4/2018 |
| Invoice Number | 303732 |
| Invoice Sum | 554.91 |
| Tax | 31.41 |
| Due Date | 7/4/2018 |
| Original Due Date | 6/6/2018 |
| Check Comment | 14691 |
| Handling Code | |
| Handling Code Description | |
| Pay Status | A |
| Payment Term Code | N30 |
| Payment Term Name | Net 30 Days |
| Invoice Type Code | PV |
| Scan Service ID | 1098GGP2424 |
| Scan Date | 6/4/2018 |
| Source System | ScanOne |
| Entry Date | 6/6/2018 |
| Base Line Date | 6/4/2018 |
| GL Date | 6/4/2018 |
| JDE Doc Number | |
| Payment Date | |
| Payment Number | |
| Delivery Notes | |
| Release Batch ID | |
| Tax Sum 2 | 0.00 |
| Dispute Reason | |
| Supplier ID | c20087bb11e54dccb1daa7790033825b |
| Payment message | |
| Payment Plan Reference | |
| Disputed | 0 |
| Dispute Count | 0 |
| Dispute Date | |
| Supplier IBAN | 2672641 |
| Scan Report Comment | |
| Scan Report Code | |

| | |
|---|---|
| Prebooked | 0 |
| Purchase order numbers | |
| Payment Method | |
| Cash Date | 6/4/2018 |
| Cash Percent | 0.00 |
| Cash Sum | 0.00 |
| Net Total (Company) | 523.50 |
| Net Total | 523.50 |
| Gross Total (Company) | 554.91 |
| Exchange Rate (Company) | 1.00000000 |
| Reference Number | |
| Currency Code | USD |
| Exchange Rate Base Date | 6/4/2018 |
| Payment Reversal Document | |
| Payment Amount | 0.00 |

**INVOICE**

Please remit to:
Iowa Fire Equipment Company
2800 Delaware Avenue
Des Moines, IA 50317

 **Iowa Fire Equipment Company**

Phone: 515-265-8030
Fax: 515-265-7649
email: billing@iafire.com

| | | |
|---|---|---|
| Number | 303732 |
| Date | 06/04/2018 |
| Page | 1 |

| Bill To: 14691 | BAYBROOK LIFESTYLES CENTER RC#2014+2081001 P.O. BOX 5060 PROTLAND, OR 97208-5060 | Ship To: 001 | JORDAN CREEK TOWN CENTER SUITE 12518 WEST DES MOINES, IA 50266 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| LOWELL | 05/31/18 | MDR MARK D RIC | NET 10 | IADALWES | D57242 | 01 | PREPAID | NONE |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| 10914 | 5LB ABC 3A:40B:C W/WALL H | 10 | 10 | 0 | EA | 48.75 | EA | 487.50 |
| TRUCK CHARGE | FIRE EXT. SERVICE | 1 | 1 | 0 | EA | 36.00 | EA | 36.00 |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 523.50 | .00 | | 31.41 | .00 | 554.91 |

WE ACCEPT MC & VISA + 3.5% CONVENIENCE FEE

Customer Copy

History

| Time | User name | Action | Comment |
|------|-----------|--------|---------|
| 6/7/2018 7:59:07 AM | Wodarski S Chris | Invoice removed | REMOVE PERR COMMENT |
| 6/6/2018 3:28:40 PM | System | Send to process task canceled | |
| 6/6/2018 3:28:40 PM | Cooper Constance | Process canceled | CANCEL BILL TO/SHIP TO TWO DIFFERENT MALLS...............REVISED INVOICE REQUESTED...THANK YOU |
| 6/6/2018 1:11:17 PM | Cooper Constance | Invoice saved | |
| 6/6/2018 1:11:08 PM | Cooper Constance | Comment added | sent invoice to Laura, this invoice ref. two malls I am unable to process asked for a revised invoice and to have the RC# corrected.....thanks |
| 6/6/2018 5:51:39 AM | System | Invoice automatically coded | |
| 6/6/2018 5:51:39 AM | System | Send to process task created | |
| 6/6/2018 5:51:39 AM | System | Automatic Coding task created | |
| 6/6/2018 5:51:39 AM | System | Validation succeeded | |
| 6/6/2018 5:51:38 AM | System | Validate task created | |
| 6/6/2018 5:51:38 AM | System | Validation started | |
| 6/6/2018 5:51:37 AM | System | Initial task created | |
| 6/6/2018 5:51:37 AM | System | Invoice sent to validation | |
| 6/6/2018 5:51:37 AM | System | Invoice imported | |

MGK Call Off

**Cooper, Constance**

**From:** Peterson, Kortney M.
**Sent:** Wednesday, June 27, 2018 8:41 AM
**To:** Higgs, Penny; Magnus, Damon; Sengstock, Nancy; Cooper, Constance; Bell, Moneka L.
**Subject:** Re: OOO

///

Thank you.

I will be in this afternoon.

Good Morning,

Kortney Peterson
Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

Ex. N: I can not do without being Harrassed

**From:** Peterson, Kortney M.
**Sent:** Tuesday, June 26, 2018 6:54:48 AM
**To:** Higgs, Penny; Magnus, Damon; Sengstock, Nancy; Cooper, Constance; Bell, Moneka L.
**Cc:** Dzeba, Stephen J
**Subject:** OOO

Good Morning,

I won't be in the office today. Please direct all questions or concerns to Steve.

Thank you.

1

Kortney Peterson
Manager, Accounting A/P
GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

**Cooper, Constance**

ASK for Clarification on Instruction
Recd from MGK

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Wednesday, June 27, 2018 10:05 AM |
| **To:** | Peterson, Kortney M. |
| **Subject:** | RE: GGP - RE: W-9 Request |

Oh okay. Thank you





Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

**From:** Peterson, Kortney M.
**Sent:** Wednesday, June 27, 2018 10:04 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** Re: GGP - RE: W-9 Request

Hi Constance,

Who's who refers to the owners name.

Thank you.

////

Kortney Peterson
Manager, Accounting A/P

1

GGP
350 N. Orleans St., Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com
WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Cooper, Constance
**Sent:** Wednesday, June 27, 2018 9:46:07 AM
**To:** Peterson, Kortney M.
**Subject:** RE: GGP - RE: W-9 Request

Hi Kortney,

I am working on the SMF that you ask me to submit for a vendor change and I am unclear to the direction of add Who's Who of MPC LTD, Inc. Please explain what you are instructing me to do and where this should be added on the SMF? Thank you

////

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

------Original Message------
From: Peterson, Kortney M.
Sent: Monday, June 25, 2018 3:42 PM

2

To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: FW: GGP - RE: W-9 Request

Hi Constance,

Please complete the SMF using the info below and submit a vendor change request to update the vendor.

2376191 - change Alpha Name to MANPOWER OF NEW MEXICO and Mailing Name to MANPOWER; add Who's Who of MPC LTD, INC.

Thank you.

////

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: Dzeba, Stephen J
Sent: Monday, June 25, 2018 3:32 PM
To: Peterson, Kortney M.
Subject: FW: GGP - RE: W-9 Request

2664567 - no need to TIN match again; change Alpha Name to MANPOWER (MLPC OF SPOKANE LLC)

2376191 - have Associate submit SMF for new address; change Alpha Name to MANPOWER OF NEW MEXICO and Mailing Name to MANPOWER; add Who's Who of MPC LTD, INC.

////

Stephen J. Dzeba

3

Director, Accounts Payable

GGP
350 N Orleans St
Suite 300 (MS 5-30)
Chicago, IL 60654-1607
Stephen.Dzeba@ggp.com
(O) 312.960.5215
www.ggp.com

-----Original Message-----
From: Peterson, Kortney M.
Sent: Monday, June 25, 2018 10:54 AM
To: Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
Subject: FW: GGP - RE: W-9 Request

It looks like the different TIN are right.

Thank you.

////

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: AR Group [mailto:ARGroup@manpower-sd.com]
Sent: Monday, June 25, 2018 10:52 AM
To: Mission Valley; Peterson, Kortney M.
Cc: AR Group
Subject: GGP - RE: W-9 Request

4

[EXTERNAL]

Hi Kortney,

Please see attached for our Albuquerque (your invoice 8017022 and Spokane (your invoice 1119283)locations. Payments go to the same remit lockbox mentioned on the invoice.

Thanks,

Dwayne Anderson
Accounts Receivables Manager
Manpower West
Serving the areas of San Diego, CA, Temecula, CA, Albuquerque, NM, Spokane, WA and Las Vegas, NV argroup@manpower-sd.com danderson@manpower-sd.com

-----Original Message-----
From: Mission Valley
Sent: Friday, June 22, 2018 11:17 AM
To: Dwayne Anderson
Cc: Karen Whetsel; Joseph Phillis
Subject: FW: W-9 Request

Thank you,

-Esmeralda

Esmeralda Flores
Manpower San Diego
Receptionist/Staffing Assistant
1855 First Ave, Suite 101
San Diego, CA 92101

downtown@manpower-sd.com
' 619.241.4300

7 619.236.8662

-----Original Message-----
From: Peterson, Kortney M. [mailto:Kortney.Peterson@generalgrowth.com]
Sent: Friday, June 22, 2018 10:41 AM
To: ARSDGroup; Mission Valley
Subject: W-9 Request

Our company has multiple accounts with your company. I noticed the FED ID# on the two attached invoice are different.

Can you please provide us with a W-9 to confirm the correct TIN?

Thank you.

////

Kortney Peterson
Manager, Accounting A/P

GGP
350 N. Orleans St.
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

-----Original Message-----
From: 5N51C@GGP.COM [mailto:5N51C@GGP.COM]
Sent: Friday, June 22, 2018 12:27 AM
To: Peterson, Kortney M.
Subject: Message from "RNP002673E82E00"

This E-mail was sent from "RNP002673E82E00" (MP C6004ex).

Scan Date: 06.22.2018 12:27:04 (+0700)
Queries to: 5N51C@GGP.COM



6

This communication is for discussion/negotiation purposes only and does not create a binding agreement or obligation to enter into or modify a binding agreement. This message and its contents may contain confidential or privileged information. If you received it in error, the copying, use or distribution of the information or materials in the message is strictly prohibited. Please inform the sender by email and then delete the original message.

7

**Cooper, Constance**

FILES IN SYSTEM Changed
By Anuthee
USER

| | |
|---|---|
| **From:** | Wesolowski, Scott M. |
| **Sent:** | Monday, July 2, 2018 3:55 PM |
| **To:** | Cooper, Constance |
| **Cc:** | Hardin, Sterling |
| **Subject:** | 605 N Michigan - Security Invoice paid to wrong vender. |
| **Attachments:** | Andy Frain Inv (pd to Republic Services).pdf |

Please find the attached Andy Frain invoice. It was processed and paid to Republic Service instead of Andy Frain.

Scott Wesolowski
SR Property Accountant

**GGP**
350 N. Orleans
Suite 300
Chicago, Illinois 60606
scott.wesolowski@ggp.com
(O) 312-960-5175

*Handwritten annotations:*

This Supplier has a Template Invoice!! with System Invoice
have NEVER made this MISTAKE SINCE this is a monthly Bill with a Template! I Always Check Vendor #, Address), $ Amounth And Date Always

They had begun to make my work look sloppy hours I was not Thr as Shown on Example. I SABOTAGE

## Invoice data

| | |
|---|---|
| Organization Unit | 2343-605 North Michigan Avenue |
| Invoice Type | Invoice |
| Organization Element Code | 2343 |
| Supplier Number | 2286817 |
| Supplier Name | REPUBLIC WASTE SERVICES |
| Payee Address 1 | PO BOX 9001154 |
| Payee Address 2 | LOUISVILLE KY 40290 |
| Payment Block | False |
| Payment Instrument | |
| Destination Code | 2343 |
| Invoice Date | 5/16/2018 |
| Invoice Number | 255945 |
| Invoice Sum | 590.58 |
| Tax | 0.00 |
| Due Date | 6/28/2018 |
| Original Due Date | 5/31/2018 |
| Check Comment | C28120 |
| Handling Code | |
| Handling Code Description | |
| Pay Status | P |
| Payment Term Code | N30 |
| Payment Term Name | Net 30 Days |
| Invoice Type Code | PV |
| Scan Service ID | 1098VOL2420 |
| Scan Date | 5/29/2018 |
| Source System | ScanOne |
| Entry Date | 5/31/2018 |
| Base Line Date | 5/29/2018 |
| GL Date | 6/27/2018 |
| Exchange Rate Base Date | 5/16/2018 |
| Currency Code | USD |
| Reference Number | |
| Exchange Rate (Company) | 1.00000000 |
| Gross Total (Company) | 590.58 |
| Net Total | 590.58 |
| Net Total (Company) | 590.58 |
| Cash Sum | 0.00 |
| Cash Percent | 0.00 |
| Cash Date | 5/29/2018 |
| Payment Plan Reference | |
| Purchase order numbers | |
| Prebooked | 0 |
| Scan Report Comment | |
| Supplier IBAN | 2286817 |
| Scan Report Code | |

*(handwritten annotations:)* WASTE REMOVAL

*Not SECURITY AS EXPLANATION ON Following Sheet*

*Cont'*

| | |
|---|---|
| Check Comment | |
| Tax Sum 2 | 0.00 |
| Payment Date | 6/28/2018 |
| Disputed | 0 |
| Release Batch ID | 289b5f440a2c465d95cfb8908eff3f51 |
| Dispute Reason | |
| Payment Method | |
| Payment Number | 23430335 |
| JDE Doc Number | 5470429 |
| Dispute Date | |
| Company code | 2343 |
| Dispute Count | 0 |
| Payment Reversal Document | |
| Payment Amount | 0.00 |
| Supplier ID | 136a80307f5344ba99a7a631001e5e61 |
| Delivery Notes | |

cont'



**Coding rows**

| Parent Company | GL Company | Account Number | Account Description | Amount | Sub-Ledger Type | Sub-Ledger Code | Sub-Ledger Code X | Sub-ledger Desc | JDE Explanation-Remark | % | L account | Last Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02343 | | 2343.51005.100 | Securty Cntrct Srvs Int | 590.58 | | | | | 5/10-5/16/18-security srvc | | | |

## History

| Time | User name | Action | Comment |
|---|---|---|---|
| 6/29/2018 4:33:33 PM | System | Payment information updated | Payment Response Received |
| 6/28/2018 4:33:26 AM | System | Invoice saved | Transfer Response Received |
| 6/28/2018 4:33:26 AM | System | Final task created | |
| 6/28/2018 4:33:25 AM | System | Transfer completed | |
| 6/27/2018 10:31:04 PM | Dzeba J Stephen | Transfer started | |
| 6/27/2018 9:46:12 PM | System | Transfer task created | |
| 6/27/2018 9:46:12 PM | Feldman C Mitchell | Invoice approved | |
| 6/25/2018 5:22:59 PM | System | Approval task created to user Feldman C Mitchell | |
| 6/25/2018 5:22:59 PM | Hardin F Sterling | Invoice conditionally approved | |
| 6/5/2018 4:56:28 PM | System | Approval task created to user Hardin F Sterling | |
| 6/5/2018 4:56:28 PM | Cooper Constance | Invoice sent to process | |
| 6/5/2018 4:56:25 PM | Cooper Constance | Invoice saved | |
| 5/31/2018 1:51:56 PM | System | Invoice automatically coded | |
| 5/31/2018 1:51:56 PM | System | Send to process task created | |
| 5/31/2018 1:51:55 PM | System | Automatic Coding task created | |
| 5/31/2018 1:51:55 PM | System | Validation succeeded | |
| 5/31/2018 1:51:55 PM | System | Validate task created | |
| 5/31/2018 1:51:55 PM | System | Validation started | |
| 5/31/2018 1:51:54 PM | System | Initial task created | |
| 5/31/2018 1:51:54 PM | System | Invoice sent to validation | |
| 5/31/2018 1:51:54 PM | System | Invoice imported | |





I Le~~FT~~ work at 4:00pm

**ANDY FRAIN**
SERVICES®

*[handwritten: wrong Name]*

*[handwritten: RC: 2343 + 2286817]*

*[handwritten: has template]*

RC #2343+2556949

Andy Frain Services, Inc.
761 Shoreline Drive
Aurora, IL 60504
Phone: 630-820-3820
Fax: 630-820-3819
Tax ID No. 36-4226069

| | |
|---|---|
| **Invoice Number:** | 255945 |
| **Invoice Date:** | 05/16/18 |
| **Page:** | 1 |

**Invoice To:**
Water Tower Place
Mitchell Feldman
845 N. Michigan Avenue
Suite 987W
Chicago, IL 60611

**Location:**
Water Tower Place - 605 N. Michigan A
RC #2343+2556949
845 N. Michigan Avenue
Suite 987W
Chicago, IL 60611

**Customer ID** C28120
**P.O. Number**

**Due Date** 06/15/18
**Terms** Net 30
**Representative**

*Please make checks payable to Andy Frain Services.*
*Send payment to Andy Frain Services, Inc., 761 Shoreline Dr, Aurora IL 60504.*

| Services / Description | Quantity | Work Type | Rate | Amount |
|---|---|---|---|---|
| Security Services 05/10/18 - 05/16/18 | | | | |
| Supervisor | 10 | Regular Hours | 27.59 | 275.90 |
| Supervisor | | Regular Hours | | |
| Supervisor | 4 | Regular Hours | 20.29 | 81.16 |
| Officer | | Regular Hours | | |
| Officer | 14 | Regular Hours | 16.68 | 233.52 |

*[handwritten: EXPLANATION]*

*[handwritten: INVOICE IS FOR Security]*

| | | | |
|---|---|---|---|
| **Amount Subject to Sales Tax** 0.00 | **Amount Exempt from Sales Tax** 590.58 | **Subtotal:** | 590.58 |
| | | **Invoice Discount:** | 0.00 |
| | | **Total Sales Tax:** | 0.00 |
| | | **Total:** | 590.58 |

**605 N Michigan Ave**
05/10/18 - 05/16/18

| Position | Wage Rate | Bill Rate | Weekly Hours | Cost |
|---|---|---|---|---|
| **Command Staff:** | | | | |
| Security Director | $44.77 | $62.23 | | $0.00 |
| Asst. Director | $24.04 | $33.42 | | $0.00 |
| Supervisor | $19.85 | $27.59 | 10 | $275.90 |
| Supervisor | $16.00 | $22.24 | | $0.00 |
| Supervisor | $14.60 | $20.29 | 4 | $81.16 |
| **Command Weekly Hours:** | | | 14 | $357.06 |
| | | | | |
| **Security Officers:** | | | | |
| Officer | $12.50 | $17.38 | | $0.00 |
| Officer | $12.00 | $16.68 | 14 | $233.52 |
| **Officer Weekly Hours:** | | | 14 | $233.52 |
| | | | | |
| **Off Duty Police Staffing:** | | | | |
| Off Duty Police | | $0.00 | | $0.00 |
| Off Duty Police | | $0.00 | | $0.00 |
| **Police Weekly Hours:** | | | 0 | $0.00 |
| | | | | |
| **Total Weekly Contract Labor Hours:** | | | 28 | $590.58 |

Cont'



| Monday, Jun 4 | | Tuesday, Jun 5 | | Wednesday, Jun 6 | | Thursday, Jun 7 | | Friday, Jun 8 | |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | Actual | Schedule | Actual | Schedule | Actual | Schedule | Actual | Schedule | Actual |
| Assoc Accountant - A-P | A... | Assoc Accountant - A-P - A... | | Assoc Accountant - A-P - A... | | Assoc Accountant - A-P - A... | | Assoc Accountant - A-P - A... | |
| 9:00 AM | 7:00 AM | 9:00 AM | 6:59 AM | 9:00 AM | 6:59 AM | 9:00 AM | 6:59 AM | 9:00 AM | 6:59 AM |
| | 8:53 AM | | 10:32 AM | | 11:05 AM | | 10:31 AM | 5:00 PM | 12:59 PM |
| | 9:50 AM | | 10:58 AM | | 11:53 AM | | 11:58 AM | | |
| 5:00 PM | 4:00 PM | 5:00 PM | 3:29 PM | 5:00 PM | 4:05 PM | 5:00 PM | 3:59 PM | | |
| Total | | Total | | Total | | Total | | Total | |
| 8.00h | 8.05h | 8.00h | 8.07h | 8.00h | 8.30h | 8.00h | 7.55h | 8.00h | 6.00h |
| Enter Comment Here | | Enter Comment Here | | Enter Comment Here | | Enter Comment Here | | Enter Comment Here | |

| Pay Adjustment | |
|---|---|
| Other Hrs | 2.00 |

*My Time sheet Showing Time I Clocked out.*

*SAME INV DIFFERENT process TIME*

## History

| Time | User name | Action | Comment |
|------|-----------|--------|---------|
| 6/29/2018 8:33:33 AM | System | Payment information updated | Payment Response Received |
| 6/27/2018 8:33:26 PM | System | Invoice saved | Transfer Response Received |
| 6/27/2018 8:33:26 PM | System | Final task created | |
| 6/27/2018 8:33:25 PM | System | Transfer completed | |
| 6/27/2018 2:31:04 PM | Dzeba J Stephen | Transfer started | |
| 6/27/2018 1:46:12 PM | System | Transfer task created | |
| 6/27/2018 1:46:12 PM | Feldman C Mitchell | Invoice approved | |
| 6/25/2018 9:22:59 AM | System | Approval task created to user Feldman C Mitchell | |
| 6/25/2018 9:22:59 AM | Hardin F Sterling | Invoice conditionally approved | |
| 6/5/2018 8:56:28 AM | System | Approval task created to user Hardin F Sterling | |
| 6/5/2018 8:56:28 AM | Cooper Constance | Invoice sent to process | |
| 6/5/2018 8:56:25 AM | Cooper Constance | Invoice saved | |
| 5/31/2018 5:51:56 AM | System | Invoice automatically coded | |
| 5/31/2018 5:51:56 AM | System | Send to process task created | |
| 5/31/2018 5:51:55 AM | System | Automatic Coding task created | |
| 5/31/2018 5:51:55 AM | System | Validation succeeded | |
| 5/31/2018 5:51:55 AM | System | Validate task created | |
| 5/31/2018 5:51:55 AM | System | Validation started | |
| 5/31/2018 5:51:54 AM | System | Initial task created | |
| 5/31/2018 5:51:54 AM | System | Invoice sent to validation | |
| 5/31/2018 5:51:54 AM | System | Invoice imported | |

*The First Copy my ACCOUNTANT Forward TO ME AS Soon AS hE SEEN it, which was The same day This is FROM The NEXT day when the Time was CHANGED.*

*SABOTAGE*

*RetALIATION*

Coding rows



| Parent Company | GL Company | Account Number | Account Description | Amount | Sub-Ledger Type | Sub-Ledger Code | Sub-Ledger Code X | Sub-ledger Desc | JDE Explanation-Remark | % | Last Comment | L account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92343 | | 2343.51005.100 | Securty Cntrct Srvs Int | 590.58 | | | | | 5/10-5/16/18 security srvc | | | |

invoice data

| | |
|---|---|
| Organization Unit | 2343-605 North Michigan Avenue |
| Invoice Type | Invoice |
| Organization Element Code | 2343 |
| Supplier Number | 2286817 |
| Supplier Name | REPUBLIC WASTE SERVICES |
| Payee Address 1 | PO BOX 9001154 |
| Payee Address 2 | LOUISVILLE KY 40290 |
| Payment Block | False |
| Payment Instrument | |
| Destination Code | 2343 |
| Invoice Date | 5/16/2018 |
| Invoice Number | 255945 |
| Invoice Sum | 590.58 |
| Tax | 0.00 |
| Due Date | 6/28/2018 |
| Original Due Date | 5/31/2018 |
| Check Comment | C28120 |
| Handling Code | |
| Handling Code Description | |
| Pay Status | P |
| Payment Term Code | N30 |
| Payment Term Name | Net 30 Days |
| Invoice Type Code | PV |
| Scan Service ID | 1098VOL2420 |
| Scan Date | 5/29/2018 |
| Source System | ScanOne |
| Entry Date | 5/31/2018 |
| Base Line Date | 5/29/2018 |
| GL Date | 6/27/2018 |
| JDE Doc Number | 5470429 |
| Payment Date | 6/28/2018 |
| Payment Number | 23430335 |
| Release Batch ID | 289b5f440a2c465d95cfb8908eff3f51 |
| Tax Sum 2 | 0.00 |
| Dispute Reason | |
| Supplier ID | 136a80307f5344ba99a7a631001e5e61 |
| Payment message | |
| Payment Plan Reference | |
| Disputed | 0 |
| Dispute Count | 0 |
| Dispute Date | |
| Supplier IBAN | 2286817 |
| Scan Report Comment | |
| Scan Report Code | |
| Prebooked | 0 |

*I would have NEVER* (handwritten annotation)

| | |
|---|---|
| Purchase order numbers | |
| Payment Method | |
| Cash Date | 5/29/2018 |
| Delivery Notes | |
| Cash Sum | 0.00 |
| Net Total (Company) | 590.58 |
| Net Total | 590.58 |
| Gross Total (Company) | 590.58 |
| Exchange Rate (Company) | 1.00000000 |
| Reference Number | |
| Currency Code | USD |
| Exchange Rate Base Date | 5/16/2018 |
| Payment Reversal Document | |
| Payment Amount | 0.00 |
| Cash Percent | 0.00 |



RC #2343+2556949

RC: 2343 + 2286817

Andy Frain Services, Inc.
761 Shoreline Drive
Aurora, IL 60504
Phone: 630-820-3820
Fax: 630-820-3819
Tax ID No. 36-4226069

| | |
|---|---|
| Invoice Number: | 255945 |
| Invoice Date: | 05/16/18 |
| Page: | 1 |

**Invoice To:**
Water Tower Place
Mitchell Feldman
845 N. Michigan Avenue
Suite 987W
Chicago, IL 60611

**Location:**
Water Tower Place - 605 N. Michigan A
RC #2343+2556949
845 N. Michigan Avenue
Suite 987W
Chicago, IL 60611

**Customer ID** C28120
**P.O. Number**

**Due Date** 06/15/18
**Terms** Net 30
**Representative**

*Please make checks payable to Andy Frain Services.*
*Send payment to Andy Frain Services, Inc., 761 Shoreline Dr, Aurora IL 60504.*

| Services / Description | Quantity | Work Type | Rate | Amount |
|---|---|---|---|---|
| Security Services 05/10/18 - 05/16/18 | | | | |
| Supervisor | 10 | Regular Hours | 27.59 | 275.90 |
| Supervisor | | Regular Hours | | |
| Supervisor | 4 | Regular Hours | 20.29 | 81.16 |
| Officer | | Regular Hours | | |
| Officer | 14 | Regular Hours | 16.68 | 233.52 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | | |
|---|---|---|---|---|
| 0.00 | 590.58 | | Subtotal: | 590.58 |
| | | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax: | 0.00 |
| | | | **Total:** | **590.58** |

**605 N Michigan Ave**
05/10/18 - 05/16/18

| Position | Wage Rate | Bill Rate | Weekly Hours | Cost |
|---|---|---|---|---|
| **Command Staff:** | | | | |
| Security Director | $44.77 | $62.23 | | $0.00 |
| Asst. Director | $24.04 | $33.42 | | $0.00 |
| Supervisor | $19.85 | $27.59 | 10 | $275.90 |
| Supervisor | $16.00 | $22.24 | | $0.00 |
| Supervisor | $14.60 | $20.29 | 4 | $81.16 |
| **Command Weekly Hours:** | | | 14 | **$357.06** |
| | | | | |
| **Security Officers:** | | | | |
| Officer | $12.50 | $17.38 | | $0.00 |
| Officer | $12.00 | $16.68 | 14 | $233.52 |
| **Officer Weekly Hours:** | | | 14 | **$233.52** |
| | | | | |
| **Off Duty Police Staffing:** | | | | |
| Off Duty Police | | $0.00 | | $0.00 |
| Off Duty Police | | $0.00 | | $0.00 |
| **Police Weekly Hours:** | | | 0 | **$0.00** |
| | | | | |
| **Total Weekly Contract Labor Hours:** | | | 28 | **$590.58** |

Property 605NMA (2343) TEMPLATES

Check still has not Cleared as of 7/9/18





THIS IS HOW THE INVOICES COME INTO THE SYSTEM AND REPUBLIC IS NOT AN AUTOMATIC CODE, SINCE THERE IS NO TEMPLATE SET UP FOR THIS SUPPLIER



**THIS IS HOW ANDY FRAIN INVOICES COME INTO THE SYSTEM**





| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/16/2017 | mid term cancellation - reconcile the work performed versus the payments made necessary due to seasonal nature of work and custom visit schedule requires more visits doing growing season versus the non-growing season | | | |
| 12/16/2017 | mid term cancellation - the active term of the contract was during the growing season and the cancelled portion of the term was mostly during the non growing season and due to the pro rated payments, a reconciliation of work completed versus payments made is required to balance | | | |
| 12/16/2017 | yearly price = $36,240. | | | |
| 12/16/2017 | monthly pro rated payments = $3,020. ($36,240/12) | | | |
| 12/16/2017 | visits per year = 40 | | | |
| 12/16/2017 | price per visit = $36,240./40 = $906. average cost per visit | | | |
| 12/16/2017 | active term of contract was 6/1/2017 - 12/16/2017 which accrued 25 visits | | | |
| 12/16/2017 | service completed at 25 visits | 25 | 906.00 | 22,650.00 |
| 12/16/2017 | Work already invoiced (June 1 - December 16) = 6.5 months of the monthly pro rated payment   6.5 x $3,020. | | -19,630.00 | -19,630.00 |
| 3/1/2018 | Late Payment Fee | | 45.30 | 45.30 |
| 4/1/2018 | Late Payment Fee | | 45.98 | 45.98 |



Ex:

Late Fee payment

SENT FILES TO EVP HERE

**Cooper, Constance**

**From:** Cooper, Constance
**Sent:** Tuesday, July 3, 2018 8:04 AM
**To:** Berry, Kevin J.
**Subject:** FW: 605 N Michigan - Security Invoice paid to wrong vender.
**Attachments:** Andy Frain Inv (pd to Republic Services).pdf

Good Morning Kevin,

Please take a look at the attached. Please look at the time by my name. I leave at 4pm. I will attach what is now in the system. Please look at the date by my name same invoice. Thank you

*retaliation* *Regarding Sabotage work my M*



Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908

From: Wesolowski, Scott M.
Sent: Monday, July 2, 2018 3:55 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Cc: Hardin, Sterling <Sterling.Hardin@generalgrowth.com>
Subject: 605 N Michigan - Security Invoice paid to wrong vender.

Please find the attached Andy Frain invoice. It was processed and paid to Republic Service instead of Andy Frain.

Scott Wesolowski

1

2 File Sent to EW

**Cooper, Constance**

| | |
|---|---|
| **From:** | Cooper, Constance |
| **Sent:** | Tuesday, July 3, 2018 8:10 AM |
| **To:** | Berry, Kevin J. |
| **Subject:** | Andy Frain Invoice 255945 5/16/18 |
| **Attachments:** | 58440e03-3988-4c28-a170-e90a3db9ae4f |

Kevin,

Attached is the invoice in the system the first one was the one retrieved by the accountant before the time was changed. This is an example of not being able to come in and do my job and leave. How do I get a fair break? Where is the justice? They keep it coming.

GGP

Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

Customer Service

Accent
Grent

**Cooper, Constance**

| | |
|---|---|
| From: | APSupport |
| Sent: | Tuesday, July 3, 2018 10:01 AM |
| To: | Eugenio, Hannah; Cooper, Constance |
| Cc: | Harrell, Glen; APSupport |
| Subject: | RE: GROUND RENT - GS Portfolio - May |

It's in now.

| Sub-S ▽ | Organiza ▽ | Supplier ▽ | Supplier Name | ▽ | Invoice Number ▽ | Invoice D ▽ | Invoice Sum ▽ | Destin ▽ | Handling ▽ | D |
|---|---|---|---|---|---|---|---|---|---|---|
| Valid | 2025 | 2684095 | GS PORTFOLIO HOLDINGS (2017) LLC | ▽ | 06/30/18 | 6/30/2018 | 14,953.15 | 2025 | | |

**AP SUPPORT**

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654
APSupport@ggp.com
www.ggp.com
(D) 312.960.5065

**From:** Eugenio, Hannah.
**Sent:** Tuesday, July 3, 2018 9:11 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Cc:** Harrell, Glen <Glen.Harrell@generalgrowth.com>
**Subject:** RE: GROUND RENT - GS Portfolio - May

Hi

Payment from 2024 but the check should be applied to 2025.

Thank you

1

Hannah

**From:** Cooper, Constance
**Sent:** Tuesday, July 3, 2018 9:06 AM
**To:** Eugenio, Hannah. <Hannah.Eugenio@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Cc:** Harrell, Glen <Glen.Harrell@generalgrowth.com>
**Subject:** RE: GROUND RENT - GS Portfolio - May

Please confirm organization unit: 2024 or 2025. Thank you



Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com



**From:** Eugenio, Hannah
**Sent:** Tuesday, July 3, 2018 8:52 AM
**To:** GGP Invoices <GGPInvoices@generalgrowth.com>; APSupport <apsupport@generalgrowth.com>
**Cc:** Harrell, Glen <Glen.Harrell@generalgrowth.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** GROUND RENT - GS Portfolio - May

Hello,

Please process on next check run.

NOTE: Please code the invoice to 2024.56305.

Thank you
Hannah

2

CALL SUPPLIER TO RETURN

SENT IN CHECK

SENT IN Error

REGARDING
SABOTAGE
CHECK NEVER
SENT
JUST
PRINTED

**Cooper, Constance**

From:
Sent: Tuesday, July 3, 2018 10:09 AM
To: Wesolowski, Scott M.; Hardin, Sterling
Subject: RE: 605 N Michigan - Security Invoice paid to wrong vender.

Yes



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

From: Wesolowski, Scott M.
Sent: Tuesday, July 3, 2018 10:08 AM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>; Hardin, Sterling <Sterling.Hardin@generalgrowth.com>
Subject: RE: 605 N Michigan - Security Invoice paid to wrong vender.

We will also need to reprocess the invoice and pay Andy Frain.

From: Cooper, Constance
Sent: Tuesday, July 3, 2018 10:01 AM
To: Hardin, Sterling <Sterling.Hardin@generalgrowth.com>; Wesolowski, Scott M. <Scott.Wesolowski@generalgrowth.com>
Subject: RE: 605 N Michigan - Security Invoice paid to wrong vender.

I am on hold now trying to have them send the check back. It has not been cashed via JDE. Left message for Maria to see if she has a contact at Republic. I am working on it, thanks for your patience. I will let you know something once I am able to contact Republic. Thank you

1



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com

(O) 312.960.2908
www.ggp.com



**From:** Hardin, Sterling
**Sent:** Monday, July 2, 2018 4:09 PM
**To:** Wesolowski, Scott M. <Scott.Wesolowski@generalgrowth.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** RE: 605 N Michigan - Security Invoice paid to wrong vender.

Oh no! How do we fix?



Sterling Hardin
Water Tower Place
Senior Operations Manager

845 N. Michigan Ave
Suite 987W
Chicago, Illinois 60540
sterling.hardin@ggp.com
(O) 312.440.3588
www.shopwatertower.com
www.ggp.com



**From:** Wesolowski, Scott M.
**Sent:** Monday, July 2, 2018 3:55 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Hardin, Sterling <Sterling.Hardin@generalgrowth.com>
**Subject:** 605 N Michigan - Security Invoice paid to wrong vender.

2

**Cooper, Constance**

| | |
|---|---|
| **From:** | Devine, Kiel |
| **Sent:** | Tuesday, July 3, 2018 2:02 PM |
| **To:** | Rice, TaVida; Cooper, Constance |
| **Subject:** | RE: double paid invoices |

They are only being paid once.

Have a Happy Fourth!!

**From:** Rice, TaVida
**Sent:** Tuesday, July 3, 2018 1:52 PM
**To:** Devine, Kiel <Kiel.Devine@generalgrowth.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** double paid invoices

Hi there

Am I reading this correctly. Is it saying that invoices 248927,249447,249951,250237 ,250586,251131 were all double paid ?

*DBLE PYMT*

*Customer Service*

*Not really double payment*

| | | | | | |
|---|---|---|---|---|---|
| N SERVICES, INC. | 248927 | 1/24/2018 | 2/2/2018 | 3/4/2018 | N30 | 0.00 |
| N SERVICES, INC. | 248927 | 1/24/2018 | 6/20/2018 | 6/20/2018 | N30 | 0.00 |
| N SERVICES, INC. | 249447 | 1/31/2018 | 2/12/2018 | 3/14/2018 | N30 | 0.00 |
| N SERVICES, INC. | 249447 | 1/31/2018 | 6/4/2018 | 7/4/2018 | N30 | 0.00 |
| N SERVICES, INC. | 249951 | 2/7/2018 | 2/19/2018 | 3/21/2018 | N30 | 0.00 |
| N SERVICES, INC. | 249951 | 2/7/2018 | 6/20/2018 | 6/20/2018 | N30 | 0.00 |
| N SERVICES, INC. | 250237 | 2/14/2018 | 2/22/2018 | 3/24/2018 | N30 | 0.00 |
| N SERVICES, INC. | 250237 | 2/14/2018 | 6/20/2018 | 6/20/2018 | N30 | 0.00 |
| N SERVICES, INC. | 250586 | 2/21/2018 | 3/2/2018 | 4/1/2018 | N30 | 0.00 |
| N SERVICES, INC. | 250586 | 2/21/2018 | 6/4/2018 | 7/4/2018 | N30 | 0.00 |
| N SERVICES, INC. | 251131 | 2/28/2018 | 3/12/2018 | 4/11/2018 | N30 | 0.00 |
| N SERVICES, INC. | 251131 | 2/28/2018 | 6/4/2018 | 7/4/2018 | N30 | 0.00 |

TaVida Rice
Peachtree Mall
General Manager

3131 Manchester Expy
Mgmt Office
Columbus, Georgia 31909
tavida.rice@ggp.com
(O) 706-327-5288 (M) 706-304-4176
www.peachtreemall.com
www.ggp.com

What the GM due on Les back up

| | Organization | | Filter | | Creation Date | | Search | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2051, 2051-Peachtree Mall | | ☑ Received (4) ☑ In workflow (5) ☑ Processed (896) | ☑ In transit (0) ☐ Closed (0) | 1/1/2017 7/5/2018 | | Invoices | ANDY FRAIN | | Search | | |

Open Selected | Refresh | Export | Add Comment | More Actions ▾

Drag and drop a column header here to group by the column

| | Entry Date | Organization Element Code | Organization Element Name | Sub-Status | Invoice Type | Supplier Number | Supplier Name | Payment Instrument | Invoice Number | Invoice Date | Pa |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/8/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 246916 | 12/26/2017 | NC |
| | 1/11/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 247376 | 12/27/2017 | NC |
| | 1/20/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 247516 | 1/3/2018 | NC |
| | 1/22/2018 | 2051 | 2051-Peachtree Mall | In header approval | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 248211 | 1/10/2018 | NC |
| | 1/30/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 248533 | 1/17/2018 | NC |
| | 1/20/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 248927 | 1/24/2018 | NC |
| | 6/6/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 249447 | 1/31/2018 | NC |
| | 6/20/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 249951 | 2/7/2018 | NC |
| | 6/20/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 250237 | 2/14/2018 | NC |
| | 6/6/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 250586 | 2/21/2018 | NC |
| | 6/6/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 251131 | 2/28/2018 | NC |
| | 3/27/2018 | 2051 | 2051-Peachtree Mall | In header approval | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 251693 | 3/7/2018 | NC |
| | 3/27/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 251915 | 3/14/2018 | NC |
| | 4/5/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 252154 | 3/21/2018 | NC |
| | 4/12/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 252905 | 3/28/2018 | NC |
| | 4/19/2018 | 2051 | 2051-Peachtree Mall | In header approval | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 253276 | 4/4/2018 | NC |
| | 4/24/2018 | 2051 | 2051-Peachtree Mall | In header approval | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 253686 | 4/11/2018 | NC |
| | 4/28/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 254041 | 4/18/2018 | NC |
| | 6/6/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 254456 | 4/25/2018 | NC |
| | 6/28/2018 | 2051 | 2051-Peachtree Mall | Processed | Invoice | 2556949 | ANDY FRAIN SERVICES, INC. | | 255172 | 5/2/2018 | NC |

Total: 79 | Customize Columns

*What I see on my lookup*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Devine, Kiel |
| **Sent:** | Tuesday, July 3, 2018 2:02 PM |
| **To:** | Rice, TaVida; Cooper, Constance |
| **Subject:** | RE: double paid invoices |

They are only being paid once.

Have a Happy Fourth!!

**From:** Rice, TaVida
**Sent:** Tuesday, July 3, 2018 1:52 PM
**To:** Devine, Kiel <Kiel.Devine@generalgrowth.com>; Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** double paid invoices

Hi there

Am I reading this correctly. Is it saying that invoices 248927,249447,249951,250237 ,250586,251131 were all double paid ?

1



TaVida Rice
Peachtree Mall
General Manager

3131 Manchester Expy
Mgmt Office
Columbus, Georgia 31909
tavida.rice@ggp.com
(O) 706-327-5288 (M) 706-304-4176
www.peachtreemall.com
www.ggp.com

| Company | Invoice | Date | Date | Terms | Amount | |
|---|---|---|---|---|---|---|
| N SERVICES, INC. | 248927 | 1/24/2018 | 2/2/2018 | 3/4/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 248927 | 1/24/2018 | 6/20/2018 | 6/20/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 249447 | 1/31/2018 | 2/12/2018 | 3/14/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 249447 | 1/31/2018 | 6/4/2018 | 7/4/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 249951 | 2/7/2018 | 2/19/2018 | 3/21/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 249951 . | 2/7/2018 | 6/20/2018 | 6/20/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 250237 | 2/14/2018 | 2/22/2018 | 3/24/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 250237 | 2/14/2018 | 6/20/2018 | 6/20/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 250586 | 2/21/2018 | 3/2/2018 | 4/1/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 250586 | 2/21/2018 | 6/4/2018 | 7/4/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 251131 | 2/28/2018 | 3/12/2018 | 4/11/2018 | N30 | 0.00 | 0.00 |
| N SERVICES, INC. | 251131 | 2/28/2018 | 6/4/2018 | 7/4/2018 | N30 | 0.00 | 0.00 |

2

*INSTructions from Mgr*

**Cooper, Constance**

**From:** Peterson, Kortney M.
**Sent:** Thursday, July 5, 2018 2:31 PM
**To:** Cooper, Constance
**Cc:** Dzeba, Stephen J
**Subject:** FW: Coastland Rent Invoice Processed Under Incorrect Company - COMPLETED

*unc/3Ac*

Hi Constance,

Please reach to the mall to have them get routing code to 2024+2684095 to match the coding on invoice.

Also make a note in your workbook to change it 2024 + 2684095.

1

**CORRECT— RC# 2024+2684095**

## GS Portfolio Holdings (2017) LLC
### Accounting Services Center

| | |
|---|---|
| Date: | 31-May-18 |
| Vendor No: | 2684095 |
| Unit No: | 0002695 |
| Invoice No | 05/31/18 |

**LEASE INVOICE**

**Bill To:**
COASTLAND CENTER LP
RC# 2695 + 0732524
PO Box 5060
Portland OR 97208-5060

| | |
|---|---|
| Contact: | |
| Phone: | |
| Fax: | |
| Email: | |

| Due Date: | Property Location | | Amount: |
|---|---|---|---|
| 5/31/2018 | CHEESECAKE FACTORY - NAPLES FL Lease #188522 | Sales Tax | 17,144.23 994.37 |
| | Ground Rent April 2024.58305 | Amount due | 18,138.60 |
| | Based on April sales | | |

ng Rows | Invoice Lines

ie Sum: 18,138.60 | Coding gross total: 18,138.60 | Coding net total: 18,138.60 | Coding tax total: 0.00 | Coding tax total 2: 0.00 | Difference: 0.00

2

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**
350 N Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

**WHERE CULTURE MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Egan, Patricia T.
**Sent:** Thursday, July 05, 2018 11:19 AM
**To:** Dzeba, Stephen J
**Cc:** Peterson, Kortney M.; Egan, Patricia T.
**Subject:** RE: Coastland Rent Invoice Processed Under Incorrect Company - COMPLETED

Steve,

Both vouchers have been closed out.

| Doc Type | Document Number | Batch Number | Supplier Number | Supplier Number Desc | Doc Co | Open Amount | Gross Amount | Invoice Date | Invoice Number | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PV | 5476799 | 7604374 | 2684095 | GS PORTFOLIO HOLDINGS (2017) L | 02025 | | | 06/30/2018 | 06/30/18 | 07/03/2018 |
| PV | 5476800 | 7604374 | 3560 | GS Portfolio Holdings (2017) L | 02024 | | | 06/30/2018 | 06/30/18-1 | 07/03/2018 |

Patricia Egan
**AP Support**

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654
Patricia.Egan@ggp.com
www.ggp.com
(O) 312.960.5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Dzeba, Stephen J
**Sent:** Thursday, July 5, 2018 8:40 AM
**To:** Egan, Patricia T. <Patricia.Egan@generalgrowth.com>
**Cc:** Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** Coastland Rent Invoice Processed Under Incorrect Company

at:

Please close out both of the vouchers in JDE. I have resubmitted invoice to Alusta for processing under Co 2024, instead of Co 2025.

Thank you.

| Due Date | Address Number | Doc Co | Alpha Name | Doc Type | Batch Number | Open Amount | Invoice Number | Pay Stat | Document Number | P # |
|----------|---------------|--------|-----------|----------|--------------|-------------|----------------|----------|----------------|-----|
| 07/03/2018 | 3560 | 02024 | GS Portfolio Holdings (2017) LLC | PV | 7604374 | 14,953.15 | 06/30/18-1 | H | 5476800 | 0C |
| 07/03/2018 | 2684095 | 02025 | GS PORTFOLIO HOLDINGS (2017) ... | PV | 7604374 | 14,953.15 | 06/30/18 | H | 5476799 | 0C |



**Stephen J. Dzeba**
Director, Accounts Payable

350 N Orleans St
Suite 300 (MS 6-30)
Chicago, IL 60654-1607
(O) 312.960.5215
Stephen.Dzeba@ggp.com
www.ggp.com

4

Cooper, Constance

| | |
|---|---|
| **From:** | Wilson, Daniel J. |
| **Sent:** | Thursday, July 5, 2018 2:32 PM |
| **To:** | Cooper, Constance |
| **Cc:** | Curtis, Dennis A.; Ayo, Christopher; Hay, Margaret; Nash, Jeff C.; Peterson, Kortney M. |
| **Subject:** | FW: Regency Lighting 2344688 Past Due Invs and Stmt for GGP, Customer ID 1005234 - Clackamas 3841 |
| **Attachments:** | Inv4045906_80698_.pdf; Inv4054032_80690_.pdf; 07.05.18 General Growth Statement.xls |

Hi Constance. Both of these should have been submitted through Proliance. Jeff would you like Margaret to assist or would you prefer to process these. Thank you.

///

Daniel J. Wilson
Clackamas Town Center
Operations Manager

**GGP**

12000 SE 82nd Ave.
Suite 1093
Happy Valley, Oregon 97086
daniel.wilson@ggp.com
(O) 503-653-0892 (M) 503-307-8817
www.ggp.com

**From:** APSupport
**Sent:** Thursday, July 5, 2018 12:26 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** APSupport <apsupport@generalgrowth.com>; Curtis, Dennis A. <Dennis.Curtis@generalgrowth.com>; Wilson, Daniel J. <Daniel.Wilson@generalgrowth.com>; Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** FW: Regency Lighting 2344688 Past Due Invs and Stmt for GGP, Customer ID 1005234 - Clackamas 3841

Constance,

1

AP Support received the email below from Samuel Jablonski at Regency Lighting with regards to the pay status of the attached invoices. We do not see them in the system. If there are issues with these invoices, please reach out to Samuel to resolve. If they need to processed through Alusta, let us know and we can scan them in for immediate processing.

Thank you,

**AP SUPPORT**

**GGP**

110 N Orleans Street
Suite 300
Chicago, Illinois 60654
www.ggp.com
APSupport@ggp.com
(O) 312.960.5065

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Samuel Jablonski <samuel.jablonski@regencylighting.com>
**Sent:** Thursday, July 5, 2018 1:06 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** Past Due Invoices and Statement for General Growth, Customer ID 1005234

[EXTERNAL]

Good Morning,

I recently spoke with Courtney who advised that I send past due invoices to this email address. Can you please see the attached past due invoices and advise when payment will be issued? I've also included a statement of your account as of today.

Thank you,

**Samuel Jablonski**
*Senior AR Specialist*
**direct:** (818) 901-0255 **x1324**
regencylighting.com

**REGENCY**LIGHTING

2

This email has been scanned for spam and malware by The Email Laundry.

3

Customer Service

**Cooper, Constance**

| | |
|---|---|
| **From:** | APSupport |
| **Sent:** | Thursday, July 5, 2018 2:37 PM |
| **To:** | Cooper, Constance |
| **Cc:** | APSupport; Peterson, Kortney M.; Hill, Patrick; McCoy, Christopher C. |
| **Subject:** | FW: Regency Lighting 2344688 Past Due Invs and Stmt for GGP, Customer ID 1005234 |
| **Attachments:** | Inv4079361_80692_.pdf; 07.05.18 General Growth Statement.xls |

From Ap Support

Constance,

Norm Ally In Put Info In System

AP Support received the email below from Samuel Jablonski at Regency Lighting with regards to the pay status of the attached invoice. We do not see it in the system. If there are issues with this invoice, please reach out to Samuel to resolve. If it needs to processed through Alusta, let us know and we can scan it in for immediate processing.

Harassment / Retaliation

Thank you,

AP SUPPORT

**GGP**
350 N Orleans Street
Suite 300
Chicago, Illinois 60654
www.ggp.com
APSupport@ggp.com
(O) 312.960.5065

WHERE CULTURE MATTERS // HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Samuel Jablonski <samuel.jablonski@regencylighting.com>
**Sent:** Thursday, July 5, 2018 1:06 PM
**To:** APSupport <apsupport@generalgrowth.com>
**Subject:** Past Due Invs and Stmt for GGP, Customer ID 1005234

[EXTERNAL]
Good Morning,

1

I recently spoke with Courtney who advised that I send past due invoices to this email address. Can you please see the attached past due invoices and advise when payment will be issued? I've also included a statement of your account as of today.

Thank you,

**Samuel Jablonski**
*Senior AR Specialist*
**Direct:** (818) 901-0255 **x1324**
Regencylighting.com

**REGENCY** LIGHTING

---

This email has been scanned for spam and malware by The Email Laundry.

2

CAPITAL INVOICES

CAPITAL Dept.

**Cooper, Constance**

| | |
|---|---|
| **From:** | Nash, Jeff C. |
| **Sent:** | Thursday, July 5, 2018 4:24 PM |
| **To:** | Wilson, Daniel J.; Cooper, Constance |
| **Cc:** | Curtis, Dennis A.; Ayo, Christopher; Hay, Margaret; Peterson, Kortney M. |
| **Subject:** | RE: Regency Lighting 2344688 Past Due Invs and Stmt for GGP, Customer ID 1005234 - Clackamas 3841 |

These invoices were ==**paid in full through Proliance.**==

Thanks,



Jeffrey C Nash
Sr. Director, Energy Management

350 N. Orleans
Suite 300
Chicago - Illinois 60654
jeff.nash@ggp.com
(O)312.960.2797(M)312.316.2192
www.ggp.com

*Through Proliance*
*Not available to*
*my viewing*

**From:** Wilson, Daniel J.
**Sent:** Thursday, July 5, 2018 2:32 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** Curtis, Dennis A. <Dennis.Curtis@generalgrowth.com>; Ayo, Christopher <Christopher.Ayo@generalgrowth.com>; Hay, Margaret <Margaret.Hay@generalgrowth.com>; Nash, Jeff C. <Jeff.Nash@generalgrowth.com>; Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** FW: Regency Lighting 2344688 Past Due Invs and Stmt for GGP, Customer ID 1005234 - Clackamas 3841

Hi Constance. Both of these should have been submitted through Proliance. Jeff would you like Margaret to assist or would you prefer to process these. Thank you..

///

Daniel J. Wilson

1

Clackamas Town Center
Operations Manager

GGP

9000 SE 82nd Ave
Suite 1063
Happy Valley, Oregon 97086
daniel.wilson@ggp.com
(O) 503-653-0692 (M) 503-307-8817
www.ggp.com

**From:** APSupport
**Sent:** Thursday, July 5, 2018 12:26 PM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Cc:** APSupport <apsupport@generalgrowth.com>; Curtis, Dennis A. <Dennis.Curtis@generalgrowth.com>; Wilson, Daniel J.
<Daniel.Wilson@generalgrowth.com>; Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
**Subject:** FW: Regency Lighting 2344688 Past Due Invs and Stmt for GGP, Customer ID 1005234 - Clackamas 3841

Constance,

AP Support received the email below from Samuel Jablonski at Regency Lighting with regards to the pay status of the attached invoices. We do not see them in
the system. If there are issues with these invoices, please reach out to Samuel to resolve. If they need to processed through Alusta, let us know and we can scan
them in for immediate processing.

Thank you,

GGP SUPPORT

GGP

350 N Orleans Street
Suite 300
Chicago, Illinois 60654
APSupport@ggp.com
www.ggp.com
(O) 312.960.5045

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Samuel Jablonski <samuel.jablonski@regencylighting.com>
**Sent:** Thursday, July 5, 2018 1:06 PM

2

To: AP Support <apsupport@generalgrowth.com>
Subject: Past Due Invoices and Statement for General Growth, Customer ID 1005234

[EXTERNAL]

Good Morning,

I recently spoke with Courtney who advised that I send past due invoices to this email address. Can you please see the attached past due invoices and advise when payment will be issued? I've also included a statement of your account as of today.

Thank you,

**Samuel Jablonski**
*Senior AR Specialist*
**Direct:** (818) 901-0255 **x1324**
Regencylighting.com

**REGENCY**LIGHTING

This email has been scanned for spam and malware by The Email Laundry.

3

**Cooper, Constance**

| | |
|---|---|
| From: | Cooper, Constance |
| Sent: | Friday, July 6, 2018 9:10 AM |
| To: | Eugenio, Hannah. |
| Subject: | RE: Coastland Rent Invoice Processed Under Incorrect Company - COMPLETED |

The RC# s/b 2024, your invoice is confusing to me and I am the master coder. In the pass I have coded to 2024 company and G/L. the way your invoice read now is that the company RC# s/b 2025 not 2024

*REQUEST FOR CLARIFICATION*

*RC #2024 + 2684095*

*FROM Hectus*

*How To code*

*How To code INVOICE*

## GS Portfolio Holdings (2017) LLC
### Accounting Services Center

LEASE INVOICE

| | |
|---|---|
| Date: | 30-Jun-18 |
| Vendor No: | 2684095 |
| Unit No: | 0002695 |
| Invoice No | 06/30/18 - A |

| | |
|---|---|
| Contact: | |
| Phone: | |
| Fax: | |
| Email: | |

Bill To:  COASTLAND CENTER LP
PO Box 5060
Portland OR 97208-5060

| Due Date: | Property Location | | | Amount: |
|---|---|---|---|---|
| 6/30/2018 | CHEESECAKE FACTORY - NAPLES FL Lease #188522 | Sales Tax | Catch up billing/credits | 13,654.40 |
| | | | | 786.16 |
| | | | | 612.59 |
| | Ground Rent May | Amount due | | 14,953.15 |

1



Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908




## GS Portfolio Holdings (2017) LLC
### Accounting Services Center

**LEASE INVOICE**

**Bill To:**

COASTLAND CENTER LP
PO Box 5060
Portland OR 97208-5060

Date: 31-May-18
Vendor No: 0002695
Unit No: 268.4095
Invoice No: 05/31/18

Contact:
Phone:
Fax:
Email:

| Due Date: | Property Location | Amount: |
|---|---|---|
| 5/31/2018 | CHEESECAKE FACTORY - NAPLES FL<br>Lease #188622 | |
| | Sales Tax | 17,144.23<br>994.37 |
| | **Ground Rent Aprn** | |
| | **Amount due** | **18,138.60** |

2

To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Cc: Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>; Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
Subject: RE: Coastland Rent Invoice Processed Under Incorrect Company - COMPLETED

Good Morning,

The invoice should be cut from entity 2024 with GL coding 2024.56305 and applied to entity 2025 Lease ID 373324. Do I need to correct something in the invoice going forward ?

Thank you
Hannah

From: Cooper, Constance
Sent: Friday, July 6, 2018 7:49 AM
To: Eugenio, Hannah. <Hannah.Eugenio@generalgrowth.com>
Subject: FW: Coastland Rent Invoice Processed Under Incorrect Company - COMPLETED

Hi Hannah,

Please correct your invoice to read the correct RC#2024-2684095 (company), the G/L company? 2024 or 2025.56305? going forward .Thank you



Constance Cooper
Associate Accountant-A/P

350 N Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908 (S)



From: Peterson, Kortney M.
Sent: Thursday, July 5, 2018 2:31 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Cc: Dzeba, Stephen J <Stephen.Dzeba@generalgrowth.com>
Subject: FW: Coastland Rent Invoice Processed Under Incorrect Company - COMPLETED

3

Hi Constance,

Please reach to the mall  to have them  get routing code to 2024+2684095 to match the coding on invoice.

Also make a note in your workbook to change it 2024 + 2684095.

4

**CORRECT— RC# 2024+2684095**

## GS Portfolio Holdings (2017) LLC
**Accounting Services Center**

| LEASE INVOICE |
| --- |

| | |
| --- | --- |
| Date: | 31-May-18 |
| Vendor No: | 2684095 |
| Unit No: | 0002695 |
| Invoice No | 06/03/18 |

**Bill To:**
COASTLAND CENTER LP
PO Box 5060
Portland OR 97208-5060

Contact:
Phone:
Fax:
Email:

| Due Date: | Property Location | | Amount: |
| --- | --- | --- | --- |
| 5/31/2018 | CHEESECAKE FACTORY - NAPLES FL | | |
| | Lease #188522 | | |
| | | Sales Tax | 17,144.23 |
| | | | 994.37 |
| | Ground Rent April | Amount due | 18,138.60 |
| | 2024.58365 | | |
| | Based on April sales | | |

Thank you.

Kortney Peterson
Manager, Accounting A/P

**GGP**

350 N. Orleans St
Suite 300
Chicago, Illinois 60654-1607
Kortney.Peterson@ggp.com
(O) 312.960.5181
www.ggp.com

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

**From:** Egan, Patricia T.
**Sent:** Thursday, July 05, 2018 11:19 AM
**To:** Dzeba, Stephen J
**Cc:** Peterson, Kortney M.; Egan, Patricia T.
**Subject:** RE: Coastland Rent Invoice Processed Under Incorrect Company - COMPLETED

Steve,

Both vouchers have been closed out.

| Doc Type | Document Number | Batch Number | Supplier Number | Supplier Number Desc | Doc Co | Open Amount | Gross Amount | Invoice Date | Invoice Number | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PV | 5476799 | 7604374 | 2684095 | GS PORTFOLIO HOLDINGS (2017) L | 02025 | | | 06/30/2018 | 06/30/18 | 07/03/2018 |
| PV | 5476800 | 7604374 | 3560 | GS Portfolio Holdings (2017) L | 02024 | | | 06/30/2018 | 06/30/18-1 | 07/03/2018 |

**Patricia Egan**
AP Support

**GGP**

350 N Orleans Street
Suite 300
Chicago, Illinois 60654
www.ggp.com
Patricia.Egan@ggp.com
(O) 312.960.5065

6

WHERE CULTURE **MATTERS** /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

From: Dzeba, Stephen J
Sent: Thursday, July 5, 2018 8:40 AM
To: Egan, Patricia T. <Patricia.Egan@generalgrowth.com>
Cc: Peterson, Kortney M. <Kortney.Peterson@generalgrowth.com>
Subject: Coastland Rent Invoice Processed Under Incorrect Company

Pat:

Please close out both of the vouchers in JDE. I have resubmitted invoice to Alusta for processing under Co 2024, instead of Co 2025.

Thank you.

| Due Date | Address Number | Doc Co | Alpha Name | Doc Type | Batch Number | Open Amount | Invoice Number | Pay Stat | Document Number | P I |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/2018 | 3560 | 02024 | GS Portfolio Holdings (2017) LLC | PV | 7604374 | 14,953.15 | 06/30/18-1 | H | 5476800 | 0C |
| 07/03/2018 | 2684095 | 02025 | GS PORTFOLIO HOLDINGS (2017) ... | PV | 7604374 | 14,953.15 | 06/30/18 | H | 5476799 | 0C |



**Stephen J. Dzeba**
Director, Accounts Payable

350 N Orleans St
Suite 300 (MS 5.30)
Chicago, IL 60654-1607
Stephen.Dzeba@gap.com
(O) 312.960.5213
www.gap.com

**Cooper, Constance**

| | |
|---|---|
| To: | APSupport |
| Subject: | RC#2343+2556949 ANDY FRAIN INVOICE 255945 5/16/18 |
| Attachments: | 20180709063340886.pdf |

Good Morning,

Please enter the attached invoice with a due date as of today's date. Thank you

////

Constance Cooper
Associate Accountant-A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
(O) 312.960.2908
www.ggp.com

-----Original Message-----
From: 5N51C@GGP.COM <5N51C@GGP.COM>
Sent: Sunday, July 8, 2018 6:34 PM
To: Cooper, Constance <Constance.Cooper@generalgrowth.com>
Subject: Message from "RNP0026773E82E00"

This E-mail was sent from "RNP0026773E82E00" (MP C6004ex).

*Sent for Processing*

*A/p Support*

*In Structions*

*On how to*

*Input Invoice #*

*without #*

1

Thanks,
Stephanie



Stephanie Whitney
VP, Human Resources

350 N. Orleans
Suite 300
Chicago , Illinois 60654
stephanie.whitney@ggp.com
(O) 312.960.5949 (M) 224.216.7740
www.ggp.com



WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

2

*Examples, CS*

*Customer Service*

## Cooper, Constance

| | |
|---|---|
| **From:** | Wycoff, Ken |
| **Sent:** | Monday, July 9, 2018 8:14 AM |
| **To:** | Cooper, Constance |
| **Subject:** | RE: Siemens Invoice--Pecanland 2017 invoice |

Thanks you!

You're pretty awesome!!



Ken Wycoff
Pecanland Mall
Operations Manager

4700 Millhaven Rd.
Suite 2000
Monroe , Louisiana 71203
ken.wycoff@ggp.com
(O) 318.322.1581 (M) 318.417.8215
www.ggp.com

**From:** Cooper, Constance
**Sent:** Monday, July 09, 2018 8:00 AM
**To:** Wycoff, Ken
**Subject:** RE: Siemens Invoice--Pecanland 2017 invoice

Happy Monday Ken,

This is what's in JDE and Alusta as being paid for Pecanland Mall. Please see below, thank you

1



Overview | Received | Workflow | Transfer | **Search** | Create |

Data Management

**Search** Invoices ▾ 544474026

Selected Gri

**Organization**

2138, 2138-Pecanland Mail ⌄

**Filter**

☑ Received (7)   ☑ In transfer (2)
☑ In workflow (0)   ☐ Closed (0)
☑ Processed (618)

**Creation Date**

7/9/2017 ▦ - 7/9/2018 ▦

Open Selected | Refresh | Export | Add Comment | More Actions ▾ |

Drag and drop a column header here to group by the column

| Entry Date ◁ | Organization Element Code ◁ | Organization Element Name ◁ | Sub-Status ◁ | Invoice Type ◁ | Supplier Number ◁ | Supplier Name |
|---|---|---|---|---|---|---|

No search results

**JD EDWARDS ENTERPRISEONE**

## Supplier Ledger Inquiry - Supplier Ledger Inquiry

Select | Find | Add | Copy | Delete | Close | Form | Row | Tools

### Select a Query

| Supplier Number | 2043567 | | Thru | | SIEMENS INDUSTRY, IN |
| Date From | 09/01/2017 | | | | |
| Batch Number | | * | | | |

☐ Recurring  ☐ Summarize

**Payments**  |  **Purchase Orders**  |  **Supplier Master**

### Records 1 - 6

| | Document Number | Doc Type | Document Type | Doc Co | Invoice Date | G/L Date | Due Date | Invoice Number | Gross Amount | Open Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | 5230687 | PH | Proliance... | 02138 | 09/25/2017 | 10/05/2017 | 10/25/2017 | 2138.2017100504.3... | 14,196.65 | |
| | 5289431 | PV | Voucher ... | 02138 | 11/30/2017 | 12/07/2017 | 01/03/2018 | 5444810931 | 2,757.00 | |
| | 5320179 | PV | Voucher ... | 02138 | 12/30/2017 | 01/09/2018 | 02/02/2018 | 5444843005 | 3,195.92 | |
| | 5392668 | PH | Proliance... | 02138 | 01/31/2018 | 04/02/2018 | 03/02/2018 | 2138.201804020220... | 13,250.00 | |
| | 5477311 | PH | Proliance... | 02138 | 05/20/2018 | 07/05/2018 | 06/19/2018 | 2138.201807050320... | 46,030.50 | 46,030.50 |
| | | | | | | | | | 79,430.07 | 46,030.50 |
| | | | | | | | | | 46,030.50 | 46,030.50 |

3



Constance Cooper
Associate Accountant–A/P

350 N. Orleans Street
Suite 300
Chicago, Illinois 60654-1607
constance.cooper@generalgrowth.com
www.ggp.com
(O) 312.960.2908



**From:** Wycoff, Ken
**Sent:** Monday, July 9, 2018 7:52 AM
**To:** Cooper, Constance <Constance.Cooper@generalgrowth.com>
**Subject:** FW: Siemens Invoice--Pecanland 2017 invoice

Happy Monday!!!! could you please take a quick look at the attached invoice from 2017 and make sure that you don't show this as paid.



Ken Wycoff
Pecanland Mall
Operations Manager

4700 Millhaven Rd
Suite 2000
Monroe , Louisiana 71203
ken.wycoff@ggp.com
www.ggp.com
(O) 318.322.1581 (M) 318.417.8215



**From:** Tomaszkiewicz, Marc [mailto:Marc.Tomaszkiewicz@siemens.com]
**Sent:** Saturday, July 07, 2018 2:01 PM
**To:** Wycoff, Ken

4

**Cc:** Magnus, Damon
**Subject:** Siemens Invoice--Pecanland 2017 invoice

[EXTERNAL]
Good Afternoon Connie,

We submitted the attached invoice from Pecanland but have not been paid.

Can this please be approved for payment?

Respectfully,

Marc

Mit freundlichen Grüßen
Marc Tomaszkiewicz

Siemens Industry, Inc.
RC-US BT CDC FLD MGT CR&CLC
887 Deerfield Parkway
Buffalo Grove, IL 60089, USA
Tel.: +1 847 941-5522
mailto:marc.tomaszkiewicz@siemens.com

Service cancelled by NAM RC-US I CSC IT IND S&LOG

5

HR Findings

**Cooper, Constance**

**From:** Whitney, Stephanie
**Sent:** Monday, July 9, 2018 5:51 AM
**To:** Cooper, Constance
**Subject:** findings

Constance,

You received a full copy of your personnel file on June 15, 2018. There are no other written findings in your file or otherwise. As I discussed with you on June 26, 2018, we investigated your claims and found no evidence of discrimination or other unfair treatment. You and I reviewed the contents of your Final Warning, discussed other issues of your employment, and discussed your claim that your gumball machine was stolen. Again, the determination was made that the terms of your Final Warning were warranted and stand, and I found no wrong-doing regarding your gumball machine.

Stephanie

NEVER INVESTIGATED

GGP

Stephanie Whitney
VP, Human Resources

350 N. Orleans
Suite 300
Chicago, Illinois 60654
stephanie.whitney@ggp.com
(O) 312.960.5949 (M) 224.216.7740
www.ggp.com

in f

WHERE CULTURE MATTERS /// HUMILITY / ATTITUDE / DO THE RIGHT THING / TOGETHER / OWN IT

1

*Joy daughter babysits her child.*

*Who you know keep your job.*

**Cooper, Constance**

| | |
|---|---|
| **From:** | Marszewski, Tara L. |
| **Sent:** | Monday, July 9, 2018 10:21 AM |
| **To:** | Marszewski, Tara L.; Chicago Accounting All Employees |
| **Subject:** | RE: Mid-Year Performance Discussions |

Tara

Reminder to please complete your mid-year reviews, they are due no later than Tuesday, July 31st.

**From:** Marszewski, Tara L.
**Sent:** Tuesday, June 12, 2018 8:50 AM
**To:** Chicago Accounting All Employees <ChicagoAccountingAllEmployees@generalgrowth.com>
**Subject:** Mid-Year Performance Discussions

Team-

Consistent with prior years, we will be doing a mid-year review processing using the attached GGP Mid-Year Form. Although many of you already provide feedback to your teams on a consistent basis, the mid-year review process helps ensure that we make time in our busy schedules to catch up with employees and give and receive honest feedback on performance and provides an opportunity for overall discussion of department and personal goals between managers and staff. By now, everyone should have completed their Strength's Finder Assessment. It is my hope that the results will be incorporated into the mid-year discussions.

We will kick the process off on Monday, July 2nd, with reviews being completed by Tuesday, July 31st. Completion means that all forms are signed by managers and staff and submitted to the respective designee on Jamie Akens' team by that date. Remember that as this is a mid-year review, meant to reinforce the GGP Annual Review process we will not be giving ratings. However, please do use this as an opportunity to fully document the discussion had and positive and constructive feedback given.

Department Liaisons

Jamie Akens – Corporate, Financial Operations (Stanton)
Helene McMahon – Treasury, Treasury Acctg, Payroll, AP, CC Services (Callahan)
Twinkle George – Property, Development (Cummings)
Caroline Halvorsen – Lease, AR, Cash, Credit (Cummings)
NOTE – Caroline will be out of the office June 28 – July 13, please turn any reviews completed during this time to Jamie or Helene.

1